○JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gretchen S. Stuart, M.D.; James R. Dingfelder, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; Serina Floyd, M.D., (continued on attached)

## DEFENDANTS
Janice E. Huff, M.D., in her official capacity as President of the North Carolina Medical Board; (continued on attached)

(b) County of Residence of First Listed Plaintiff **Orange**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Katherine Lewis Parker, ACLU of North Carolina Legal Foundation, P.O. Box 28004, Raleigh, NC 27611, (919) 834-3466; (continued)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability / 362 Personal Injury - Med. Malpractice | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | 630 Liquor Laws | PROPERTY RIGHTS | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY / 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury / 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting / PRISONER PETITIONS | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment / 510 Motions to Vacate Sentence | 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / Habeas Corpus: | | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 240 Torts to Land | | 530 General | 871 IRS—Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 245 Tort Product Liability | 444 Welfare / 535 Death Penalty | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 445 Amer. w/Disabilities - Employment / 540 Mandamus & Other | | | [X] 950 Constitutionality of State Statutes |
| | 446 Amer. w/Disabilities - Other / 550 Civil Rights | | | |
| | [X] 440 Other Civil Rights / 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**42 U.S.C. § 1983**
Brief description of cause:
Challenge to Constitutionality of N.C. Session Law 2011-405 (House Bill 854)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: September 29, 2011
SIGNATURE OF ATTORNEY OF RECORD: /s/ Katherine Lewis Parker

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# CIVIL COVER SHEET
## (CONTINUED LISTING OF PLAINTIFFS, DEFENDANTS, and PLAINTIFFS' ATTORNEYS)
## GRETCHEN S. STUART, M.D., et al. vs. JANICE E. HUFF, M.D., et al.

**PLAINTIFFS (continued from Civil Cover Sheet)**
- Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic;
- Planned Parenthood of Central North Carolina;
- A Woman's Choice of Raleigh, Inc.;
- Planned Parenthood Health Systems, Inc.;
- Takey Crist, M.D.; and Takey Crist, M.D., P.A.,d/b/a Crist Clinic for Women,

on behalf of themselves and their patients seeking abortions

**DEFENDANTS (continued from Civil Cover Sheet)**
- Roy Cooper, in his official capacity as Attorney General of North Carolina;
- Lanier M. Cansler, in his official capacity as Secretary of the North Carolina Department of Health and Human Services;=
- Jim Woodall, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B;
- Tracey E. Cline, in her official capacity as DA for PD 14;
- Doug Henderson, in his official capacity as DA for PD 18;
- Billy West, in his official capacity as DA for PD 12;
- C. Colon Willoughby, Jr., in his official capacity as DA for PD 10;
- Benjamin R. David, in his official capacity as DA for PD 5;
- Jim O'Neill, in his official capacity as DA for PD 21;
- Ernie Lee, in his official capacity as DA for PD 4;
- And their employees, agents, and successors

**ATTORNEYS (continued from Civil Cover Sheet)**
- Bebe J. Anderson, Center for Reproductive Rights, 120 Wall Street, 14th Floor, New York, NY 10005, (917) 637-3687 (counsel for Gretchen S. Stuart, M.D., David A. Grimes, M.D., Amy Bryant, M.D., Decker & Watson d/b/a Piedmont Carolina Medical Clinic, & A Woman's Choice of Raleigh, Inc.)

- Andrew D. Beck, American Civil Liberties Union Foundation, 125 Broad Street, New York, NY 10004, (212) 284-7318 (counsel for James R. Dingfelder, M.D., Serina Floyd, M.D., Takey Crist, M.D., & Takey Crist, M.D., P.A. d/b/a Crist Clinic for Women)

- Helene T. Krasnoff, Planned Parenthood Fed. of America, 1110 Vermont Avenue NW, Suite 300, Washington, DC 20005 (202) 973-4800 (counsel for Planned Parenthood of Central North Carolina & Planned Parenthood Health Systems, Inc.)