IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| JANICE E. HUFF, M.D., et al., | ) | Case No. _____ |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff **Planned Parenthood of Central North Carolina** makes the following disclosure:

1. Is party a publicly-held corporation or other publicly-held entity?

    **NO**

2. Does party have any parent corporations?

    **NO**

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly held entity?

    **NO**

4. Is there any other publicly held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

    **NO**

This the 29th day of September, 2011.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

COUNSEL FOR ALL PLAINTIFFS

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST, M.D., P.A., d/b/a CRIST CLINIC
FOR WOMEN

Bebe J. Anderson*
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR GRETCHEN S.
STUART, M.D., DAVID A.
GRIMES, M.D., AMY BRYANT,
M.D., DECKER & WATSON d/b/a
PIEDMONT CAROLINA MEDICAL
CLINIC, & A WOMAN'S CHOICE
OF RALEIGH, INC.

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL
NORTH CAROLINA & PLANNED
PARENTHOOD HEALTH
SYSTEMS, INC.

2

Case 1:11-cv-00804-CCE-LPA   Document 5   Filed 09/29/11   Page 2 of 2