IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. _____ |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | **ORAL ARGUMENT** |
| Defendants. ) | **REQUESTED** |
| ) | |
| ) | |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Gretchen S. Stuart, M.D., James R. Dingfelder, M.D., David A. Grimes, M.D., Amy Bryant, M.D., Serina Floyd, M.D., Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic, Planned Parenthood of Central North Carolina, A Woman's Choice of Raleigh, Inc., Planned Parenthood Health Systems, Inc., Takey Crist, M.D., and Takey Crist, M.D., P.A. d/b/a Crist Clinic for Women (hereafter "Plaintiffs") hereby move, pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1, for a temporary restraining order and preliminary injunction enjoining enforcement of Sections 90-21.82, 90-21.85, 90-21.87, and 90-21.90 of North Carolina Session Law 2011-405 (House Bill 854 or "the Act"), which, without the relief requested in this motion, will take effect on October 26, 2011.

A temporary restraining order and a preliminary injunction are justified and supported by the facts and authorities set forth in the accompanying Memorandum of Law and the Declarations of Gretchen S. Stuart, M.D., M.P.H. & T.M., James R. Dingfelder, M.D., Anne Drapkin Lyerly, M.D., M.A., and Nada Stotland, M.D., M.P.H., which show that Plaintiffs meet all of the elements required for preliminary injunctive relief: (1) Plaintiffs are likely to prevail on the merits of their First Amendment and Due Process claims as set forth in their complaint; (2) Plaintiffs and their patients will suffer irreparable injury without the injunction; (3) the injury to Plaintiffs and their patients outweighs any injury the injunction will cause the Defendants; and (4) an injunction furthers the public interest.

Plaintiffs respectfully request the opportunity to present oral argument in support of this motion. Oral argument is warranted due to the important constitutional concerns raised by the motion and the imminent irreparable harms faced by the Plaintiffs and their patients seeking abortions if injunctive relief is not granted.

Respectfully submitted this 29th day of September, 2011.

*s/ Katherine Lewis Parker*

| | |
|---|---|
| Katherine Lewis Parker | Bebe J. Anderson* |
| NC Bar #36263 | Senior Counsel |
| Legal Director | Center for Reproductive Rights |
| American Civil Liberties Union | 120 Wall Street, 14th Floor |
| of North Carolina Legal Foundation | New York, NY 10005 |
| P.O. Box 28004 | (917) 637-3687 |
| Raleigh, NC 27611 | (917) 637-3666 Fax |
| (919) 834-3466 | banderson@reprorights.org |
| (866) 511-1344 Fax | |
| aclunccklp@nc.rr.com | |

COUNSEL FOR ALL PLAINTIFFS

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST, M.D., P.A. d/b/a CRIST CLINIC FOR WOMEN

COUNSEL FOR PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC.

*Notice of Special Appearance to be Filed

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2011, I electronically filed the foregoing PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union
    of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
Email: acluncklp@nc.rr.com