IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
STATE OF OKLAHOMA

(1) NOVA HEALTH SYSTEMS, D/B/A REPRODUCTIVE SERVICES, on behalf of itself and its patients; and
(2) LARRY A. BURNS, D.O., on behalf of himself and his patients,

Plaintiffs,

v.

(3) W.A. DREW EDMONDSON, in his official capacity as Attorney General of Oklahoma;
(4) TIM HARRIS, in his official capacity as District Attorney for Tulsa County;
(5) GREG MASHBURN, in his official capacity as District Attorney for Cleveland, Garvin, and McClain Counties;
(6) LYLE KELSEY, in his official capacity as Executive Director of the Oklahoma State Board of Medical Licensure and Supervision; and
(7) GORDON P. LAIRD, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners,

Defendants.

Case No. CV-2010-533

Judge Noma Gurich

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

AUG - 9 2010

PATRICIA PRESLEY, COURT CLERK
by_____
DEPUTY

## ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY INJUNCTION

Plaintiffs' Motion for a Temporary Injunction has been presented to the Court for consideration. After reviewing Plaintiffs' motion and supporting materials, and Defendants' opposition brief and supporting materials, and after hearing oral argument on July 19, 2010, the Court has decided to grant the motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs' motion for a temporary injunction is granted.

2. Defendants and their agents, employees and successors in office are enjoined

1



from enforcing House Bill 2780, 2010 Okla. Sess. Laws ch. 36 (codified at OKLA. STAT. tit. 63, §§ 1-738.1A, 1-738.3d, 1-738.3e) during the pendency of this lawsuit and until such time as the Court reaches a final disposition of this lawsuit.

*NOMA GURICH*
THE HONORABLE NOMA GURICH
JUDGE OF THE DISTRICT COURT

Approved as to form:

Anne E. Zachritz, OBA # 15608
ANDREWS DAVIS
A Professional Corporation
100 N. Broadway, Suite 3300
Oklahoma City, OK 73102-8812
Tele: (405) 272-9241
Email: aezachritz@andrewsdavis.com

and

Martha M. Hardwick, OBA # 3847
HARDWICK LAW OFFICE
P.O. Box 35975
Tulsa, OK 74153
Tele: (918) 749-3313
Email: mh@hardwicklawoffice.com

and

Stephanie Toti, NY # 4270807
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
Tele: (917) 637-3687

2

from enforcing House Bill 2780, 2010 Okla. Sess. Laws ch. 36 (codified at OKLA. STAT. tit. 63, §§ 1-738.1A, 1-738.3d, 1-738.3e) during the pendency of this lawsuit and until such time as the Court reaches a final disposition of this lawsuit.

NOMA GURICH
THE HONORABLE NOMA GURICH
JUDGE OF THE DISTRICT COURT

Approved as to form:

Anne E. Zachritz, OBA # 15608
ANDREWS DAVIS
A Professional Corporation
100 N. Broadway, Suite 3300
Oklahoma City, OK 73102-8812
Tele: (405) 272-9241
Email: aezachritz@andrewsdavis.com

and

Martha M. Hardwick, OBA # 3847
HARDWICK LAW OFFICE
P.O. Box 35975
Tulsa, OK 74153
Tele: (918) 749-3313
Email: mh@hardwicklawoffice.com

and

Stephanie Toti, NY # 4270807
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
Tele: (917) 637-3687

I, PATRICIA PRESLEY, Court Clerk for Oklahoma County, Okla., hereby certify that the foregoing is true, correct and complete copy of the instrument herewith set out as appears of record in the District Court Clerk's Office of Oklahoma County, Okla., this 3 day of August, 2010
PATRICIA PRESLEY, Court Clerk
By _____ Deputy

Email: stoti@reprorights.org

ATTORNEYS FOR PLAINTIFFS

and

*[signature]*

Gregory Thomas Metcalfe, OBA # 19526
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Section
313 NE 21st St.
Oklahoma City, OK 73105
Tele: (405) 521-3921
Email: greg.metcalfe@oag.ok.gov

and

*[signature]*

Teresa S. Collett, OBA # 11793
Special Assistant Attorney General
1824 Stanford Avenue
Saint Paul, MN 55105
Email: Teresa.S.Collett@gmail.com

ATTORNEYS FOR DEFENDANTS