# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,    )
        )
    Plaintiffs,       )
        )
v.        )    CIVIL ACTION
        )
JANICE E. HUFF, M.D., et al.,    )    Case No. _____
        )
    Defendants.    )
        )

## DECLARATION OF NADA STOTLAND, M.D., MPH, IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER

NADA LOGAN STOTLAND, M.D., MPH, declares and states the following:

1.    I am a board-certified psychiatrist licensed to practice medicine in Illinois. In addition to my medical degree, I have a master's degree in public health. I am a professor in the psychiatry department at Rush Medical College of Rush University in Chicago, and I am the former chair of the psychiatry department at the Illinois Masonic Medical Center in Chicago. Throughout my career, I have treated patients with psychiatric issues related to pregnancy and have consulted with patients seeking abortions.

2.    I have been a member of the American Psychiatric Association since 1976, and I served as President of the organization from 2008 to 2009. I have also held appointed or elected leadership positions in the North American Society for Psychosocial

1

Obstetrics and Gynecology, the American College of Obstetricians and Gynecologists, the Society for Women's Health Research, the U.S. Health Resources and Services Administration, and the World Psychiatric Association.

3.     I have authored or edited seven books and published over fifty articles and chapters in peer reviewed journals, primarily on the topics of psychiatry and obstetrics and gynecology. I have written or edited two peer-reviewed books specifically on the topic of abortion: *Psychiatric Aspects of Abortion,* published in 1991, as well as *Abortion: Facts and Feelings* in 1998, both of which were published by the American Psychiatric Publishing, Inc. I recently co-authored a paper entitled "Is there an 'Abortion Trauma Syndrome'?: Critiquing the Evidence," published by the Harvard Review of Psychiatry in 2009. Other particularly relevant articles I authored include "Psychosocial Aspects of Induced Abortion" in the Journal of Clinical Obstetrics and Gynecology in 1997 and "The Myth of the Abortion Trauma Syndrome" in the Journal of the American Medical Association in 1992. (A copy of my curriculum vitae is appended as Exhibit 1.)

4.     I have reviewed North Carolina's "Woman's Right to Know Act" at issue in this case. In forming the opinions expressed in this declaration, I relied on my decades of personal experience treating and consulting with patients and on knowledge I have obtained through my training, my ongoing review of professional literature, my discussions with colleagues, and my attendance at conferences related to the topics discussed below. The literature which informs the opinions set forth below includes, but is by no means limited to, the following:

2

- American Psychological Association, Task Force on Mental Health and Abortion, "Report of the Task Force on Mental Health and Abortion" (2008), available at http://www.apa.org/pi/women/programs/abortion/mental-health.pdf (Report of the APA Task Force);

- Gail Erlick Robinson, Nada L. Stotland, Nancy Felipe Russo, Joan A. Lang & Mallay Occhiogrosso, "Is There an 'Abortion Trauma Syndrome'?: Critiquing the Evidence," Harvard Review of Psychiatry, 17:4, 268-290 (2009);

- Brenda Major, Mark Appelbaum, Linda Beckman, Mary Ann Dutton, Nancy Felipe Russo, Carolyn West, "Abortion and Mental Health: Evaluating the Evidence," American Psychologist, 64:9, 863-890 (2009);

- Trine Munk-Olsen, Thomas Munk Laursen, Carsten B. Pedersen, Øjvind Lidegaard & Preben Bo Mortensen, "Induced First-Trimester Abortion and Risk of Mental Disorder," New England Journal of Medicine, 364:4, 332-339 (2011); and

- Draft report from National Collaborating Centre for Mental Health at the Royal College of Psychiatrists, entitled "Induced Abortion and Mental Health: A systematic review of the mental health impact of induced abortion," 2011 draft, available                                                                                                     at http://www.rcpsych.ac.uk/pdf/Induced%20Abortion%20and%20Mental%20Health%20Review%20Consultation%20Draft.pdf.

3

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 3 of 36

## PSYCHOLOGICAL SYMPTOMS FOLLOWING AN UNWANTED PREGNANCY

5.      Women of all ages who have unwanted pregnancies experience complex emotional responses, regardless of whether they choose to terminate the pregnancy or carry to term.

6.      Approximately 10 to 20 percent of women in the United States who carry pregnancies to term experience postpartum depression, a discrete psychiatric illness. Carrying an unwanted pregnancy to term may also lead to longstanding life distress.

7.      Abortion carries less risk of psychological consequences than does carrying a pregnancy to term.   The predominant emotional responses following abortion are positive feelings of relief, and many women feel an increased sense of control over their lives following an abortion.   Following an abortion, however, women may experience a whole range of human emotions.  Possible negative responses, however, do not constitute a psychiatric illness.  Moreover, the rate of depression among women following an abortion is comparable to the rate of depression in the general population.

8.      The most powerful predictor of the psychiatric state a woman will be in following an abortion is the psychiatric state she was in before she had the abortion. Other factors include: her freedom to make an autonomous decision; whether she has been neglected or a victim of abuse or other violence; her past psychiatric history; her level of social supports; her economic situation; and whether her loved ones provide her support regardless of whether or not she decides to continue the pregnancy.

4

9. Studies have shown that negative symptoms following an abortion are attributable to prior existing conditions. Thus, studies that have shown a temporal association between abortion and negative psychological reactions have not established a causal relationship because they did not distinguish between the causes of and experience of unwanted pregnancy and abortion.

10. To the extent that women experience negative psychological symptoms following an abortion, the abortion does not appear to cause those responses. The circumstances that surround the conception and the unwantedness of the pregnancy are intermeshed with the reactions to whatever decision the woman makes and carries out.

11. An American Psychological Association Task Force on Mental Health and Abortion issued a report in 2008 based on its review and evaluation of "all empirical studies published in English in peer-reviewed journals post-1989 that compared the mental health of women who had an induced abortion to the mental health of comparison groups of women or that examined factors that predict mental health among women who had an elective abortion in the United States." (Report of the APA Task Force at p. 3.) The conclusions in the final report included the following:

- "The best scientific evidence published indicates that among adult women who have an unplanned pregnancy the relative risk of mental health problems is no greater if they have a single elective first-trimester abortion than if they deliver that pregnancy." (*Id.* at p. 4 (emphasis omitted))

5

- "In general, . . ., the prevalence of mental health problems among women in the United States who had a single, legal, first-trimester abortion for non-therapeutic reasons was consistent with normative rates of comparable mental health problems in the general population of women in the United States." (*Id.* at p. 4)

- There was a lack of evidence "sufficient to support the claim that an observed association between abortion history and mental health was caused by the abortion per se, as opposed to other factors." (*Id.* at p. 4).

12.    The Royal College of Psychiatrists, which is the professional and educational body for psychiatrists in the United Kingdom, is expected to publish this fall a report on "Induced Abortion and Mental Health: A systematic review of the mental health impact of induced abortion." Although not yet in final form, a draft was issued for comment, and I have reviewed it. The draft indicates that the authors engaged in very detailed, rigorous review of methodologically sound studies on the topic and reached essentially the same conclusions as did the American Psychological Association's Task Force.

13.    Severe emotional distress felt by women following an abortion is transient and rare. Moreover, neither pregnancy nor abortion is the type of catastrophic event that triggers the psychiatric disorder known as posttraumatic stress disorder (PTSD).

14.    "Postabortion trauma syndrome" and "post abortion depression and psychosis" – terms used by some people to mean that a person has PTSD from having an

6

abortion – are not scientific terms. Peer-reviewed, methodologically sound studies have concluded that there is no plausible scientific evidence for the existence of such "syndromes." Studies that conclude that women who have abortions have significant psychological reactions are methodologically flawed and therefore unreliable because of factors including the failure to control for wantedness of pregnancy and/or exposure to violence. (*See* Robinson, et al. (2009).) Moreover, no such syndrome is recognized by the American Psychiatric Association, whose Diagnostic and Statistical Manual of Mental Disorders (DSM) does not include any category of problems associated specifically with abortion.

### COMMENTS RELATED TO THE PSYCHOLOGICAL IMPACT ON PATIENTS OF BEING PROVIDED UNWANTED INFORMATION AND EXPERIENCES IN ORDER TO OBTAIN AN ABORTION

15. Compelling a patient to look at the outcome of a medical test or image or to listen to any detailed explanation of such medical test or image will cause some patients psychological pain and/or anxiety.

16. For abortion patients who do not want to view an ultrasound image, hear an explanation of the image, and/or hear a description of the image, providing those experiences, explanations, or descriptions will serve only to cause anxiety and psychological pain. As a mental health professional, it appears to me that requiring a physician to provide those experiences, explanations, and descriptions when unwanted by the patient would be meant to upset the patient and deter her from carrying out a decision she has made.

7

17.     For some groups of women, requiring a physician to place an ultrasound image in the patient's view and provide an explanation and description of that when unwanted by the patient will impose additional harms. For example, in the case of patients who are seeking abortions because they are carrying more embryos or fetuses than can safely develop, I believe that these requirements would cause the patient to experience grief. In the vast majority of cases in which an infertility patient is carrying several embryos, some of them will eventually die or will be born with severe defects if there is no reduction in the number of living embryos. A patient in such a situation may decide to abort some embryos in order to protect the life or health of other embryo(s). To put ultrasound images in view and provide an explanation and description of those is likely to cause the patient to experience grief over the difficult decision she has made to protect the life or health of the embryo(s) she will continue to carry.

18.     I am not aware of other situations in medicine, including the care of a pregnant woman who wishes to carry the pregnancy, in which a physician is required to put unwanted images in a patient's view or to provide explanations of images or test results in more detail than a patient chooses to receive.

//

//

//

//

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _19th_ day of September, 2011

at _Buenos Aires_, _Argentina_.

NADA STOTLAND, M.D., MPH

# Nada Logan Stotland, M.D., M.P.H.
## Curriculum Vitae

OFFICE ADDRESS:  5511 South Kenwood Ave.
        Chicago, Il 60637-1713

OFFICE TELEPHONE: (773) 667 6329
OFFICE FAX:      (773) 667 6692

E-MAIL ADDRESS:   nadast@aol.com

DATE OF BIRTH:   August 15, 1943
PLACE OF BIRTH:   Chicago, Illinois
CITIZENSHIP:    U.S.A.
FAMILY STATUS:   Married to Harold Stotland, 6/30/63
        Children:  Lea, Naomi, Eve, Hanna Stotland

## EDUCATION:

| | |
|---|---|
| 1956-59 | New Trier Township High School |
| | Winnetka, IL. - Diploma (1959) |
| 1959-60 | University of Illinois |
| 1960-63 | The University of Chicago |
| | B.A. (Psychology) 1963 |
| 1963-67 | The University of Chicago School of Medicine |
| | M.D. 1967 |
| 1967-68 | Internship |
| | University of Illinois Research and Education Hospital |
| | Straight Pediatrics |
| 1968-70 | Resident in Psychiatry (PGY II and III) |
| | The University of Chicago |
| 1970-78 | Leave of absence: full-time parenting |
| 1978-80 | Residency completed (half time for two years) as |
| | Fellow, Psychiatric Consultation-Liaison Service: |
| | Liaison-Consultant to Department of Obstetrics and Gynecology |
| | The University of Chicago |
| 1984-95 | Candidate, Chicago Institute for Psychoanalysis |
| | Graduate, 1995 |
| 1996-98 | University of Illinois at Chicago |
| | Master of Public Health(Health Policy and Administration), |
| | 1998 |

## BOARD CERTIFICATION:

| 1968 | National Board of Medical Examiners |
| 1982(June) | American Board of Psychiatry and Neurology. (No. 23713) |

## MEDICAL LICENSURE:

| 1968-Present | Illinois (No. 36-41813) |

## ACADEMIC APPOINTMENTS:

| 1984-1987 | Clinical Associate Professor of Psychiatry<br>The University of Chicago |
| 1981-1984 | Clinical Assistant Professor of Psychiatry<br>The University of Chicago |
| 1987-1997 | Associate Professor of Clinical Psychiatry<br>The University of Chicago |
| 1988-1997 | Associate Professor of Clinical Obstetrics and Gynecology<br>The University of Chicago |
| 1997 - | Professor, Department of Psychiatry<br>Professor, Department of Obstetrics & Gynecology<br>Rush Medical College of Rush University, Chicago, Illinois |

## POSITIONS HELD:

| 2001-present | Private Practice of Psychiatry |
| 1996- 6/01 | Illinois Masonic Medical Center<br>Chair, Department of Psychiatry<br>Attending Staff, Department of OB/GYN |
| 1992-96 | Medical Coordinator for Mental Health Services<br>(Chief Medical Officer)<br>State of Illinois Department of Mental Health and Developmental Disabilities |
| 1988-92 | Director of Psychiatric Education<br>The University of Chicago |
| 1987-88 | Director of the Psychiatric Consultation-Liaison Service<br>The University of Chicago Hospitals and Clinics |

2

| 1980-87 | Associate Director of the Consultation-Liaison Service Psychiatric Consultant to the Department of Obstetrics and Gynecology, Michael Reese Medical Center |
|---------|------|
| 1981-84 | Director, Psychosocial Curriculum Primary Care Internal Medicine Training Program Michael Reese Hospital and Medical Center/The University of Chicago |
| 1980-82 | Attending Physician, Cook County Hospital, Department of Family Practice Director, Behavioral Science-Family Dynamics Curriculum |

## ARTICLES IN PEER REVIEWED JOURNALS:

1. Garrick, T.R. and Stotland, N.L.: How to write a psychiatric consultation. American Journal of Psychiatry, 139 (7):849-855, 1982.

2. Lesko, L.M., Stotland, N.L., and Segraves, R.T.: Three cases of female anorgasmia associated with MAOIs. American Journal of Psychiatry, 139(10):1353-1354, 1982.

3. Stotland, N.L.: Reproductive Aspects of Consultation-Liaison Psychiatry. Hospital and Community Psychiatry, 36:10, 1985.

4. Stotland, N.L.: Munchausen Syndrome. JAMA, Vol. 261, No. 3:147.

5. Stotland, N.L.: Social Change and Women's Reproductive Health Care. Women's Health Issues, Vol. 1, No. 1:4-11 (Fall, 1990).

6. Stotland, N.L.: The Myth of the Abortion Trauma Syndrome. JAMA, Vol. 268, No. 15:2078-2079, (October 1992).

7. Stotland, N.L.: "Ethical Dimensions of Informed Consent": A Psychiatric Perspective. Women's Health Issues, Vol. 3, No. 1:19-21 (Spring, 1993).

8. Stotland, N.L.: Contemporary Issues in Obstetrics and Gynecology for the Consultation-Liaison Psychiatrist. Hospital and Community Psychiatry, Vol. 36, No. 10:1102-1108, October 1985.

9. Stotland, N.L.: Letter to the Editor. The New England Journal of Medicine, Vol 329, No. 16, October 1993.

3

10. Stotland, N.L.: An Orientation Program for New Residents in Obstetrics and Gynecology (letter to editor). Obstetrics & Gynecology, Vol. 84, No. 2, August 1994.

11. Stotland, N.L.: Depression: Recognition, Diagnosis, and Management in the Primary Care Setting. Primary Care Update for Ob/Gyns, Vol. 1, Number 1, January/February, 1994.

12. Stotland, N.L., Romans, M.C.: Adolescent Girls' Health and Self-Esteem. Women's Health Issues, Vol. 4, No. 2, Summer 1994.

13. Stotland, N.L. and Harwood, B.: Sexual Contact between Patients and Physicians: Romance or Betrayal? Primary Care Update for Ob/Gyns. 2:3, May/June 95.

14. Stotland, N.L.: Women and Depression: Risk Factors and Treatment Issues. Journal of Psychosomatic Research., 40:3, March 1996.

15. Stotland, N.L.: The Seductive Patient. Primary Care Update for Ob/Gyns., 3: 2. March/April 1996, 4:1 January/February 1997.

16. Stotland, N.L. Conceptions and Misconceptions: Decisions About Pregnancy. General Hospital Psychiatry, January 1996.

17. Stotland, N.L.: Psychiatry Masquerading as Ethics: The Psychiatrist as Systems Analyst. Am.J.Psychiatry. 1997.

18. Stotland, N.E. and Stotland, N.L.: When Your Patient Demands a Cesarean Section. Primary Care Update for Ob/Gyns, March/April 1996.

19. Stotland, N.L.: Special Feature: Program from the Fourth Annual Congress on Women's Health, June 18-19, 1996. Abstract: Induced Abortion: The Intersection of Politics and Health Care. Journal of Women's Health, Vol. 5, Num. 3, June 1996.

20. Stotland, N.L.: Assessing the Mental Health Impact of Induced Abortion, Medscape Women's Health, August 1996.

21. Stotland, N.L. Refusal of Medical Treatment: Psychiatric Emergency?, American Journal of Psychiatry, 154:1, January 1997.

22. Stotland, N.L. Personality Disorders, Primary Care Update for OB/GYNS, 4:2, March/April 1997.

23. Stotland, N.L. If a little knowledge is a dangerous thing, what about a lot of knowledge: what have we learned from Pandora? Womens Health Issues. 1997 Jul-Aug;7(4):201-3.

4

24. Stotland, N.L., When your patient demands a Baby, Primary Care Update for OB/GYNS, 4:5, September/October 1997.

25. Stotland, N.L., Psychosocial Aspects of Induced Abortion, Clinical Obstetrics and Gynecology, September 1997.

26. Stotland, N.L., Promotion Criteria for Clinician-Educators, Letter to the Editor, Journal of the American Medical Association, January 1998.

27. Stotland, N.L., and Stotland, N.E., The Mother and the Burning Building, Obstetrical & Gynecological Survey, January 1998.

28. Stotland, N.L., That "Borderline" Syndrome, Primary Care Update for Ob/Gyns, 5:2, March/April 1998.

29. Stotland, N.L., Abortion: social context, psychodynamic implications. American Journal of Psychiatry. 1998 July;964-7.

30. Stotland, N.E. and Stotland, N.L.: Denial of Pregnancy, Primary Care Update for Ob/Gyns, September/October 1998.

31. Stotland, N.L., Reflections on Psychiatry, Obstetrics/Gynecology, and the Primary Care of Women, Journal of the American Medical Women's Association, Summer 1998.

32. Stotland, N.L., Psychiatry, the law, and public affairs. Journal of the American Academy of Psychiatry Law, 1998;26(2):281-7.

33. Stotland, N.L., When religion collides with medicine. American Journal of Psychiatry, 1999 Feb;156(2):304-7.

34. Stotland, N.L., A Tug-of-War: Psychiatry and the Misuse of Religion, The American Journal of Psychiatry, 157:5, May 2000.

35. Stotland, N.L., Gender-based biology(editorial). Am J Psychiatry 158:161-162, 2001

36. Stotland, N.L. Letter to the editor. Am J Psychiatry 158:2094, 2001

37. Ciotti MC, Williams JW, Dietrich AJ, Schulkin J, Stotland N, Rost K, Baram D, Cornell J. Depression Care Attitudes and Practices of Newer Obstetrician- Gynecologists. Obstetrics and Gynecology, in press

5

38. Stotland Nada L. Assisted Reproduction: Helping Patients Decide What to Tell Others. Primary Care Update for Ob/Gyns 9:66-70, March/April 2002

39. Stotland Nada L. Cross-Fertilization: Psychiatry and Obstetrics/Gynecology. Primary Psychiatry. October 2002

40. Stotland NL, Stotland NE. Can You Hear Me?: Improving Communication between Mental Health and Reproductive Health Care Professionals. Health and Sexuality vol 7, December 2001

41. Stotland, N.L., The Psychology of Terror: Primary Care Presentations. Primary Care Update for Ob/Gyns, July/August 2002.

42. Stotland, Nada L. Women's Bodies, Doctors' Dynamics. Journal of the American Academy of Psychoanalysis. Spring 2003

43. Stotland, Nada L. Enhancing compliance by understanding non-compliance. Primary Care Update for Ob/Gyns. May-June 2003.

44. Stotland, N.L. Menopause: Social expectations, women's realities. Arch Women's Mental Health 5:5-8, 2002

45. Stotland, N.L. Playing Each Day As It Comes. Academic Psychiatry. Fall 2003.

46. Stotland, Nada L. Abortion and Psychiatric Practice. Journal of Psychiatric Practice. March 2003.

47. Dietrich AJ, Williams JW, Ciotti MC, Schulkin J, Stotland N, Rost K, Baram D, Cornell J. Depression care attitudes and practices of newer obstetrician-gynecologists: a national survey. Am J Obst Gyn 189:267-273, July 2003

48. Stotland Nada L. Letter to the Editor. Dementia and Hormone Use. Psychiatric Services 54:574-575, April 2003

49. Stotland NE, Stotland NL. Simpson, Semmelweis, and Transformational Change. Obstetrics and Gynecology. In press. 2005

50. Stotland NL. Overcoming Psychological Barriers in Insulin Therapy. Insulin, January 2006

51. Stotland NL. Concluding Discussion of 'Stop it, you're making me sick. Papers, Journal of Gay and Lesbian Mental Health, 2009

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 15 of 36

52. Russo NE, Robinson GE, Stotland, NL. "Is there an "Abortion Trauma Syndrome"?: Critiquing the Evidence", Harvard Review of Psychiatry, July/August 2009

53. Stotland N, Robinson G. "Abortion Trauma Syndrome" Revisited. Psychiatric Times. P 23, Jan 2010.

54. Stotland N. Psychiatric Issues in Induced Abortion. Journal of Nervous and Mental Diseases. Fall 2011

55. Stotland NL. Induced Abortion and Adolescent Mental Health. Current Opinion in Obstetrics and Gynecology. In Press.

56. Stotland N. Depression. The Five-Minute OB/GYN Consult. 2006

57. Stotland N. Postpartum Depression. The Five-Minute OB/GYN Consult.2006

58. Robinson G, Stotland N. The Myth of the Abortion Trauma Syndrome. Letter to Editor, The Canadian Journal of Psychiatry, Vol 55, No 11, November 2010, P172


OTHER ARTICLES:

1. Stotland, N.L., and Lesko, L.M.: Anxiety and its management. The Female Patient, 8:19-34, 1983.

2. Stotland, N.L., and Lesko, L.M.: Depression and suicide risk. The Female Patient, 8:21-29, 1983.

3. Stotland, N.L., and Scott, J.M.: The evaluation of sexual dysfunction in gynecologic practice. The Female Patient, 10:103-109, 1985.

4. Stotland, N.L., and Lesko, L.M.: The perennial patient: Treating psychosomatic illness. The Female Patient, 11:12-16, 1986.

5. Stotland, N.L.: Psychiatry in Obstetrics/Gynecology. The Psychiatric Times, Vol. IV, No. 10:1, 24-25 (October 1987).

6. Stotland, N.L.: Pelvic examinations: the patient's perspective. The Female Patient, 12:63-68, 1987.

7. Stotland, N.L.: When to seek psychiatric consultation for your patient. The Female Patient, 13:95-98, 1988.

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 16 of 36

8.  Stotland, N.L.: Alcohol and Sex. <u>Medical Aspects of Human Sexuality</u>, August 1989, Vol pp. 42-49.

9.  Stotland, N.L.: Psychiatry, Abortion, and the Supreme Court: Political Chaos, Practice Crisis. <u>The Psychiatric Times</u>, Vol. IX, No. 10, p. 47, (October 1992).

10. Stotland, N.L.: The Feminization of American Psychiatry. <u>The Psychiatric Times</u>, Vol. X, No. 2:34 (February 1993).

11. Stotland, N.L.: Is there an Abortion Trauma Syndrome? <u>Harvard Mental Health Letter</u>, February 1993.

12. Stotland, N.L. and Peterson, C.M.: Your Body, Your Feelings: In <u>Lamaze Parents' Magazine</u>, 1992, -3,-4,-5,-6,-7 Editions.

13. Stotland, N.L.: Notes from the Campaign Trail. <u>Psychiatric Times</u>, May 1996.

14. Stotland, N.L.: Depression. <u>Women's Health Today</u> 1:1, 1996.

15. Stotland, N.L.: Munchausen's by Proxy. <u>Illinois Medical Magazine</u>, 1996.

16. Stotland, N.L.: Dealing with Depression. <u>Town & Country Magazine,</u> May 2000, pages 188 & 193.

17. Stotland, N.L.: Depression. SELF-Magazine, September 2000, page 209.

18. Stotland, N.L. Mental Health and Women. ORGYN. 2003

19. Stotland, Nada L. Cross-fertilization among fields: psychiatric issues in women's reproductive health care. <u>Primary Psychiatry</u> 9:43-49, October 2002

20. Stotland, Nada. Sites to see: websites in mental health. <u>ORGYN</u> 14:11, 2003

21. Stotland, N.L. Social anxiety disorder. <u>The Female Patient</u> April 2004

22. Stotland, N.L. Is this clinical depression? <u>The Female Patient</u>, scheduled for Oct 04


<u>BOOKS</u>:

1.  Stotland, N.L.: <u>Social Change and Women's Reproductive Health Care</u>. New York: Praeger Publishers, 1988.

8

2.* Stotland, N.L., and Garrick, T.R.: <u>Manual of Psychiatric Consultation</u>, Washington, D.C.: American Psychiatric Press, Inc. 1990.

3.* Stotland, N.L. (Ed.): <u>Psychiatric Aspects of Reproductive Technology</u>. Washington, D.C.: American Psychiatric Press, Inc. 1990.

4.* Stotland, N.L.(Ed.): <u>Psychiatric Aspects of Abortion</u>. Washington,        D.C.: American Psychiatric Press, Inc., 1991.

5.* Stewart, D.E. and Stotland, N.L., (Eds.): <u>Psychological Aspects of Women's Health Care: The Interface between Psychiatry and Obstetrics and Gynecology.</u> Washington, D.C.: American Psychiatric Press, Inc. 1993.

6.* Stotland, N.L.: <u>Abortion: Facts and Feelings.</u> Washington, D.C.: American Psychiatric Press, Inc. 1998.

7.* Stotland, N.L., and Stewart, D.E.[Eds.]: <u>Psychological Aspects of Women's Health Care: The Interface Between Psychiatry and Obstetrics and Gynecology</u>, Second Edition. Washington, D.C., American Psychiatric Press, Inc. 2001

8.* Stotland, N.L., Ed. <u>Cutting-Edge Medicine: What Psychiatrists Need to Know</u>. Washington DC, American Psychiatric Publishing, Inc. 2003. Italian edition published by CIC Edizioni Internationali, 2002

9. Stotland, N.L. Medical Editor, The Complete Mental Health Directory, 6th ed., 2008. Grey House Publishing, Millerton NY

* All books published by American Psychiatric Press/Publishing, Inc. are peer-reviewed.

<u>BOOK CHAPTERS</u>:

1. Stotland, N.L.: Psychological implications of recent developments in peripartum care. In <u>Psychosomatic Obstetrics and Gynecology</u>, M.B. Rosenthal and D.H. Smith (Eds). Basel: S. Karger, A.G., 1985.

2. Stotland, N.L., and Peterson, C.: A modest proposal: Breastfeeding for infants and adolescent mothers. In <u>Psychosomatic Obstetrics and Gynecology</u> M.B. Rosenthal and D.H. Smith (eds). Basel: S. Karger, A.G., 1985.

3. Stotland, N.L.: Psychiatric Issues in Pregnancy. In <u>Medical Disorders in Pregnancy</u>, W.M. Barron and M. Lindheimer (eds.) Chicago: Mosby Year Book Medical Publishers, 1991, 2nd. Ed., 1995.French edition, Medecine de la femme enceinte, Flammarion, Paris, 1990.

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 18 of 36

4.   Stotland N.L.: Reproductive Choice.  In <u>The Free Woman: Women's Health in the 1990's</u>, E.V. Van Hall and W. Everaerd (eds.)  Park Ridge, N.Y.: The Parthenon Publishers, 1989, pp. 488-502.

5.   Stotland, N.L., and Smith T.: Psychiatric Consultation to Obstetrics and Gynecology: Systems and Syndromes.  In <u>American Psychiatric Press Review of Psychiatry</u>, Vol. 9, A. Tasman, M.D. (ed.) Washington, D.C.: American Psychiatric Press, Inc. 1990.

6.   Stotland, N.L. Psychiatric Aspects of Reproductive Technology:  Introduction and Overview.  In <u>Psychiatric Aspects of Reproductive Technology</u>, N.L. Stotland, (ed) Washington, D.C.: American Psychiatric Press Inc. 1990, pp 1-12.

7.   Stotland, N.L.: Psychiatric Issues in Abortion and the Implications of Recent Legal Changes for Psychiatric Practice. In <u>Psychiatric Aspects of Abortion</u>, N.L. Stotland (ed) Washington, D.C.: American Psychiatric Press, Inc. 1991.

8.   Stotland, N.L.:  Gender-related Psychology.  In <u>Behavioral Science for Medical Students</u>, F. S. Sierles, M.D. (ed), Baltimore:  Williams & Wilkins, 1992.

9    Stewart D.E. and Stotland, N.L.: <u>Psychological Aspects of Women's HealthCare:  The Interface between Psychiatry and Obstetrics and Gynecology</u>, ed. by N.L. Stotland and D. Stewart, Washington, D.C. American Psychiatric Press Inc.1993.

10.  Stotland, N.L.: <u>Induced Abortion</u>.  Ibid.

11.  Stotland, N.L.: Psychiatric Consultation to Obstetrics and          Gynecology. Ibid.

12.  Stotland, N.L.: Contraception and Abortion: Challenges for the  Next Century.  In: <u>Reframing Women's Health: Multidisciplinary Research and Practice</u>, ed. by A.J. Dan, Sage Publications, Thousand Oaks, CA, 1994.

13.  Stotland, N.L.: Psychosocial and Legal Issues in Premenstrual Symptoms.  In <u>Premenstrual Dysphorias: Myths and Realities</u>.  Ed. By J.H. Gold and S.K.Severino.  American Psychiatric Press, Inc. 1994.

14.  Stotland, N.L.: Psychosomatics.  In <u>Gynecology and Obstetrics</u>, ed.        by J.J. Sciarra,      Harper and Row, Philadelphia, 1995.

15.  Stotland, N.L.: Women and Psychiatry.  In <u>The American Psychiatric Press, Inc. Textbook of Psychiatry, 2nd Edition,</u> ed. by S Yudofsky, J Talbott, R Hales.  Washington DC, 1995.

16.  Stotland, N.L.: Psychiatric and Psychosocial Issues in Primary Care for Women. In <u>Women's Primary Health Care: Office Practice and Procedures</u>,

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 19 of 36

Ed. By Vicki L Seltzer and Warren H. Pearse. McGraw-Hill, Inc. New York, NY, 1995.

17. Stotland, N.L.: Obstetrics and Gynecology. In The American Psychiatric Press Textbook of Consultation-Liaison Psychiatry, ed. by JR Rundell and MG Wise. American Psychiatric Press Inc., Washington DC, 1996.

18. Stotland, N.L.: Psychological Treatments. In A Clinician's Guide to Menopause. Ed. by D.E.Stewart and G.E.Robinson. American Psychiatric Press, Inc. Washington,         DC, 1997.

19. Stotland, N.L.: The Young Adult Woman. In Textbook of Women's Health, Ed. By L.A.Wallis. Boston: Little, Brown. 1997

20. Stotland, N.L.: Common Psychiatric Diagnoses in Gynecologic Practice. In Novak's Textbook of Gynecology-Twelfth Edition, Ed. by J.S.Berek, E.Y.Adashi, P.A.Hillard, Philadelphia, Williams and Wilkins. 2000

21. Stotland, N.L. : Obstetrics and Gynecology. In Textbook of Consultation-Liaison Psychiatry, Ed. by J.R. Rundell and M. G. Wise. American Psychiatric Press, Inc. Washington, DC 2001.

22. Stotland, N.L. Reproductive Issues. In Women's Mental Health in Primary Care, Ed. By KJ Zerbe. WB Saunders, Philadelphia, 1999

23. Stotland, Nada L. Psychiatry. In Primary Care Clinics in Office Practice, WS Saunders, 2002

24. Stotland, Nada L. Common Psychiatric Diagnoses in Gynecologic Practice. In Novak's Gynecology: Self-Assessment and Review, 2nd. Ed., ed. By J. Berek. Lippincott Williams and Wilkins, New York, NY, 2002,and 4th.Ed, 2009


BOOK REVIEWS:

Stotland, N.L.: The Woman Patient: Medical and Psychological Interfaces, M. Notman and C. Nadelson (eds). New York and London: Plenum Press, 1978, in "Women and Health" 5(2):71-72,     1980.

Stotland, N.L.: Female Identity Conflicts in Clinical Practice, Psychiatric Times, August, 1994.

Stotland, N.L.: Women Beyond Freud: New Concepts of Feminine Psychology, American J Psychiatry, 151:11, November, 1994.

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 20 of 36

Stotland, N.L.: Illness and Power: Women's Mental Disorders and the Battle between the Sexes. J. Nervous Mental Dis 1995

Stotland, N.L.: Biologically Informed Psychotherapy for Depression, American J Psychiatry, August 1996.

Stotland, N.L. Illness and Power: Women's Mental Disorders and the Battle Between the Sexes, The Journal of Nervous and Mental Disease, September 1996.

Stotland, N.L. Speaking of Sadness: Depression, Disconnection, and the Meaning of Illness by David Karp, 1997.

Stotland, N.L. Women and the Ownership of PMS: The Structuring of a Psychiatric Disorder by Anne E. Figert, January 1998, Journal of Nervous and Mental Disease.

Stotland, N.L. Women and Group Therapy: Theory and Practice by Betsy DeChant, January 1999, American Journal of Psychiatry.

Stotland, N.L. The Right to Refuse Mental Health Treatment, by Bruce J. Winick, J.D., October 1999, American Journal of Psychiatry.

Stotland, N.L. Wednesday's Child: Research Into Women's Experience of Neglect and Abuse in Childhood and Adult Depression, by Antonia Bifulco and Patricia Moran, April 2000, The American Journal of Psychiatry.

Stotland, N.L. Postpartum Mood Disorders, by Laura J. Miller, May 2000, ORGYN, No. 1, 2001.

Stotland, N.L. Healing the Trauma of Abuse: a women's workbook. ME Copeland and M Harris. New Harbinger, Oakland Ca. In Press.

Stotland, N.L. Mood Disorders in Women, Edited by M. Steiner, KA Yonkers, E. Eriksson. Martin Dunitz London, 2000. The American Journal of Psychiatry, October 2001.

Stotland, N.L. Healing the Trauma of Abuse: A Women's Workbook, by ME Copeland and M Harris. Psychiatric Times, October 2001

Stotland, N.L. Regulating Menstruation: Beliefs, Practices, and Interpretations. Ed by D Van De Walle and EP Renne. Psychiatric Services, May 2002

Stotland, N.L. An Alchemy of Mind: The Marvel and Mystery of the Brain, by D Ackerman. Psychiatric Services, in press

Stotland, N.L. The Truth of the Matter, by Robb Forman Dew. Psychiatric Services, 12/06

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 21 of 36

Stotland, N.L.  Talking to Families About Mental Illness.  Journal of Psychiatric Practice, 2011

SELECTED INVITED LECTURES:

Women & Science
National Institutes of Mental Health Special Lecture: 1992

Psychiatric Aspects of Obstetrics and Gynecology
Bernstein Lecture, University of Minnesota, 1993

Psychiatry in Primary Care
Keynote Address,
Louisiana Psychiatric Association Annual   Meeting, 1993

Abortion and the Psychiatric Consultant
The Academy of Psychosomatic Medicine, 1994

Psychiatry:  Changing Our Minds
Washington State Psychiatric Association:  1995

Psychiatry for Lawyers
Chicago Bar Association Mental Health Committee: 1995

Women: Reproductive Events and Psychiatric Illness, University of Hong Kong,
March 1997.

Harassment: A Positive Approach, Great Lakes United States Naval Station, March
1997.

Self Esteem and Vulnerability to Pregnancy, Adolescent Pregnancy Prevention
Conference, Chicago, IL, April 1997.

Patient Advocacy. Kentucky Psychiatric Association, Louisville, KY, September 1997.

Depression: Not Just the Blues,  Cook County Commission on Women's Health
Issues and  U.S. DHHS Office of Women's Health, January 1999.

Gender and Schizophrenia
Oregon Psychiatric Association, Dickel Lecture, 2001

Managing Your Professional and Personal Lives
American Medical Student Association Primary Care Leadership Training

13

Program, 2001

Two-Career Marriages.
Australian Federation of Medical Women,
Sydney, Australia, August 2001


Periods:  Past, Present, and Future
The New South Wales Institute of Psychiatry
Sydney, Australia, August 2001

Postpartum Depression and the African-American Mother
Congressional Black Caucus
Washington, DC, September 27, 2001

War on Terrorism:  Psychiatric Implications for Women
Illinois Women's Health Coalition
December 11, 2001

Depression in the Perimenopause
Women's Health Conference
Nice, France
March 8, 2002


Medicine and Marriage
American Association of Physicians of Indian Origin
Annual Meeting, June 2002

Medical Marriages
Western Australian Association of Medical Women
Perth, Australia
August 29, 2002

Working with Difficult Patients
New South Wales Association of Medical Women
Sydney, Australia
September 2, 2002

Methodological Issues in Abortion Research
Advancing New Standards in Reproductive Health(ANSIRH)
University of California San Francisco
May 21, 2003

Ethical Dilemmas in Psychiatry
Nevada Psychiatric Association, February 2004

14

Postpartum Depression
Oregon Psychiatric Association, March 2004

Postpartum Depression and the American Way of Birth
Minnesota Psychiatric Society, October 2004

Giving 200%
Keynote Lecture, Northern California Psychiatric Society, April 2005

The Pregnant, Substance-Abusing Diabetic
American Diabetes Association, March 2005

Mental Health Consultation in Breast Cancer
Avances en Medicina Psicosomatica: Segundo Simposio Anual
San Juan, Puerto Rico

Mental Health Issues in Law Students
National Association on Legal Careers, March 2011


1988-        Selected Grand Rounds:

             Harvard Medical School
             East Tennessee University Medical School
             Wayne State University
             New York Medical College: Manhattan and Westchester campuses
             Columbia University College of Physicians and Surgeons
             University of California San Francisco
             Medical College of Pennsylvania
             Tulane University College of Medicine
             Indiana University School of Medicine
             Northwestern University School of Medicine
             Baylor College of Medicine
             University of Louisville School of Health Sciences
             Medical College of Wisconsin
             Oregon Health Sciences University
             University of Minnesota School of Medicine
             University of Texas Medical Branch at Galveston
             Duke University School of Medicine
             New York Medical College
             Albert Einstein College of Medicine:
                     Long Island Jewish Hospital
                     Bronx-Lebanon Hospital
             Saint Louis University
             The Cleveland Clinic
             Sheppard and Enoch Pratt

University of Cincinnati School of Medicine
Case Western Reserve School of Medicine
Medical College of Wisconsin
Chicago Medical College
Rush Medical College
Stanford University
West Virginia University
University of Tennessee
University of Illinois College of Medicine

## SELECTED INVITATIONAL CONFERENCES

Association of Professors of Gynecology and Obstetrics. Women's
Health
In the Medical School Curriculum. Arlington, Va. June 2003.
Contributor to: Women's Health Competencies for Medical Students
APGO, 2005

University of California San Francisco. Advancing New Standards in
Women's Reproductive Health. February 2004

United States Health Resources and Services Administration.
Identifying Disproportionate Need Areas. June 2004

University of Medellin, Colombia. Women in the 21st Century 2008

## EDITORIAL BOARDS:

| | |
|---|---|
| 1978-86 | Our Baby's First Seven Years<br>Chicago Lying-In Hospital, The University of Chicago |
| 1982-1990 | Medicine on the Midway<br>Alumni Journal, The University of Chicago Pritzker School of<br>Medicine |
| 1989 - 98 | Women's Health Issues<br>Journal of the Jacobs Institute, American College of<br>Obstetricians and Gynecologists |
| 1992 | Textbook of Psychiatry, Second Edition<br>The American Psychiatric Press, Inc. |
| 1993 - | Primary Care Update for Ob/Gyns, Psychiatry Section Editor<br>American College of Obstetrics and Gynecology/Elsevier |

16

| 1995- | Psychiatric News, Editorial Advisory Board |
|---|---|
| 1/96-12/99 | American Journal of Psychiatry, Associate Editor |
| 1995-98 | Medical Update for Psychiatrists, Editor-in-Chief<br>Elsevier, New York/Amsterdam |
| 1996- | Journal Watch Women's Health, Psychiatry Editor<br>New England Journal of Medicine |
| 1997- | Women's Health Today, Editorial Board |
| 1997- | Psychline, Associate Editor, International Board of Editors |
| 1998- 2002 | Archives of Women's Mental Health, Editorial Board |
| 1999- | General Hospital Psychiatry, Associate Editor, Editorial Board |
| 2000- | Newsletter for Women in Psychiatry (interim editor, 2005- |
| 2004-5- | The Female Patient |

REVIEWER:

American Psychiatric Press, Inc.
American Journal of Psychiatry
Archives of General Psychiatry
Hospital and Community Psychiatry
Int'l Journal of Psychosomatic Obstetrics & Gynecology
Journal of the American Medical Association
Journal of Neuropsychiatry
General Hospital Psychiatry
Psychiatric Services
Journal of Nervous and Mental Disease
Journal of Psychiatry in Medicine
Psychoanalytic Psychology
Obstetrics & Gynecology
Fertility and Sterility
Journal of Women's Health
Journal of Orthopsychiatry
American Journal of Obstetrics and Gynecology

HOSPITAL ACTIVITIES:

17

**The University of Chicago**

| | |
|---|---|
| 1988-91 | Women's Programs Working Group |
| 1989-91 | Committee on Balancing Personal & Professional Life |
| 1989-91 | University of Chicago Space Planning Committee |
| 1989-91 | Ambulatory Care Committee |
| 1989-92 | House Staff Advisory Committee |
| | Chair, Personnel Policies Subcommittee |
| 1991-92 | Ambulatory Care Education Committee |

**(Advocate) Illinois Masonic Medical Center**

| | |
|---|---|
| 1996-2000 | Executive Committee |
| 1996-98 | Committee on Pain Management |
| 1997-2000 | Ethics Committee |
| 1998-2000 | Patient Education Committee |
| 1996-2000 | Institutional Review Board |
| 1998-1999 | Search Committee, Department of Dentistry, Chair |
| 2000 | Physician Information Systems Subcommittee |
| 2001 | Coordination of Care Committee |
| 2001 | Continuing Medical Education Committee |

MEDICAL SCHOOL ACTIVITIES:

| | |
|---|---|
| 1987-88 | Dean's Task Force for Strategic Planning, Division of Biological Sciences |
| 1987-93 | Continuing Medical Education Committee |
| 1988-92 | Clinical Clerkship Committee |
| 1989-91 | AOA Advisory Committee |
| 1989- | Medical Alumni Association Executive Council |
| 1989-91 | Early Start Curriculum Committee |
| 1989-92 | Curriculum Review Committee |
| 1989-92 | Faculty Workgroup on Doctor-Patient Relationship |
| 1989-92 | Promotions Committee |
| 1989-91 | AOA Committee |
| 1989-92 | Student-Faculty Retreat Committee |
| 1989-93 | Orientation Committee |
| 1990-92 | Clinical Medicine Committee |
| 1991-93 | Committee on Medicine, Science, and Society |
| 1991-93 | Committee on Family Practice Appointments |
| 1991-92 | Dean's Task Force #14 - Medical Social Sciences |
| 1992-93 | Committee to Advise the President and the Provost on the Appointment of a Dean for the Biological Sciences (elected by the faculty) |
| 1992-96 | Medical School Admissions Committee |
| 2003- | Rush Medical College Committee on Medical Student Evaluation & Promotion |

18

## MEDICAL SCHOOL COURSE DIRECTOR:

| | |
|---|---|
| 1988-92 | Psychiatry Clerkship |
| 1988-91 | Introduction to Psychiatry 301-302 |
| 1988-91 | Medical Ethics |
| 1988-92 | Clinical Medicine |

## SELECTED HONORS AWARDS/ELECTED MEMBERSHIPS/LECTURESHIPS:

| | |
|---|---|
| 1960 | Alpha Lambda Delta, Pre-Medical Honor Society |
| 1987 | Marjorie Karmel Award, American Society for Psychoprophylaxis in Obstetrics (ASPO/Lamaze) |
| 1991 | Hazel Mrazek Resident Mentor Award Illinois Psychiatric Society |
| 1992 | Nancy C.A. Roeske Award For Excellence in Medical Student Education American Psychiatric Association |
| 1992 | American Psychiatric Association Public Affairs Award: Coalition Building |
| 1999 | Outstanding Psychiatrist Award, National Alliance for the Mentally Ill |
| 2000 | Alexandra Symonds Award of the American Psychiatric Association and Association for Women Psychiatrist for outstanding contributions in promoting women's health |
| 2000 | Francis Braceland Award: Presented by the American Psychiatric Association for major contributions to public education in psychiatry. |
| 2000 | American Association of Community Psychiatrists Award: Presented by the AACP, which recognized individuals who have made outstanding individual contributions to the areas of community health, community mental health, and consumer advocacy |
| 2001 | Women With Vision Award, Women's Bar Association, Illinois |
| 2004 | Wolfe Adler Award and Lecture, Sheppard and Enoch Pratt |
| 2005 | American Medical Women's Association, *Lila A. Wallis Women's Health Award* |
| 2008 | Titus Harris Lecture, UTMB, Galveston |

## MEMBERSHIP IN PROFESSIONAL, LEARNED AND RELATED SOCIETIES:

| | |
|---|---|
| 1967- | University of Chicago Medical Alumni Association |
| 1973-90 | American Society for Psychoprophylaxis in Obstetrics (ASPO/LAMAZE) |
| 1975- | International and North American Societies of Psychosomatic Obstetrics and Gynecology |
| 1976- | Illinois Psychiatric Society |

19

| | |
|---|---|
| 1976- | American Psychiatric Association(Fellow) |
| 1976-95 | American Psychoanalytic Association |
| 1986- | American Medical Women's Association |
| 1988-94 | American Association of Directors of Psychiatric Residency Training |
| 1988- | Association of Directors of Medical Student Education in Psychiatry |
| 1988- | Association for Academic Psychiatry |
| 1988-93 | Chicago Consortium of Residency Training Directors |
| 1988-90 | National Consortium on Consultation-Liaison Psychiatry |
| 1989-90 | American Medical Association |
| 1989-90 | Chicago Medical Society |
| 1989-90 | Illinois State Medical Society |
| 1994- | American College of Psychiatrists(Distinguished Fellow) |
| 1996- | American Academy of Psychoanalysis (Fellow) |
| 1996- | American College of Psychoanalysts (Fellow) |
| 2005-2011 | American Medical Association |

## PROFESSIONAL ASSOCIATION APPOINTMENTS AND ELECTED OFFICES:

| | |
|---|---|
| 1989- | American Board of Psychiatry and Neurology:<br>- Examiner |
| 1991-95 | Accreditation Council on Graduate Medical Education:<br>- Specialist Site Visitor |

American Psychiatric Association

| | |
|---|---|
| 1984-85 | - Member, Committee on Women |
| 1985-91 | - Chair, Committee on Women |
| 1990 | - Member, Nominating Committee |
| 1991-92 | - Consultant, Joint Commission on Public Affairs |
| 1991-92 | - Assembly Liaison, Council on Medical Education |
| 1991-92 | - Adviser: AIDS Curriculum Task Force |
| 1991-92 | - Deputy Assembly Representative from Women's Caucus |
| 1993-97 | - Assembly Representative from Women's Caucus |
| 1993-97 | - President, Women's Caucus |
| 1988-93 | - Late Luteal Phase Dysphoric Disorder Working Group, DSM IV |
| 1995- | - Representative, Society for the Advancement of Women's Health Research |
| 1995-99 | - Chair, Joint Commission on Public Affairs |
| 1995-02 | - Member, Psychiatric News Editorial Advisory Board |
| 1998- | - Member, Workgroup to Educate Members on Physician-Assisted Suicide |

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 29 of 36

| 1999- 00 | - Recorder of the Assembly |
| | - Consultant, Joint Commission on Public Affairs |
| | - Chair, Local Arrangements, APA May Meetings, Chicago |
| 2000-01 | - Speaker-Elect of the Assembly |
| 2000-01 | - Vice Chairperson, Joint Reference Committee |
| 2000-01 | - Corresponding Member, Committee on End of Life Issues |
| 2000-07 | - Member, Finance and Budget Committee |
| 2000-01 | - Member, Advisory Group on Medem |
| 2001-02 | - Speaker of the Assembly |
| 2001- | - Founding Member, Task Force on the Care of Persons with Severe and Persistent Mental Illnesses |
| 2003-2005 | - Secretary of the Association |
| 2003-2005 | - Chair, Ethics Appeals Board |
| 2005- | -Alternate Delegate, American Medical Association |
| 2005-7 | -Vice President |
| 2007-8 | -President-Elect |
| 2008-9 | -President |

American Psychiatric Publishing, Inc.

| 2001-05 | - Member of Board of Directors, Treasurer |

Illinois Psychiatric Society

| 1978- | - Founding Member, Residents' Committee |
| 1981-86 | - Chair, Committee on Women |
| 1987-89 | - Treasurer |
| 1989-90 | - President |
| 1989- | - Chair, Committee on Illinois Mental Health Forum |
| 1990-92 | - Member, Constitution and By-Laws Committee |
| 1990-94 | - Chair, Nominating Committee |

Association of American Medical Colleges

| 1991-93 | - University of Chicago's Women's Liaison Officer |

American Society for Psychoprophylaxis in Obstetrics

| 1975-78 | - Board of Directors |
| 1979-81 | - Vice President |

American Psychoanalytic Association

| 1990- | - Government Relations and Insurance Committee |
| 1986- | - Committee on Associate and Affiliate Membership |
| 1989- | - Co-Chair, Committee on Psychoanalysis in Medical and Residency Education |

Association for Academic Psychiatry

| 1990-92 | - Deputy Section Head, Medical Student Education |
| 1992-95 | - Section Head, Medical Student Education |

American College of Psychiatrists
1988-92     - Laughlin Fellowship Committee
1992-95     - Chair, Laughlin Fellowship Committee
1994        - Elevated to Fellow
1996-99     - Board of Regents
2000-2004   - Chair, Membership Development Committee
2004-2006   - Scientific Program Committee
2006-2009   - Strategic Planning Committee

Association of Women Psychiatrists
1992-95     - Vice President
1995-96     - President-Elect
1996-98     - President

North American Society for Psychosocial Ob/Gyn
1997-1998   - President
1998-1999   - Representative to International Society
1998-1999

American College of Obstetrics and Gynecologists,
1978-82     - Member, Public Advisory Committee
1982-86     - Chair, Public Advisory Committee
2000-01     - Prolog Self Assessment Examination Task Force on Patient
              Management in the Office, 4th Edition

Illinois Mental Health Forum (coalition comprising all major
              mental health providers, consumer and advocacy
              organizations in Illinois)
1988-  1999  - Founder and Convener
              Illinois Hospital & Health Systems Association
1998 -    -  Behavioral Health Constituency Section Steering Committee
2001–02 -    Quality Measurement Advisory Group

Society for Women's Health Research
1998-2000   Medical Health Advisory Board
            - Vice Chair, Chair

1999-2006   Physicians for Reproductive Choice and Health
            Board of Directors

2001-       U.S. Health Resources and Services Administration
            Maternal and Child Health Bureau
            Bright Futures for Women: Steering Committee
                Co-Chair, Mental Health and Wellness Expert Panel
                Member, Perinatal Subcommittee

Case 1:11-cv-00804-CCE-LPA   Document 13   Filed 09/29/11   Page 31 of 36

World Psychiatric Association

| 2008- | Member, Ethics Review Committee |
|--------|---------------------------------|
| 2008- | Vice-Chairman, Section on Psychiatry, Medicine and Primary Care |

## RESEARCH:

| 1980-83 | Adolescents' Attitudes Toward Breastfeeding<br>- Michael Reese Medical Center |
|---------|------------------------------------------------------------------------------|
| 1991- 95 | The Human Genome Project and Women<br>- The University of Chicago |
| 1996- 97 | HIV Psychopharmacology Research Working Group |

## COMMUNITY BOARDS:

| 1971-78 | Ancona School, Board of Directors |
|---------|-----------------------------------|
| 1983-89 | Gilbert & Sullivan Operetta Company of Chicago,<br>Board of Directors |
| 1990- | Mental Health Association in Illinois:<br>Professional Advisory Board |
| 1991-94 | Mental Health Association of Greater Chicago<br>Professional Advisory Board |
| 1994-2000 | Society for the Advancement of Women's Health Research:<br>Medical Advisory Board |
| 1997-1999 | National Council on Patient Information and Education<br>Board of Directors |
| 2001-2007 | National Mental Health Association<br>Board of Directors<br>Public Education Committee<br>Strategic Planning Committee<br>Public Policy Committee |
| 2001-2007 | Mental Health Association in Illinois<br>Board of Directors<br>Public Policy Committee |

## PUBLIC EDUCATION AND RELATIONS:
Selected Radio and Television Interviews

| 1980 | Chicago Public Television: Panel Series on Abortion |
|------|----------------------------------------------------|
| 1982 | WBBM - Bob and Betty Sanders Show |
| 1983 | ABC-TV - "Is There Sex After Parenthood"<br>A.M. Chicago - "Women and the Medical Establishment" |
| 1984 | ABC Nightly News - "Toy Lust" |
| 1985 | ABC Nightly News - "Now or Never Mothers" |
| 1986 | ABC - Oprah Winfrey Show - "Postpartum Depression" |

23

1989 Illinois Public Radio - "Public Mental Health Care in the State of Illinois" (Quentin Young Show)
1990 CNN - Larry King Live - "Is Psychotherapy Bad for You?"
1991 American Medical Television - "Masques of Melancholia"
1991 ABC - Oprah Winfrey Show - "Involuntary Hospitalization"
1991 CBS - "Pre-menstrual Syndrome"
1991 CNN - Sonya Live - "Abortion"
1992 WBEZ-Radio - Quentin Young Show - "Mental Illness"
1993 Charleston, SC public radio "What's on Your Mind?"
1994 WHYY Public Radio, Philadelphia, PA - "Voices in the Family"
1995 FOX 32 News "Susan Smith"
1995 WTTW - Chicago Tonight: "Menopause"
1995 CNN - "Hormone Replacement Therapy"
1996 WGBH - Frontline: "Kavorkian"
1996 NPR - "Breast Surgery"
1996 KCRW Public Radio Los Angeles, CA - Which Way L.A. - "Alleged Fraternity Gang Rape"
1996 PBS TV The MacNeil/Lehrer News Hour
1996 WBEZ - Mara Tapp Show, October
1997 WORLD NEWS TONIGHT Premenstrual Dysphoria Disorder
1998 WBEZ-FM Advisory panel for Chicago Matters project
1998 CNN
     Washington Post
     Associated Press
     ABC
     NBC
1999 WBEZ-Radio – Steve Edwards Show – Panel Discussion on "Racism as a Mental Illness."
     MSNBC InterNight News Program – August 30th – "Racism as a Mental Illness."
     WOYM, national public radio, Charleston, SC – Dr. Linda Austin – August 3rd - "Women and the Sexual Revol. Today."
     ABC – Interview with Linda Yu – October 28th – "Spying on Your Teen."
2000 NBC – Interview Topic: Dipiction of mental illness in Jim Carrey's new movie *Me, Myself and Irene,* By Marion Brooks, July 7.
     WAMU, national public radio, Washington, DC – Fred Goodwin, September 7, "Women in Mental Health."
     MSNBC: 'Is Racism a Psychiatric Illness?'
2001 NBC Nightly News(national—Postpartum Depression
     CNN Talk Back Live—Infanticide
     WTTW Chicago Tonight—Postpartum Depression
2002 CNN Nightly News—Postpartum Depression
     National Public Radio—Postpartum Mental Illnesses
2003 WGN Radio
     Illinois Radio Health Network

24

| 2004 | CBS Morning News—Depression/Pain Link |
|---|---|
| 2005 | CNN Anderson Cooper, Australian Radio 4BC, Radio KOMO Seattle, Univision, WebMD, Fox News, Fox Bill O'Reilly, NPR: Premenstrual Syndromes, MomsTownRealityRadio, WebMD, Lifetime TV |
| 2006 | CBS Radio Network(the effects of treatment of maternal depression on childhood psychopathology), National Public Radio(Discontinuing Antidepressants During Pregnancy) |
| 2007 | Fox News Good Morning: Intermittent Explosive Disorder; Public Broadcasting System NOW program, Anti-Abortion Strategies |
| 2008 | National Public Radio, Public Broadcasting System, |

## SELECTED PRESS INTERVIEWS

| 1998 | Star Ledger News, New Jersey- Interview topic – "Post Partum Depression." |
|---|---|
| 1999 | Psychology Today – Interview topic: "Behavioral and Mood Changes Linked to Women's Hormonal Cycles."<br>Chicago Tribune - Interview topic: "Women's Life Choices."<br>Town & Country Magazine – Interview topic: "Hidden Depression."<br>Prevention Health Book- Interview topic: Women's Emotional Health.<br>SELF-Magazine – Interview topic: Ritalin, The Energy Pill Women Are Hooked On, by Lisa Collier Cool.<br>New York Times – Interview topic: "For the Partum Blues, a Question of Whether to Medicate." By Lois B. Morris.<br>USA Today – Interview topic: eating disorders, By Nancy Hellmich.<br>Chicago Tribune- To Love, honor and obey, By Barbara Bratman.<br>Village Voice – Interview topic: Premenstrual Dysphoric Disorder and Sarafem, by Carka Soartis. |
| 2000 | Wall Street Journal – Interview topic: Premenstrual Dysphoria Disorder (PMDD), by Tara Pope, February 26.<br>CBS Market Watch – Financial – Interview topic: Premenstrual Dysphoria Disorder (PMDD), by Trish Regan, February 26.<br>New York Post – Interview topic: Did Premenstrual 'Cure' Invent the Disease?, by Hallie Levine, February 27<br>Village Voice |
| 2001 | WebMD<br>Glamour<br>Chicago Tribune<br>Washington Post<br>Wall Street Journal<br>Child Magazine<br>Shape Magazine |

25

| 2002 | Babycenter.com |
|---|---|
| | Self Magazine |
| | Chicago Tribune |
| | MORE (affiliate of Ladies' Home Journal) |
| | Woman's Day |
| | New York Times |
| | TIME |

| 2003 | Investors' Business Daily |
|---|---|
| | Cosmopolitan |
| | Glamour |
| | Baby Talk |
| | Vogue |
| | Shape |
| | Raleigh News and Observer |

| 2004 | Dallas Morning News |
|---|---|
| | Self Magazine |
| | Woman's Day |
| | New York Times |
| | Health Magazine |
| | Vogue Magazine |

2005      Palm Beach Post, Cleveland Plain Dealer, <u>People</u>: Psychiatry v. Scientology. Good Housekeeping, Newsweek, Parents, Understanding Health, Time Out Chicago, Glamour, Family Circle

2006      Weight Watchers Magazine(body image during pregnancy), Better Homes and Gardens(the case against mothers), Family Circle, New York Times, Chicago Tribune, Los Angeles Times, Sacramento Bee, Redbook

2007-8      Self Magazine, Reader's Digest, AMNews, Marie Claire

2008-9      NPR, Marie Claire, Milwaukee Journal-Sentinel, Parade Magazine, NY Times, AM News, Wall Street Journal

           Fox News, SELF Magazine, MORE Magazine, Family Circle, NY Times, Chicago Tribune, LA Times

2011      SELF, Psychiatric Times

## INTERNET PUBLICATIONS:

<u>FitForAll.com</u> – Interview topic: Depression. September 1999

26

SavvyHEALTH.com – Interview topic: Rock-A-Bye Baby Blues -
Postpartum Depression, May 1, 2000
DrDonnica.com – Too Fat, Too Thin: Women Can't Win. October
2000.
MedScape—Women at the APA Meeting.  May 2003.
MomsTown Reality
Web MD
Be Smart Be Well
Huffington Post

TESTIMONY BEFORE GOVERNMENTAL BODIES:

1989   U.S. Surgeon General: Induced Abortion
1991   U.S. Congress:  Mental Illness
1992   FDA:  Silicone Breast Implants
1994   NIMH: Women's Health Research
2001   Congressional Black Caucus:  Post Partum Depression
2004   U.S. Senate Subcommittee on Science and Technology:  Effects of
         Abortion on Women
2004   U.S. House of Representatives Health Subcommittee:  Psychological
         Sequelae of Pregnancy
2006   Campaign for Mental Health Reform/President's New Freedom
         Commission on Mental Health

27