IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
)
) Case No. _____
JANICE E. HUFF, M.D., et al., )
)
Defendants. )
)

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the undersigned counsel and notices all parties and/or counsel that the undersigned represents all Plaintiffs in this action. The undersigned will file Notices of Special Appearance in support of co-counsel Bebe J. Anderson, Andrew D. Beck and Helene T. Krasnoff, who each represent certain of the Plaintiffs in this action. The undersigned was admitted to the Middle District of North Carolina on May 30, 2007.

Respectfully submitted this 29th day of September, 2011.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2011, I electronically filed the foregoing NOTICE OF APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com