# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Gretchen S. Stuart, M.D., et al

     v.                              Case Number:   1:11cv804

Janice E. Huff, M.D., et al

# NOTICE

Take notice that a proceeding in these cases has been **set** as indicated below:

          PLACE:      L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C.

COURTROOM NO.:      G-3

DATE AND TIME:      October 17, 2011 - 10:00 a.m.

PROCEEDING:      Hearing on Motion for Temporary Restraining Order and Preliminary Injunction

[Defendant's Briefs due October 12, 2011 no later than 5:00 p.m. and Plaintiff's Response Briefs due October 14, 2011 no later than noon]

_____

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date: October 3, 2011

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD