IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
    Plaintiffs, )
)
v. ) CIVIL ACTION
)
) Case No. 1:11-cv-00804-*CCE*
JANICE E. HUFF, M.D., et al., )
)
    Defendants. )

## NOTICE OF SPECIAL APPEARANCE OF BEBE J. ANDERSON

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Bebe J. Anderson, and in support thereof, the undersigned counsel states as follows:

1. Bebe J. Anderson is a licensed attorney in good standing of the bars of New York State (Bar # 1795327) and California (Bar # 133930; currently on inactive status). She has also been admitted to the bars of the U. S. Supreme Court; U.S. Court of Claims; U.S. Courts of Appeal for the Fourth, Ninth, and Tenth Circuits; and U. S. District Courts for the Southern and Eastern Districts of New York, the Eastern District of California, the Eastern District of Michigan, and the Eastern District of Wisconsin. She is Senior Counsel at The Center for Reproductive Rights, 120 Wall Street, 14th Floor, New York, NY 10005, and may be reached at (917) 637-3687 and banderson@reprorights.org.

1

2. Ms. Anderson agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Bebe J. Anderson is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic; and A Woman's Choice of Raleigh, Inc. in this proceeding.

RESPECTFULLY SUBMITTED this 3rd day of October, 2011.

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil
Liberties Union of North Carolina
Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

COUNSEL FOR PLAINTIFFS

Bebe J. Anderson
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2011, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

3