IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> JANICE E. HUFF, M.D., et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> Case No. 1:11-CV-00804 -CCE |

## NOTICE OF SPECIAL APPEARANCE OF HELENE T. KRASNOFF

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Helene T. Krasnoff, and in support thereof, the undersigned counsel states as follows:

1. Helene T. Krasnoff is a licensed attorney in good standing of the District of Columbia Bar and the New York State Bar. She has also been admitted to the bars of the United States Supreme Court, the United States Courts of Appeals for the Fifth, Sixth, Eighth, Ninth, and Tenth Circuits, and the United States District Court for the District of Columbia. She is a senior staff attorney for Planned Parenthood Federation of America, 1110 Vermont Avenue NW, Suite 300, Washington, DC 20005, and may be reached at (202) 973-4800 and helene.krasnoff@ppfa.org.

1

2. Ms. Krasnoff agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Helene T. Krasnoff is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiffs Planned Parenthood of Central North Carolina and Planned Parenthood Health Systems, Inc., in this proceeding.

RESPECTFULLY SUBMITTED this 3rd day of October, 2011.

| | |
|---|---|
| /s/ Katherine Lewis Parker | /s/ Helene T. Krasnoff |
| Katherine Lewis Parker | Helene T. Krasnoff |
| NC Bar #36263 | DC Bar No. 460177 |
| Legal Director, American Civil Liberties Union of North Carolina Legal Foundation | Planned Parenthood Federation of America |
| P.O. Box 28004 | 1110 Vermont Avenue, NW, Suite 300 |
| Raleigh, NC 27611 | Washington, DC 20005 |
| (919) 834-3466 | (202) 973-4800 |
| (866) 511-1344 Fax | (202) 296-3480 Fax |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR PLAINTIFFS PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC. |

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2011, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

3