IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| ) | Case No. 1:11-CV-00804 ~CCE |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SPECIAL APPEARANCE OF ANDREW D. BECK

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Andrew D. Beck, and in support thereof, the undersigned counsel states as follows:

1. Andrew D. Beck is a licensed attorney in good standing of the New York State Bar. He has also been admitted to the bar of the United States District Court for the Southern District of New York, and the bars of the United States Court of Appeals (3d and 4th Circuits). He is a Staff Attorney in the Reproductive Freedom Project at the American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, and may be reached at (212) 284-7318 and abeck@aclu.org.

2. Mr. Beck agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation

1

at all conferences, hearings, trials, and other proceedings, and that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Andrew D. Beck is hereby provided to this Court.

RESPECTFULLY SUBMITTED this 3rd day of October, 2011.

_s/ Katherine Lewis Parker_

Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil
Liberties Union of North Carolina
Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

COUNSEL FOR PLAINTIFFS

Andrew D. Beck
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 284-7318
(212) 549-2650 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST MD PA, d/b/a CRIST CLINIC FOR WOMEN

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2011, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using

2

the CM/ECF system, which will send a notice of electronic filing.

                                         _s/ Katherine Lewis Parker_
                                         Katherine Lewis Parker
                                         Legal Director of ACLU-NC
                                         P.O. Box 28004
                                         Raleigh, NC 27611
                                         (919) 834-3390
                                         acluncklp@nc.rr.com