# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANICE E. HUFF, M.D., et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> Case No. 1:11-cv-00804-CCE |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING (Doc. 20)

The undersigned counsel certifies that the undersigned has served all Defendants the Court's October 3, 2011 Notice of Hearing (Doc. 20) by email to the following recipients (Defendants or counsel/assistants to Defendants):

- Janice E. Huff, M.D.
    - marcus.jimison@ncmedboard.org
    - brian.blankenship@ncmedboard.org
    - thomas.mansfield@ncmedboard.org
- Roy Cooper
    - NCAGO@ncdoj.gov
    - GKelley@ncdoj.gov
    - rhargett@ncdoj.gov
- Lanier M. Cansler
    - emery.milliken@dhhs.nc.gov
- Jim Woodall
    - James.R.Woodall@nccourts.org
- Tracey E. Cline
    - Sheila.G.Eason@nccourts.org
- Doug Henderson
    - Sylvia.R.Christopher@nccourts.org
- Billy West
    - William.R.West@nccourts.org
- C. Colon Willoughby, Jr.
    - Landon.M.Smith@nccourts.org

- Benjamin R. David
    - Benjamin.R.David@nccourts.org
- Jim O'Neill
    - James.R.ONeill@nccourts.org
- Ernie Lee
    - Peggy.E.Johnson@nccourts.org

Done this 4th day of October, 2011.

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Counsel for Plaintiffs
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
Email: acluncklp@nc.rr.com