# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| JANICE E. HUFF, M.D., et al., ) | Case No. 1:11-cv-00804-CCE |
| ) | |
| Defendants. ) | |

## NOTICE OF CERTIFICATE OF SERVICE OF CASE DOCUMENTS

The undersigned counsel certifies that the undersigned has served all Defendants with all case documents to date in this case. Specifically, Documents 1, and 8-13 were served on the Attorney General's office on September 29, 2011 at 11:27 a.m. Additionally, Defendants Cooper, Huff and Cansler were served personally with Documents 1-14, and 18-19, on October 3, 2011. Defendants Woodall, Cline, Henderson, West, Willoughby, David, O'Neill and Lee were served via certified mail with Documents 1-14, and 18-19, on October 4, 2011. Document 20 was served via email to all Defendants on October 4, 2011. Remaining Documents 21-24 were served via email on counsel for all Defendants on October 5, 2011. Documents 15-17 were initially filed in error and were not served on the Defendants.

Respectfully submitted this 6th day of October, 2011.

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar No. 36263
Counsel for All Plaintiffs
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
Email: acluncklp@nc.rr.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I electronically filed the foregoing Notice of Certificate of Service of Case Documents with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Bebe J. Anderson*
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR PLAINTIFFS GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR PLAINTIFFS JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST MD PA, d/b/a CRIST CLINIC FOR WOMEN

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR PLAINTIFFS PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC.

2

Case 1:11-cv-00804-CCE-LPA   Document 25   Filed 10/06/11   Page 2 of 3

I have also served the foregoing via email to the following recipients:

Grayson Kelley
GKelley@ncdoj.gov
Chief Deputy Attorney General
Tom Ziko
Tziko@ncdoj.gov
Senior Deputy Attorney General, Special Litigation Division
North Carolina Department of Justice
Legal Services Division
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400

COUNSEL FOR ALL DEFENDANTS, EXCEPT JANICE E. HUFF, M.D.

Marcus Jimison
marcus.jimison@ncmedboard.org
Brian L. Blankenship
Brian.Blankenship@NCMEDBOARD.ORG
Thomas W. Mansfield
Thomas.Mansfield@ncmedboard.org
North Carolina Medical Board
1203 Front Street
Raleigh, NC 27609
(919) 326-1100

COUNSEL FOR DEFENDANT JANICE E. HUFF, M.D.

This the 6th day of October, 2011,

/s/ Katherine Lewis Parker
Katherine Lewis Parker