IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; JAMES R. DINGFELDER, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; SERINA FLOYD, M.D.; DECKER & WATSON, INC., d/b/a PIEDMONT CAROLINA MEDICAL CLINIC; PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA; A WOMAN'S CHOICE OF RALEIGH, INC.; PLANNED PARENTHOOD HEALTH SYSTEMS, INC.; TAKEY CRIST, M.D.; and TAKEY CRIST, M.D., P.A., d/b/a CRIST CLINIC FOR WOMEN, on behalf of themselves and their patients seeking abortions, <br><br> Plaintiffs, <br><br> v. <br><br> JANICE E. HUFF, M.D., in her official capacity as President of the North Carolina Medical Board; ROY COOPER, in his official capacity as Attorney General of North Carolina; LANIER M. CANSLER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services; JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B; TRACEY E. CLINE, in her official capacity as DA for PD 14; DOUG HENDERSON, in his official capacity as DA for PD 18; BILLY WEST, in his official capacity as DA for PD 12; C. COLON WILLOUGHBY, JR., in his official capacity as DA for PD 10; BENJAMIN R. DAVID, in his official capacity as DA for PD 5; JIM O'NEILL, in his official capacity as DA for PD 21; ERNIE LEE, in his official capacity as DA for PD 4; and their employees, agents, and successors, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 1:11-CV-00804-CCE |

# AFFIDAVIT FOR SERVICE OF PROCESS BY EXPRESS MAIL, RETURN RECEIPT REQUESTED

I, Emily-Mary Brown, being sworn, depose and say:

1. I submit this affidavit in accordance with Rule 4 of the North Carolina Rules of Civil Procedure to establish service in this action.

2. Copies of the Complaint and Summons were deposited in the United States Post Office for mailing Express Mail, Return Receipt Requested and addressed to Defendants as follows:

   Hon. Tracey Cline, DA
   District Attorney's Office
   Durham Co. Judicial Bldg., 6th Floor
   Durham, NC 27701

   Hon. Jim O'Neill, DA
   District Attorney's Office
   PO Box 20083
   Winston-Salem, NC 27120

   Hon. Doug Henderson, DA
   District Attorney's Office
   PO Box 10769
   Greensboro, NC 27404

   Hon. C. Colon Willoughby, DA
   District Attorney's Office
   PO Box 31
   Raleigh, NC 27602

   Hon. Ernie Lee, DA
   District Attorney's Office
   201 E. Main Street
   Clinton, NC 28328

   Hon. James R. Woodall, Jr., DA
   District Attorney's Office
   106 East Margaret Lane
   Hillsborough, NC 27278

Hon. Billy West, DA
District Attorney's Office
117 Dick St., Suite 427
Fayetteville, NC 28301

Hon. Benjamin David, DA
District Attorney's Office
PO Box 352
Wilmington, NC 28402

3. Copies of the Summons and Complaint were received by Defendants on October 4, 2011.

4. Copies of the Return Receipts are attached.

*Emily-Mary Brown*

Emily-Mary Brown
NC Certified Paralegal

Sworn to and subscribed to before me this 12th day of October, 2011.

_____
Notary Public (Signature)

Debra Williamson
_____
Notary Public (Print)

My Commission Expires: 9-30-2014            (SEAL)

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Tracey Cline, DA
District Attorney's Office
Durham Co. Judicial Bldg
6th Floor
Durham, NC 27701

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Anita Wells ☐ Agent ☐ Addressee
B. Received by (Printed Name): Anita Wells
C. Date of Delivery: 10-4-11
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jim O'Neill, DA
District Attorney's Office
PO Box 20083
Winston-Salem, NC
27120-0083

2. Article Number (Transfer from service label)

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Melvin Pat ☒ Agent ☐ Addressee
B. Received by (Printed Name): Melanie Dotson
C. Date of Delivery: 10·4
D. Is delivery address different from item 1? ☐ Yes ☒ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Doug Henderson, DA
District Attorney's Office
PO Box 10769
Greensboro, NC 27404

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 10/4/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[postmark: GREENSBORO, 2011 R - 120]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. C. Colon Willoughby, DA
District Attorney's Office
PO Box 31
Raleigh NC 27602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) Heather Baird

C. Date of Delivery 10-4-11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Ernie Lee, DA
Prosecutorial District #4
201 E Main St.
Clinton, NC 28328

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )
LINDA J. TYNDALL

C. Date of Delivery
10-4-11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. James R. Woodall, Jr., DA
District Attorney's Office
106 East Margaret Lane
Hillsborough, NC 27278

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_ ☒ Agent ☐ Addressee

B. Received by ( Printed Name )
_[illegible] McKee_

C. Date of Delivery
10/4/11

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☒ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Billy West, DA
District Attorney's Office
117 Dick St., Suite 427
Fayetteville NC 28301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): *Linda Olendine* C. Date of Delivery: 10-4-11
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☒ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Benjamin David, DA
Prosecutorial District #5
PO Box 352
Wilmington, NC 28402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☒ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): EG 859 904 285 US

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540



Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EG359904285US | Express Mail® | Delivered | October 04, 2011, 1:16 pm | WILMINGTON, NC 28401 | Guaranteed By: October 4, 2011, 12:00 PM<br>Return Receipt<br>Proof of Delivery |
| | | Notice Left (No Authorized Recipient Available) | October 04, 2011, 10:15 am | WILMINGTON, NC 28402 | |
| | | Arrival at Unit | October 04, 2011, 8:09 am | WILMINGTON, NC 28402 | |
| | | Processed through Sort Facility | October 03, 2011, 11:30 pm | FAYETTEVILLE, NC 28302 | |
| | | Processed through Sort Facility | October 03, 2011, 4:25 pm | RALEIGH, NC 27676 | |
| | | Acceptance | October 03, 2011, 3:25 pm | RALEIGH, NC 27601 | |

## Check on Another Item

*What's your label (or receipt) number?*

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2011 USPS. All Rights Reserved.

# CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed the foregoing Affidavit for Service of Process by Express Mail Return Receipt Requested with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Bebe J. Anderson*
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR PLAINTIFFS GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR PLAINTIFFS JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST MD PA, d/b/a CRIST CLINIC FOR WOMEN

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR PLAINTIFFS PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC.

I have also served the foregoing via email to the following recipients:

Tom Ziko
Tziko@ncdoj.gov
Senior Deputy Attorney General, Special Litigation Division
Faison Hicks
Fhicks@ncdoj.gov
Special Deputy Attorney General
Stephanie Brennan
Sbrennan@ncdoj.gov
Assistant Attorney General
North Carolina Department of Justice
Legal Services Division
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400

COUNSEL FOR ALL DEFENDANTS, EXCEPT JANICE E. HUFF, M.D.

Marcus Jimison
marcus.jimison@ncmedboard.org
Brian L. Blankenship
Brian.Blankenship@NCMEDBOARD.ORG
Thomas W. Mansfield
Thomas.Mansfield@ncmedboard.org
North Carolina Medical Board
1203 Front Street
Raleigh, NC 27609
(919) 326-1100

COUNSEL FOR DEFENDANT JANICE E. HUFF, M.D.

This the 12th day of October, 2011,

/s/ Katherine Lewis Parker
Katherine Lewis Parker