# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; JAMES R. DINGFELDER, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; SERINA FLOYD, M.D.; DECKER & WATSON, INC., d/b/a PIEDMONT CAROLINA MEDICAL CLINIC; PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA; A WOMAN'S CHOICE OF RALEIGH, INC.; PLANNED PARENTHOOD HEALTH SYSTEMS, INC.; TAKEY CRIST, M.D.; and TAKEY CRIST, M.D., P.A., d/b/a CRIST CLINIC FOR WOMEN, on behalf of themselves and their patients seeking abortions, | CIVIL ACTION<br><br>Case No. 1:11-CV-00804-CCE |
| Plaintiffs, | |
| v. | |
| JANICE E. HUFF, M.D., in her official capacity as President of the North Carolina Medical Board; ROY COOPER, in his official capacity as Attorney General of North Carolina; LANIER M. CANSLER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services; JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B; TRACEY E. CLINE, in her official capacity as DA for PD 14; DOUG HENDERSON, in his official capacity as DA for PD 18; BILLY WEST, in his official capacity as DA for PD 12; C. COLON WILLOUGHBY, JR., in his official capacity as DA for PD 10; BENJAMIN R. DAVID, in his official capacity as DA for PD 5; JIM O'NEILL, in his official capacity as DA for PD 21; ERNIE LEE, in his official capacity as DA for PD 4; and their employees, agents, and successors, | |
| Defendants. | |

## AFFIDAVIT FOR SERVICE OF PROCESS BY PROCESS SERVER

I, Emily-Mary Brown, being sworn, depose and say:

1. I submit this affidavit in accordance with Rule 4 of the North Carolina Rules of Civil Procedure to establish service in this action.

2. Copies of the Complaint and Summons were personally served upon Defendants Roy Cooper Janice E. Huff, M.D., and Lanier M. Cansler on October 3, 2011 by Todd Bowling, Process Server.

3. Copies of the executed summonses are attached.

*Emily-Mary Brown*

Emily-Mary Brown
NC Certified Paralegal

Sworn to and subscribed to before me this 12 day of October, 2011.

*Debra Williamson*
Notary Public (Signature)

Debra Williamson
Notary Public (Print)

My Commission Expires: 9-30-2014

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:11-cv-00804 |
| JANICE E. HUFF, M.D., et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roy Cooper, in his official capacity as
Attorney General of North Carolina
c/o Grayson G. Kelley, Process Agent
P.O. Box 629
Raleigh, NC 27602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Katherine Lewis Parker
P.O. Box 28004
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Jamie Sheets
Deputy Clerk

October 3, 2011
Date

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-cv-00804

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Roy Cooper, Attorney General NC**
was received by me on *(date)* **10/3/11**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Melissa Lovell**, who is designated by law to accept service of process on behalf of *(name of organization)* **Roy Cooper**
on *(date)* **10/3/11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/3/11**

*Todd B___* (Server's signature)

**Todd Bowling, Process Server**
Printed name and title

**PO Box 1144, Raleigh, NC 27602**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:11-cv-00804 |
| JANICE E. HUFF, M.D., et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janice E. Huff, M.D., in her official capacity as President of the
North Carolina Medical Board
c/o R. David Henderson, Process Agent
123 Front Street
Raleigh, NC 27609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Katherine Lewis Parker
P.O. Box 28004
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Jamie Sheets
Deputy Clerk

October 3, 2011
Date

Civil Action No. 1:11-cv-00804

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janice Huff, President NC Medical Board
was received by me on *(date)* 10/3/11 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Donna Stocker , who is
designated by law to accept service of process on behalf of *(name of organization)* NC Medical Board
on *(date)* 10/3/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/3/11

*Server's signature:* Todd B——

*Printed name and title:* Todd Bowling Process Server

*Server's address:* PO Box 1144, Raleigh, NC 27602

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al <br><br> *Plaintiff* <br> v. <br> JANICE E. HUFF, M.D., et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:11-cv-00804 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lanier M. Cansler, in his official capacity as Secretary of the
North Carolina Department of Health and Human Services
c/o Emery E. Milliken
Department of Health and Human Services
Adams Building, Room 136
Raleigh, NC 27699

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katherine Lewis Parker
P.O. Box 28004
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John S. Brubaker
Clerk

/s/ Jamie Sheets
Deputy Clerk

October 3, 2011
Date

Civil Action No. 1:11-cv-00804

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lanier Cansler, Secretary NCDHHS__
was received by me on *(date)* __10/3/11__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Rose Thompson__, who is designated by law to accept service of process on behalf of *(name of organization)* __NCDHHS__ on *(date)* __10/3/11__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __10/3/11__

_____
*Server's signature*

__Todd Bowling Process Server__
*Printed name and title*

__PO Box 1144, Raleigh, NC 27602__
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed the foregoing Affidavit for Service of Process by Process Server with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Bebe J. Anderson*
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR PLAINTIFFS GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR PLAINTIFFS JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST MD PA, d/b/a CRIST CLINIC FOR WOMEN

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR PLAINTIFFS PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC.

I have also served the foregoing via email to the following recipients:

Tom Ziko
Tziko@ncdoj.gov
Senior Deputy Attorney General, Special Litigation Division
Faison Hicks
Fhicks@ncdoj.gov
Special Deputy Attorney General
Stephanie Brennan
Sbrennan@ncdoj.gov
Assistant Attorney General
North Carolina Department of Justice
Legal Services Division
9001 Mail Service Center
Raleigh, NC 27699-9001
Telephone: (919) 716-6400

COUNSEL FOR ALL DEFENDANTS, EXCEPT JANICE E. HUFF, M.D.

Marcus Jimison
marcus.jimison@ncmedboard.org
Brian L. Blankenship
Brian.Blankenship@NCMEDBOARD.ORG
Thomas W. Mansfield
Thomas.Mansfield@ncmedboard.org
North Carolina Medical Board
1203 Front Street
Raleigh, NC 27609
(919) 326-1100

COUNSEL FOR DEFENDANT JANICE E. HUFF, M.D.

This the 12th day of October, 2011,

/s/ Katherine Lewis Parker
Katherine Lewis Parker