UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,   )
                                    )
           Plaintiffs,              )
                                    )   CIVIL ACTION
v.                                  )
                                    )   Case No. 1:11-cv-00804-CCE-LPA
JANICE E. HUFF, M.D., et al.,       )
                                    )
           Defendants.              )

**************************************************
**NOTICE OF APPEARANCE**
**************************************************

PLEASE TAKE NOTICE that Senior Deputy Attorney General Thomas J. Ziko of the North Carolina Attorney General's Office enters this Notice of Appearances as lead counsel representing all defendants in the matter herein.

Respectfully submitted, this the 13th day of October, 2011.

    ROY COOPER
    Attorney General

    /s/Thomas J. Ziko
    Thomas J. Ziko
    Senior Deputy Attorney General
    State Bar No. 8577
    E-mail: tziko@ncdoj.gov

    N.C. Department of Justice
    114 W. Edenton Street
    Post Office Box 629
    Raleigh, North Carolina 27602
    Telephone: (919) 716-6900
    Fax: (919) 716-6763

    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 13 October, 2011, I electronically filed the forgoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for plaintiffs: Bebe J. Anderson, Andrew D. Beck, Helene T. Krasnoff, and I hereby certify that I have mailed the document to the following non CM/ECF participates: none.

ROY COOPER
Attorney General

/s/Thomas J. Ziko
Thomas J. Ziko
Senior Deputy Attorney General
State Bar No. 8577
E-mail: tziko@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763

*Attorney for Defendant*s