UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JANICE E. HUFF, M.D., et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>Case No. 1:11-cv-00804-CCE-LPA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE that Special Deputy Attorney General I. Faison Hicks of the North Carolina Attorney General's Office enters this Notice of Appearance as counsel representing all defendants in the matter herein.

Respectfully submitted, this the 13th day of October, 2011.

ROY COOPER
Attorney General

/s/I. Faison Hicks
I. Faison Hicks
Special Deputy Attorney General
State Bar. No. 10672
E-mail: fhicks@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 13 October, 2011, I electronically filed the forgoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for plaintiffs: Bebe J. Anderson, Andrew D. Beck, Helene T. Krasnoff, and I hereby certify that I have mailed the document to the following non CM/ECF participates: none.

ROY COOPER
Attorney General

/s/I. Faison Hicks
I. Faison Hicks
Special Deputy Attorney General
State Bar. No. 10672
E-mail: fhicks@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763

*Attorney for Defendant*s