# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | )    **Case No.:** 1:11-cv-00804 |
| vs. Huff, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

      PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Janice H. Huff, M.D.    who is    Defendant              ,
      (Name of Party)                     (Plaintiff/moving party or defendant)

makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

        ( ) Yes                 (✓) No

2.      Does party have any parent corporations?

        ( ) Yes                 (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes                  (✓) No

If yes, identify all such owners: _____
_____
_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ( ) Yes                  (✓) No

If yes, identify entity and nature of interest: _____
_____
_____


/s/Thomas J. Ziko                         October 13, 2011
_____         _____
        (Signature)                            (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) ) |
| vs. Huff, et al., | ) ) ) ) ) |
| Defendant(s). | ) |

**Case No.:** 1:11-cv-00804

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Roy Cooper _____ who is Defendant _____,
(Name of Party)                                    (Plaintiff/moving party or defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

    ( ) Yes                    (✓) No

2.  Does party have any parent corporations?

    ( ) Yes                    (✓) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
    _____
    _____

3.   Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

     (   ) Yes                     (✓) No

     If yes, identify all such owners: _____
_____
_____

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

     (   ) Yes                     (✓) No

     If yes, identify entity and nature of interest: _____
_____
_____

/s/Thomas J. Ziko                          October 13, 2011
_____                _____
       (Signature)                            (Date)

MDNC (01/03)

Stuart, et al.,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. Huff, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

Case No.: 1:11-cv-00804

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Lanier M. Cansler _____ who is Defendant _____,
    (Name of Party)            (Plaintiff/moving party or defendant)

makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

          ( ) Yes              (✓) No

2.      Does party have any parent corporations?

          ( ) Yes              (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____
_____
_____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

         (  ) Yes                    (✓) No

If yes, identify all such owners: _____
_____
_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

         (  ) Yes                    (✓) No

If yes, identify entity and nature of interest: _____
_____
_____


/s/Thomas J. Ziko                      October 13, 2011
_____          _____
      (Signature)                         (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff(s), | ) |  |
|  | ) | **Case No.:** 1:11-cv-00804 |
| vs. Huff, et al., | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY.  COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Jim Woodall _____ who is Defendant _____,

      (Name of Party)               (Plaintiff/moving party or defendant)

makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

         (  ) Yes             (✓) No

2.      Does party have any parent corporations?

         (  ) Yes             (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes        (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes        (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

/s/Thomas J. Ziko                          October 13, 2011
_____                   _____
(Signature)                                      (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | )    **Case No.:** 1:11-cv-00804 |
| vs. Huff, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

     PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Tracey E. Cline _____ who is Defendant _____,
      (Name of Party)                (Plaintiff/moving party or defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

          ( ) Yes               (✓) No

2.     Does party have any parent corporations?

          ( ) Yes               (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (   ) Yes                    (✓) No

    If yes, identify all such owners: _____
    _____
    _____


4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    (   ) Yes                    (✓) No

    If yes, identify entity and nature of interest: _____
    _____
    _____


/s/Thomas J. Ziko                              October 13, 2011
_____                    _____
      (Signature)                                  (Date)


MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
|  | ) |
|  | ) |
| Plaintiff(s), | ) |
|  | )    **Case No.:** 1:11-cv-00804 |
| vs. Huff, et al., | ) |
|  | ) |
|  | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

      PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Doug Henderson _____ who is  Defendant _____ ,

      (Name of Party)                  (Plaintiff/moving party or defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

         ( ) Yes            (✓) No

2.     Does party have any parent corporations?

         ( ) Yes            (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        (   ) Yes                 (✓) No

        If yes, identify all such owners: _____

        _____

        _____

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        (   ) Yes                 (✓) No

        If yes, identify entity and nature of interest: _____

        _____

        _____

/s/Thomas J. Ziko                         October 13, 2011
_____             _____
     (Signature)                              (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|                     |   |                                  |
|---------------------|---|----------------------------------|
|                     | ) |                                  |
|                     | ) |                                  |
| Plaintiff(s),       | ) |                                  |
|                     | ) | **Case No.:** 1:11-cv-00804      |
| vs. Huff, et al.,   | ) |                                  |
|                     | ) |                                  |
|                     | ) |                                  |
| Defendant(s).       | ) |                                  |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Billy West _____ who is Defendant _____,

     (Name of Party)               (Plaintiff/moving party or defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

        ( ) Yes             (✓) No

2.     Does party have any parent corporations?

        ( ) Yes             (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

       (  ) Yes                    (✓) No

       If yes, identify all such owners: _____
       _____
       _____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

       (  ) Yes                    (✓) No

       If yes, identify entity and nature of interest: _____
       _____
       _____

/s/Thomas J. Ziko                              October 13, 2011
_____                  _____
        (Signature)                                  (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. Huff, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

**Case No.:** 1:11-cv-00804

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

     PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

C. Colon Willoughby, Jr.    who is   Defendant ,
_____      _____
    (Name of Party)            (Plaintiff/moving party or defendant)

makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

           ( ) Yes              (✓) No

2.      Does party have any parent corporations?

           ( ) Yes              (✓) No

           If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

     ( ) Yes            (✓) No

If yes, identify all such owners: _____
_____
_____

4.    Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

     ( ) Yes            (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

/s/Thomas J. Ziko                                                   October 13, 2011
_____                    _____
(Signature)                                                         (Date)

MDNC (01/03)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Stuart, et al.,

|  |  |
|---|---|
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | )     **Case No.:** 1:11-cv-00804 |
| vs. Huff, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

     PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Benjamin R. David _____ who is Defendant _____,
     (Name of Party)          (Plaintiff/moving party or defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

        ( ) Yes             (✓) No

2.    Does party have any parent corporations?

        ( ) Yes             (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

_____

_____

3.   Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes              (✓) No

If yes, identify all such owners: _____

_____

_____

4.   Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ( ) Yes              (✓) No

If yes, identify entity and nature of interest: _____

_____

_____

/s/Thomas J. Ziko                   October 13, 2011
_____       _____
        (Signature)                       (Date)

MDNC (01/03)

Stuart, et al.,

                          )
                          )
Plaintiff(s),       )
                          )   **Case No.:** 1:11-cv-00804
vs. Huff, et al.,        )
                          )
                          )
Defendant(s).   )

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Jim O'Neill       who is   Defendant ,
_____      _____
     (Name of Party)             (Plaintiff/moving party or defendant)

makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

        ( ) Yes               (✓) No

2.     Does party have any parent corporations?

        ( ) Yes               (✓) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
_____
_____

3.	Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

	(  ) Yes		(✓) No

	If yes, identify all such owners: _____
	_____
	_____

4.	Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

	(  ) Yes		(✓) No

	If yes, identify entity and nature of interest: _____
	_____
	_____


/s/Thomas J. Ziko                                          October 13, 2011
_____                    _____
        (Signature)                                                 (Date)


MDNC (01/03)