UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 1:11-cv-00804-CCE-LPA |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**AMENDED CERTIFICATE OF SERVICE
OF CASE DOCUMENT**</u>

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The undersigned counsel certifies that counsel for all plaintiffs, Bebe J. Anderson, Andrew D. Beck, Helene T. Krasnoff, were electronically served with **DEFENDANTS BRIEF IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** via the court notification of such filing, on October 12, 2011.

Respectfully submitted, this 13th day of October 2011.

> ROY COOPER
> Attorney General
>
> /s/Thomas J. Ziko
> Thomas J. Ziko
> Senior Deputy Attorney General
> State Bar No. 8577
> E-mail: tziko@ncdoj.gov
>
> N.C. Department of Justice
> 114 W. Edenton Street
> Post Office Box 629
> Raleigh, North Carolina 27602
> Telephone: (919) 716-6900
> Fax: (919) 716-6763
> *Attorney for Defendant*s

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 13 October, 2011, I electronically filed the forgoing AMENDED CERTIFICATE OF SERVCIE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for plaintiffs: Bebe J. Anderson, Andrew D. Beck, Helene T. Krasnoff, and I hereby certify that I have mailed the document to the following non CM/ECF participates: <u>none</u>.

>ROY COOPER
>Attorney General
>/s/Thomas J. Ziko
>Thomas J. Ziko
>Senior Deputy Attorney General
>State Bar No. 8577
>E-mail: tziko@ncdoj.gov
>
>N.C. Department of Justice
>114 W. Edenton Street
>Post Office Box 629
>Raleigh, North Carolina 27602
>Telephone: (919) 716-6900
>Fax: (919) 716-6763
>
>*Attorney for Defendant*s