UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
        Plaintiffs, )
) CIVIL ACTION
v. )
) Case No. 1:11-cv-00804-CCE-LPA
JANICE E. HUFF, M.D., et al., )
)
        Defendants. )

*****************************************************
**NOTICE OF APPEARANCE**
*****************************************************

PLEASE TAKE NOTICE that Special Deputy Attorney General I. Faison Hicks of the North Carolina Attorney General's Office enters this Notice of Appearance as counsel representing all defendants in the matter herein.

Respectfully submitted, this the 13th day of October, 2011.

        ROY COOPER
        Attorney General

        I. Faison Hicks
        Special Deputy Attorney General
        State Bar. No. 10672
        E-mail: fhicks@ncdoj.gov

        N.C. Department of Justice
        114 W. Edenton Street
        Post Office Box 629
        Raleigh, North Carolina 27602
        Telephone: (919) 716-6900
        Fax: (919) 716-6763

        *Attorney for Defendants*

FILED OCT 14 2011 IN THIS OFFICE Clerk, U.S. District Court Greensboro, N.C.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, 13 October, 2011, I filed the forgoing NOTICE OF APPEARANCE with the Clerk of the Court via overnight delivery, Federal express and served on all parties as follows:

Katherine Lewis Parker
Legal Director
American Civil Liberties Union
    of NC Legal Foundation
PO Box 28004
Raleigh, NC 27611

Andrew D. Beck
American Civil Liberties Union
125 Broad Street
New York, NY 10004

Bebe J. Anderson
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005

Helene T. Krasnoff
Planned Parenthood Fed. of America
1110 Vermont AvenueNW, Suite 300
Washington, DC 20005

ROY COOPER
Attorney General

I. Faison Hicks
Special Deputy Attorney General
State Bar. No. 10672
E-mail: fhicks@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763

*Attorney for Defendants*