# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| GRETCHEN S. STUART, M.D.; *et al.,* | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 1:11-cv-804-CCE |
|  | ) |
|  | ) |
|  | ) |
| JANICE E. HUFF, M.D. *et al.,* | ) |
| Defendants. | ) |
|  | ) |

## DECLARATION OF JOHN M. THORP, JR., M.D., IN SUPPORT OF PROPOSED DEFENDANT INTERVENORS' MOTION FOR INTERVENTION

I, JOHN M. THORP, JR., M.D., declare as follows:

1.      I am not a party or related to a party in this action.  I am over the age of eighteen and am competent to testify. I am a physician licensed to practice medicine in North Carolina. I received my M.D. degree from East Carolina University Medical School in 1983. My residency training took place at the University of North Carolina (Chapel Hill) School of Medicine in general obstetrics and gynecology (1983-1987).  I also completed my fellowship in Maternal-Fetal Medicine at the University of North Carolina (Chapel Hill) School of Medicine in 1989.  I received my Master's of Health Sciences in Clinical Leadership from Duke University School of Medicine in 2009.

2.    Since 1991 I have been a board-certified obstetrician/gynecologist and since 1992 I have also had a certification in the sub-specialty of Maternal-Fetal Medicine. I am a Fellow of the American Gynecological and Obstetrics Society and a member of the American College of Obstetricians and Gynecologists.

3.    I am the Hugh McAllister Distinguished Professor of Obstetrics and Gynecology at the University of North Carolina (Chapel Hill) School of Medicine. I am also a Professor in the Department of Maternal and Child Health, School of Public Health at the University of North Carolina at Chapel Hill. In that role I teach both medical students and residents in Obstetrics and Gynecology.  As part of my administrative duties, I have administrative oversight of the Family Planning Fellowship and Residency training programs at UNC. Members of my unit staff the abortion services at our academic health center.

4.    I am also an Adjunct Professor in the Departments of Epidemiology at both the School of Public Health at the University of North Carolina and the School of Public Health and Tropical Medicine at Tulane University. I am the Deputy Director of the Center for Women's Health Research, Cecil G. Sheps Center for Health Services Research at both the University of North Carolina School of Medicine and School of Public Health (Department of Obstetrics and Gynecology and Department of Epidemiology, respectively).

5.    I am also the Division Director of Women's Primary Healthcare, Program Director of the Women's Reproductive Health Research Scholars Program and Research

Core Co-Director of the Women's Reproductive Health Research Scholars Program at the University of North Carolina.

6.      In addition, I am a Fellow of the Carolina Population Center and the Director of the Biomedical Core of the Carolina Population Center of the University of North Carolina at Chapel Hill.

7.      I have authored 18 book chapters and serve as a journal referee (reviewer) for 37 different medical journals, including *The New England Journal of Medicine, Mayo Clinic Proceedings, Obstetrics & Gynecology, The American Journal of Obstetrics and Gynecology, British Journal of Obstetrics and Gynecology, Lancet, Journal of Perinatal Medicine* and *Journal of the American Medical Association - Archives of General Psychiatry*.

8.      I have published 241 peer-reviewed articles, 133 abstracts discussing medical research, and 36 non-peer reviewed articles.

9.      I serve on the Editorial Board of the *Obstetrics and Gynecological Survey* and the *British Journal of Obstetrics and Gynecology*. I have been a principal investigator/researcher and recipient of research grants on 11 major medical research projects totaling millions of dollars.

10.     My medical education, training, responsibilities, and publications, are set forth in my *Curriculum Vitae*, a true and correct copy is attached as Exhibit A hereto and incorporated herein by this reference.

11.     I have read the Complaint and accompanying declarations filed herein and the recently enacted "WOMAN'S RIGHT TO KNOW ACT" being challenged in that Complaint on the various grounds set forth in this action. (H.B. 854, enacted July 28, 2011, N.C. SESSION LAW 2011-405, the "Act").

12.     Providing for and obtaining a woman's full, voluntary and informed consent prior to any medical intervention is the standard of care throughout medicine. Informed consent for elective termination of pregnancy (TOP) is particularly important because women may feel pressured, coerced or ambivalent. The Act regulates the TOP informed consent process and helps ensure that a woman's consent is fully informed and truly voluntary. I seek intervention as a defendant-intervenor in this action on my own behalf, both personally and as a physician, and on behalf of my patients. I do not represent the University of North Carolina School of Medicine at Chapel Hill in this case in any official capacity. "). I am knowledgeable of the facts set forth herein, and if called to testify would truthfully do so, as follows.

**Informed Consent in Medicine – The Process**

13.     Informed consent is integral in all medical practice. It respects the patient's right to know and to be fully informed and thus protects against unwanted medical intervention. It is commonly accepted that informed consent constitutes a process versus an outcome or a signature. The process is enhanced by mutual physician-patient dialogue over time and thereby enhances patient autonomy. Patients have both a right and a duty to be informed. Physicians have a right to convey accurate and objective information and a duty to provide sufficient and material information that a reasonable person would

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 4 of 69

require in order to make a truly informed choice. The Act conforms to this national standard of care.

14. Physicians also have a duty to not unduly influence a patient's voluntary decision making. Fully informed consent prevents a practitioner from imposing treatments which constitute unethical practice and suggest medical paternalism. This is particularly important concerning TOP given the potential for conflict of interest on the part of the provider. The Act enhances the TOP informed consent process and thereby helps prevent undue physician influence.

15. If informed consent is truly informed, it is based upon accurate and complete disclosure of all relevant and material information as to the nature of the considered treatment, the patient's condition and suitability for this treatment, risks and benefits of the treatment, options and alternatives including non-treatment, description of the treatment and explanation of the likely outcomes. Discussion of the patient's values and beliefs, individual circumstances and context, relationships, and decision making are also important components of this informational sharing.

16. Rarely does a patient refuse information about diagnosis and proposed treatment. If a patient were to indicate a desire to not be informed, such a request would be of genuine concern to the clinician. If such a patient indicated that no further information would be relevant and should not be disclosed by the physician, or if the patient claims to know that which the physician would have disclosed, the degree of reasoning involved in the patient's decision making should be questioned. At its core, patient autonomy requires capacity for rationality and an alleged right to not know is

Page | 5 - Declaration of John M. Thorp, Jr., M.D.

inconsistent with this well established ethical principle. In these exceptional circumstances, physician non-disclosure of information to a patient does not conform to the practice or aim of ethical medicine, i.e., to assist patients to achieve the optimal autonomy possible. See <u>Ost DE. (1984). The 'right' not to know. *J Med Phil* 1984; 9:301-312.</u> For the patient considering TOP, if full disclosures are not made by the physician or qualified professional, she is less empowered, more at risk of adverse outcomes, and her right to autonomy is diminished.

17. Beyond the information sharing identified above, patient-centered care requires the physician to have knowledge of the patient as "person," including culture, family, prior behavior under certainty, etc. Without this information acquired over time, understanding whether a patient's expressed treatment preference corresponds with their underlying values is largely unknown. See <u>Epstein R & Peters E. Beyond information: Exploring patient's preferences *JAMA* 2011; 302(2): 195-197</u>. Hence, the informed consent process takes time and opportunity and is "relationship-centered." <u>See Epstein R, Alper B & Quill T. Communicating evidence for participatory decision making. *JAMA* 2004; 291(19): 2359-2365</u>.

18. For patients considering TOP, existing time and physician-related constraints preclude relationship-centered communication, in-depth exploration of preferences, complete disclosures of risks, benefits and alternatives, and disclosures of fetal development. Yet in other invasive medical procedures, it is argued that women are often provided more information than they want to know in order to be certain they are

truly informed. See Spear HJ. Regarding abortion: Informed consent or selective disclosure? Nursing Forum 2004; 39(2):31-32.

19.    In my medical opinion, based upon my training, experience and familiarity with the medical literature, the Act's informed consent provisions are likely to improve the informed consent process and benefit women contemplating TOP.

**The Unique Needs of the Pregnant Patient**

20.    Elective TOP is unique in medicine in that *two patients* are involved.  It is well understood by anyone in our specialty that obstetrician-gynecologists have a duty of care for both of these patients.  The TOP decision is irrevocable, and involves the intentional death of one of the physician's patients, i.e., the embryo or fetus.  The duty to inform the first patient, the pregnant woman, carries increased informational responsibilities for the physician.  In addition, there is the reality of the *relationship* between the pregnant woman and her embryo or fetus.  The biological and psychological connection between the mother and her offspring exists regardless of pregnancy intendedness or wantedness.

21.    Maternal-fetal medicine has emerged as a result of the high value placed on children, the long-standing duty of the obstetrician-gynecologist to treat both of his/her patients, and improvements in assessment and intervention modalities.  See Chescheir, N. (2009). Maternal-fetal surgery: Where are we and how did we get here?  *Obstetrics & Gynecology* 2009; 113:717-731.    Developments in obstetric medicine during the past two decades have transformed the clinical status of the fetus (see for example: Ananth & Vintzileos, 2006).  The treatment of the fetus as a separate patient has been made possible

through improved assessment, imaging, understanding of fetal pathophysiology and the employment of multiple medical interventions including fetal surgeries. See Creasy RK, Resnik R, Iams JD. *Maternal-Fetal Medicine* 6th ed. 2009, Philadelphia, PA: Saunders/Elsevier. Dramatic changes in the management of fetal disorders include interventions using ultrasound-guided needle aspiration through open fetal surgery, use of fetal shunts, blood transfusions, correction of obstructive uropathy with urinary diversion, catheterization and therapy of the fetal heart in utero, and procedures to repair congenital diaphragmatic hernias or neural tube defects. Some interventions are now minimally invasive which previously would have been impossible.

22.     When an obstetrician proposes to perform any procedure or treatment on a pregnant mother, the risks to both her and her embryo or fetus fall under the umbrella of what a reasonable patient would want to know. Full and accurate disclosure of those risks to both patients is universally accepted in the ethical and legal practice of obstetrics. The mother assumes the role of proxy for her unborn child because a reasonable patient wants and needs to know the risks to both patients. Because of the unique nature of TOP and its many different interests and considerations, in my opinion the information disclosures and the consent process need to be conducted with even greater care and diligence than is required for other medical procedures.

23.     Thus, there are three separate interests of the pregnant mother which are of primary concern. First, the mother has her own interest in her relationship with her embryo or fetus. If she surrenders that relationship, she is terminating the life of a separate, unique living human being. Therefore, any decision she makes must be fully

informed and fully voluntary. Second, she has an important interest in making a decision about the welfare and well-being of her embryo or fetus. Accordingly, she must be able to make an informed decision about the embryo or fetus and must fully understand the impact of the procedure on her embryo or fetus. Third, the mother has an interest in her own health and she needs to know truthful and accurate information about the risk to her health if she elects a TOP, and any risks to which she is subject if she carries the child to term.

**Ultrasound & Termination of Pregnancy**

24. Among other provisions and disclosures, the Act requires that the physician providing the TOP or a qualified professional perform "an obstetric real-time view of the unborn child" and provide "simultaneous explanation of what the display is depicting" at least four hours prior to the termination of a pregnancy. Ultrasound is a common diagnostic test in obstetrics and gynecology and poses no harm or physical pain to the mother or her embryo(s)/fetus(s). It is commonly performed within the context of elective TOP to confirm gestational age, presence or absence of fetal or placental anomalies, and intrauterine location of a pregnancy. In my medical opinion, receiving an ultrasound scan and accompanying descriptive information as mandated by the Act is essential for a woman's consent to be fully formed and voluntary. The resulting benefits for women are many, including detection of ectopic pregnancy, *placenta previa*, and multifetal gestations in which TOP poses additional possibility of harm.

25. The mandated scan and real time descriptions will allow each mother to hear important information she may not otherwise be aware of. This visual depiction of

what she cannot otherwise see, as well as the provision of her individual embryonic/fetal development which she would otherwise not have, can help ensure that she is fully exercising her autonomy as she consents for a TOP procedure. Because this decision is serious, irrevocable, and carries potentially significant future implications, such individualized informational sharing is warranted. From my own considerable medical experience and from the studies I have examined, it is my medical opinion that women who are presented with the objective results of their sonographic examination with an objective explanation of what those results signify are less at risk of having a surgical procedure or medical treatment to which they otherwise would not have consented.

26.    Furthermore, it is my expert opinion that it is now the "common practice" of the medical profession in North Carolina to perform an obstetric ultrasound examination and share the "interpretations of its meaning" with the patient, including showing the sonographic images to the patient and explaining to the patient what these images signify, particularly the gestational age, presence of extremities and organs, the cardiac activity, prospect of fetal demise, and the presence of the intrauterine pregnancy, just as is required by the Act. Performance of an ultrasound is "common practice" for women considering TOP in order to obtain necessary information used to determine the gestational age and condition of the embryo or fetus. The age and condition of the embryo or fetus is necessary to properly guide the physician in selection of the appropriate procedure to terminate the pregnancy. It is also my medical opinion that this information is dispositive for a reasonable patient to make a fully informed decision as to whether or not to obtain a TOP.

27.     Plaintiffs argue that the ultrasound speech and display requirements of the Act will cause trauma, distress and other adverse reactions in a TOP patient.  There is no credible evidence to support  these allegations.  In the limited research available, most women would prefer to have an ultrasound examination when seeking a pregnancy termination and view this in a positive light as an aid to help them make a better choice.  When asked if they would prefer having an ultrasound examination before TOP, the majority would choose to have a sonogram and simultaneously view the image. See Bamigboye AA, Nikodem VC, Santana MA, & Hofmeyr GJ. Should women view the ultrasound image before first-trimester termination of pregnancy? *So Afr Med J* 2002; 92(6): 430-432. Another study revealed that of those women who actually viewed the products of conception after terminating their pregnancy, 83.1% found that viewing did not make it emotionally harder. See Wiebe ER & Adams LC.  Women's experience of viewing the products of conception after an abortion.  *Contraception* 2009; 80: 575-577. And finally, most women (86.3%) who chose to view the ultrasound found it a positive experience. See Wiebe ER & Adams LC.  Women's perceptions about seeing the ultrasound picture before an abortion. *The Eur J Contracept & Repro Health Care* 2009; 14(2): 97-102.

28.     For the above reasons, it is my medical opinion that the Act ensures that the required "conversation" between the physician and the patient, based upon a full disclosure of the relevant medical facts, occurs before the patient gives or refuses to give informed and voluntary consent to terminate her pregnancy.  The Act sets a legal

standard that meets the minimum national standard of care for disclosure and patient informed consent in the practice of providing abortions.

**Waiting Period Provisions of the Act**

29.     It is not uncommon for women with a crisis or unintended pregnancy to feel pressured or coerced by her sexual partner or friends to seek a TOP and be unaware of alternatives.  These women are at risk of being rushed to treatment.  Ambivalence is also a common theme expressed by many women.  The Act can help these women and others by giving them increased information and time to reflect and talk with others.  The Act requires three different waiting periods: (a) a woman may obtain an obstetric ultrasound 72 hours prior to her TOP and not have to receive another one prior to her pregnancy's termination; (b) certain informational disclosures must be provided 24 hours prior to receiving a TOP; and (c) if a woman has not obtained an obstetric ultrasound in the previous 72 hours, she must receive one at least 4 hours prior to obtaining her TOP. Given the number of issues women consider in addressing a crisis pregnancy, the gravity of the decision, and the emotionality and stress involved, taking sufficient time to reflect on the information provided, share thoughts, examine options, and to process feelings and beliefs is reasonable and prudent.  In my medical opinion, it is highly unlikely that these waiting periods will cause an undue burden on women seeking TOP nor will they cause any significant delay in obtaining a TOP or increased health risk.

30.     When women are pressured or rushed to treatment, or if they do not take sufficient time to consider the loss of their unique embryo/fetus and its attendant meaning, in my experience, they are at increased risk of adverse psychological outcomes

including resentment, anger, frustration, anxiety and depression. <u>See Broen AN, Moum T, Bodtker AS & Ekeberg O. Reasons for induced abortion and their relation to women's emotional distress: A prospective, two-year follow-up study. *Hospital Psychiatry* 2005; 27:36-43.</u> The Act helps protect a woman from being forced against her will to have a TOP by providing reflective time and disclosures which are truthful, relevant and non-misleading.

31.    Where this is no state law requiring a TOP waiting period, in my experience, TOP clinics typically provide their services on a same day basis, where diagnosis, counseling, and TOP occur in a very short window of time. Thus, the relationship between a TOP provider and a woman begins and ends on the same day and there is generally no prior physician-patient relationship. In the absence of the Act, this short window into a woman's life and her history and circumstances makes comprehensive counseling most difficult, if not impossible. In my opinion, this is a serious deficiency in TOP services and is not standard of care in medical practice.

**The Medical Risks Associated with TOP**

32.    Implicit in the discussion of TOP complications is the presupposition that pregnancies are located within the uterine cavity. Women presenting with ectopic pregnancies for TOP procedures can be misdiagnosed and suffer serious sequelae if an ectopic pregnancy is not recognized. Accurate menstrual and contraceptive history and ultrasonographic assessment are essential in discovering ectopic pregnancies.

33.     While TOP complication rates tend to increase proportionately with gestational age, the magnitude of risk remains small.  After 16 weeks, risks from TOP may exceed the risks of carrying a pregnancy to term and certainly do so by 20 weeks. Obstetric ultrasonography assists in the correct dating of a pregnancy which is standard of care.

34.  Implied in any discussion about the complication rates of TOP compared to childbirth is the presupposition that the data upon which they are based is accurate and complete.   This is not insignificant as there are only two sources of data for TOP complications: the Centers for Disease Control (CDC) and the Guttmacher Institute (GI). Throughout its history, the latter has been affiliated with or funded by the largest TOP provider in the U.S., Planned Parenthood Federation of America. The CDC relies upon state health department data which is subject to considerable underreporting by TOP providers due to the voluntary nature of the reporting.  Likewise, GI's reporting is based upon provider estimates and is subject to conflict of interest issues in reporting adverse TOP outcomes.  In the U.S., only about one-third of TOP patients return for follow-up care (Henshaw, 1999), so complications, delayed or otherwise, are unlikely to be known to the TOP provider.   There is no national mandatory reporting of the incidence of elective TOP or its complications.   In short, there are numerous and complex methodological factors that make a valid scientific assessment of TOP mortality impossible: incomplete reporting, definitional incompatibilities of measures, voluntary data collection, investigator bias, reliance upon estimations, inaccurate and/or incomplete death certificate completion, and incomparability with maternal mortality statistics.  For

these reasons, a meaningful comparison between the risk of TOP and carrying a pregnancy to term is precluded at this time.

**Medical & Psychological Complications of Abortion**

35.  Short-term physical harms from TOP include bleeding, infection, incomplete abortion, and damage to bowel, bladder, or upper genital tract.  While long-term harms are understudied and conflicting results have been reported, growing evidence suggests an increased risk for certain adverse outcomes: mood disorders, substance abuse, and breast cancer (Thorp JM Jr, Hartmann KE, Shadigian E.  Long-term physical and psychological health consequences of induced abortion:  review of the evidence.  *Obstet Gynecol Surv* 2003; 58: 67-79), depression, anxiety, suicidal behaviors and substance use disorders (Ferguson DM, et al. Abortion in Young Women and Subsequent Mental Health, *J  Child Psychol & Psychiat.*  2006; 47: 16 – 24 and Fergusson DM, Horwood, LJ & Boden J.M.   Abortion and mental health disorders: Evidence from a 30-year longitudinal study. *Br J Psychiat*, 2008, 193: 444-451), and posttraumatic stress disorder, agoraphobia, alcohol and drug abuse, and major depression (Coleman, PK, Coyle CT, Shuping M, Rue VM. Induced abortion and anxiety, mood, and substance abuse disorders: Isolating the effects of abortion in the national comorbidity survey. *J Psychiat Res* 2009, 43:770-776 & Corrigendum in *J Psychiat Res* 2011, 45:1133-1134).   In the largest meta-analysis of the mental health and TOP literature to date, when compared to women with an unintended pregnancy delivered, women with TOP had a 55% increased risk of experiencing mental health problems.  Nearly 10% of the incidence of all mental health problems under study was reported to be directly attributable to TOP See Coleman

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 15 of 69

PK. Abortion and mental health: quantitative synthesis and analysis of research published 1995–2009. *Br J Psychiat*. 2011, 199:180–186. In my experience, these psychological complications are more likely to occur when a patient is misinformed or uninformed in her TOP consent.

36.    Increased risk of breast carcinogenesis after TOP may result from the loss of protection that carrying a pregnancy to term may involve for younger women. See Thorp JM Jr, Hartmann KE, Shadigian E. Long-term physical and psychological health consequences of induced abortion: review of the evidence. *Obstet Gynecol Surv* 2003; 58: 67-79.

37.    One clear-cut and substantive long-term harm of TOP is an increased risk of preterm birth (PTB). See Calhoun BC, Shadigian E, Rooney, B. Cost consequences of induced abortion as an attributable risk for preterm birth and impact on informed consent. *J Reprod Med* 2007; 52: 929-937. The relative risk of PTB after TOP increases 2-4-fold. PTB is common so that relative risk may increase a women's absolute risk from 10 to 20%.

**Personal Impact of the Act on Me, My Practice & My Patients**

38.    The informational and medical disclosures required by the Act are relevant and vital to the well-being of pregnant patients considering TOP. Enabling true and fully informed consent is the purpose of this law. In my medical practice my patients rely upon me to accurately and completely inform them so their decisions are voluntary and fully informed. If this case is adversely decided against the State with the law being declared unconstitutional because the disclosures are misleading, ideological, and

inaccurate statements as the plaintiffs allege, I am personally impacted in numerous and significant ways. I now seek to intervene in this matter so that my own interests and those of my patients are adequately protected, litigated and advanced.

39. As a person and as a physician, I have a profound legal, moral and professional duty to provide accurate, truthful and full disclosures to all of my patients. I also have a responsibility and right to speak freely and accurately with my patients. It is evident to me, particularly in light of the facts and allegations involved in this matter, that I have an important interest in protecting my own rights and interests, as well as the rights and interests of my patients and that my rights and interests are inextricably interconnected to theirs. In my medical practice, I have both the right and responsibility to tell the truth.

40. If plaintiffs were to succeed in this lawsuit and have the Act declared unconstitutional because the law required non-truthful and misleading facts or mere ideology, my interests would be significantly and negatively impacted. If this were to occur, it would amount to an affirmation that all of the counseling I have provided was false or misleading and could thereby subject me to the following adverse outcomes: civil liability; possible disciplinary action by the state medical regulatory authority which could include suspension or revocation of my medical license. This would then force me to alter my counseling, require me to make false and misleading disclosures and compel me to stop giving accurate factual and medical explanations. As a result, I would be prevented from speaking freely on what I believe is truthful and accurate information. If I continued to provide what I know is truthful and accurate facts, I would be immediately

subject to all of the sanctions outlined here, not just for past counseling, but also for present and future counseling of my patients. Because the order and decision already entered in this case affirm that the plaintiffs have a fair chance of success since the disclosures are preliminarily determined to be inaccurate or ideological compelled speech, as a matter of fact, I am already exposed to all of the sanctions and liabilities enumerated above, and will continue to be exposed. This is an untenable position in which to be placed. Because I believe that only I can properly protect my legal interests and the interests of my patients so as to properly adjudicate the common questions of law and fact that my claims and defenses share with the claims and defenses being asserted in this case, I hereby seek to intervene in this action as a defendant-intervenor.

41.     If plaintiffs succeed in this case, I am deeply concerned that my legal rights and other interests, as well as the legal rights and other interests of my pregnant patients, some of which we hold in common, will be significantly and adversely affected. These legal rights and interests are dependent almost entirely upon the truthful, accurate and complete disclosures being given to them in order for them to make fully informed and voluntary pregnancy related decisions. For example, if plaintiffs succeed in this case, civil remedies that both I and my pregnant patients would otherwise enjoy under Section 90-21.87 of the Act would be unavailable "against the person who performed the abortion in knowing or reckless violation of the Act."

///

///

42.     As a defendant-intervenor I will do nothing to unduly delay or prejudice the adjudication of the original parties' rights in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on November 7, 2011.

_____
John M. Thorp, Jr., M.D.

**EXHIBIT A:**

*Curriculum Vitae*

**of**

**John M. Thorp, Jr., M.D.**
_____

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 20 of 69

**CURRICULUM VITAE**
**JOHN M. THORP, JR., M.D**.


**Personal Information**

Name            John M. Thorp, Jr., M.D.

                Department of Obstetrics and Gynecology
                3027 Old Clinic Building
                CB # 7570
                Chapel Hill, NC 27599-7570


Telephone       (919) 843 7852

Fax             (919) 966-6001

E-mail          thorp@med.unc.edu


**Education**

Master's        Duke University School of Medicine
                Master of Health Sciences in Clinical Leadership    2009

Fellowship      University of North Carolina School of Medicine    1987 – 1989
                Chapel Hill, North Carolina
                Fellowship in Maternal-Fetal Medicine
                Fellowship Director:  J.W. Seeds

Residency       University of North Carolina School of Medicine    1983 – 1987
                Chapel Hill, North Carolina
                 Residency in Obstetrics & Gynecology
                Program Director: W.C. Fowler

Medical         East Carolina University Medical School, M.D.      1979-1983
School          Greenville, North Carolina

College         University of North Carolina at Chapel Hill        1975-1979
                B.A. Zoology

**Certification:**

Board           Obstetrics and Gynecology                          1991-annually to present
Certification

Sub-Specialty Maternal-Fetal Medicine                              1992-annually to present

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 21 of 69

**<u>Professional Experience</u>**

| | | |
|---|---|---|
| Division Director | Women's Primary Healthcare | 2006-present |
| Program Director | Women's Reproductive Health Research Scholars Program | 2006 - present |
| Research Core Co-Director | Women's Reproductive Health Research Scholars Program | 2006 - present |
| Interim Director | Center for Women's Health Research Cecil G. Sheps Center For Health Services Research Department of Epidemiology School of Public Health Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill | 2006 – present |
| Professor | Department of Maternal and Child Health School of Public Health University of North Carolina, Chapel Hill, NC | 2005 - present |
| Adjunct Professor | Department of Epidemiology School of Public Health University of North Carolina, Chapel Hill, NC | 2004- present |
| Director | Biomedical Core Carolina Population Center University of North Carolina, Chapel Hill, NC | 2004-present |
| Deputy Director | Center for Women's Health Research Cecil G. Sheps Center For Health Services Research Department of Epidemiology School of Public Health Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill | 2004-present |
| Adjunct Professor | Department of Epidemiology School of Public Health and Tropical Medicine Tulane University | 2003-present |
| Fellow | Carolina Population Center University of North Carolina, Chapel Hill, NC | 2003-present |
| Hugh McAllister Distinguished | Department of Obstetrics and Gynecology School of Medicine | 2001-present |

| | | |
|---|---|---|
| Professor<br>Ob & Gyn | University of North Carolina, Chapel Hill, NC | |
| Professor | Department of Obstetrics and Gynecology<br>School of Medicine<br>University of North Carolina, Chapel Hill, NC | 2000-present |
| Co-Director | North Carolina Program for Women's<br>Health Research, Cecil G. Sheps Center<br>For Health Services Research<br>Department of Epidemiology<br>School of Public Health<br>Department of Obstetrics & Gynecology<br>School of Medicine<br>University North Carolina-Chapel Hill | 1999-2004 |
| Senior<br>Research<br>Fellow | Cecil G. Sheps Center for Health<br>Services Research<br>University of North Carolina, Chapel Hill, NC | 1999-present |
| Co-Director | Institute Generalist Physician<br>School of Medicine<br>University North Carolina-Chapel Hill | 1999-2000 |
| Adjunct<br>Associate<br>Professor | Department of Epidemiology<br>School of Public Health<br>University of North Carolina, Chapel Hill, NC | 1999 - 2004 |
| Associate<br>Professor | Division of Maternal-Fetal Medicine<br>Department of Obstetrics and Gynecology<br>School of Medicine<br>University of North Carolina, Chapel Hill, NC | 1995-2000 |
| Associate<br>Chair | Department of Obstetrics and Gynecology<br>School of Medicine<br>University of North Carolina, Chapel Hill, NC | 1995-1999 |
| Medical<br>Director | HORIZONS Perinatal Substance Abuse Program<br>School of Medicine<br>University North Carolina-Chapel Hill | 1993-present |
| Assistant<br>Professor | Division of Maternal-Fetal Medicine<br>Department of Obstetrics and Gynecology<br>School of Medicine<br>University of North Carolina, Chapel Hill, NC | 1990-1995 |
| Clinical<br>Assistant<br>Professor | Division of Maternal-Fetal Medicine<br>Department of Obstetrics and Gynecology<br>School of Medicine<br>University of North Carolina, Chapel Hill, NC | 1989-1990 |

## Honors

| | |
|---|---|
| University of Rochester School of Medicine Teaching Fellow | 2010 |
| Golden Tar Heel Medical Student Teaching Award | 2005, 2006 |
| Robert C. Cefalo Excellence in Teaching Professors Award | 2004-2005 |
| Hugh McAllister Distinguished Professorship in Obstetrics and Gynecology | 2002 |
| Professor Teaching Award Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill | 1993, 2000 |
| Perinatal Health Model of Excellence North Carolina Department of Health and Human Services in Conjunction with the March of Dimes | 1999 |
| North Carolina Division of Mental Health Developmental Disabilities and Substance Abuse Services Recognition Award for Outstanding Service to Women and Children | 1999 |
| APGO/CREOG Departmental Teaching Award Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill | 1992, 1995 |
| Junior Faculty Teaching Award Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill | 1990, 1992, 1995 |
| Family Medicine Teaching Award Department of Family Practice School of Medicine University North Carolina-Chapel Hill | 1989 |
| American Journal of Obstetrics & Gynecology One of the top 100 reviewers for the academic year | 2006-2007 |

## Memberships

| | |
|---|---|
| Fellow, American Gynecological and Obstetrical Society | 2004 - present |

| | |
|---|---|
| Vice President, Southern OBG Seminar | 2003-present |
| Southern Obstetrics & Gynecologic Seminar | 1994-present |
| South Atlantic Association of Obstetrics and Gynecology | 1994-present |
| Society for Gynecologic Investigation | 1993-present |
| Association of Professors of Gynecology and Obstetrics | 1993-present |
| Society for Maternal-Fetal Medicine | 1984- present |
| American College of Obstetricians Gynecologists | 1983-present |

## Administrative Accomplishments

| | |
|---|---|
| Four of six clinicians in Women's Primary Care Division were cited for excellence in graduate and postgraduate medical education | 2005 |
| Four of seven clinicians in Women's Primary Care Division were cited for excellence in resident Medical education | |

## Bibliography

### *Book Chapters*

1. **Thorp, JM** , Cefalo RC.  Role of perinatal factors in brain disorders. In *Precis IV*. Visscher HC (ed), ACOG, 79-166, 1990.

2. **Thorp JM**  Listeriosis: a treatable cause of intrapartum fever.  In *Clinical Decisions in Obstetrics and Gynecology*.  Cefalo RC (ed).  Rockville, MD: Aspen Publishers, 48-9, 1990.

3. **Thorp JM** , Herbert WNP.  Pancreatitis in pregnancy.   In *Clinical Decisions in Obstetrics and Gynecology*.  Cefalo RC (ed). Rockville, MD:  Aspen Publishers, 60-2, 1990.

4. **Thorp JM**   Maternal-fetal physiologic interactions in the critically ill pregnant patient. *Critical Care Obstetrics* 2/E:102-11, May 1990.

5. **Thorp JM**   Third trimester bleeding.  In *Gynecology and Obstetrics*:  an integrated approach.  Moore T, Reiter RC, Rebar RW, Baker VV (eds).  New York: Churchill Livingstone, 479-85, 1993.

6. **Thorp JM**  Pasteur, Charles.  In *Dictionary of North Carolina biography*.  Powell WS (ed). U of North Carolina P. Vol 5: p28, 1994.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 25 of 69

7. **Thorp JM**  Pasteur, Thomas.  In *Dictionary of North Carolina Biography.*  Powell WS (ed).  U of North Carolina P. Vol 5: p28, 1994.

8. **Thorp JM**   Pasteur, William.  In *Dictionary of North Carolina Biography.*  Powell WS (ed). U of North Carolina P.  Vol 5: p28, 1994.

9. **Thorp, JM**   Management of Drug Dependency, Overdose, and Withdrawal in the Obstetrical Patient.  *Obstetrics and Gynecology Clinics of North America,* Accepted 7/94*,* 14 pages.

10. **Thorp JM**, Episiotomy, Clinical Management of Labor, *Churchill Livingstone*, Accepted, 11/94, 20 pages.

11. **Thorp JM**   Episiotomy.  in Intrapartum Obstetrics,  John T. Repke, MD (ed).  Churchill Livingstone:  New York, 1995.

12. **Thorp, JM**,   Prenatal Diagnosis and Therapy.  in New Issues in Medical Ethics, Jay Hollman, MD (ed).  Christian Medical and Dental Society, Bristol, TN, 1995.

13. Feilder M, **Thorp JM**   Radiologic Examinations During Pregnancy.  In Drug Therapy in Pregnancy, Third Edition.  Jerome Yankowitz & Jennifer R. Niebyl (eds.).  Lippincott Williams & Wilkins: Philadelphia PA, 2001.

14. Gwyther RE, **Thorp JM**.  Substance Abuse.  Netter's Internal Medicine.  Marschall Runge & M. Andrew Greganti (eds.).  Icon Learning Systems: Teterboro, NJ, 2003.

15. Wilson JK, **Thorp JM**. Substance Abuse in Pregnancy. Clinical Obstetrics, Volume 2, Chapter 33.

16. **Thorp JM**. Clinical Aspects of Normal and Abnormal Labor. Maternal-Fetal Medicine; Principles and Practice, sixth edition, Chapter 36.  Robert Creasy and Robert Resnik (eds.): The Curtis Center, Philadelphia, PA, 2007.

17. Garbutt JE, Gwyther RE, **Thorp JM**.  Alcohol and Substance Dependence and Abuse.  Netter's Internal Medicine 2nd Edition.  Marschall S. Runge & M. Andrew Greganti (eds.). Saunders Elsevier, Philadelphia PA, 2009.

18. **Thorp JM Jr**. Chapter 36: Clinical Aspects of Normal and Abnormal Labor. In:  Creasy & Resnick's Maternal-Fetal Medicine:  Principles and Practice.  Sixth Edition. (Robert K. Creasy, Robert Resnik, Jan D. Iams, Charles J. Lockwood, Thomas R. Moore Eds.) Saunders Elsevier, Philadelphia PA, 2009, pp.691-725.


*Journal Refereeing*

Reviewer     *Journal of Developmental Origins of Health and Disease*
Reviewer     *The Journal of Obstetrics and Gynaecology Research*
Reviewer     *Obstetrics and Gynecology International*
Reviewer     *Human Reproduction*

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 26 of 69

| | |
|---|---|
| Reviewer | *British Journal of Obstetrics and Gynaecology* |
| Reviewer | *American Family Physician* |
| Reviewer | *Mayo Clinic Proceedings* |
| Reviewer | *Journal of the American Women's Association* |
| Reviewer | *International Journal of Psychophysiology* |
| Reviewer | *Journal of the American Medical Association* |
| Reviewer | *New England Journal of Medicine* |
| Reviewer | *Clinical Anesthesia* |
| Reviewer | *Preventive Medicine* |
| Reviewer | *Journal of Maternal-Fetal Medicine* |
| Reviewer | *Primary Care Field Reviewer's Guide to Substance Abuse Service for Primary Care Clinicians* |
| Reviewer | *Paediatric and Perinatal Epidemiology* |
| Reviewer | *American Journal of Perinatology* |
| Reviewer | *Obstetrics and Gynecology* |
| Reviewer | *American Journal of Obstetrics and Gynecology* |
| Reviewer | *Journal of Pediatrics* |
| Reviewer | *Journal of Perinatal Medicine* |
| Reviewer | *Journal of Perinatology* |
| Reviewer | *Reproductive Toxicology* |
| Reviewer | *Southern Medical Journal* |
| Reviewer | *International Urogynecology Journal* |
| Reviewer | *Medscape Women's Health* |
| Reviewer | *Evidence-Based Preventive Medicine* |
| Reviewer | *JAMA- Archives of General Psychiatry* |
| Reviewer | *OB/GYN Management* |
| *Reviewer* | *American Family Physician* |
| Reviewer | *Nature Clinical Practice Endocrinology & Metabolism* |
| Reviewer | *The Lancet* |
| Reviewer | *Journal of Psychiatric Research* |
| Reviewer | *Early Human Development* |
| Reviewer | *Canadian Medical Association Journal* |
| Reviewer | *Scientific proposals for AHA* |
| Reviewer | *Women's Health* |

Editorial Board

| | |
|---|---|
| Obstetric and Gynecological Survey | 1995-present |
| British Journal of Obstetrics and Gynaecology | 2006-present |

Abstracts and presentations:

1. Siega-Riz AM, Savitz DA, **Thorp J**, Bodnar LM. Supplementation use preconceptionally and during pregnancy: does it decrease the risk of preterm births? Poster presentation at the Annual Meeting of the American Public Health Association, Washington, DC, 1998.
2. Siega-Riz AM, Savitz DA, **Thorp JM Jr**, Herrmann T. Meal patterning during pregnancy and its association with preterm births. Oral presentation at the Annual Meeting of the American Public Health Association, Washington, DC, 1998.

3. West S, Yawn B, **Thorp JM**, Korhonen M, Savitz D, Guess H. The efficacy of tocolytic therapy for preterm labor. Presented at the Society for Gynecologic Investigation Annual meeting, Atlanta GA, March, 1999.

4. Saacks C, Wells E, **Thorp JM**. The effects of parturition on immediate puerperal bladder function. To be presented at the Society for Gynecologic Investigation Annual Meeting, Atlanta GA, March, 1999.

5. Pastore LM, Hulka B, **Thorp JM**, Wells E, Kuller J. Postmenopausal vaginal symptoms in relation to douching and smoking. Presented at the Society for Epidemiologic Research Annual Meeting, Baltimore MD, June, 1999.

6. Sayle AE, Savitz DA, **Thorp JM**, Hertz-Picciotto I, Wilcox AJ. Sexual activity during late pregnancy and preterm delivery. Oral presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Baltimore MD, June, 1999.

7. Savitz D, Dole N, Henderson L, **Thorp JM**. Socioeconomic status, race, and pregnancy outcome. Presented at the Society for Epidemiologic Research Annual Meeting, Baltimore MD, June, 1999. Am J Epidemiol 1999;149:S28 (Abstract #111).

8. Forna F, Hartmann KE, Savitz D, **Thorp J**, Buekens P. Early pregnancy bleeding and risk to preterm birth. Poster presentation at the Student National Medical Associatio9n Annual Conference (Second place Clinical Research Award), April, 1999.

9. Herrmann TS, Seiga-Riz AM, Savitz DA, **Thorp JM**. Association between prolonged periods of time without food during pregnancy and preterm birth. Poster presentation at the Society for Pediatric and Perinatal Epidemiologic Research 12th Annual Meeting, Baltimore MD, June 1999.

10. Pastore LM, Hartmann KE, **Thorp JM**, Royce RA, Savitz DA, Jackson TP. Bacterial vaginosis and cervical dilation and effacement at 24-29 weeks' gestation. Poster presentation at The Society for Pediatric and Perinatal Epidemiologic Research 12th Annual Meeting, Baltimore MD, June 1999.

11. Dole N, Savitz D, Hertz-Picciotto I, **Thorp JM**. Stress, social support and pregnancy outcome. Oral presentation at the Society for Pediatric and Perinatal Epidemiologic Research 12th Annual Meeting, Baltimore MD, June, 1999.

12. Pastore LM, **Thorp JM**, Royce RA, Savitz DA, Jackson TP. BV PIN Points: Clinical risk scoring system for antenatal bacterial vaginosis. Annual Meeting of the Society for Maternal-Fetal Medicine, San Francisco, CA, January 1999, and oral presentation at The Society of Perinatal Epidemiologic Research, Baltimore MD, June, 1999.

13. Savitz DA, Runkle ND, **Thorp JM**. Smoking and preterm birth: Evaluation of timing, dose, and etiologic pathway. Poster presentation at the International Scientific Meeting of the International Epidemiological Association, Florence, Italy, August, 1999.

14. **Thorp JM**, Berkman ND, Gavin NI, Hasselblad V, Lohr KN, Hartmann KE. Antibiotics for treatment of preterm labor—review and meta-analysis. Presented at ACOG Annual Meeting, October, 1999.

15. **Thorp JM**, Berkman ND, Gavin NI, Hasselblad V, Lohr KN, Hartmann KE. Maintenance tocolysis for treatment of preterm labor—review of the evidence and meta-analysis. Presented at ACOG Annual Meeting, October, 1999.

16. **Thorp JM**, Hartmann KE, Berkman ND, Lohr KN. Fetal fibronectin and endovaginal ultrasound in the management of preterm labor—a review of the evidence. Presented at ACOG Annual Meeting, October, 1999.

17. McPheeters M, **Thorp JM**, Gavin NI, Hasselblad V, Berkman ND, Lohr KN, Hartmann KE. Hone uterine activity monitoring in the care of preterm labor – a review of the evidence. Presented at ACOG Annual Meeting, October, 1999.

18. **Thorp JM**, Berkman ND, Gavin NI, Lohr KN, Hartmann KE. Acute tocolysis for treatment of preterm labor – review of the evidence and meta-analysis. Submitted to ACOG, October, 1999.

19. McMahon MJ, **Thorp JM**, Savitz DA, Bagchee R. Risk factors for preterm birth. Presented at the Society for Maternal-Fetal Medicine, January, 2000.

20. Strauss RA, Royce RA, Sanasuttipun W, Eucker B, **Thorp JM**. Diagnosis of bacterial vaginosis from self-obtained vaginal swabs. Poster presentation. Poster presentation at the Annual meeting of the Society for Gynecologic Investigation. Chicago IL, March 25, 2000. *J Soc Gynecol Invest* 2000; 7(1) suppl (abstract #840).

21. Pastore LM, Wells E, **Thorp JM**, Kuller J, Hulka BS. Bacterial vaginosis in postmenopausal women: prevalence, symptoms and diagnostic implications. Presented at 21st Annual Meeting of the Southern Gerontological Society, Raleigh NC, April, 2000.

22. Savitz D, Wilkins D, Rollins D, **Thorp JM**, Henderson L, Dole N. Hair as an indicator of cocaine use during pregnancy and risk of preterm birth. Poster presentation at the Annual Meeting of the Society for Epidemiologic Research, June 2000, Seattle WA. Am J Epidemiol 2000;151:S7 (abstract #25).

23. Gavin NI, **Thorp JM**. Medical care costs associated with postmenopausal hormone replacement therapy. Accepted for poster presentation at the World Congress on Osteoporosis 2000. Chicago, IL, June 15-18, 2000.

24. Pastore LM, Wells E, **Thorp JM**, Kuller J, Hulka BS. Bacterial vaginosis in postmenopausal women: prevalence, symptoms and diagnostic implications. Poster presentation at the Southern Gerontological Society, April, 2000.

25. Pastore LM, **Thorp JM**, Dawson IJ. Public health clinic use of antenatal bacterial vaginosis risk score. Accepted for poster presentation to International Federation of Gynecology and Obstetrics XVI World Congress Conference, Washington DC, September, 2000.

26. Saldana TM, Seiga-Riz AM, Adair LS, Savitz DA, **Thorp JM**. Women with impaired glucose status during pregnancy have heavier babies. Poster presentation at the

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 29 of 69

Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Toronto, CAN, June 2001.

27. Saldana TM, Siega-Riz AM, Adair LS, Savitz DA, **Thorp JM**. The association between impaired glucose tolerance and birth weight among black and white women in central North Carolina. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiological Research, Toronto, CAN, June, 2001.

28. Siega-Riz AM, Savitz DA, **Thorp JM Jr**, Zeisel S. Is there an association between maternal folate status in the second trimester and preterm birth? Oral presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research. Toronto, CA, June 2001

29. Connolly AM, **Thorp JM**, Pahel-Short L, Copeland K. Effects of pregnancy and childbirth on postpartum sexual function. Poster presentation. American Urogynecology Society Annual Meeting, October, 2001, Chicago, IL.

30. Connolly AM, **Thorp JM**, McMahon M, Pahel-Short L, Wells E. Pregnancy, Childbirth, and Postpartum Bladder Function. Poster presentation at the American Urogynecologic Society Annual Meeting, Hilton Head Island, SC. Oct 26-28, 2000.

31. Whitecar PW, Boggess KA, McMahon MJ, **Thorp JM**, Taylor DD. Comparison of asymmetric, non-precipitating antibodies in preeclampsia to normotensive pregnant controls. Poster presentation at the Twenty-first Annual Meeting of the Society for Maternal-Fetal Medicine, February, 2001, Reno NV.

32. Savitz DA, Terry J, Dole N, **Thorp JM,** Siega-Riz AM, Herring A. Comparison of pregnancy dating by last menstrual period, ultrasound, or their combination. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, June, 2001, Toronto ONT CAN

33. Seiga-Riz AM, Savitz DA, **Thorp JM,** Zeisel S. Is there an association between maternal folate status in the second trimester and preterm birth: Oral presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Toronto, CAN, June, 2001.

34. **Thorp JM**, Gavin NI, Ohsfeldt RL. Hormone replacement therapy in postmenopausal women: Utilization of Health Care Resources by New Users. Presented at the South Atlantic Association of Obstetricians & Gynecologists Annual Meeting, Hot Springs VA, January, 2001.

35. Yang J, Savitz DA, **Thorp JM**, Hartmann KE, Dole N. Predictors of vaginal bleeding in the first two trimesters of pregnancy. Poster presentation at the Annual Meeting of the Society for Epidemiologic Research, Toronto CAN, June, 2001.

36. Berkman ND, **Thorp JM**, Lohr KN, Carey TS, Hartmann KE, Gavin NI, Hasselblad V, Idicula AE. Tocolytic Treatment for the Management of Preterm Labor: A Review of the Evidence. To be presented at the South Atlantic Association of Obstetricians and Gynecologists 64th Annual Meeting, January, 2002.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 30 of 69

37. Siega-Riz AM, Hartzema AG, Turnbull C, **Thorp JM**, McDonald T, Cogswell M. A trial of selective versus routine iron supplementation to prevent third trimester anemia during pregnancy. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

38. Balu R, **Thorp JM**, Savitz D, Heine P. Association between cervical length and markers of immune status of the cervico-genital tract during pregnancy. Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

39. Balu R, Savitz D, Ananth C, **Thorp JM**, Heine P, Eucker B. Bacterial vaginosis and vaginal fluid defensins during pregnancy. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

40. Balu R, Savitz D, Ananth C, **Thorp JM**, Heine P, Eucker B. Bacterial vaginosis, vaginal fluid defensins and preterm birth in a cohort of North Carolina women. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

41. Balu R, **Thorp JM**, Savitz D, McMahon M, Hartmann K, Eucker B. Cervical length and the etiologic heterogeneity of preterm birth. Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

42. Savitz D, Terry JW, Dole N, **Thorp JM**, Siega-Riz AM, Herring AH. Comparison of pregnancy dating by last menstrual period, ultrasound, or their combination. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

43. Malizia B, **Thorp JM**, Siega-Riz AM, Savitz D, Hartmann K, Eucker B. Identification of perinatal substance use in clinical care. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

44. Siega-Riz AM, Savitz D, **Thorp JM**, Zeisel S, Hartmann K, Eucker B. Is there an association between maternal folate status in the second trimester and preterm birth? Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

45. Dole N, Savitz D, Siega-Riz AM, McMahon M, **Thorp JM**, Eucker B. Psychosocial factors and preterm birth among African-American and white women in central North Carolina. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA, January 17, 2002.

46. Siega-Riz AM, Promislow J, Savitz D, **Thorp JM**, Hartmann K, Eucker B. Vitamin C intake and the risk of preterm birth. Poster Presentation: Society for Maternal Fetal Medicine 2002 Annual Meeting, New Orleans, LA. January 17, 2002.

47. Evenson KR, Siega-Riz AM, Savitz DA, Leiferman JA, and **Thorp JM**. Vigorous leisure activity and pregnancy outcome: The Pregnancy, Infection, and Nutrition Study. Poster at the American College of Sports Medicine meeting in St. Louis, MO, May 31, 2002. Abstract in Med Sci Sport Exercise. 2002;34(5) Supplement.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 31 of 69

48. Pompeii LA, Savitz DA, Evenson KR, Loomis D, Rogers B, **Thorp JM**. Cessation of employment and the risk of preterm delivery and small-for-gestational age birth. Third International Congress of Women, Work, and Health. Stockholm Sweden, June, 2002.

49. Savitz DA, Dole N, Herring AH, Kaczor DA, Murphy J, Siega-Riz AM, **Thorp JM Jr**. Risk factor profile of spontaneous and medically indicated preterm births. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Palm Desert CA, June, 2002.

50. Vahratian A, Siega-Riz AM, Savitz DA, **Thorp JM Jr**. Multivitamin use and the risk of preterm birth. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Palm Desert CA, June, 2002.

51. Murphy J, Dole N, Savitz DA, Herring A, Kaczor D, Siega-Riz AM, **Thorp JM**. Perinatal factors associated with both intermediate and positive bacterial vaginosis in pregnancy. Poster presentation at the 23rd Annual Meeting of the Society of Maternal-Fetal Medicine, San Francisco CA, February, 2003.

52. Murphy J, Dole N, Savitz DA, Herring A, Kaczor D, Benson A, Siega-Riz AM, **Thorp JM**. Decision to delivery in preterm preeclampsia: Maternal or fetal indications. Poster presentation at the 23rd Annual Meeting of the Society of Maternal-Fetal Medicine, San Francisco CA, February, 2003.

53. Savitz DA, Kaufman JS, Dole N, Siega-Riz AM, **Thorp JM Jr**, Kaczor DT. Poverty, education, race, and pregnancy outcome. Poster presentation at the Annual Population Association of America Meeting, Minneapolis MN, May, 2003.

54. Vahratian A, Zhang J, Hasling J, Troendle J, Klebanoff M, **Thorp JM**. Early Analgesia and Labor. Poster Presentation: Society for Pediatric and Perinatal Epidemiologic Research, Atlanta, Ga, June 10-11, 2003.

55. Yang J, Savitz DA, Dole N, Hartmann KE, Herring AH, Olshan AF, Thorp JM Jr. Predictors of vaginal bleeding during pregnancy/ poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiological Research, Atlanta GA, June, 2003.

56. Salafia C, **Thorp JM**, Maas E, Eucker B, Smith F, Savitz D. Umbilical cord insertion and timing of delivery: 3 measures of relative umbilical cord insertion account for 29% of gestational age variance. Presentation: Society for Maternal-Fetal Medicine 2004 Annual Meeting, New Orleans, LA, February 4, 2004.

57. Salafia C, **Thorp JM**, Maas E, Eucker B, Smith F, Savitz D. Measures of Relative Umbilical Cord Insertion Account for 26% of Birthweight Variance. Presentation: Society for Maternal-Fetal Medicine 2004 Annual Meeting, New Orleans LA, February 4, 2004.

58. Salafia C, Maas E, **Thorp JM**, Eucker B, Smith F, Savitz D. Chorionic Plate Measures Account for 39% of Birthweight Variance. Presentation: Society for Maternal-Fetal Medicine 2004 Annual Meeting, New Orleans LA, February 4, 2004.

59. Salafia C, Mass E, **Thorp JM**, Eucker B, Smith F, Savitz D. Measures of Chorionic Plate area Account for 45% of Gestational Age Variance. Presentation: Society for Maternal-Fetal Medicine 2004 Annual Meeting, New Orleans, LA, February 4, 2004.

60. Vahratian A, Zhang J, Hasling J, Troendle J, Klebanoff M, **Thorp JM**. Effects of Early Epidural Analgesia vs IV Analgesia on Labor Progression: A Natural Experiment. Presentation: Society for Maternal-Fetal Medicine 2004 Annual Meeting, New Orleans, LA, February 4, 2004.

61. Vahratian A, Zhang J, Troendle J, Siega-Riz AM, Savitz D, **Thorp JM**. Maternal obesity and labor progression in nulliparous Women. Poster presentation at the Annual Meeting of the Society for Maternal-Fetal Medicine. New Orleans, LA, February 4, 2004. Am J Obstet Gynecol 2003;189(6 Suppl1):S202.

62. Savitz DA, Dole N, Siega-Riz AM, Kaczor DA, Kaufman J, Herring AH, **Thorp JM**. Probability samples or clinic populations to study pregnancy and children's health? Contrasting approaches of demography and epidemiology. Oral presentation at the Annual population Association of America Meeting, Boston, MA, April, 2004.

63. Fogleman K, Herring A, Jo H, Pusek S, **Thorp JM**. Factors that influence the timing of spontaneous labor at term. Annual Clinical Meeting, Philadelphia PA, May, 2004.

64. Dole N, Herring AH, Savitz DA, **Thorp JM**. Corticotropin-releasing hormone (CRH) perceived stress, and preterm birth. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiological Research, Salt Lake City UT, June, 2004.

65. Herring Ah, Liao X, Savitz DA, Dole N, Evenson K, Thorp JM. Time-varying coefficient models for preterm birth. Oral presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiological Research, Salt Lake City UT, June, 2004.

66. Harville E, Savitz Da, Dole N, **Thorp JM**, Predictors of placenta resistance. Oral presentation at the Annual Meeting of the Society for Epidemiologic Research. Salt Lake City UT, June, 2004.

67. Harville E, Dole N, **Thorp JM**, Savitz DA. Diurnal patterns of cortisol. Poster presentation at the Annual Meeting of the Society for Epidemiologic Research, Toronto CAN, June 2005.

68. Siega-Riz AM, Savitz DA, Kaczor D, Herring A, **Thorp J**. Serum transferring receptor and preterm birth. Oral presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiological Research, Toronto, CAN, June, 2005.

69. Harville E, Dole N. **Thorp JM**, Savitz DA. Stress and uterine dopplers. Poster presentation at the Annual Meeting of the Society for Pediatric and Perinatal Epidemiology, Toronto CAN, June, 2005.

70. Harville E, Dole N, Savitz DA, Herring AH, **Thorp J**. Stress questionnaires and stress biomarkers during pregnancy: Do they measure the same thing? Poster presentation at the 19th Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Seattle WA, June, 2006.

71. Salafia CM, Pezzullo JC, **Thorp JM**, Eucker B.  Pijnenborg R, Savitz DA.  Basal plate uteroplacental vasculature in a birth cohort:  measurement methods and analyses. Poster presented at 19th Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Seattle WA, June, 2006.

72. Siega-Riz AM, Howard DL, Savitz DA, **Thorp J**.  The association between dyslipidemia and preterm delivery.  Oral presentation at the 19th Annual Meeting of the Society for Pediatric and Perinatal Epidemiologic Research, Seattle, WA, June, 2006.

73. Rouse, Dwight and the MFMU Network:  A randomized controlled trial of  magnesium sulfate for the prevention of cerebral palsy. Abstract #1.  Plenary Session 1 at the 28th Annual Meeting of the Society for Maternal Fetal Medicine, Dallas TX, January 28, 2008.

74. Chireau M, Crosslin D, Hauser E, Olshan A, Zheng S, Salafia C, Thorp J.  Endothelial function gene polymorphisms  are associated with pregnancy outcomes, indepent of placental vascular disease.  (Abstract #668)  Poster presentation at the 29th Annual Meeting of the Society for Maternal Fetal Medicine, Dallas TX, January 29, 2008.

75. Rouse, D for the NICHD MFMU Network. A Randomized controlled trial of magnesium sulfate for the prevention of cerebral palsy. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

76. Tita, A for the NICHD MFMU Network. The MFMU Cesarean Registry: Impact of gestational age at elective repeat cesarean on neonatal outcomes. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

77. Harper, M for the NICHD MFMU Network. A Randomized controlled trial of Omega-3 fatty acid supplementation for recurrent preterm birth prevention. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

78. Mertz, H for the NICHD MFMU Network. Placental eNOS in multiple and single dose bethamethasone exposed pregnancies. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

79. Bakhshi, T for the NICHD MFMU Network. Maternal and neonatal outcomes of repeat cesarean delivery in women with a prior classical versus low transverse uterine incision. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

80. Rouse, D for the NICHD MFMU Network. When should labor induction be discontinued in the latent phase? Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

81. Varner, M for the NICHD MFMU Network. Can fetal oxygen saturation identify chorioamnionitis? Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 34 of 69

82. Contag, S for the NICHD MFMU Network. Operative vaginal delivery versus cesarean delivery in the second stage of labor. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

83. Rogers, B for the NICHD MFMU Network. Placental pathology associated with the factor V leiden mutation. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

84. Aagard-Tillery, K for the NICHD MFMU Network. Hazardous air pollutants and risk of adverse pregnancy outcomes. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

85. Joy, S for the NICHD MFMU Network. Latency and infectious complications following preterm premature rupture of the membranes: Impact of body mass index. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

86. Sciscione, A for the NICHD MFMU Network. Perinatal outcomes in women with twin gestations who conceived spontaneously versus by assisted reproductive techniques. Presented at the 28th Annual Meeting of the Society for Maternal-Fetal Medicine, Dallas, TX, February 2008.

87. Caritis, S for the NICHD MFMU Network. Relationship of 17? Hydroxyprogesterone Caproate (17-OHPC) Concentrations and Gestational Age at Delivery in Twins. Presented at the 55th Annual Scientific Meeting for Society of Gynecologic Investigation, San Diego, CA, March 2008.

88. Caritis, S for the NICHD MFMU Network. Impact of Body Mass Index (BMI) on Plasma Concentrations of 17 ? Hydroxyprogesterone Caproate (17-OHPC). Presented at the 55th Annual Scientific Meeting for Society of Gynecologic Investigation, San Diego, CA, March 2008.

89. Simhan, H for the NICHD MFMU Network. The Effect of 17-alpha Hydroxyprogesterone Caproate (17-OHPC) on Maternal Plasma CRP Levels in Twin Pregnancies. Presented at the 55th Annual Scientific Meeting for Society of Gynecologic Investigation, San Diego, CA, March 2008.

90. Cormier, C for the NICHD MFMU Network. Relationship between Severity of Maternal Diabetes and VBAC Success in Women Undergoing Trial of Labor. Presented at the 55th Annual Scientific Meeting for Society of Gynecologic Investigation, San Diego, CA, March 2008.

91. Rouse D, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Magnesium sulfate (MgSO4) dose and timing, and umbilical cord Mg++ concentration: Relationship to cerebral palsy (CP) Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

92. Mercer B, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Fetal thyroid function and neuro-

developmental outcomes. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

93. Roberts JM, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. A randomized controlled trial of antioxidant vitamins to prevent serious preeclampsia-associated morbidity. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

94. Rouse D, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Second stage labor duration: Relationship to maternal and perinatal outcomes. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

95. Silver R, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Prothrombin gene G20210a mutation and obstetric complications: A propsective cohort. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

96. Manuck T, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Do antiphospholipid antibodies affect pregnancy outcomes in women heterozygous for factor v leiden? Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

97. Landon MB, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. A prospective multicenter randomized treatment trial of mild gestational diabetes (GDM). Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

98. Harper M, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Effect of omega-3 supplementation on plasma fatty acid levels. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

99. Harper M, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. Cytokine gene single nucleotide polymorphisms (SNPS) and length of gestation. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

100.     Hickman A, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. The MFMU cesarean registry: Risk of rupture in women attempting VBAC with an unknown uterine scar. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

101.     Hashima J, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. The effect of maternal obesity on neonatal outcome in women receiving a single course of antenatal corticosteroids.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 36 of 69

Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

102.     Manuck T, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. The relationship between polymorphisms in the human progesterone receptor and clinical response to 17 alpha-hydroxyprogesterone caproate for the prevention of recurrent spontaneous preterm birth. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

103.     Gyamfi C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Neonatal and developmental outcomes in children born in the late preterm period versus term. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

104.     Simhan HN, Caritis SN, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. 17 alpha hydroxy-progesterone caproate (17OHPC) and corticotropin releasing hormone (CRH) among women with twins. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

105.     Durnwald C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. The impact of cervical length on risk of preterm birth in twin gestations. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

106.     Horton A, Gyamfi C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. 17 alpha hydroxy-progesterone caproate does not increase the risk of gestational diabetes in singleton and twin pregnancies. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

107.     Refuerzo J, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. Comparison of neonatal morbidity and mortality in twin pregnancies born at moderately preterm, late preterm, and term gestation. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

108.     Clark E, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Inflammation pathway gene polymorphisms are associated with neurodevelopmental delay at age 2. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

109.     Gyamfi C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, MD. Maternal and cord blood betamethasone concentrations in singleton and twin gestations. Presented at the 29th Annual Meeting of the Society for Maternal-Fetal Medicine, San Diego, CA, January 2009.

110.    Clark E, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. Association of repeated dose antenatal steroids and IL6 -174 genotype with neurodevelopemental outcomes at age 2. Presented at the 56th Annual Scientific Meeting for Society of Gynecologic Investigation, Glasgow, UK, March 2009.

111.    Gyamfi C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. The rate of recurrent preterm birth analyzed by indication for prior spontaneous preterm birth. Presented at the 56th Annual Scientific Meeting for Society of Gynecologic Investigation, Glasgow, UK, March 2009.

112.    Manuck T, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. The relationship between polymorphisms in a truncated progesterone receptor (PR-M) and clinical response to 17 alpha-hydroxyprogesterone caproate for the treatment of recurrent spontaneous preterm birth. Presented at the 56th Annual Scientific Meeting for Society of Gynecologic Investigation, Glasgow, UK, March 2009.

113.    Horton A, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. The role of family history in identifying factor v leiden carriers during pregnancy. Presented at the 56th Annual Scientific Meeting for Society of Gynecologic Investigation, Glasgow, UK, March 2009.

114.    Gyamfi C, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development MFMU Network, Bethesda, Maryland. The MFMU cesarean registry: the effect of antenatal corticosteroids on respiratory morbidity in singletons after late preterm birth. Presented at the 56th Annual Scientific Meeting for Society of Gynecologic Investigation, Glasgow, UK, March 2009.

115.    Harden C, Montouris G, Lippik I, Alekar S.  for the UCB Pregnancy Registry. Poster presentation at the 62nd American Academy of Neurology Annual Meeting, Toronto Ont., April 10-17, 2010.

116.    Berner M, Nappi R, Thorp JM, Jolly E, Sand M.  Efficacy of Flibanserin in Premenopausal Women with Hypoactive Sexual Desire Disorder: Remitter Analyses. Poster presentation at European Society for Sexual Medicine.

117.    Hauth JC, et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Maternal insulin resistance and preeclampsia. Oral presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 10, 2011.

118.    Figueroa D, et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Relationship between the 1-hur glucose loading test results and perinatal outcomes. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 10, 2011.

119.    Clark EAS, et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.

Maternal insulin resistance and preeclampsia. Oral presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

120.     Constantine MM, Clark EAS et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Oxidative stress, neuroprotection candidate gene polymorphisms and adverse neruodevelopmental outcomes. Oral presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

121.     Peaceman AI, et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Duration of latency after PPROM by gestational age at time of membrane rupture. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

122.     Harper M. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Tumor necrosis factor α -308 genetic polymorphism and cytokine production. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

123.     Harper M. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Omega-3 fatty acids and cytokine production. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

124.     Harper M. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Inflammatory cytokines and recurrent preterm birth. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

125.     Makhlouf M. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Adverse pregnancy outcomes among women with prior spontaneous or induced abortions. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

126.     Stuebe A. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Maternal BMI, glucose tolerance, and adverse pregnancy outcomes. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

127.     Stuebe A. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Is there a threshold OGTT value for predicting adverse neonatal outcome? Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

128.     Johnson J. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.

Outcomes associated with failure to achieve the 2009 Institute of Medicine (IOM) guidelines for weight gain in pregnancy. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 11, 2011.

129.    Varner M. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Influenza-like illness in hospitalized pregnancy and immediately postpartum women during the 2009-2010 H1N1 influenza pandemic. Oral presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 12, 2011.

130.    Graves SW, Esplin MS et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Validation of predictive preterm birth biomarkers obtained by maternal serum proteomics. Oral presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 10, 2011.

131.    Carreno C. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Excessive early gestational weight gain and risks of gestational diabetes and large for gestational age infants in nulliparous women. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 10, 2011.

132.    Hauth JC. et al (Thorp JM) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Insulin resistance in pregnancy and maternal body mass. Poster presentation at the 31st Annual Meeting Society for Maternal-Fetal Medicine, San Francisco, CA, Feb 10, 2011.

133.    Griffin JB, Lomboka V, Landis SH, Herring Am, Thorp JM Jr, Tshefu AK, Meshnick SR. Malaria in early pregnancy and in utero fetal growth. Presented at the Tropical Medicine conference, December, 2011.

Podcasts:

International Journal of Obstetrics and Gyneacology audio podcast entitled **"Termination of pregnancy and the risk of subsequent preterm birth – what is the evidence?"**

**Publications**

*Peer Reviewed Articles*

1.    **Thorp JM**, Bowes WA Jr, Brame RG, Cefalo RC. Selected use of midline episiotomy: Effect on perineal trauma. *Obstet Gynecol* 1987;70:260-2.

2.    Richards DS, Cefalo RC, **Thorp JM**, Salley M, Rose D. Fetal heart rate response to acoustic stimulation in labor. *Obstet Gynecol* 1988;71:535-9.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 40 of 69

3.  **Thorp JM**, Bowes WA Jr.  Episiotomy: can we defend its routine use? *Am J Obstet Gynecol* 1989; 160:1027.

4.  **Thorp JM**, Katz VL, Campbell D, Cefalo RC.  Hypersensitivity to magnesium sulfate. *Am J Obstet Gynecol*  1989;161:889-90.

5.  **Thorp JM**, Katz VL, Fowler LJ, Kurtzman JT, Bowes WA Jr.  Fetal Death from chlamydial infection across intact amniotic membranes.  *Am J Obstet Gynecol* 1989;161:1245-6.

6.  **Thorp JM**, Jordon S, Watson WJ, Bowes WA Jr.  Survey of maternal transports to the North Carolina Memorial Hospital.  *NC Med J* 1989; 50:423-5.

7.  Katz VL, **Thorp JM**, Bowes WA Jr.  Severe symmetric IUGR associated with the topical use of triamcinalone.  *Am J Obstet Gynecol* 1990; 162:396-7.

8.  **Thorp JM**, White GL, Moake JL, Bowes WA Jr.  Von Willebrand factor multimeric levels and patterns in patients with severe preeclampsia.  *Obstet Gynecol* 1990;75:163-7.

9.  Katz, VL, **Thorp JM**, Cefalo RC.  Epidural anesthesia and autonomic hyperreflexia: a case report. *Am J Obstet Gynecol* 1990;162:471-2.

10. Watson WJ, **Thorp JM**, Seeds JW.  Familial cystic hygroma with normal karyotype. *Prenatal Dianosis* 1990;10:37-40.

11. **Thorp JM**, Wells S, Droegemueller W.  Ovarian suspension in massive ovarian edema. *Obstet Gynecol* 1990; 76(s):912-4.

12. **Thorp JM**, Fowler WC, Donehoo R, Sawicki C, Bowes WA Jr.  Antepartum and intrapartum events in women exposed in utero to diethylstilbesterol.  *Obstet Gynecol* 1990;76(s):828-32.

13. **Thorp JM**, Spielman FJ, Valea FA, Payne FG, Mueller RA, Cefalo RC.  Nifedipine enhances the cardiac toxicity of magnesium sulfate in the isolated, perfused Spraque-Dawley rat heart.  *Am J Obstet Gynecol* 1990;163:655-6.

14. **Thorp JM**, Fann BB, Korb EG, Brannan WG, Pierson S, Bowes WA Jr.  Establishing maternal-fetal medicine consultative services in western North Carolina (Perinatal Region 1). *NC Med J* 1990;51:266-7.

15. Neifert M, **Thorp JM**. Twins: adjustment, parenting, and infant feeding in the fourth trimester.  *Clin Obstet Gynecol* 1990;33:102-13.

16. Watson WJ, Katz VL, **Thorp JM**.  Spontaneous resolution of fetal nuchal cystic hygroma.  *Prenatal Diagnosis* 1990;73:862-5.

17. Watson WJ, **Thorp JM**, Miller RC, Chescheir NC, Katz VL, Seeds JW.  Prenatal diagnosis of laryngeal atresia.  *Am J Obstet Gynecol* 1990;163 (5):1456-7.

18. Katz VL, Rozas L, Bowes WA Jr, **Thorp JM.**   The natural history of thrombocytopenia associated with preeclampsia.  *Am J Obstet Gynecol* 1990;163(4):1142-3.

19. Katz, VL, **Thorp JM**, Watson WJ, Fowler L, Heine RP. Human immunoglobin therapy for preeclampsia associated with lupus anticoagulant and anticardiolipin antibody. *Obstet Gynecol* 1990;76(2):986-8.

20. **Thorp, JM**, Watson WJ, Katz VL. Effect of corpus luteum position on hyperemesis gravidarum. *J Reprod Med* 1991;36(10):761-2.

21. Katz VL, Blanchard GF, Watson WJ, Miller RC, Chescheir NC, **Thorp JM**. The clinical implications of subchorionic placental lucencies. *Am J Obstet Gynecol* 1991;164:99-100.

22. **Thorp JM**, Katz VL. Submucous myomas treated with gonadotropin releasing hormone agonist and resulting in vaginal hemorrhage. *J Reprod Med* 1991;36(8):625-6.

23. **Thorp JM**, Bowes WA Jr, Droegemueller W, Wicker H. Assessment of perineal floor function: electromyography with acrylic plug surface electrodes in nulliparous women. *Obstet Gynecol* 1991;78(1):89-92.

24. **Thorp JM**, Wells SR, Bowes WA Jr. The obfuscation continues: severe preeclampsia versus thrombotic thrombocytopenic purpura. *NC Med J* 1991;52:126-8.

25. **Thorp JM**, Jenkins T, Watson WJ. Utility of Leopold maneuvers in screening for malpresentation. *Obstet Gynecol* 1991;78(3):394-6.

26. Wells SR, **Thorp JM**, Bowes WA Jr. Management of the nonvertex second twin. *Surg Obstet Gynecol* 1991; 172:383-5.

27. Savitz DA, Blackmore CA, **Thorp JM**. Epidemiologic characteristics of preterm delivery: etiologic heterogeneity. *Am J Obstet Gynecology* 1991; 164:467-71.

28. **Thorp JM**, Bowes WA Jr. Prolife perinatologist: paradox or possibility? *New Engl J Med* 1992; 326:1217-9.

29. **Thorp JM**, Weeks M, Watson W, Bowes WA Jr, Fowler WC. Should every gravida exposed to diethylstilbesterol in utero undergo prophylactic cerclage? *J Mat-Fetal Med* 1992;1:300-2.

30. **Thorp JM**, Boyette DD, Watson WJ, Cefalo RC. Elemental mercury exposure in early pregnancy. *Obstet Gynecol* 1992;79:874-6.

31. Katz VL, Watson WJ, **Thorp JM**, Hansen W, Bowes WA Jr. Treatment of persistent postpartum HELLP syndrome with plasmaphoresis. *Am J Perinatol* 1992;9(2):120-2.

32. Katz VL, Watson WJ, **Thorp JM**, Chescheir NC, Miller RC. Prenatal sonographic findings of massive lower extremity lymphangioma. *Am J Perinatol* 1992;9(2):127-9.

33. **Thorp JM**, Councell RB, Sandridge DA, Wiest HH. Antepartum diagnosis of placenta previa percreta by magnetic resonance imaging. *Obstet Gynecol* 1992;80:506-8.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 42 of 69

34. Kurtzman JT, **Thorp JM**, Spielman FJ, Mueller RA, Cefalo RC.  Do nifedipine and verapamil potentiate the cardiac toxicity of magnesium sulfate? *Am J Perinatol* 1993;10(6):450-2.

35. Helwig JT, **Thorp JM**, Bowes WA Jr.  Does midline episiotomy increase the risk of third- and fourth-degree lacerations in operative vaginal deliveries? *Obstet Gynecol* 1993;82(2):276-79.

36. **Thorp JM**, Pahel-Short L, Bowes WA Jr.  The Mueller-Hillis maneuver: can it be used to predict dystocia? *Obstet Gynecol* 1993;82(4):519-22.

37. **Thorp JM**, Cheschir NC, Fann B.  Postpartum myocardial infarction in a patient with antiphospholipid syndrome. *Am J Perinatol* 1994;11(1):1-3.

38. **Thorp JM** , Tumey LA, Bowes WA Jr.  Outcome of multifetal gestations.  a case-control study.  *J Mat-Fetal Med* 1994;3:23-26.

39. **Thorp JM**  Stepenson H, Jones L,  Cooper G.  Pelvic Floor (Kegel) excercises - a pilot study in nulliparous women.  *Int Urogynecol J* 1994;5(2):86-9.

40. Kurtzman JT, **Thorp JM**, Spielman FJ, Mueller RA, Cefalo RC.  Central hemodynamic effects of cocaine and ritodrine in the isolated, perfused rat heart.  *Obstet Gynecol* 1994;83(1):89-91.

41. Katz VL, Moos MK, Cefalo RC, **Thorp JM**, Bowes WA Jr, Wells SR.  Group B streptococcus:  Results of a protocol of antepartum screening and intrapartum treatment. *Am J Obstet Gynecol* 1994;170(2):521-6.

42. **Thorp JM**; Guidry AM.  A technique for intrapartum monitoring of fetuses with congenital bradycardia.  *Am J Perinatol*, 1994;11(5):353-5.

43. **Thorp, JM**  Specialist's Perspective - The Obstetrician/Gynecologist (Special Focus: The Primary Care Setting--Recognition and Care of Patients With Alcohol Problems). *Alcohol Health and Reseach World* 1994; 8(2):117-20.

44. Kurtzman JT, **Thorp JM**, Spielman FJ, Perry S, Mueller RA, Cefalo RC.  Estrogen mediates the pregnancy-enhanced cardiotoxicity of cocaine in the isolated perfused rat heart.  *Obstet Gynecol* 1994;83:613-15.

45. Sandridge DA, Councell RB, **Thorp JM**, Endometrial carcinoma arising within extensive intrauterine synechiae.  *Euro J Obstet & Gyneco,* 1994;56:147-9.

46. Councell RB, **Thorp JM,** Sandridge DA, Hill ST.  Assessments of laparoscopic-assisted vaginal hysterectomy. *JAAGL* 1994;2(1):49-56.

47. Kuller JA, Coulson CC, McCoy MC, Altman GC, **Thorp JM**, Katz VL, Prenatal diagnosis of renal agenesis in a twin gestation.  *Prenatal Diag* 1994;14:1090-92.

48. Rogers RG, Tho**rp JM**   Liposarcoma of the vulva:  a case report. *J Reprod Med* 1995;40(12):863-4.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 43 of 69

49. Mayer DC, **Thorp JM**, Baucom D, Spielman FJ.  Hyperthyroidism and seizures during pregnancy.  *Am J Perinat* 1995; 12(3):192-4.

50. **Thorp JM**, Wells SR, Bowes WA, Cefalo RC.  Integrity, abortion, and the prolife perinatologist.  *Hastings Center Report* 1995;25:27-8.

51. Larson PJ, **Thorp JM**, Miller RC, Hoffman M.  The monocyte monolayer assay:  A non-invasive technique for predicting the severity of in utero hemolysis.  *Am J Perinatol* 1995; 12:157-60.

52. **Thorp JM**, Jones LG, Bowes WA Jr, Droegemueller W.  Electromyography with acrylic plug surface electrodes after delivery.  *Am J Perinatol* 1995;12(2):125-8.

53. Saacks CB, **Thorp JM** , Hendricks CH.  Cohort study of twinning in an academic health center:  Changes in management and outcome over forty years.  *Am J Obstet Gynecol* 1995;173:432-9.

54. Coulson CC, **Thorp JM** , Purrington J, Slotchiver JM, Ananth CV, Hartmann K.  The effects of maternal smoking on amniotic fluid volume and fetal urine output.  *Am J Perinat* 1995;13:195-7.

55. Sandridge DA, **Thorp JM**   Vaginal endosonography in the assessment of the anorectum.  *Obstet Gynecol* 1995;86;1007-9.

56. **Thorp JM**   Commentary on: The effect of epidural anesthesia on the length of labor.  *Obstet Gynecol Surv* 1995;50:771-72.

57. Broughton JG, **Thorp JM**, Spielman FG, Cefalo RC, Mueller RA.  Acute Exposure to Ethanol in Pregnancy--Assessment of Cardiovascular Effects in the Isolated Perfused Rat Heart.  *Substance Abuse* 1996;17:133-8.

58. Hartmann K, **Thorp JM**, Pahel-Short L, Koch MA.  A randomized controlled trial of smoking cessation intervention in pregnancy in an academic clinic.  *Obstet Gynecol* 1996; 87;621-6.

59. Broughton JG, **Thorp JM**, Spielman FG, Cefalo RC, Mueller RA.  Acute Exposure to Ethanol in Pregnancy--Assessment of Cardiovascular Effects in the Isolated Perfused Rat Heart.  *Substance Abuse* 1996;17:133-8.

60. Wells SR, Kuller JA, **Thorp JM**   Pregnancy in a patient with Goodpasture syndrome and renal transplantation.  *Am J Perinatology* 1996;13(2):79-80.

61. Schapiro L, **Thorp JM**   Management of Leiomyoma Causing Myocardial Infarction.  *European Journal of Obstetrics and Gynecology* 1996;65:235-6.

62. Hansen WF, Burnham SJ, Svendsen TO, Katz VL, **Thorp JM**, Hansen, AR.  Transcranial Doppler Findings of Cerebral Vasospasm in Preeclampsia.  *J Mat-Fet Med* 1996;5:194-200.

63. **Thorp JM**, Jones LH, Wells E, Ananth CV.  Assessment of pelvic floor function:  A series of simple tests in nulliparous women.  *Int'l Urogynecol* J 1996;7:94-97.

64. Ananth CV, Guise J-M, **Thorp JM**.  Utility of antibiotic therapy in preterm premature rupture of membranes - A meta-analysis.  *Obstet and Gynecol Surv*, 1996;13:324-8.

65. Wright LN, Pahel-Short L, Hartmann K, Kuller JA, **Thorp JM**   Statewide Assessment of a behavioral intervention to reduce cigarette smoking by pregnant women.  *Am J Obstet Gynecol*, 1996;175:283-8.

66. Hayat Sk, **Thorp JM**, Kuller J, Brown BD, Semelka RC, Williams AB.  Magnetic resonance imaging of the pelvic floor in the postpartum patient. *Intl Urogynecol J,* 1996;7:321-4.

67. Hartmann KE, **Thorp JM**.  Scripted Intervention: A Map for Smoking Cessation Counseling.  *Primary Care Update for Ob/Gyns* 1996;3:228-32.

68. Coulson CC, **Thorp JM**, Mayer DC, Cefalo RC.  Central Hemodynamic Effects of Recombinant Human Relaxin in the Isolated, Perfused Rat Heart Model.  *Am J Obstetrics & Gynecology* 1996;87:610-2.

69. Sandridge DA, Babb TE, **Thorp JM**.  Utility of endovaginal sonography in the diagnosis of adenomyosis.  *J of Gynecol Tech* 1996;2:135-8.

70. Schapiro L, **Thorp JM**.  Diagnosis of early acute fatty liver of pregnancy.  *J Mat-Fetal Med* 1996; 5:314-6.

71. Lukes AG, **Thorp JM**, Eucker B.  Predictors of positivity for fetal fibronectin in patients with symptoms of preterm labor.  *Am J Obstet Gynecol* 1997;176:639-41.

72. Savitz DA, Ananth CV, Luther ER, **Thorp JM**.  Influence of Gestational Age on the Time from Spontaneous Rupture of the Chorioamnionic Membranes to the Onset of Labor. *Am J Perinatol* 1997;14(3):129.

73. Wright L, **Thorp JM, Jr**., Hartmann K.  Transdermal nicotine replacement in pregnancy: Maternal pharmacokinetics and fetal effects.  *Am J Ob/Gyn*, 1997;176:1090-4.

74. Peaceman AM, Andrews WW, **Thorp JM**, Lukes AG, et al.  Fetal fibronectin as a predictor of preterm birth in patients with symptoms:  A multicenter trial.  *Am J. Ob/Gyn*, 1997; 177:13-8.

75. Sandridge DA, **Thorp JM**, Roddenberry P, Kuller J, Wilde J.  Vaginal delivery is associated with occult disruption of the anal sphincter mechanism.  *Am J Perinatol*, 1997;14(9):527-33.

76. Savitz DA, Ananth CV, Luther ER, **Thorp JM**   Influence of Gestational Age on the Time from Spontaneous Rupture of the Chorioamnionic Membranes to the Onset of Labor. *Am J. Perinat* 1997;14:129-33.

77. Wright LN, **Thorp JM**, Kuller JA, Shrewsbury RP, Ananth C, Hartmann K.  Transdermal nicotine replacement in pregnancy: Maternal pharmacokinetics and fetal effects.  *Am J Obstet Gynecol* 1997;176:90-4.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 45 of 69

78. Davis WB, Wells SR, Kuller JA, **Thorp JM**.  Risks Associated with Calcium Channel Blockade: Implications for the Obstetrician-Gynecologist.  *Obstet Gynecol Surv* 1997;52:198-201.

79. Coulson CC, **Thorp JM**, Mayer DC, Cefalo RC.  Central hemodynamic effects of oxytocin and interactions with magnesium and pregnancy in the isolated, perfused rat heart.  *Obstet Gynecol* 1997;177:91-3.

80. Cobb P, Hartmann K, **Thorp JM**, Renz C, Stanford D, Rounds K.  Perinatal Substance Abuse Within Central North Carolina--A Suburban-Rural Perspective.  *North Carolina Medical Journal* 1997;58(1):36-38.

81. The Atosiban PTL-098 Study Group:  Valenzuela GJ, Sanchez-Ramos L, Romero R, Silver HM, Koltun WD, Millar L, Hobbins J, Rayburn W, Shangold G, Wang J, Smith J, Creasy, et al.  Maintenance treatment of preterm labor with the oxytocin antagonist atosiban.  *Am J Obstet Gynecol* 2000 May;182(5):1184-90.

82. The Atosiban PTL-098 Study Group:  Romero R, Sibai BM, Sanchez-Ramos L, Valenzuela GJ, Veille JC, Tabor B, Perry KG, Varner M, Goodwin TM, Lane R, Smith J, Shangold G, Creasy GW, et al.  An oxytocin receptor antagonist (atosiban) in the treatment of preterm labor:  a randomized, double-blind, placebo-controlled trial with tocolytic rescue.  *Am J Obstet Gynecol* 2000 May;182(5):1173-83.

83. Archer DF, Maheus R, DelConte A, et al. A New Low-Dose Monophasic Combination Oral Contraceptive (Alesse™) with Levonorgestrel 100 g and Ethinyl Estradiol 20 g. North American Levonorgestrel Study. *Contraception* 1997;55:139-44.

84. Rogers RG, **Thorp JM**.  Pregnancy induced hypertension: genesis of and response to endothelial injury and the role of endothelin-1. *OB/GYN Survey* 1997;52:723-7.

85. **Thorp JM**, Wells SR, Wiest HH, Jeffries L, Lyles E.  First trimester diagnosis of placenta previa percreta by magnetic resonance imaging.  *Am J Ob Gynecol* 1998;178:616-8.

86. Royce RA, Jackson T, **Thorp JM**, Savitz DA.  Black/white differences at mid-pregnancy in vaginal microflora and pH.  *Am J Epidemiology* 1998;147:S33 (abstract #130).

87. Thompson TT, **Thorp JM**, Mayer D, Kuller KA, Bowes WA Jr.  Does epidural anesthesia cause dystocia?  *J Clin Anesth* 1998; 10(2):58-65.

88. Royce RA, Pastore LM, **Thorp JM**, Jackson T, Savitz DA, McDonald T.  Factors associated with prevalence of bacterial vaginosis during pregnancy.  *J Soc Gynecol Invest* 1998;5(S):172A.

89. Propst AM, **Thorp JM**.  Traumatic vulvar hematomas: conservative versus surgical management.  *Southern Med J* 1998;91:144-6.

90. Savitz DA, Dole N, Williams J, **Thorp JM**, McDonald T, Carter AC, Eucker B. Determinants of participation in an epidemiological study of preterm delivery.  *Paediatric and Perinatal Epidemiology* 1999;13(1):114-25.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 46 of 69

91. Pastore LM, Savitz DA, **Thorp JM**., Koch GG, Hertz-Picciotto I, Irwin DE. Predictors of symptomatic urinary tract infection after 20 week gestation. *J Pernatol* 1999; 19:488-93.

92. Tun R, DeLancey JOL, Howard D, **Thorp JM**, Quint LE. MR Imaging of levator ani muscle recovery following vaginal delivery. *Int'l Urogynecol J & Pelvic Floor Dysfunction* 1999;10(5);300-7.

93. Pastore LM, Savitz DA, **Thorp JM.** Predictors of urinary tract infection at the first prenatal care visit. *Epidemiology* 1999;10:282-7.

94. **Thorp JM**, Norton PA, Wall LL, Kuller JA, Eucker B, Wells E. Urinary incontinence in pregnancy and the puerperium: A prospective study. *Am J Obstet Gynecol* 1999;181:266-73.

95. Livengood CH III, Soper DE, Sheehan KL, Feener DE, Martens MK, Nelson AL, Ismail M, **Thorp JM**, et al. Comparison of once-daily and twice-daily dosing of 0.75% metronidazolegelin in the treatment of bacterial vaginosis. *Sexually Trans Dis* 1999;26(3):137-42.

96. Royce RA, Jackson T, **Thorp JM**, Hillier SL, Rabe LK, Pastore LM, Savitz D. Ethnicity/race, vaginal flora patterns, and pH during pregnancy. *Sex Trans Dis* 1999;26:96-102.

97. Hartmann K, **Thorp JM**, McDonald T, Savitz DA, Granados JL. Cervical dimensions and risk of preterm birth: A prospective cohort study. *Obstet Gynecol* 1999; 93:504-9.

98. Royce RR, **Thorp JM**, Granados JL, Savitz DA. Bacterial vaginosis associated with HIV-1 infection in pregnant women from North Carolina. *J Acquir Immune Defic Syndr* 1999; 20:382-6.

99. Nowacek GE, Meyer WR, McMahon MJ, **Thorp JM**, Wells, S. The diagnostic value of cervical fetal fibronectin in detecting extrauterine pregnancy. *Fertility and Sterility* 1999;72:302-4.

100. Pastore LM, Hartmann KE, **Thorp JM**, Royce RA, Jackson TP, Savitz DA. Bacterial vaginosis and cervical dilation and effacement at 24-29 weeks' gestation. *Am J of Perinat* 2000;17(2):83-8.

101. Cooper GS, **Thorp JM**. FSH levels in relation to hysterectomy and unilateral oophorectomy. *Obstet Gynecol*, 1999;94:969-72.

102. Pastore LM, Royce RA, Jackson TP, **Thorp JM**, Savitz DA, Kreaden US. Association between bacterial vaginosis and fetal fibronectin at 24-29 weeks' gestation. *Obstet Gynecol* 1999;93:117-23.

103. Savitz DA, Dole N, Williams J, **Thorp JM**, McDonald T, Carter AC, Eucker B. Study design and determinants of participation in an epidemiological study of preterm delivery. *Paediatr & Perinat Epidemiol* 1999;13:114-25.

104. Connolly AM, **Thorp JM**. Childbirth-related perineal trauma: Clinical significance and prevention. *Clin Obstet Gynecol* 1999;42:820-35.

105. **Thorp JM** , Mayer D, Kuller JA. Central hemodynamic effects of an oxytocin receptor antagonist (atosiban) in the isolated, perfused rat heart. *J Soc Gynecol Invest* 1999;6:186-71.

106. Savitz DA, Dole N, Henderson L, **Thorp JM**. Socioeconomic status, race, and pregnancy outcome. *Am J Epidemiol* 1999;149:S28.

107. McMahon MJ, **Thorp JM**, Savitz DA, Bagchee R. Risk factors for preterm birth. *J Soc Gynecol Invest (Suppl)* 2000;7(1);117A.

108. Shaw GM, Savitz DA, Nelson V, **Thorp JM** Role of structural birth defects in preterm delivery. Submitted to *Ped & Perinat Epidemiol*, March, 2000.

109. Berkman ND, **Thorp JM**, Hartmann KE, et al. *Management of Preterm Labor: Evidence Report/Technology Assessment No. 18.* (prepared by Research Triangle Institute under Contract No. 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). AHRQ Publication No. 01-E021. Rockville (MD) Agency for Healthcare Research and Quality. October 2000.

110. Strecher VJ, Bishop KR, Bernhardt J, **Thorp JM**, Cheuvront B, Potts P. Quit for keeps: tailored smoking cessation guides for pregnancy and beyond. *Tobacco Control* 2000;9(Suppl III):iii78-iii79.

111. **Thorp JM**, Yowell RK. The role of episiotomy in modern obstetrics. *North Carolina Med J* 2000;61(2):118-9.

112. Sayle AE, Savitz DA, **Thorp JM**, Hertz-Picciotto I, Wilcox AJ. Sexual activity during late pregnancy and preterm delivery. *Obstet Gynecol* 2001;97:283-9.

113. Gavin NL, **Thorp JM**, Ohsfeldt RL. Determinants of hormone replacement therapy duration among postmenopausal women with intact uteri. *Menopause 2001;8(5):377-83.*

114. Savitz D, Dole N, Terry JW, Zhou H, **Thorp JM**. Smoking and pregnancy outcome among African-American and White women in Central North Carolina. *Epidemiol* 2001;12(6):636-42.

115. Siega-Riz AM, Herrmann TS, Savitz DA, **Thorp JM**. The frequency of eating during pregnancy and its effect on preterm delivery. *Am J Epidemiol* 2001;153:647-52.

116. Bender DE, Harbour C, **Thorp JM**. Tell me what you mean by "Si": Perceptions of quality of prenatal care among immigrant Latina women. *J. Qualitative Health Res* 2001;11(6);780-94.

117. Bernhardt JM, Strecher VJ, Bishop K, Potts P, Madison EM, **Thorp JM**. Handheld computer-assisted self-interviews: User comfort level and preferences. *Am J Heal Behav* 2001;25(6):557-63.

118. **Thorp JM**, Gavin NI, Ohsfeldt RL. Hormone replacement therapy in postmenopausal women: Utilization of health care resources by new users. *Am J Obstet Gynecol* 2001;185(2):318-326.

Case 1:11-cv-00804-CCE-LPA Document 45-1 Filed 11/08/11 Page 48 of 69

119. Whitecar P, Boggess K, McMahon M, **Thorp JM**. Altered expression of TcR/CD3-Zeta induced by sera from women developing preeclampsia. *Am J Obstet Gynecol* 2001;185:812-8.

120. West SL, Yawn BP, **Thorp JM**, Korhonen MJH, Savitz DA, Guess HA. Tocolytic therapy for preterm labour: assessing its potential for reducing preterm delivery. *Paediatr Perinat Epidemiol* 2001;15:243-51.

121. Lam GK, Stafford RE, **Thorp JM**, Moise KJ, Cairns BA. Inhaled nitric oxide for primary pulmonary hypertension in pregnancy. *Obstet Gynecol* 2001;98;895-8.

122. **Thorp JM**. Placental vascular compromise: Unifying the etiologic pathways of perinatal compromise. *Current Prob in Obstet Gynecol and Fert* 2001;24(6):197-220.

123. Yang J, Savitz DA, **Thorp JM**. The effect of vaginal bleeding during pregnancy on preterm and small- for- gestational-age births: US National Maternal and Infant Health Survey, 1998. *Paediatric and Perinatal Epidemiology* 2001;15(1):34-9.

124. Pastore LM, Hartmann KE, **Thorp JM**, Royce RA, Jackson TP, Savitz DA. Bacterial vaginosis: BV PIN points. *J Perinatol* 2002;22(2):125-32.

125. **Thorp JM**, Hartmann KE, Berkman ND, Carey TS, Lohr KN, Gavin NI, Hasselblad V. Antibiotic therapy for the management of preterm labor: A review of the evidence. *Am J Obstet Gynecol* 2002;186(3):587-92.

126. Savitz DA, Henderson L, Dole N, Herring Am, Wilkins DG, Rollins D, **Thorp JM**. Indicators of cocaine use and preterm birth. *Obstet Gynecol* 2002;99:458-65.

127. Bailit JL, Downs SM, **Thorp JM**. Reducing the caesarean delivery risk in elective inductions of labour: a decision analysis. *Paedia Perinat Epi* 2002;16:90-96.

128. Saldana TM, Siega-Riz Am, Adair LS, Savitz DA, **Thorp JM Jr**. The association between impaired glucose tolerance and birth weight among black and white women in central North Carolina. *Diabetes Care* 2003;26(3):656-61.

129. Savitz D, Terry J, Dole N, **Thorp JM**, Siega-Riz A, Herring A. Comparison of pregnancy dating by last menstrual period, ultrasound scanning, and their combination. *Am J Obstet Gynecol*. 2002 Dec;187(6):1660-6.

130. Vahratian A, Siega-Riz A, Savitz D, **Thorp JM**. Multivitamin use and the risk of preterm birth. *Am J Epidemiol 2004;160(9):886-92.*

131. Evenson KR, Siega-Riz AM, Savitz DA, Leiferman JA, **Thorp.JM**. Vigorous leisure activity and pregnancy outcome: The Pregnancy, Infection, and Nutrition Study. *Epidemiology* 2002;13(6)653-9.

132. **Thorp JM** and Hartmann KE. Evidence-Based Management of Preterm Labor: The Role of Tocolytics and Antibiotics. *Curr Probl Obstet Gynecol Fertil*, Accepted for publication, November, 2002.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 49 of 69

133.  Balu RB, Savitz DA, Ananth CV, Hartmann KE, Miller WC, **Thorp JM**, Heine RP. Bacterial vaginosis and vaginal fluid defensins during pregnancy.  *Am J Obstet Gynecol* 2002, 187(5):1267-1271.

134.  **Thorp JM**, Hartmann K, Shadigian E.  Long-term physical and psychological health consequences of induced abortion: A review of the evidence.  *OB/Gyn Survey* 2003; 58(1): 67-79.

135.  **Thorp JM**, ACOG Committee.  Management of Preterm Labor.  *Obstetrics & Gynecology;* May, 2003, 101(5): 1039-1047

136.  Berkman ND, **Thorp JM**, Lohr KN, Carey TS, Hartmann KE, Gavin NI, Hasselblad V, Idicula AE.  Tocolytic treatment for the management of preterm labor:  A review of the evidence.  *Am J Obstet Gynecol* 2003;188(6):1648-59.

137.  Meis PJ, Klebanoff M, Thom E, Dombrowski MP, Sibai B, Moawad AH, Spong CY, Hauth JC, Miodovnik M, Varner MW, Leveno KJ, Caritis SN, Iams JD, Wapner RJ, Conway D, O'Sullivan MJ, Carpenter M, Mercer B, Ramin SM, **Thorp JM**, Peaceman AM, Gabbe S; The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  Prevention of Recurrent Preterm Delivery by 17 Alpha-Hydroxyprogesterone Caproate.  *New Engl J of Med* 2003;348(24):2379-2385.

138.  Siega-Riz AM, Promislow J, Savitz DA, **Thorp JM**, McDonald T.  Vitamin C intake and the risk of preterm delivery.  *Am J Obstet Gynecol* 2003;189(2):519-25..

139.  Yang Y, Hartmann KE, Savitz DA, Herring AH, Dole N, Olshan AF, **Thorp JM**.  Vaginal bleeding during pregnancy and preterm birth. *Am J Epidemiol* 2004;160(2):118-25.

140.  Vahratian A, Zhang J, Hasling J, Troendle J, Klebanoff M, **Thorp JM**.  The effect of early epidural versus early intravenous analgesia use on labor progression: a natural experiment.  *Am J Obstet Gynecol* 2004;191(1):259-65.

141.  Ohsfeldt RL, Gavin NI, **Thorp JM**. Medical care costs associated with postmenopausal estrogen plus progestogen therapy. *Value Health.* 2004 Sep;7(5):544-53.

142.  Nguyen N, Savitz DA, **Thorp JM**.  Risk factors for preterm birth in Vietnam. *Int J Gynaecol Obstet.* 2004;86(1):70-8.

143.  Pastore LM, King TS, Dawson IJ, Hollifield A, **Thorp JM**.  Prospective validation of a perinatal bacterial vaginosis screening risk score. *J Perinatol.* 2004;24(12):735-42.

144.  Vahratian A, Zhang J, Hasling J, Troendle J, Klebanoff MA, **Thorp JM**.  The effect of early epidural versus early intravenous analgesia use on labor progression: a natural experiment.  *Am J Obstet Gynecol* 2004;191(1):259-65.

145.  Reardon DC, Strahan TW, **Thorp JM**, Shuping MW.  Deaths associated with abortion compared to childbirth--a review of new and old data and the medical and legal implications.  *J Contemp Health Law Policy* 2004 Spring;20(2):279-327. Review. No abstract available.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 50 of 69

146. Varner MW, Leindecker S, Hibbard JU, Hauth JC, Landon M, Leveno K, Sorokin Y, Meis P, Caritis SN, Wapner R, Miodovnik M, Sibai B, Carpender M, Conway D, Mercer B, **Thorp JM,** Peaceman A, O'Sullivan MJ, Ramin S, Malone F. The MFMU Cesarean Registry: Trial of Labor with a Twin Gestation. *Am J Obstet Gynecol* 2005;193(1):135-40.

147. Strauss RA, Eucker B, Savitz DA, **Thorp JM Jr.** Diagnosis of bacterial vaginosis from self-obtained vaginal swabs. *Infect Dis Obstet Gynecol* 2005;13(1):31-35.

148. McPheeters ML, Miller WC, Hartmann KE, Savitz DA, Kaufman J, Garrett JM, **Thorp JM Jr.,** The epidemiology of threatened preterm labor – a prospective cohort study. *Am J Obstet Gynecol* 2005;192(4):1325-9.

149. Viswanathan M, Hartmann, Palmieri R, Lux L, Swinson T, Lorh KN, Gartlehner G, **Thorp JM.** The use of episiotomy in obstetrical care: a systematic review. *Evid Rep Technol Assess (Summ)* 2005 May;(112):1-8.

150. Althabe F, Buekens P, Bergel WE, Belizan JM, Kropp N, Wright L et al (**Thorp JM**). A cluster randomized controlled trial of a behavioral intervention to facilitate the development and implementation of clinical practice guidelines in Latin American maternity hospitals: the Guidelines Trial: Study protocol [ISRCTN82417627]. *BMC Women's Health* 2005 (April);5:4 (9 pages).

151. Meis PJ, Spong CY, Person BCC, Sibai B, Dombrowski MP, Moawad AH, Hauth JC, Miodovnik M, Warner MV, Leveno KJ, Caritis SN, Iams JD, Wapner RJ, Conway D, O'Sullivan MJ, Carpenter M, Mercer B, Ramin SM, **Thorp JM,** Peaceman AM, Gabbe S, for the NICHD Maternal Fetal Medicine Units Network. Does Progesterone Treatment Influence Risk Factors for Recurrent Preterm Delivery? *Obstet Gynecol* 2005;106(3):557-61.

152. Hartmann KE, Viswanathan M, Palmieri R, Gartlehner G, **Thorp J**, Lohr KN. Outcomes of routine episiotomy: A systematic review. *JAMA* 2005;293(17):2141-8.

153. Savitz DA, Dole N, Herring AH, Kaczor D, Murphy J, Siega-Riz AM, **Thorp JM**, MacDonald TL, Should spontaneous and medically indicated preterm births be separated for studying aetiology? *PaediatrPerinat Epidemiol* 2005;19:97–105.

154. Bloom SL, Spong CY, Weiner SJ, Landon MB, Rouse DJ, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, O'Sullivan MJ, Sibai B, Langer O, Gabbe SG, **Thorp JM.** Complications of Anesthesia for Cesarean Delivery. *Obstet Gynecol* 2005;106(2):281-7.

155. **Thorp JM**, Hartmann KE, Shadigan E. Long-term physiological health consequences of induced abortion: A review of the evidence. *Linacre Q* 2005;72(1):44-69.

156. Savitz DA, Dole N, Kaczor D, Herring AH, Siega-Riz AM, Kaufman J, **Thorp JM.** Probability samples of area births versus clinic populations for reproductive epidemiology studies. *Paediatr Perinat Epidemiol* 2005;19(4):315-22.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 51 of 69

157.  Yang J, Savitz DA, Dole N, Hartmann KE, Herring AH, Olshan AF, **Thorp JM.** Predictors of vaginal bleeding during the first two trimesters of pregnancy. *Paediatr Perinat Epidemiol* 2005;19(4):276-83.

158.  Franceschini N, Savitz DA, Kaufman JS, **Thorp JM.** Maternal urine albumin excretion and pregnancy outcome. *Am J Kidney Dis* 2005;45:1010-8.

159.  Dizon-Townson D, Miller C, Sibai B, Spong CY, Thom E, Wendel G Jr., Wenstrom K, Samuels P, Cotroneo MA, Moawad A, Sorokin Y, Meis P, Miodovnik M, O'Sullivan MJ, Conway D,  Wapner RJ, Gabbe SG, et al. (**Thorp JM**); The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  The Relationship of the Factor V Leiden Mutation and Pregnancy Outcomes for Mother and Fetus; *ObstetGynecol* 2005;106(3):517-24.

160.  Meis PJ, Klebanoff M, Dombrowski MP,  Sibai BM, Leindecker S, Moawad AH, Northen A, Iams JD, Varner MW, Caritis SN, O'Sullivan MJ, Miodovnik M, Leveno KJ, Conway D, Wapner RJ, Carpenter M, Mercer B, Ramin SM, **Thorp JM**, Peaceman AM, Gabbe S; The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Does Progesterone Treatment Influence Risk Factors for Recurrent Preterm Delivery?  *Obstet Gynecol* 2005;106(3):557-61.

161.  Sibai B, Meis PJ, Klebanoff M, Dombrowski MP, Moawad AH, Northen A, Iams JD, Varner MW, Caritis SN, O'Sullivan MJ, Miodovnik M, Leveno KJ, Conway D, Wapner RJ, Carpenter M, Mercer B, Ramin SM, **Thorp JM,** Peaceman AM, Gabbe S; The Maternal Fetal Medicine Units Network of the National Institute of Child Health and Human Development.  Plasma CRH measurement at 16 – 20 weeks' gestation does not predict preterm delivery in women at high-risk for preterm delivery. *Am J Obstet Gynecol* 2005;193(3):1181-6, Part 2.

162.  South MM, Strauss RA, South AP, Boggess JF, **Thorp JM**.  The use of non-nutritive sucking to decrease the physiologic pain response during neonatal circumcision: a random controlled trial. *Am J Obstet Gynecol* 2005;193(2):537-42; discussion 542-3.

163.  Strauss RA, Eucker B, Savitz DA, **Thorp JM**.  Diagnosis of bacterial vaginosis from self-obtained vaginal swabs.  *Infect Dis Obstet Gynecol* 2005;13(1):31-5.

164.  Varner MW, Leindecker S, Spong CY, Moawad AH, Hauth JC, Landon MB, Leveno KJ, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman A, O'Sullivan MJ, Sibal BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Gabbe SG; The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  The Maternal-Fetal Medicine Unit Cesarean Registry: Trial of labor with a twin gestation.  *Am J Obstet Gyne*col 2005;193(1):135-40.

165.  Landon M, Leindecker S, Spong C, Hauth JC, Bloom S, Varner MW, Moawad AH, Caritis S, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Gabbe SG; The National Insititute of Child Health and Human Development Maternal-Fetal Medicine Units Network.  The MFMU Cesarean Registry:  Factors affecting the success of trial of labor after previous cesarean delivery.  *Am J Obstet Gynecol* 2005;193(3 Pt 2)1016-23.

166. Spong CY, Meis PJ, Thom EA, Sibai Baha, Dombrowsli MP, Moawad AH, Hauth JC, Iams JD, Varner MW, Caritis SN, O'Sullivan MJ, Miodivnik M, Leveno KJ, Conway D, Wapner RJ, Carpenter M, Mercer B, Ramin SM, **Thorp JM**, Peaceman AM, Gabbe S; The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Progesterone for prevention of recurrent preterm birth: Impact of gestational age at previous delivery. *Am J Obstet & Gynecol* 2005;193(3):1056-60, Part 2.

167. Engel SM, Hans CE, Savitz DA, **Thorp JM**, Chanock SJ, Olshan AF. Risk of spontaneous preterm birth is associated with common pro-inflammatory cytokine polymorphisms. *Epidemiol* 2005;16:469-77.

168. Connolly A, **Thorp J**, Pahel L. Effects of pregnancy and childbirth on postpartum sexual function: a longitudinal prospective study. Interim Director, Women's Primary Healthcare *Urogynecol J Pelvic Floor Dysfunct* 2005 Jul-Aug;16(4):263-7.

169. Engel SM, Olshan AF, Savitz DA, **Thorp JM**, Erichsen HC, Chanock SJ. Risk of small-for-gestational age is associated with common anti-inflammatory cytokine polymorphisms. *Epidemiol* 2005;16:478-86.

170. Salafia CM, Maas E, **Thorp JM**, Eucker B, Pezzullo JC, Savitz DA. Measures of placental growth in relation to birth weight and gestational age. *Am J Epidemiol* 2005;162(10):991-8. Epub 2005 Sept 28.

171. Bloom SL, Spong CY, Thom E, Varner MW, Rouse DJ, Weininger S, Ramin SM, Caritis SN, Peaceman A, Sorokin Y, Anthony Sciscione A, Marshall Carpenter M, Mercer B, **Thorp J**, Malone F, Harper M, Iams J, Anderson G; for the National Institute of Child Health and Human Development's Maternal-Fetal Medicine Units Network*. Fetal pulse oximetry and cesarean delivery. *NEJM* 2006:355:2195-202.

172. Daniels JL, Savitz DA, Bradley C, Dole N, Evenson KR, Eucker B, Herring Ah, Seiga-Riz Am, **Thorp JM**. Attitudes toward participation in a pregnancy and child cohort study. *Pediatr Perinat Epidemiol* 2006 May;20(3):260-6.

173. Silver RM, Landon MB, Rouse DJ, Leveno KJ, Spong CY, Thom EA, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai B, Langer O, **Thorp JM**, Ramin SM, Mercer VM, for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Maternal morbidity associated with multiple repeat cesarean deliveries. *Obstet Gynecol* 2006 Jun;107(6):1226-32.

174. Hibbard JU, Gilbert S, Landon MB, Hauth JC, Leveno KJ, Spong CY, Varner MW, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Gabbe SG for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Trial of labor or repeat cesarean delivery in women with morbid obesity and previous cesarean delivery. *Obstet Gynecol* 2006;108(1):124-33.

175. Landon MB, Spong CY, Thom E, Hauth JC, Bloom SL, Varner MW, Moawad AF, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Gabbe SG

for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Risk of uterine rupture with a trial of labor in women with multiple and single prior cesarean delivery. *Obstet Gynecol* 2006 Jul;108(1) 12-20.

176. Lu MC, Kotelchuck M, Culhane JF, Hobel CJ, Klerman LV, **Thorp JM Jr**. Preconception care between pregnancies: The content of internatal care. *Matern Child Health J* 2006 Jul1;{Epub ahead of print].

177. Bloom SL Leveno KJ, Spong CY, Gilbert S, Hauth JC, Landon MB, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, O'Sullivan MJ, Sibai BM, Langer O, Gabbe SG, et al. (**Thorp JM**), for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Decision-to-incision times and maternal and infant outcomes. *Obstet Gynecol* 2006 Jul;108(1):6-11.

178. Rouse DJ, MacPherson C, Landon M, Varner MW, Leveno KJ, Moawad AH, Spong CY, Caritis SN, Meis PJ, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Blood transfusion and cesarean delivery. *Obstet Gynecol* 2006;108:891-7. Erratum in : *Obstet Gynecol* 2006 Dec;108(6):1556.

179. Wapner RJ, Sorokin Y, Thom EA, Johnson F, Dudley DJ, Spong CY, Peaceman AM, Leveno KJ, Harper M, Caritis SN, Miodovnik M, Mercer B, **Thorp JM**, Moawad A, O'Sullivan MJ, Ramin S, Carpenter MW, Rouse DJ, Sibai B, Gabbe SG and the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Single versus weekly courses of antenatal corticosteroids: Evaluation of safety and efficacy. *Am J Obstet & Gynecol* 2006;195:633-42.

180. Harper TC, Coeytaux RR, Chen W, Campbell K, Kaufman JS, Moise KJ, **Thorp JM**. A randomized control trial of acupuncture for initiation of labor in nulliparous women. *J Matern Fetal Neonatal Med* 2006 Aug;19(8):465-70.

181. Lamvu GM, **Thorp JM**, Stuart N, Hartmann KE. Impact of abnormal results of outpatient fetal heart rate monitoring on maternal intervention in labor. *J Repro Med* 2006;51(9):689-93.

182. Durnwald CP, Rouse DJ, Leveno KJ, Spong CY, MacPherson C, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai B, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Gabbe SG. The Maternal-Fetal Medicine Units Cesarean Registry: Safety and efficacy of a trial of tabor in preterm pregnancy after a prior cesarean delivery. *Am J Obstet Gynecol* 2006 Oct;195 (4):1119-26.

183. Peaceman AM, Gersnoviez R, Landon MB, Spong CY, Leveno KJ, Varner MW, Rouse DJ, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM. The MFMU Cesarean Registry: Impact of fetal size on trial of labor success for patients with previous cesarean for dystocia. *Am J Obstet Gynecol* 2006 Oct;195 (4):1127-31.

184. Bailit JL, Landon MB, Thom E, Rouse DJ, Spong CY, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, O'Sullivan MJ, Sibai BM, Langer O,

et al. (**Thorp JM**) for the NICHD Maternal-Fetal Medicine Units Network. The MFMU Cesarean Registry: Impact of time of day on cesarean complications. *Am J Obstet Gynecol* 2006 (Oct);195(4):1132-1137.

185. Harville EW, Savitz DA, Dole N, Herring AH, **Thorp JM**, Light KC. Patterns of salivary cortisol secretion in pregnancy and implications for assessment protocols. *Biol Psychol* 2007 Jan:74(1):85-91. Epub 2006 Sept 18.

186. **Thorp J**. O' Evidence-based medicine—where is your effectiveness? *BJOG* 2007 Jan;114(1):1-2.

187. Grobman WA, Gilbert S, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM. Outcomes of induction of labor after one prior cesarean. *Obstet Gyneco*l 2007 Feb;109(2 Pt 1):262-9.

188. Kwok RK, Mendola P, Liu ZY, Savitz DA, Heiss G, Ling HL, Zia Y, Lobdell D, Zeng D, **Thorp JM**, Creason JP, Mumford JL. Drinking water arsenic exposure and blood pressure in healthy women of reproductive age in Inner Mongolia, China. *Toxicol Appl Pharmacol* 2007 Aug 1;222(3):337-43. Epub 2007 Apr 19.

189. Grobman WA, Lai Y, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM for the National Institute of Child Health and Human Development (NICHD) Maternal-Fetal Medicine Units Network (MFMU). Development of a nomogram for prediction of vaginal birth after cesarean delivery. *Obstet Gynecol* 2007 (April);109(4):806-812.

190. Bailit JL, Berkowitz R, **Thorp JM Jr**, Cleary, Hartmann KE, Mercer BM. Use of 17 alpha-hydroxyprogesterone in tertiary care center. *J Reprod Med.* 2007 Apr;52(4):280-4.

191. Rouse DJ, Caritis SN, Peaceman AM, Sciscione A, Thom EA, Spong CY, Varner M, Malone F, Iams JD, Mercer BM, **Thorp J**, Sorokin Y, Carpenter M, Lo J, Ramin S, Harper M, Anderson G, for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Trial of 17 alpha-hydroxyprogesterone caproate to prevent prematurity in twins. *N Engl J Med* 2007:357:454-61.

192. Wapner RJ, Sorokin Y, Mele L, Johnson F, Dudley DJ, Spong CY, Peaceman AM, Leveno KJ, Malone F, Caritis SN, Mercer B, Harper M, Rouse DJ, **Thorp JM**, Ramin S, Carpenter MW, Gabbe SG, for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Long-term outcomes after repeat doses of antenatal corticosteroids. *N Engl J Med* 2007;357:1190-8.

193. Varner MW, Thom E, Spong CY, Landon MB, Leveno KJ, Rouse DJ, Moawad AH, Simhan HN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman A, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, for the Maternal-Fetal Medicine Units Network (MFMU) Trial of labor after one previous cesarean delivery for multifetal gestation. *Obstet Gynecol* 2007;110:814-19.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 55 of 69

194. Spong CY, Landon MB, Gilbert S, Rouse DJ, Leveno KJ, Varner MW, Moawad AH, Simhan HN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Lander O, **Thorp JM**, Ramin SM, Mercer BM, for the National Institute of Child Health and Human Development (NICHD) Maternal-Fetal Medicine Units (MFMU) Network. Risk of uterine rupture and adverse perinatal outcome at term after cesarean delivery. *Obstet Gynecol* 2007;110(4):801-7.

195. Mayer DC, **Thorp JM Jr**. Advances in epidemiology help clinicians in practice. *BJOG* 2007;14:1335-6.

196. Sawady, J, Mercer BM, Wapner RJ, Zhao Y, Sorokin Y, Johnson F, Dudley DJ, Spong CY, Peaceman AM, Leveno KJ, Harper M, Caritis SN, Miodovnik M, **Thorp JM**, Ramin S, Carpenter MW, Rouse DJ; National Institute of Child Health and Human Development Maternal Fetal Medicine Units Network. The National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network Beneficial Effects of Antenatal Repeated Steroids study: impact of repeated doses of antenatal corticosteroids on placental growth and histologic findings. *Am J Obstet Gynecol* 2007;197(3):281.e1-8.

197. Louis J, Landon MB, Gersnoviez RJ, Leveno KJ, Spong CY, Rouse DJ, Moawad AH, Varner MW, Caritis SN, Harper M, Wapner RJ, Miodovnik M, Carpenter M, Peaceman AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM,; Maternal-Fetal Medicine Units Network, National Institute of Child Health and Human Development. Perioperative morbidity and mortality among human immunodeficiency virus infected women undergoing cesarean delivery. *Obstet Gynecol* 2007;110(2 pt 1):385-90.

198. Grobman WA, Gersnoviez R, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, for the National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Pregnancy outcomes for women with placenta previa in relation to the number of prior cesareans. *Obstet Gynecol* 2007;110:1249-55.

199. **Thorp JM Jr**. Editor's Reply to Cost effectiveness of antenatal screening for neonatal alloimmune thrombocytopenia. *BJOG* 2008;115(3):414

200. Althabe F, Buekens P, Bergel E, Belizan JM, Campbill MK, Moss N, Hartwell T, Wright L, **Thorp J**. for the Guidelines Trial Group. A behavioral intervention to improve obstetrical care: the Global Network Guidelines Trial *New Eng J Med* 2008 May 1;358(18):1929-40.

201. Devine S, West S, Andrews E, Tennis P, Eaton S, **Thorp J**, Olshan A. Validation of neural tube defects in the full featured—general practice research database. *Pharmacoepidemiol Drug Safety.* 2008;17:1-11. Abstract <http://www3.interscience.wiley.com/cgi-bin/abstract/117935193/ABSTRACT> Published Online: 17 Mar 2008.

202. Landis SH, Lokomba V, Ananth CV, Atibu J, Tyder RW, Hartmann KE, **Thorp JM**, Tshefu A, Meshnick SR. Impact of maternal malaria and under-nutrition on intrauterine

growth restriction: a prospective ultrasound study in Democratic Republic of Congo. *Epidemiol Infec*. 2009 Feb;137(2):294-304. Epub 2008 Jun 30.

203. West SL, D'Aloisio AA, Agaro RP, Kalsbeck WD, Barisov NN, **Thorp JM**. Prevalence of low sexual desire and hypoactive sexual desire disorder in a nationally representative sample of US women. *Arch Intern Med* 2008;168(13):1441-9.

204. Mercer BM, Gilbert S, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Varner MW, Moawad AH, Simhan HN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, Peaceman A, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, for the National Insitutie of Child Health and Human Development Maternal Fetal Medicine Units Network. The MFMU Cesarean Registry: Labor outcomes and uterine rupture with increasing number of prior vaginal births after cesarean section. *Obstet Gynecol*. 2008 Feb;111(2 Pt 1):285-91.

205. Carroll MA, Vidaeff AC, Mele L, Wapner RJ, Mercer B, Peaceman AM, Sorokin Y, Dudley DJ, Spong CY, Leveno KJ, Harper M, Caritis SN, Miodovnik M, **Thorp JM**, Moawad A, O'Sullivan MJ, Carpenter MW, Rouse DJ, Sibai B,; Maternal Fetal Units Network, National Institute of Child Health and Human Development. Bone Metabolism in Pregnant Women Exposed to Single versus Multiple Courses of Corticosteroids. *Obstet Gynecol.* 2008 Jun;111(6):1352-8.

206. Rouse DJ, Hirtz DG, Thom E, Varner MW, Spong CY, Mercer BM, Iams JD, Wapner RJ, Sorokin Y, Alexander AM, Harper M, **Thorp JM Jr**., Ramin SM, Malone FD, Carpenter M, Miodovnik M, Moawad A, O'Sullivan MJ, Peaceman AM, Hankind GDV, Langer O, Caritis SN, Roberts JM, for the Eunice Kennedy Shriver NICHD Maternal-Fetal Medicine Units Network. A Randomized, controlled trial of magnesium sulfate for the prevention of cerebral palsy. *NEJM* Aug 28 2008;359(9):895-905.

207. **Thorp JM Jr**, Dole N, Herring AH, McDonald TL, Eucker B, Savitz DA, Daczor D. Alteration in vaginal microflora, douching prior to pregnancy, and preterm birth. *Paed & Perinat Epi* 2008 Nov;22(6): 530-8.

208. Baker AM, Braun JM, Salafia CM, Herring AH, Daniels J, Rankins N, **Thorp JM**. Risk factors for uteroplacental vascular compromise and inflammation. *Am J Obstet Gynecol* 2008 Sept;199(3):256-9.

209. **Thorp JM**. Synthesize evidence and they will change? Editorial. *Am J Obstet Gynecol* 2008 Nov;199(5):441-2.

210. Cooney MA, Siega-Riz AM, Louis GMB, Olshan AF, Herring AH, **Thorp JM**, Hatch EE, Strohsnitter WC, Adam E, Troisi R, Hoover RN, Hyer MH. Reliability of age at menarch self reported later in life. Submitted November 2008 to *Ped & Perinat Epi*.

211. Klebanoff MA, Meis PJ, Dombrowski MP, Zhao Y, Moawad AH, Morthn A, Sibai BM, Iams JD, Varner MW, Caritis SN, O'Sullivan MJ, Leveno KJ, Miodovnik M, Conway D, Wapner RJ, Carpenter M, Mercer BM, Ramin SM, **Thorp JM,** Peaceman AM, National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Salivary progesterone and estriol among pregnant women treated with 17-α-hydroxyprogesterone caproate or placebo. *Am J Obstet Gynecol* 2008 November;199(5):508.e1-506.e7.

212. Grobman WA, Lai Y, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Varner MW, Moawad AH, Caritis SN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM, Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Can a prediction model for vaginal birth after cesarean also predict the probability of morbidity related to a trial of labor? *Am J Obstet Gynecol* 2009;200:56.e1l-56.e6. 2008 Sept 24 [e-pub ahead of print].

213. Tita ATN, Landon MP, Spong CY, Lai Y, Leveno KJ, Varner MW, Moawad AH, Caritis SN, Meis PJ, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter AM, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, and Mercer BM for the Eunice Kennedy Shriver NICHD Maternal-Fetal Medicine Units Network. Timing of elective repeat cesarean delivery at tern and neonatal outcomes. *NEJM* 2009 Jan 8;360(2):111-20.

214. Caritis SN, Rouse DJ, Peaceman AM, Sciscione A, Momirova V, Spong BY, Carpenter M, Lo J, **Thorp J**, Mercer BM, Sorokin Y, Harper, Ramin S, Anderson G for the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) Materal-Fetal Medicine Units Network (MFMU). Prevention of preterm birth in triplets using 17 alpha-hydroxyprogesterone caproate. *Obstet Gynecol* 2009 February;113(2):285-92.

215. Biddle AK, West SL, D'Aloisio AA, Wheeler SB, Borisov NN, **Thorp J**. Hypoactive sexual desire disorder in postmenopausal women: Quality of life and health burden. *Value Health* 1009 Jan 12 (E-pub ahead of print).

216. Landis SH, Ananth CV, Lokomba V, Hartmann KE, **Thorp JM Jr**, Horton A, Atibu J, Ryder RW, Tshefu A, Meshnick SR. Ultrasound-derived fetal size nomogram for a sub-Saharan African population: a longitudinal study. *Ultrasound Obstet Gynecol.* 2009 Apr 28. [Epub WWW.INTERSCIENCE.WILEY.COM doi:10.1002/UOG.6357].

217. **Thorp JM Jr**. Reply. *Am J Obstet Gynecol* 2009 Feb 14 (E-pub ahead of print).

218. Witt MU, Joy SD, Clark J, Herring A, Bowes WA, **Thorp JM**. Cervicoisthmic cerclage: transabdominal vs transvaginal approach. *Am J Obstet Gynecol.* 2009 Apr 17. [Epub ahead of print].

219. Bovbjerg ML, Evenson KR, Bradley C, **Thorp JM Jr**. What started your labor: Responses from new mothers. Submitted to *Birth*, March 2009.

220. Nguyen NC, Evenson KR, Savitz DA, Chu H, **Thorp JM**, Daniels JL. Physical activity and maternal-fetal circulation measured by Doppler ultrasound. Submitted to *Medicine and Science and Sports and Exercise*, May, 2009.

221. Nguyen DC, Evenson KR, Savitz DA, Daniels JL, Chu H, **Thorp J**M. Physical Activity and the Risk of Gestational Hypertension and Preeclampsia . Submitted to *Paediatric and Perinatal Epidemiology*, May, 2009.

222. Slaughter JC, Herring AH, **Thorp JM**. A Bayesian Latent Variable Mixture Model for Longitudinal Fetal Growth. *Biometrics*. 2009 May 7. [Epub ahead of print] PMID: 19432784 [PubMed - as supplied by publisher]

223. Devine S, West S, Andrews E, Tennis P, Hammad TA, Eaton S, **Thorp JM**, Olshan A. The identification of pregnancies within the general practice research database. *Pharmacoepidemiology and Drug Safety* 2009 Oct 12. {Epub ahead of print}.

224. Fonseca L, Ramin SM, Mele L, Wapner RJ, Mercer B, Peaceman AM, Sorokin Y, Dudly DJ, Spong CY, Leveno KJ, Harper M, Caritis SN, Miodovnik M, **Thorp JM**, Moawad A, O'Sullivan MJ, Carpenter MW, Rouse DJ, Sibai B, and the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal Fetal Medicine Units Network. Bone metabolism in fetuses of pregnant women exposed to single compared with multiple courses of corticosteroids. *Obstet Gynecol* 2009;114(1):38-44.

225. Constatine MM, Weiner SJ for the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) Maternal-Fetal Medicine Unites Network (MFMU) [**Thorp JM** et al]. Effects of antenatal exposure to magnesium sulfate on neuroprotection and mortality in preterm infants. *Obstet Gynecol* 2009 Aug;114(2):354-64.

226. Shellhaas CS, Gilbert S, Landon MB, Varner MW, Leveno KJ, Hauth JC, Spong CY, Caritis SN, Wapner RJ, Sorokin Y, Miodovnik M, O'Sullivan MJ, Sibai BM, Langer O, Gabbe SG *et a*l. (**Thorp JM**); for the Eunice Kennedy Shriver National Institutes of Health and Human Development (NICHD) Maternal–Fetal Medicine Units Network (MFMU). The Frequency and Complication Rates of Hysterectomy Accompanying Cesarean Delivery. *Obstetrics and Gynecology* 2009;114(2, Part 1):224-229.

227. Bakhski T, Landon MB, Lai Y, Spong CY, Rouse DJ, Leveno KJ, et al (**Thorp JM**) for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Maternal and Neonatal outcomes of repeat cesarean delivery in women with a prior classical versus low transverse uterine incision. Submitted to *Obstet Gynecol*, August 2009.

228. Durnwald C, Momirova V, Peaceman A, Scissione A, Rouse DJ, Caritis SN, Spong CY, Varner MW, Malone FD, Mercer BM, **Thorp JM Jr**, Sorokin Y, Carpenter MW, Lo J, Ramin SM, Harper M. Second trimester cervical length and risk of preterm birth in women with twin gestations treated with 17 alpha hydroxyprogesterone caproate. Submitted to *Journal of Maternal-Fetal & Neonatal Medicine* October, 2009.

229. Landon MB, Spong CY, Thom E, Carpenter MW, Ramin SM, Casey B, Wapner RJ, Varner MW, Rouse DJ, **Thorp JM Jr**, Sciscione A, Catalano P, Harper M, Saade G, Lain KY, Sorokin Y, Peaceman AM, Tolosa JE, Anderson GB for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. A multicenter, randomized trial of treatment for mild gestational diabetes. *New Eng J Med* October 1, 2009;361(14):1339-48.

230. Grobman WA, Lai Y, Landon MB, Spong CY, Leveno KJ, Rouse DJ, Varner MW, Moawad AH, Simhan HN, Harper M, Wapner RJ, Sorokin Y, Miodovnik M, Carpenter M, O'Sullivan MJ, Sibai BM, Langer O, **Thorp JM**, Ramin SM, Mercer BM. Does

information available at admission for delivery improve prediction of vaginal birth after cesarean: *Am J Perinatol* 2009 Nov;26(10):693-701. Epub 2009 Oct 7.

231. Rouse DJ, Weiner SJ, Bloom SL, Varner MW, Spong CY, Ramin SM, Caritis SN, Peaceman AM, Sorokin Y, Sciscione A, Carpenter MW, Mercer BM, **Thorp JM Jr**, Malone FD, Harper M, Iams JD, Anderson GD; *Eunice Kennedy Shriver* National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Second-stage labor duration in nulliparous women: relationship to maternal and perinatal outcomes. *Am J Obstet Gynecol* 2009 Oct;201(4):357.e1-7.

232. Jolly E, Clayton A, **Thorp J**, Lewis-D'Agostino D, Wunderlich G, Lesko L. Design of Phase III pivotal trials of flibanserin in female Hypoactive Sexual Desire Disorder (HSDD). *Sexologies*. Volume 17, Supplement 1, April 2008, Pages S133-S134. doi:10.1016/S1158-1360(08)72886-X

233. Harper M, Thom E, Klebanoff MA, **Thorp J**, Sorokin Y, Varner MW, Wapner RJ, Caritis SN, Iams JD, Carpenter MW, Peaceman AM, Mercer BM, Sciscione A, Rouse DJ, Ramin SM, Anderson GD for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Omega-3 fatty acid supplementation to prevent recurrent preterm birth. *Obstet Gynecol* 2010 February;155(2) part 1:234-42.

234. Hashima JN, Lai Y, Wapner RJ, Sorokin Y, Dudley DJ, Peaceman A, Spong CY, Iams JD, Leveno KJ, Harper M, Caritis SN, Varner M, Miodovnik M, Mercer BM, **Thorp JM**, O'Sullivan MJ, Ramin SM, Carpenter M, Rouse DJ, Sibai B, for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. The effect of maternal body mass index on neonatal outcome in women receiving a single course of antenatal corticosteroids. *Am J Obstet Gynecol* 2009;201:1.e1-1.e5.

235. Horton AL, Momirova V, Dizon-Townson D, Wenstrom K, Wendel G, Samuels P, Sibai B, Spong CY, Cotroneo M, Sorokin Y, Midovnik M, O'Sullivan MJ, Conway D, Wapner RJ, (**Thorp JM**), on behalf of the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD) Maternal Fetal Medicine Units Network (MFMU). Family history of venous thromboembolism and identifying Factor V Leiden carriers during pregnancy. *Obstet Gynecol* 2010 March;115(3):521-5.

236. Roberts JM, Myatt L, Spong CY, Thom EA, Hauth JC, Leveno KJ, Pearson GD, Wapner RJ, Varner MW, **Thorp JM Jr**, Mercer BM, Peaceman AM, Ramin SM, Carpenter MW, Samuels P, Sciscione A, Harper M, Smith WJ, Saade G, Sorokin Y, Anderson GB; for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Vitamins C and E to prevent complications of pregnancy-associated hypertension. *N Engl J Med* 2010 April;362(14):1282-91.

237. Tita AT, Lai Y, Landon MB, Spong CY, Leveno KJ, Varner MW, Caritis SN, Meis PJ, Wapner RJ, Sorokin Y, Peaceman AM, O'Sullivan MJ, Sibai BM, **Thorp JM Jr**, Ramin SM, Mercer BM; for the Eunice Kennedy Shriver National Institute of Child Health and Human Development  Maternal-Fetal Medicine Units Network. Timing of elective repeat cesarean delivery at term and maternal perioperative outcomes. *Obstet Gynecol* 2011 February;117(2):280-86.

238. Landon MB, Mele L, Spong CY, Carpenter MW, Ramin, SM, Casey B, Wapner RJ, Varner MW, Rouse DJ, **Thorp JM Jr,** Sciscione A, Catalano P, Harper M, Saade G, Caritis SN, Sorokin Y, Peaceman AM, Tolosa JE, Anderson GD; for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. The relationship between maternal glycemia and perinatal outcome. *Obstet Gynecol* 2011 February; 117(2):218-24.

239. Rouse DJ, Weiner SJ, Bloom SL, Varner MW, Spong CY, Ramin SM, Caritis SN, Grobman WA, Sorokin Y, Sciscione A, Carpenter MW, Mercer BM, **Thorp JM Jr**, Malone FD, Harper M, Iams JD, Anderson GD; for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Failed labor induction: toward an objective diagnosis. *Obstet Gynecol* 2011 February; 117(2):267-72.

240. Kirtley S, **Thorp JM Jr**; Women's health- what's new worldwide. *BJOG* 2011 March; 118(4):518-520.

241. Durnwald CP, Mele L, Spong CY, Ramin SM, Varner MW, Rouse DJ, Sciscione A, Catalano P, Saade G, Sorokin Y, Tolosa JE, Casey B, Anderson GD; for the Eunice Kennedy Shriver National Institute of Child Health and Human Development Maternal-Fetal Medicine Units Network. Glycemic characteristics and neonatal outcomes of women treated for mild gestational diabetes. *Obstet Gynecol* 2011 April; 117(4):819-27.


<u>Non-Peer Reviewed Articles</u>

1. **Thorp JM.** Should episiotomy be routine? *Current Practices* 8:3, December 1988.

2. **Thorp JM.** Should we routinely screen for toxoplasmosis? *Current Practices* 10:6, September 1990.

3. **Thorp JM**. Endovaginal sonography. *Current Practices* 12(4):1-2, December 1991.

4. **Thorp JM.** Book review. Prenatal abuse of licit and illicit drugs. Hutchings DE (ed.) *In American Scientist* 79:369, 1991.

5. Hansen WF, **Thorp JM**. Postterm pregnancy. *Current Practices* 13 (1):1-2, March 1992.

6. **Thorp JM**, Stanford D. The Horizons program: a perinatal substance abuse project. *Current Practices* 13(2):6, June, 1993.

7. Kurtzman JL, **Thorp JM**, Spielman FJ, Mueller RC, and Cefalo RC. Do Nifedipine and Verapamil Potentiate the Cardiac Toxicity of Magnesium Sulfate? *Obstetric Anesthesia Digest*, 14(2) 45-92, 1994.

8. **Thorp, JM**. Patient Autonomy, Informed Consent, and Routine Episiotomy. *Contemporary OB/GYN*, September, 1995.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 61 of 69

9. **Thorp, JM**. Point/Counterpoint: Should physicians with strong pro-life views avoid specializing in perinatology? No. *Physicians Weekly*, 12 (23); April 19, 1995.

10. **Thorp, JM**. Challenging Cases as a preceptor. *The Front Line* 1; 3-4, Summer, 1995.

11. **Thorp, JM**. Is episiotomy necessary? *Health Confidential*, 1995.

12. **Thorp JM**, Pisano EA. Why you should read the blue handbook about breast cancer mailed to you by the NC comprehensive breast and cervical center control coalition. *Current Practices* 4;1,1995.

13. **Thorp JM**. Obstetrical Management of Alcohol and Cocaine Abuse. Horizons Professional Newsletter, April, 1996.

14. **Thorp, JM.** Should I Incorporate Fetal Fibronectin Testing into my Practice; and if so, How? *Current Practices* 16;2, 1996.

15. **Thorp JM.** New Services Offered by the Department and the End of an Era. *Current Practices* 16;1, 1996.

16. Guise J-M, **Thorp JM.** Antibiotics in the Management of Preterm Premature Rupture of Membranes. *Current Practices* 16;4, 1996.

17. **Thorp, JM.** Should I Incorporate Fetal Fibronectin into my Practice; and if so, How? *OBG Management.* Accepted, Sept, 1996.

18. **Thorp JM**, Cefalo RC, Bowes WA Jr. Court-ordered obstetrical intervention. *Contemporary OB/GYN.* June, 1997.

19. **Thorp JM**, Cefalo RC, Bowes WA Jr. Court-ordered obstetrical intervention. *Current Practices*, June, 1997

20. **Thorp JM.** Editorial Comment: Preterm Birth: The Role of Infection and Inflammation. *Medscape Women's Health*, 2(8), 1997.

21. Dorman K, **Thorp JM**. Improving Access to UNC Clinicians. *Current Practices*, September, 1998.

22. Cefalo RC, **Thorp JM.** Videotaping in Labor and Delivery. *Current Practices*, September, 1998.

23. **Thorp JM.** I Want To Be Like Watt. *Current Practices*, March, 1999.

24. **Thorp JM**. Literature Review and Study Design: Resource use associated with hormone replacement therapy. Research Triangle Institute project report funded by Eli Lilley, January 1999.

25. Gavin N, Wilson A, Greene AI, West, S, **Thorp JM**. Health Care Resource Use Associated with Hormone Replacement Therapy. Research Triangle Institute Report Project No 7203, funded by Eli Lilley, November, 1999.

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 62 of 69

26. **Thorp JM**.  No role for maintenance tocolysis in preterm labour:  study.  Obstet & Gynaecol Canada. November, 2000, Vol 4, No. 7, p 13.

27. Ansbacher R, Creinin MD, **Thorp JM**, Nolan TE, Darney PD, Thorneycrost IH.  Consensus statement:  Public health considerations with therapeutic substitution of low-dose oral contraceptives.  *Am J Obstet Gynecol (Clinical Opinion)*, September, 2000.

28. **Thorp JM**.  Helicobacter uteri (poem).  Iris:  The UNC Journal of Medicine, Literature & Visual Art.  2001;5:57.

29. Payne PA, **Thorp JM**.  Evaluation of The North Carolina Midwifery Grants Program 1991-2000.  Cecil G. Sheps Center for Health Services Research.  July, 2001.

30. Sayle A, Savitz D, **Thorp JM**.  Sexual intercourse and orgasm during late pregnancy may have a protective effect against preterm delivery.  Family Planning Perspective 2001;33(4):185.

31. **Thorp JM**.  Integrity, Abortion, and the Pro-Life Perinatologists.  Proceedings of World Federal of Catholic Medical Associations, "The Future of Obstetrics and Gynaecology: The Fundamental Human Right to be Trained and to Practice According to Conscience".  Marie S.S. Bambina Institute, Rome, Italy, 2001.

32. Ansbacher R, Creinin MD, **Thorp JM**, Nolan TE, Thorneycroft IH.  Therapeutic substitution of low-dose OCs.  *The Female Patient* 2002;27:11-12.

33. **Thorp JM**. Predicting and preventing preterm birth. *OBG Management* 2005;17 (6):49-53.

34. **Thorp JM Jr**, Rowland Hogue CJ, Does elective abortion increase the risk of preterm delivery?  *Contemporary OB/GYN: Controversies in OB/GYN* 2006(September)51(9):88-92.

35. **Thorp JM Jr**.  Does cervical dysplasia raise the risk of preterm birth?  Examining the Evidence (commentary).  *OBG Management* 2007:19(40:20-23.

36. **Thorp JM Jr**.  Can intrauterine growth restriction be present in the first trimester:  Expert Commentary.  *OBG Management* 2008;20(6):28.


<u>Teaching Activities</u>

| | | |
|---|---|---|
| Faculty<br>Committees | 1. Tenured Medicine Council<br>2. Faculty Executive Committee(alternate) | 2007 |
| Liaison | Area Health Education Center Liaison<br>School of Medicine<br>University North Carolina-Chapel Hill | 2000-2003 |
| Member | Doctoral Dissertation Committees<br>Department of Epidemiology<br>School of Public Health | 1997-present |

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 63 of 69

|                      |                                                                                                                                              |                   |
|----------------------|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|
|                      | University North Carolina-Chapel Hill                                                                                                         |                   |
| Oral Examiner        | American Board Obstetrics and Gynecology MFM Subspecialty                                                                                     | 2005 - present    |
| Oral Examiner        | American Board Obstetrics and Gynecology                                                                                                      | 1996-present      |
| Fellowship Director  | Division of Maternal-Fetal Medicine Department of Obstetrics & Gynecology School of Medicine University North Carolina-Chapel Hill            | 1997-2000         |

## Grants

Cooperative agreement in community child Study proposes to do community based participatory research in Eastern NC. (Thorp 5%)
Principal Investigator: John M. Thorp
Source: NICHD
Funding: $600,000
1/2002 - 1/2006

Epidemiology of Leptin Production and Fetal Growth. This study's goal is to understand the Determinants of fetal growth in human pregnancy, With the focus on growth potential to the growth that Is attained with respect to leptin production.
(Thorp 13% yr 1)
Principal investigator: John M. Thorp
Source: NIH
Funding Period: 9/2004-9/2009
Funding: 5,500,000 – Awaiting resubmission
9/2004 – 9/2009

Pregnancy-Related Weight Gain: A Link to Obesity. This study's goal is to identify modifiable behaviors for pregnant women that are associated with weight gain above the recommended ranges and that result in high postpartum weight retention.
(Thorp 5%)
Principal Investigator: Anna Maria Siega-Riz, PhD
Source: NIH/NIDDK
Funding Period: 08/01/02 – 07/31/07
Funding: Total Direct: $1,749,033
8/01/02 –7/31/07

Placental Vascular Compromise and Preterm Delivery: This study will look at the association between placental vascular compromise and preterm delivery rates. (Thorp 20% in year 1)
Principal Investigator John Thorp MD
Source: NICHD/NIH 1 RO1 HD39373-0A1.
9/01/01-8/31/06

Funding Period: 9/01/01-8/31/06
Funding: Total Direct: $2,350,497
Current Year Funding $510,996

Cooperative Multicenter Maternal Fetal Units        4/1/01 – 3/ 31/06
Network: This study proposes to conduct clinical
trials in perinatal medicine (Thorp 10%)
Principal Investigator: John Thorp Jr. M.D.
Source: NIH: Grant No. 1 U10 HD40560-01
Funding Period: 4/1/01 – 3/ 31/06
Funding: $ 1,459,785
Current Year Funding $ 272,087

Gates Global Network to Improve Maternal Health.    1/01/01-1/01/06
This is a collaborative, multicenter, global network
that will investigate clinician behavior regarding
episiotomy and oxytocin use in Uruguay and
Argentina in conjunction with the Center for Latin
American Perinatology. (Thorp 7.5%)
Principal Investigator: Pierre Buekens, MD, PhD
Source: NICHD
Project Period: 1/01/01-1/01/06
Total Funding: $2,800,000
Type: Research

Epidemiologic Study of Vaginal Bleeding            6/01/01-5/31/04
during Pregnancy and Preterm Birth. The
proposed study extends an NIH-funded study
of epidemiology of exertion, stress, and pre
term birth. Detailed information regarding vaginal
bleeding will be added to the interviews for all
enrolled women administered after recruitment
and at 27-30 weeks' gestation. (Thorp 0%)
Principal Investigator: David Savitz PhD
Source: March of Dimes
Funding Period: 6/01/01-5/31/04
Total Direct Costs: $163,258 Total Indirect
Costs: $16,326 Total Funding: $179,584
Current Year Funding: $61,405

Epidemiology of Exertion, Stress and Preterm       12/1/99-11/30/04
Delivery. In this study, it is proposed that the role
of external stressors, perceived stress, enhancers
and buffers of perceived stress, and physiologic
markers of response to stress be examined in relation
to pregnancy outcome. A detailed evaluation of
domestic, occupational and recreational physical
activity patterns before and during pregnancy will
be conducted. (Thorp 5%)
Principal Investigator: David A. Savitz, PhD.
Source: NICHD/NIH RO1-HD3758

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 65 of 69

Total Project Period:   12/1/99-11/30/04
Total Funding: $3,735,28  Direct:  $2,586,817
Indirect:  $1,148,464
Current Year Funding:  $385,179

Drinking Water Disinfection By-Products and          11/15/99-06/15/02
Spontaneous Abortion – this prospective cohort
study will test the hypothesis that water disinfection
by-products, particularly trihalomethanes and
haloacetic acids are associated with increased rise
of early spontaneous pregnancy loss.  Approx-
imately 3,000 women, in three distinct water supplier
regions will be enrolled in early pregnancy or prior
to conception.  First trimester ultrasound data, as
well as supplementary studies of time to conception,
and the grief counseling needs of women with poor
pregnancy outcomes will be based at the Sheps
Center.  (Supported by a grant to the Department
of Epidemiology. (Thorp 5% in-kind)
Principal Investigator: David A. Savitz, PhD
Source: American Water Works Association
Research Foundation   AWWARF Grant No. 2579
Total Project Period:   11/15/99-06/15/02
Total Funding:$3,000,000
Direct: $1,668,000      Indirect: $1,332,000
Current Year Funding:   Direct:  $1,287,677.00
(30 month budget – Year 1 budget)
Type:  Research

Psychosocial Risks and Preterm Birth in          9/09/99-9/08/02
African-American Women.  It is proposed that
this study evaluates the role of external stressors
perceived stress, enhancers and buffers of
perceived stress in relation to pregnancy outcome.
Building on an ongoing study of preterm delivery,
an additional 550 women will be enrolled who
obtain prenatal care at the University of North
Carolina Hospitals' clinics between the 24th
and 29th weeks of gestation.  External stressors
(life events, physical and emotional abuse, job
stress, socioeconomic stress), perceived stress
(impact of life events, discrimination, and safety),
enhancers (anxiety, depression) and buffers
social support, coping, religion) will be evaluated
during pregnancy.  (Thorp 3%)
Principal Investigator: David Savitz PhD
Source:  ASPH  S0807-18/20
Total Project Period:  9/09/99-9/08/02
Total Direct Costs: $179,892. Total Indirect
Costs: $76,949    Total Funding:  $256,841
Current Year Funding:          $53,652

Model Program for Perinatal Substance Abuse      1/01/94 – Present
HORIZONS.
This is a demonstration projectof a novel paradigm
to treat perinatal substance use problems by combining
perinatal and mental health care.  It combines an array of
treatment resources including a residential program in which
families can receive substance abuse treatment.
(Thorp 10%)
Principal Investigator: John M. Thorp, Jr., MD
Source:  NC Department of Health
and Human Services
Project Period: 1/01/94 – Present
Funding to Date:  $4,500,000

<u>Past Support</u>

Influence of iron, zinc, and folate on      1999-2001
preterm delivery
Funding Agency: NICHD/NIH
Co-Investigator
$570,000

Addiction Studies, Center for Welfare      1998-2001
reform and perinatal substance abuse
Funding Agency:  RW Johnson
Medical Director
$800,000

Evidence based management of Preterm Labor    1998-1999
Funding Agency:  AHRQ
Scientific Director
$200,000

Perinatal iron metabolism      1996-1999
Funding Agency:  CDC
Co-Principal Investigator
$386,000

Epidemiology of cocaine use      1996-1999
Funding Agency:  NICHD
Co-Principal Investigator
$78,000

Perinatal HIV Prevention      1996-1997
Funding Agency: CDC
Co-Principal Investigator
$120,000

Perinatal smoking cessation      1993-1995
Funding Agency:  Kate B. Reynolds

Charitable Trust
Medical Director
$109,000

Smoking cessation                                        1995-1997
Funding Agency:  R.W. Johnson
Principal Investigator
$205,000


## Professional Service

### Specialty and Sub-Specialty Certification

Sub-Specialty certification, Gynecology            1992-present
American Board of Obstetrics and Gynecology

Diplomate     American Board of Obstetrics and Gynecology      1991-present
Maternal-Fetal Medicine




### Committee Assignment

University of North Carolina in Chapel Hill        2003 - 2005
Appointment to promotion with tenure
Chapel Hill, NC

### Proposal Reviewer

Member        Study Section – Maternal & Child Health      2002 - present
NICHD, Bethesda, MD


Member        Steering Committee, MFMU Network            2001 - present
CHD, Bethesda, MD

Member        Expert Review Panel – Evidence report on    2001 - 2002
post-term pregnancy
Duke University, Durham, NC

Proposal      Family Health International                    2000 - present
Reviewer      RTP, NC

Member        Special emphasis group on regional anesthesia   1999
NICHD, Bethesda, MD

Rev: April 2011

Case 1:11-cv-00804-CCE-LPA   Document 45-1   Filed 11/08/11   Page 69 of 69