IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANICE E. HUFF, M.D. *et al.*, <br><br> Defendants. | Civil Action No. 1:11-cv-804-CCE |

## NOTICE OF SPECIAL APPEARANCE FOR SAMUEL B. CASEY

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Samuel B. Casey, and in support thereof, the undersigned counsel states as follows:

1. Samuel B. Casey is a licensed attorney in good standing of the bar of California (Bar No. 76022). He has also been admitted to the bars of the U.S. Supreme Court, District of Columbia, U.S. Court of Appeals, 4th and 9th Circuits, and the U.S. District Courts for the Northern, Eastern, and Southern Districts of California. He is the Managing Director & General Counsel for Jubilee Campaign, Law of Life Project, FRC Building, Suite 521, 801 "G" Street, N.W., Washington, DC 20001, and may be reached at 202-587-5652 and sbcasey@lawoflifeproject.org.

2. Mr. Casey agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

3. Mr. Medlin agrees that he will be responsible to this Court for the conduct of the litigation or proceeding and will sign all pleadings and papers, except for certificates of service. He will be present during pretrial conferences, potentially dispositive proceedings, and trial.

WHEREFORE, notice of the special appearance of Samuel B. Casey is hereby provided to this Court.

Respectfully submitted, this 8th day of November, 2011.

/s/ W. Eric Medlin
W. Eric Medlin
N.C. State Bar No.: 29687
Robertson Medlin & Bloss, PLLC
127 North Greene Street, Third Floor
Greensboro, NC 27401
(336) 378-9881 Phone
(336) 378-9886 Facsimile
eric.medlin@robertsonmedlin.com

Samuel B. Casey
Managing Director & Senior Counsel
Jubilee Campaign, Law of Life Project
FRC Building, Suite 521
801 "G" Street, N.W.
Washington, DC 20001
sbcasey@lawoflifeproject.org