IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v. | )<br>) Civil Action No. 1:11-cv-804-CCE<br>)<br>) |
| JANICE E. HUFF, M.D. *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF SPECIAL APPEARANCE FOR STEVEN H. ADEN

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Steven H. Aden, and in support thereof, the undersigned counsel states as follows:

1. Steven H. Aden is a licensed attorney in good standing of the bar of Virginia (Bar No. 48036). He has also been admitted to the bars of the U.S. Supreme Court, Hawaii Supreme Court (Inactive), U.S. Court of Appeals for the 4th, 5th, 6th, 8th, 9th, and 10th Districts, Colorado Federal District Court, D.C. Federal District Court, Virginia W.D. Federal District Court, Michigan W.D. Federal District Court, Florida N.D. Federal District Court, U.S. Court of Appeals D.C., and D.C. Court of Appeals. He serves as Senior Counsel for the Alliance Defense Fund, 801 G Street, NW, Suite 509,

Washington, DC 20001, and may be reached at (202) 393-8690 and saden@telladf.org.

2. Mr. Aden agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

3. Mr. Medlin agrees that he will be responsible to this Court for the conduct of the litigation or proceeding and will sign all pleadings and papers, except for certificates of service. He will be present during pretrial conferences, potentially dispositive proceedings, and trial.

WHEREFORE, notice of the special appearance of Samuel H. Aden is hereby provided to this Court.

Respectfully submitted, this 8th day of November, 2011.

/s/ W. Eric Medlin
W. Eric Medlin
N.C. State Bar No.: 29687
Robertson Medlin & Bloss, PLLC
127 North Greene Street, Third Floor
Greensboro, NC 27401
(336) 378-9881 Phone
(336) 378-9886 Facsimile
eric.medlin@robertsonmedlin.com

Steven H. Aden
Senior Counsel
Alliance Defense Fund
801 G Street, N.W., Suite 509
Washington, DC 20001
(202) 393-8690 Phone
(202) 347-3622 Facsimile
saden@telladf.org