IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; *et al.*,<br><br>                Plaintiffs,<br>   v.<br><br>JANICE E. HUFF, M.D. *et al.*,<br>                Defendants. | Civil Action No. 1:11-cv-804-CCE |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

COME NOW, Asheville Pregnancy Support Services ("APSS") and the Pregnancy Resource Center of Charlotte (PRCC), who are movant Defendant-Intervenors in the above-captioned matter, and make the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

( ) Yes (x) No

2. Does party have any parent corporations?

( ) Yes (x) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:___n/a_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes (x) No

If yes, identify all such owners: ___n/a_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes (x) No

If yes, identify entity and nature of interest: \_\_\_n/a_____

Respectfully submitted, this the 9th day of November, 2011.

/s/ W. Eric Medlin
W. Eric Medlin
N.C. State Bar No. 29687
ROBERTSON, MEDLIN & BLOSS, PLLC
127 North Green Street, *3rd Floor*          *Pursuant to Notice of Special Appearance
Greensboro, NC 27401
336-378-9881
Fax: 336-378-9886
eric.medlin@robertsonmedlin.com

Samuel B. Casey*
Cal. Bar. No, 76022
JUBILEE CAMPAIGN-
LAW OF LIFE PROJECT
801 G. Street, N.W., *Suite 521*
Washington, D.C. 20001
202-586-5652
Fax: 703-349-7323
sbcasey@lawoflifeproject.org

Steven H. Aden*
D.C. Bar No. 466777
ALLIANCE DEFENSE FUND
801 G. Street, N.W., *Suite 509*
Washington, D.C. 20001
202-393-8690
Fax: 202-347-3622
saden@telladf.org

*Attorneys for Proposed Defendant-Intervenors*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2011, I caused a true and correct copy of the foregoing: DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION to be electronically served on the following appearing counsel for defendants and plaintiffs by means of the Court's CM/ECF system.

COUNSEL FOR DEFENDANTS:
Thomas J. Ziko (State Bar No. 8577)
*Senior Deputy Attorney General*
I. Faison Hicks (State Bar No. 10672)
Stephanie Brennan (State Bar No. 35955)
*Special Deputies Attorney General*
N.C. Department of Justice
114 W. Edenton Street, Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763
Email: tziko@ncdoj.gov
Email: fhicks@ncdoj.gov
Email: sbrennan@ncdoj.gov

COUNSEL FOR PLAINTIFFS:
Katherine Lewis Parker
ACLU OF NORTH CAROLINA
POB 28004
Raleigh, NC 27611-8004
919-834-3466
Fax: 866-511-1344
Email: kparker@acluofnc.org

Bebe J. Anderson
THE CENTER FOR REPRODUCTIVE RIGHTS
120 Wall St., 14th Floor
New York, NY 10005
917-637-3687
Fax: 917-637-3666
Email: banderson@reprorights.org

Andrew D. Beck
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., 18th Floor
New York, NY 10004-2400
212-284-7318
Fax: 212-549-2650
Email: abeck@aclu.org

Helene T. Krasnoff
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave., NW, Ste. 300
Washington, Dc 20005
202-973-4800
Fax: 202-296-3480
Email: helene.krasnoff@ppfa.org

Dated: November 9, 2011

/s/ W. Eric Medlin
W. Eric Medlin (State Bar No. 29687)
ROBERTSON, MEDLIN & BLOSS, PLLC
127 North Green Street, 3rd Floor
Greensboro, NC 27401
336-378-9881
Fax: 336-378-9886
Email: eric.medlin@robertsonmedlin.com

*One of Counsel for
Proposed Defendant-Intervenor*