# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk         November 15, 2011         TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

SAMUEL B. CASEY
FRC BUILDING, SUITE 521
801 "G" STREET, NW
WASHINGTON, DC 20001

Dear Mr. Casey:

    Re: Civil Number 1:11CV804; Gretchen S. Stuart, M.D., et al. v. James R. Dingfelder, M.D., et al.

As attorney of record for the defendant, all future pleadings filed in this case must be signed by counsel who is admitted to practice in the Middle District of North Carolina and an ECF filer. As of this date you are not a registered e-filer.

This is to inform you that you must complete the necessary training and register as an e-filer within 30 days. The Judges in this Court have authorized notification requiring you to electronically submit all future filings via the Internet using our Case Management/Electronic Case Filing system(CM/ECF).

If you need additional information concerning training and registering, please visit our website at www.ncmd.uscourts.gov. Training is offered in Greensboro and Winston-Salem, and attorneys trained by another CM/ECF court are not required to repeat the training. To schedule training, please call Billy Crumley at 336-332-6003.

                                                               Sincerely,

                                                               JOHN S. BRUBAKER, CLERK

                                                               By:  /s/ Trina Law

                                                                Deputy Clerk