# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Gretchen S. Stuart, M.D., et al

    v.                               Case Number:   1:11cv804

Janice E. Huff, M.D., et al

# NOTICE

Take notice that a proceeding in these cases has been **set** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C. |
| COURTROOM NO.: | G-3 |
| DATE AND TIME: | December 5, 2011 - 10:00 a.m. |
| PROCEEDING: | Further Hearing on Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion to Modify Preliminary Injunction |

_____

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date: November 16, 2011

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD