IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
)
JANICE E. HUFF, M.D., et al., ) Case No. 1:11-cv-00804
)
Defendants. )
)
)

## DECLARATION OF GRETCHEN S. STUART, M.D., M.P.H. & T.M., IN OPPOSITION TO PROPOSED DEFENDANT-INTERVENORS'

## MOTION TO INTERVENE

GRETCHEN S. STUART, M.D., M.P.H. & T.M., declares and states the following:

1. I am one of the named plaintiffs in this case. I submit this declaration in opposition to Proposed Defendant-Intervenors' Motion to Intervene.

2. Currently, I am employed by the University of North Carolina ("UNC") at Chapel Hill, in the Department of Women's Primary Healthcare. As noted in my declaration in support of Plaintiffs' motion for a preliminary injunction, I am appearing as a plaintiff in this action as an individual citizen and am in no way appearing in any official capacity in relation to UNC nor am I suing on behalf of UNC.

3. At UNC, among other duties and responsibilities, I am the Director of the Family Planning Program and the Fellowship in Family Planning. The Program includes

1

a clinical and educational part in which I and others train, and supervise the training of, medical students, residents and fellows in contraception and abortion. Plaintiff David Grimes is Co-director of the Fellowship and both he and Plaintiff Amy Bryant work in the Family Planning Program. The three of us all provide abortion services in conjunction with that Program, we all staff the abortion clinic at UNC, and we all are faculty in the Division of Women's Primary Healthcare.

4. Dr. John M. Thorp, who is seeking to intervene in this case, is the Division Director of UNC's Division of Women's Primary Healthcare. The Family Planning Program is contained within that Division and therefore, as Division Director, Dr. Thorp has administrative oversight of the Program and of the professional activities of Dr. Grimes, Dr. Bryant, and me, because the three of us are among the faculty in that Division. Dr. Thorp does not work directly in the Family Planning Program, the Fellowship in Family Planning, or in the contraception and abortion clinics at UNC. As far as I know, Dr. Thorp does not perform any abortions, at UNC or in another setting. He has referred patients to the UNC abortion clinic for abortions.

5. On or about October 5, 2011, I told Dr. Thorp that David Grimes, Amy Bryant, and I were plaintiffs in the case challenging North Carolina's new abortion law.

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of November, 2011

_____
GRETCHEN S. STUART, M.D., M.P.H. & T.M.

3