# EXHIBIT A

**COMPILATION OF CLIENT REFERRALS FROM PLANNED PARENTHOOD TO APSS DURING THE PERIOD SEPTEMBER 11, 2008 THROUGH OCTOBER 12, 2011.**

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 1 | 5 | Likely to Carry | Sep-08 | Pregnancy Test | Yes | 22 |
| Planned Parenthood | 2 | 9 | Abortion-Vulnerable | Sep-08 | Pregnancy Test | | 20 |
| Planned Parenthood | 3 | 5 | Abortion Minded | Sep-08 | Pregnancy Test | | 20 |
| Planned Parenthood | 4 | 3 | Abortion-Vulnerable | Oct-08 | Pregnancy Test | | 16 |
| Planned Parenthood | 5 | 0 | Likely to Carry | Nov-08 | Pregnancy Test | | 29 |
| Planned Parenthood | 6 | 2 | Likely to Carry | Dec-08 | Pregnancy Test | Yes | 32 |
| Planned Parenthood | 7 | 1 | Abortion-Vulnerable | Dec-08 | Pregnancy Test | Yes | 25 |
| Planned Parenthood | 8 | 5 | Abortion Minded | Dec-08 | Pregnancy Test | | 27 |
| Planned Parenthood | 9 | 8 | Abortion Minded | Jan-09 | Pregnancy Test | | 22 |
| Planned Parenthood | 10 | 4 | Abortion-Vulnerable | Jan-09 | Pregnancy Test | Yes | 36 |
| Planned Parenthood | 11 | 4 | Abortion-Vulnerable | Feb-09 | Pregnancy Test | Yes | 19 |
| Planned Parenthood | 12 | 6 | Abortion-Vulnerable | Feb-09 | Pregnancy Test | | 23 |
| Planned Parenthood | 13 | 8 | Likely to Carry | Mar-09 | Pregnancy Test | Yes | 30 |
| Planned Parenthood | 14 | 4 | Likely to Carry | Apr-09 | Pregnancy Test | Yes | 30 |
| Planned Parenthood | 15 | 3 | Abortion-Vulnerable | Apr-09 | Ultrasound | Yes | 21 |
| Planned Parenthood | 16 | 2 | Abortion Minded | May-09 | Pregnancy Test | Yes | 37 |
| Planned Parenthood | 17 | 1 | Abortion-Vulnerable | Jun-09 | Pregnancy Test | | 26 |
| Planned Parenthood | 18 | 3 | Abortion-Vulnerable | Jun-09 | Pregnancy Test | | 25 |
| Planned Parenthood | 19 | 5 | Likely to Carry | Jun-09 | Pregnancy Test | Yes | 32 |
| Planned Parenthood | 20 | 6 | Likely to Carry | Jun-09 | Pregnancy Test | Yes | 24 |
| Planned Parenthood | 21 | 4 | Abortion-Vulnerable | Jun-09 | Ultrasound | Yes | 27 |
| Planned Parenthood | 22 | 5 | Abortion-Vulnerable | Jul-09 | Pregnancy Test | | 36 |
| Planned Parenthood | 23 | 8 | Likely to Carry | Jul-09 | Ultrasound | Yes | 31 |
| Planned Parenthood | 24 | 3 | Abortion-Vulnerable | Jul-09 | Counseling | Yes | 20 |
| Planned Parenthood | 25 | 4 | Likely to Carry | Aug-09 | Unknown | | 20 |
| Planned Parenthood | 26 | 6 | Abortion-Vulnerable | Aug-09 | Pregnancy Test | | 24 |
| Planned Parenthood | 27 | 4 | Abortion-Vulnerable | Sep-09 | Pregnancy Test | | 20 |
| Planned Parenthood | 28 | 1 | Likely to Carry | Sep-09 | Pregnancy Test | Yes | 36 |
| Planned Parenthood | 29 | 1 | Likely to Carry | Sep-09 | Pregnancy Test | | 23 |
| Planned Parenthood | 30 | 9 | Abortion-Vulnerable | Sep-09 | Pregnancy Test | Yes | 16 |
| Planned Parenthood | 31 | 5 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | Yes | 20 |

Case 1:11-cv-00804-CCE-LPA   Document 63-1   Filed 12/18/11   Page 2 of 7

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 32 | 9 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | | 22 |
| Planned Parenthood | 33 | 1 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | Yes | 23 |
| Planned Parenthood | 34 | 7 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | | 42 |
| Planned Parenthood | 35 | 6 | Likely to Carry | Nov-09 | Pregnancy Test | | 29 |
| Planned Parenthood | 36 | 4 | Likely to Carry | Jan-10 | Pregnancy Test | Yes | 24 |
| Planned Parenthood | 37 | 0 | Likely to Carry | Feb-10 | Pregnancy Test | | 25 |
| Planned Parenthood | 38 | 2 | Abortion-Vulnerable | Feb-10 | Ultrasound | Yes | 24 |
| Planned Parenthood | 39 | 7 | Likely to Carry | Mar-10 | Ultrasound | | 33 |
| Planned Parenthood | 40 | 4 | Abortion-Vulnerable | Apr-10 | Pregnancy Test | Yes | 31 |
| Planned Parenthood | 41 | 8 | Abortion Minded | Apr-10 | Pregnancy Test | | 25 |
| Planned Parenthood | 42 | 6 | Likely to Carry | Apr-10 | Pregnancy Test | | 32 |
| Planned Parenthood | 43 | 6 | Abortion-Vulnerable | Apr-10 | Pregnancy Test | | 28 |
| Planned Parenthood | 44 | 5 | Likely to Carry | May-10 | Pregnancy Test | Yes | 31 |
| Planned Parenthood | 45 | 5 | Abortion Minded | May-10 | Pregnancy Test | Yes | 21 |
| Planned Parenthood | 46 | 4 | Abortion-Vulnerable | Jun-10 | Pregnancy Test | | 20 |
| Planned Parenthood | 47 | 4 | Likely to Carry | Jun-10 | Pregnancy Test | Yes | 28 |
| Planned Parenthood | 48 | 9 | Abortion-Vulnerable | Jul-10 | Pregnancy Test | | 24 |
| Planned Parenthood | 49 | 6 | Abortion-Vulnerable | Jul-10 | Post-Abortion | | 15 |
| Planned Parenthood | 50 | 0 | Abortion-Vulnerable | Jul-10 | Pregnancy Test | Yes | 19 |
| Planned Parenthood | 51 | 7 | Abortion-Vulnerable | Aug-10 | Pregnancy Test | | 22 |
| Planned Parenthood | 52 | 9 | Abortion-Vulnerable | Sep-10 | Pregnancy Test | | 23 |
| Planned Parenthood | 53 | 2 | Abortion-Vulnerable | Nov-10 | Pregnancy Test | | 27 |
| Planned Parenthood | 54 | 8 | Likely to Carry | Dec-10 | Pregnancy Test | | 26 |
| Planned Parenthood | 55 | 4 | Abortion Minded | Jan-11 | Pregnancy Test | | 24 |
| Planned Parenthood | 56 | 6 | Abortion-Vulnerable | Jan-11 | Pregnancy Test | | 20 |
| Planned Parenthood | 57 | 8 | Abortion-Vulnerable | Jan-11 | Pregnancy Test | | 41 |
| Planned Parenthood | 58 | 9 | Abortion-Vulnerable | Feb-11 | Pregnancy Test | | 32 |
| Planned Parenthood | 59 | 5 | Abortion-Vulnerable | Mar-11 | Pregnancy Test | | 25 |
| Planned Parenthood | 60 | 8 | Likely to Carry | Mar-11 | Pregnancy Test | Yes | 33 |
| Planned Parenthood | 61 | 8 | Abortion-Vulnerable | Apr-11 | Pregnancy Test | Yes | 39 |
| Planned Parenthood | 62 | 0 | Abortion-Vulnerable | Apr-11 | Pregnancy Test | | 23 |

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 63 | 1 | Abortion-Vulnerable | May-11 | Pregnancy Test | Yes | 26 |
| Planned Parenthood | 64 | 0 | Abortion-Vulnerable | Jun-11 | Pregnancy Test | | 32 |
| Planned Parenthood | 65 | 4 | Likely to Carry | Jun-11 | Pregnancy Test | Yes | 26 |
| Planned Parenthood | 66 | 9 | Abortion-Vulnerable | Jul-11 | Pregnancy Test | | 34 |
| Planned Parenthood | 67 | 5 | Abortion-Vulnerable | Jul-11 | Pregnancy Test | Yes | 20 |
| Planned Parenthood | 68 | 7 | Likely to Carry | Sep-11 | Pregnancy Test | Yes | 18 |
| Planned Parenthood | 69 | 3 | Likely to Carry | Sep-11 | Pregnancy Test | | 33 |
| Planned Parenthood | 70 | 7 | Abortion-Vulnerable | Oct-11 | Counseling | Yes | 32 |

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 1 | 5 | Likely to Carry | Sep-08 | Pregnancy Test | Yes | 22 |
| Planned Parenthood | 2 | 9 | Abortion-Vulnerable | Sep-08 | Pregnancy Test |  | 20 |
| Planned Parenthood | 3 | 5 | Abortion Minded | Sep-08 | Pregnancy Test |  | 20 |
| Planned Parenthood | 4 | 3 | Abortion-Vulnerable | Oct-08 | Pregnancy Test |  | 16 |
| Planned Parenthood | 5 | 0 | Likely to Carry | Nov-08 | Pregnancy Test |  | 29 |
| Planned Parenthood | 6 | 2 | Likely to Carry | Dec-08 | Pregnancy Test | Yes | 32 |
| Planned Parenthood | 7 | 1 | Abortion-Vulnerable | Dec-08 | Pregnancy Test | Yes | 25 |
| Planned Parenthood | 8 | 5 | Abortion Minded | Dec-08 | Pregnancy Test |  | 27 |
| Planned Parenthood | 9 | 8 | Abortion Minded | Jan-09 | Pregnancy Test |  | 22 |
| Planned Parenthood | 10 | 4 | Abortion-Vulnerable | Jan-09 | Pregnancy Test | Yes | 36 |
| Planned Parenthood | 11 | 4 | Abortion-Vulnerable | Feb-09 | Pregnancy Test | Yes | 19 |
| Planned Parenthood | 12 | 6 | Abortion-Vulnerable | Feb-09 | Pregnancy Test |  | 23 |
| Planned Parenthood | 13 | 8 | Likely to Carry | Mar-09 | Pregnancy Test | Yes | 30 |
| Planned Parenthood | 14 | 4 | Likely to Carry | Apr-09 | Pregnancy Test | Yes | 30 |
| Planned Parenthood | 15 | 3 | Abortion-Vulnerable | Apr-09 | Ultrasound | Yes | 21 |
| Planned Parenthood | 16 | 2 | Abortion Minded | May-09 | Pregnancy Test | Yes | 37 |
| Planned Parenthood | 17 | 1 | Abortion-Vulnerable | Jun-09 | Pregnancy Test |  | 26 |
| Planned Parenthood | 18 | 3 | Abortion-Vulnerable | Jun-09 | Pregnancy Test |  | 25 |
| Planned Parenthood | 19 | 5 | Likely to Carry | Jun-09 | Pregnancy Test | Yes | 32 |
| Planned Parenthood | 20 | 6 | Likely to Carry | Jun-09 | Pregnancy Test | Yes | 24 |
| Planned Parenthood | 21 | 4 | Abortion-Vulnerable | Jun-09 | Ultrasound | Yes | 27 |
| Planned Parenthood | 22 | 5 | Abortion-Vulnerable | Jul-09 | Pregnancy Test |  | 36 |
| Planned Parenthood | 23 | 8 | Likely to Carry | Jul-09 | Ultrasound | Yes | 31 |
| Planned Parenthood | 24 | 3 | Abortion-Vulnerable | Jul-09 | Counseling | Yes | 20 |
| Planned Parenthood | 25 | 4 | Likely to Carry | Aug-09 | Unknown |  | 20 |
| Planned Parenthood | 26 | 6 | Abortion-Vulnerable | Aug-09 | Pregnancy Test |  | 24 |
| Planned Parenthood | 27 | 4 | Abortion-Vulnerable | Sep-09 | Pregnancy Test |  | 20 |
| Planned Parenthood | 28 | 1 | Likely to Carry | Sep-09 | Pregnancy Test | Yes | 36 |
| Planned Parenthood | 29 | 1 | Likely to Carry | Sep-09 | Pregnancy Test |  | 23 |
| Planned Parenthood | 30 | 9 | Abortion-Vulnerable | Sep-09 | Pregnancy Test | Yes | 16 |
| Planned Parenthood | 31 | 5 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | Yes | 20 |

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 32 | 9 | Abortion-Vulnerable | Oct-09 | Pregnancy Test |  | 22 |
| Planned Parenthood | 33 | 1 | Abortion-Vulnerable | Oct-09 | Pregnancy Test | Yes | 23 |
| Planned Parenthood | 34 | 7 | Abortion-Vulnerable | Oct-09 | Pregnancy Test |  | 42 |
| Planned Parenthood | 35 | 6 | Likely to Carry | Nov-09 | Pregnancy Test |  | 29 |
| Planned Parenthood | 36 | 4 | Likely to Carry | Jan-10 | Pregnancy Test | Yes | 24 |
| Planned Parenthood | 37 | 0 | Likely to Carry | Feb-10 | Pregnancy Test |  | 25 |
| Planned Parenthood | 38 | 2 | Abortion-Vulnerable | Feb-10 | Ultrasound | Yes | 24 |
| Planned Parenthood | 39 | 7 | Likely to Carry | Mar-10 | Ultrasound |  | 33 |
| Planned Parenthood | 40 | 4 | Abortion-Vulnerable | Apr-10 | Pregnancy Test | Yes | 31 |
| Planned Parenthood | 41 | 8 | Abortion Minded | Apr-10 | Pregnancy Test |  | 25 |
| Planned Parenthood | 42 | 6 | Likely to Carry | Apr-10 | Pregnancy Test |  | 32 |
| Planned Parenthood | 43 | 6 | Abortion-Vulnerable | Apr-10 | Pregnancy Test |  | 28 |
| Planned Parenthood | 44 | 5 | Likely to Carry | May-10 | Pregnancy Test | Yes | 31 |
| Planned Parenthood | 45 | 5 | Abortion Minded | May-10 | Pregnancy Test | Yes | 21 |
| Planned Parenthood | 46 | 4 | Abortion-Vulnerable | Jun-10 | Pregnancy Test |  | 20 |
| Planned Parenthood | 47 | 4 | Likely to Carry | Jun-10 | Pregnancy Test | Yes | 28 |
| Planned Parenthood | 48 | 9 | Abortion-Vulnerable | Jul-10 | Pregnancy Test |  | 24 |
| Planned Parenthood | 49 | 6 | Abortion-Vulnerable | Jul-10 | Post-Abortion |  | 15 |
| Planned Parenthood | 50 | 0 | Abortion-Vulnerable | Jul-10 | Pregnancy Test | Yes | 19 |
| Planned Parenthood | 51 | 7 | Abortion-Vulnerable | Aug-10 | Pregnancy Test |  | 22 |
| Planned Parenthood | 52 | 9 | Abortion-Vulnerable | Sep-10 | Pregnancy Test |  | 23 |
| Planned Parenthood | 53 | 2 | Abortion-Vulnerable | Nov-10 | Pregnancy Test |  | 27 |
| Planned Parenthood | 54 | 8 | Likely to Carry | Dec-10 | Pregnancy Test |  | 26 |
| Planned Parenthood | 55 | 4 | Abortion Minded | Jan-11 | Pregnancy Test |  | 24 |
| Planned Parenthood | 56 | 6 | Abortion-Vulnerable | Jan-11 | Pregnancy Test |  | 20 |
| Planned Parenthood | 57 | 8 | Abortion-Vulnerable | Jan-11 | Pregnancy Test |  | 41 |
| Planned Parenthood | 58 | 9 | Abortion-Vulnerable | Feb-11 | Pregnancy Test |  | 32 |
| Planned Parenthood | 59 | 5 | Abortion-Vulnerable | Mar-11 | Pregnancy Test |  | 25 |
| Planned Parenthood | 60 | 8 | Likely to Carry | Mar-11 | Pregnancy Test | Yes | 33 |
| Planned Parenthood | 61 | 8 | Abortion-Vulnerable | Apr-11 | Pregnancy Test | Yes | 39 |
| Planned Parenthood | 62 | 0 | Abortion-Vulnerable | Apr-11 | Pregnancy Test |  | 23 |

Asheville Pregnancy Support Services
Referrals from Planned Parenthood

| Client Stated Referral Source | Client | Client ref XXX# | Initial Assessment | Initial visit | Primary Reason for Visit | Ultrasound performed | Age |
|---|---|---|---|---|---|---|---|
| Planned Parenthood | 63 | 1 | Abortion-Vulnerable | May-11 | Pregnancy Test | Yes | 26 |
| Planned Parenthood | 64 | 0 | Abortion-Vulnerable | Jun-11 | Pregnancy Test |  | 32 |
| Planned Parenthood | 65 | 4 | Likely to Carry | Jun-11 | Pregnancy Test | Yes | 26 |
| Planned Parenthood | 66 | 9 | Abortion-Vulnerable | Jul-11 | Pregnancy Test |  | 34 |
| Planned Parenthood | 67 | 5 | Abortion-Vulnerable | Jul-11 | Pregnancy Test | Yes | 20 |
| Planned Parenthood | 68 | 7 | Likely to Carry | Sep-11 | Pregnancy Test | Yes | 18 |
| Planned Parenthood | 69 | 3 | Likely to Carry | Sep-11 | Pregnancy Test |  | 33 |
| Planned Parenthood | 70 | 7 | Abortion-Vulnerable | Oct-11 | Counseling | Yes | 32 |