IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| GRETCHEN S. STUART, M.D.; *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:11-cv-804-CCE |
| JANICE E. HUFF, M.D. *et al.*, | ) |
| Defendants. | ) |

_____
## NOTICE OF APPEAL
_____

NOTICE IS HEREBY GIVEN pursuant to Federal Rules of Appellate Procedure, Rules 3(a)(1) and 4 that Proposed defendant-intervenors Drs. John M. Thorp, Jr., M.D., FACOG; Gregory J. Brannon, M.D., FACOG, Martin J. McCaffrey, M.D., *on behalf of themselves, individually, as licensed health care providers, and their patients* (collectively the "Medical Professionals"); Chimere Collins; Dallene Hallenbeck; Tracie Johnson, and Lanita Wilks, *on behalf of themselves, individually*, *as mothers, parents and former abortion patients* (collectively the "Post-Abortive Women"); and Asheville Pregnancy Support Services ("APSS") and the Pregnancy Resource Center of Charlotte (PRCC), *as not-for-profit corporations duly organized under the laws of the State of North Carolina to provide, inter alia, limited ultrasound and pregnancy counseling*

5

*services without charge to North Carolina's women and men who are facing an unexpected pregnancy or the adverse consequences of a prior abortion* (collectively the "Pregnancy Medical Centers" or "PMCs'), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum and Order, dated and entered herein on December 22, 2011 (Document 67), denying proposed defendant-intervenors motion to intervene, as of right or permissively, in this action.

Respectfully submitted,

/s/ W. Eric Medlin
W. Eric Medlin
(N.C. State Bar No. 29687)
ROBERTSON, MEDLIN & BLOSS, PLCC
127 North Green Street, *3rd Floor*
Greensboro, NC 27401
336-378-9881
Fax: 336-378-9886
eric.medlin@robertsonmedlin.com

Samuel B. Casey*
Cal. Bar. No, 76022
JUBILEE CAMPAIGN-
LAW OF LIFE PROJECT
801 G. Street, N.W., *Suite 521*
Washington, D.C. 20001
202-586-5652
Fax: 703-349-7323
sbcasey@lawoflifeproject.org

Steven H. Aden*
D.C. Bar No. 993261
ALLIANCE DEFENSE FUND
801 G. Street, N.W., *Suite 509*
Washington, D.C. 20001
202-393-8690
Fax: 202-347-3622
saden@telladf.org

*Attorneys for Proposed Defendant-Intervenors*

*Notice of Special Appearance filed.

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2012, I caused a true and correct copy of the foregoing:

# NOTICE OF APPEAL

to be electronically served on the following appearing counsel for defendants and plaintiffs by means of the Court's CM/ECF system.

COUNSEL FOR DEFENDANTS:
Thomas J. Ziko (State Bar No. 8577)
*Senior Deputy Attorney General*
I. Faison Hicks (State Bar No. 10672)
Stephanie Brennan (State Bar No. 35955)
*Special Deputies Attorney General*
N.C. Department of Justice
114 W. Edenton Street, Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6763
Email: tziko@ncdoj.gov
Email: fhicks@ncdoj.gov
Email: sbrennan@ncdoj.gov

COUNSEL FOR PLAINTIFFS:
Katherine Lewis Parker
ACLU OF NORTH CAROLINA
POB 28004
Raleigh, NC 27611-8004
919-834-3466
Fax: 866-511-1344
Email: kparker@acluofnc.org

Bebe J. Anderson
THE CENTER FOR REPRODUCTIVE RIGHTS
120 Wall St., 14th Floor
New York, NY 10005
917-637-3687
Fax: 917-637-3666
Email: banderson@reprorights.org

Andrew D. Beck
AMERICAN CIVIL LIBERTIES UNION
125 Broad St., 18th Floor
New York, NY 10004-2400
212-284-7318
Fax: 212-549-2650
Email: abeck@aclu.org

Helene T. Krasnoff
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave., NW, Ste. 300
Washington, Dc 20005
202-973-4800
Fax: 202-296-3480
Email: helene.krasnoff@ppfa.org


Dated: January 6, 2012


/s/ W. Eric Medlin
W. Eric Medlin (State Bar No. 29687)
ROBERTSON, MEDLIN & BLOSS, PLCC
127 North Green Street, 3rd Floor
Greensboro, NC 27401
336-378-9886
Fax: 336-378-9886
Email: eric.medlin@robertsonmedlin.com

*One of Counsel for*
*Proposed Defendant-Intervenors*