IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., )
et al., )
 )
        Plaintiffs, )
 )
  v. ) 1:11CV804
 )
JANICE E. HUFF, M.D., et al., )
 )
        Defendants. )

**ORDER APPROVING JOINT RULE 26(f) REPORT**

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 72) submitted by the parties and approves it with the following clarification: pursuant to M.D.N.C. LR83.9b(d), "[a]ny party, or parties jointly, may file a motion for exemption from mediation . . . [which] motion will be granted only on a showing of good cause."

                              /s/ L. Patrick Auld
                              **L. Patrick Auld**
                     **United States Magistrate Judge**

Date: February 27, 2012