# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | )  CIVIL ACTION |
| JANICE E. HUFF, M.D., et al., | ) ) Case No. 1:11-cv-00804 |
| Defendants. | ) ) |

## STIPULATION TO FILE A SECOND AMENDED COMPLAINT

The above-named Plaintiffs, by and through their counsel of record, and the above-named Defendants, by and through their counsel of record, do hereby stipulate that the Court may order that the Clerk of the Court accept for filing Plaintiffs' Second Amended Complaint, a copy of which is attached hereto. The Plaintiffs note and have informed Defendants that the Second Amended Complaint, attached hereto, is almost identical to Plaintiffs' Amended Complaint previously filed in this action, except for the following: (1) the deletion of what was formerly the Fifth Claim for Relief (Fourteenth Amendment Right to Bodily Integrity), the Sixth Claim for Relief (Fourth Amendment Rights of Patients), the Eighth Claim for Relief (First and Fourteenth Amendment Rights of Patients), and the Tenth Claim for Relief (Equal Protection—Discrimination Against Abortion Providers); (2) the deletion of paragraphs 75 and 84, to reflect the deletion of the aforementioned claims for relief; and (3) the resultant renumbering of the previous

1

paragraphs 75 through 101, to reflect those changes.

Dated: March 8, 2012

*[signature]*

Katherine Lewis Parker, NC Bar #36263
Legal Director
American Civil Liberties Union of North
 Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
kparker@aclunc.org

Attorney for Plaintiffs

Dated: March 8, 2012

*[signature]*

Stephanie Brennan, NC Bar #35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

Attorney for Defendants