IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| JANICE E. HUFF, M.D., et al., ) | Case No. 1:11-cv-00804 |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
A SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs hereby move this Court for an order granting them leave to file a second amended complaint in this action to remove the Fifth, Sixth, Eighth, and Tenth Claims for Relief contained in the Amended Complaint. Plaintiffs allege the following:

1. Plaintiffs filed an Amended Complaint on December 1, 2011 (ECF No. 57, 57-1), which set forth ten claims for relief.

2. The proposed Second Amended Complaint is almost identical to Plaintiffs' Amended Complaint previously filed in this action, except for the following: (1) the deletion of what was formerly the Fifth Claim for Relief (Fourteenth Amendment Right to Bodily Integrity), the Sixth Claim for Relief (Fourth Amendment Rights of Patients), the Eighth Claim for Relief (First and Fourteenth Amendment Rights of Patients), and the Tenth Claim for Relief (Equal Protection—Discrimination Against Abortion Providers); (2) the deletion of paragraphs 75 and 84, to reflect the deletion of the aforementioned

1

claims for relief; and (3) the resultant renumbering of the previous paragraphs 75 through 101, to reflect those changes.

3. Rule 15(a)(2) provides that "a party may amend its pleading . . . with the opposing party's written consent or the court's leave." Rule 15 requires that leave to amend a complaint be freely granted when "justice so requires." Fed. R. Civ. P. 15(a)(2).

4. Plaintiffs' proposed Second Amended Complaint is annexed hereto as Exhibit A.

5. The proposed Second Amended Complaint seeks to remove four claims for relief, before the parties have engaged in discovery in this action.

6. The Defendants have informed Plaintiffs that they consent to Plaintiffs' filing this Second Amended Complaint.

7. Plaintiffs sought to file this Second Amended Complaint on March 8, 2012, by filing the complaint (ECF No. 75) and the Stipulation to File a Second Amended Complaint (ECF No. 74). Plaintiffs were informed by the Court's Clerk that it would be necessary to file a motion for leave to file the second amended complaint.

8. Accordingly, Plaintiffs seek the Court's leave to file the attached Second Amended Complaint.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order granting them leave to file the proposed Second Amended Complaint.

Dated: March 9, 2012

Respectfully submitted,

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar #36263
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
kparker@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS

Bebe J. Anderson*
Senior Counsel
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3687
(917) 637-3666 Fax
banderson@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER, M.D., SERINA FLOYD, M.D., TAKEY CRIST, M.D., & TAKEY CRIST M.D., P.A. d/b/a CRIST CLINIC FOR WOMEN

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

COUNSEL FOR PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA & PLANNED PARENTHOOD HEALTH SYSTEMS, INC.

*By Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2012, I electronically filed the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for all

Defendants:

> **Thomas J. Ziko**
> tziko@ncdoj.gov
> Senior Deputy Attorney General
> **I. Faison Hicks**
> fhicks@ncdoj.gov
> Special Deputy Attorney General
> **Stephanie A. Brennan**
> sbrennan@ncdoj.gov
> Assistant Attorney General
> North Carolina Department of Justice
> 114 Edenton Street
> Post Office Box 629
> Raleigh, NC 27602
> Telephone: (919) 716-6400

Proposed Defendants:

> **William Eric Medlin**
> eric.medlin@robertsonmedlin.com
> Robertson Medlin & Bloss, PLLC
> 127 N. Greene St., Third Floor
> Greensboro, NC 27401
> Telephone (336) 378-9881
>
> **Samuel B. Casey**
> sbcasey@lawoflifeproject.org
> Jubilee Campaign – Law of Life Project
> FRC Building, Suite 521
> 801 G St., N.W.

Washington, DC 20001
Telephone: (202) 586-5652

**Steven H. Aden**
saden@telladf.org
Alliance Defense Fund
801 G St. N.W., Suite 509
Washington, DC 20001
Telephone (202) 393-8690

                                               */s/ Katherine Lewis Parker*
                                               Katherine Lewis Parker
NC Bar No. 36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
(919) 834-3466
(866) 511-1344 Fax
acluncklp@nc.rr.com

5