IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
        Plaintiffs, )
)
v. )   CIVIL ACTION
)
JANICE E. HUFF, M.D., et al., )   Case No. 1:11-cv-00804
)
        Defendants. )

## STIPULATION TO EXTEND TIME FOR INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate that the deadline for initial disclosures as set forth in the parties' joint Rule 26(f) report, which was approved by Court Order dated February 27, 2012, is extended by one week. The parties may serve their initial disclosures on or before March 23, 2012.

Dated: March 14, 2012

_/s/ Katherine Lewis Parker_
Katherine Lewis Parker, NC Bar #36263
Legal Director
American Civil Liberties Union of North
  Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
kparker@aclunc.org

Attorney for Plaintiffs

Dated: March 14, 2012

_/s/ Stephanie A. Brennan_
Stephanie A. Brennan, NC Bar #35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

Attorney for Defendants