# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| ) | Case No. 1:11-CV-00804 |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXEMPT CASE FROM MEDIATION

Now come the parties, Plaintiffs and Defendants herein, through their respective attorneys of record, who jointly and respectfully move this Court to exempt the above-captioned case from mediation. Because this case involves a significant dispute regarding the interpretation of the United States Constitution, the parties do not believe that mediation will be fruitful. The parties do not believe that they would reach an agreement on the issues in mediation, given their respective positions.

Respectfully submitted this 15th day of March, 2012.

| | |
|---|---|
| *s/ Katherine Lewis Parker* | *s/Stephanie Brennan* |
| Katherine Lewis Parker | Stephanie Brennan |
| NC Bar #36263 | NC Bar #35955 |
| Legal Director | Assistant Attorney General |
| American Civil Liberties Union | N.C. Department of Justice |
| of North Carolina Legal Foundation | 114 W. Edenton Street |
| P.O. Box 28004 | P.O. Box 629 |
| Raleigh, NC 27611 | Raleigh, NC 27602 |
| Telephone: (919) 834-3466 | Telephone: (919) 716-6900 |
| Facsimile (866) 511-1344 | Facsimile: (919) 716-6763 |
| kparker@acluofnc.org | sbrennan@ncdoj.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> JANICE E. HUFF, M.D., et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br><br> Case No. 1:11-CV-00804 |

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on March 15, 2012, they conferred and mutually agreed upon the foregoing Joint Motion to Exempt Case from Mediation, and the same was then filed electronically with the Clerk of Court, by Katherine Lewis Parker, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Katherine Lewis Parker*
Katherine Lewis Parker
NC Bar No. 36363
Legal Director, American Civil Liberties
Union of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
kparker@acluofnc.org
Attorney for Plaintiffs

2

Case 1:11-cv-00804-CCE-LPA   Document 78   Filed 03/15/12   Page 2 of 3

                                         *s/Stephanie Brennan*
NC Bar No. 35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
sbrennan@ncdoj.gov
Attorney for Defendants