IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GRETCHEN S. STUART, M.D.,    )
et al.,                      )
                             )
          Plaintiffs,        )
                             )
     v.                      )          1:11CV804
                             )
JANICE E. HUFF, M.D., et al.,)
                             )
          Defendants.        )
```

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

This matter comes before the Court on Plaintiffs' Motion for Leave to File a Second Amended Complaint. Having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave (Docket Entry 76) is **GRANTED** and Plaintiffs' Second Amended Complaint for Injunctive and Declaratory Relief is deemed filed as of March 8, 2012 (Docket Entry 75).

                                              /s/ L. Patrick Auld
                                                  **L. Patrick Auld**
                                      **United States Magistrate Judge**

Date: March 22, 2012