IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GRETCHEN S. STUART, M.D.,       )
et al.,                         )
                                )
            Plaintiffs,         )
                                )
      v.                        )        1:11CV804
                                )
JANICE E. HUFF, M.D., et al.,   )
                                )
            Defendants.         )
```

**ORDER APPROVING EXTENSION OF TIME FOR INITIAL DISCLOSURES**

The Court has reviewed the parties' stipulation filed March 14, 2012, concerning a one-week extension of time for initial disclosures.

**IT IS ORDERED** that the parties' request to extend the deadline for initial disclosures (Docket Entry 77) is **GRANTED** and that the deadline for initial disclosures as set forth in the parties' Joint Rule 26(f) Report, which was approved by Court Order dated February 27, 2012, is hereby extended by one week. The parties may serve their initial disclosures on or before March 23, 2012.

                                    /s/ L. Patrick Auld
                                 **L. Patrick Auld**
                            **United States Magistrate Judge**

Date:  March 22, 2012