IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GRETCHEN S. STUART, M.D.,      )
et al.,                         )
                                )
          Plaintiffs,           )
                                )
     v.                         )        1:11CV804
                                )
JANICE E. HUFF, M.D., et al.,   )
                                )
          Defendants.           )
```

### ORDER

This matter is before the Court on the parties' Joint Motion to Exempt Case from Mediation. For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion (Docket Entry 78) is **GRANTED** and the case is hereby exempt from mediation.

                                        /s/ L. Patrick Auld
                                          **L. Patrick Auld**
                              **United States Magistrate Judge**

Date: March 22, 2012