# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs, | ) Case No. 1:11-cv-00804 |
| v. | ) **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT** |
| JANICE E. HUFF, M.D., et al., | ) |
| Defendants. | ) |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants respectfully move the Court for a seven (7) day extension of time to answer or otherwise respond to Plaintiffs' Second Amended Complaint. In support thereof, Defendants state:

1. On March 8, 2012, the parties stipulated to the filing of Plaintiff's Second Amended Complaint.

2. On March 9, 2012, Plaintiffs filed a Motion to File an Amended Complaint.

3. On March 12, 2012, the parties received an email from the CM/ECF system indicating that Plaintiffs' Motion was referred to Magistrate Judge Auld.

4. Earlier today, on March 22, 2012, the parties were notified via the CM/ECF system that Magistrate Judge Auld granted the Motion for Leave to

Amend and deemed Plaintiffs' Second Amended Complaint filed as of March 8, 2012.

5. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, parties have fourteen (14) days to respond to an amended complaint. Therefore, if the complaint is deemed filed as of March 8, 2012, Defendants' responsive pleading would be due today (March 22, 2012).

6. Defendants need an additional seven (7) days to answer or otherwise respond to Plaintiffs' Second Amended Complaint. Defendants respectfully request that they be permitted to file an answer or other responsive pleading on or before March 29, 2012.

Respectfully submitted this 22nd day of March 2012.

/s/ Stephanie Brennan
Stephanie Brennan
North Carolina State Bar Number 35955
*Attorney for the Defendants*

Assistant Attorney General
North Carolina Department of Justice
114 West Edenton Street
Office Number 353
Raleigh, North Carolina 27603
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone Number: 919/716-6929
Facsimile Number: 919/716-6763
Email Address: sbrennan@ncdoj.gov

# CERTIFICATE OF SERVICE

This is to certify that, on the 22nd day of March 2012, I caused a copy of the foregoing to be electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to the following CM/ECF participants:

>Katherine Lewis Parker, Esquire
>*Counsel for all Plaintiffs*
>Legal Director
>American Civil Liberties Union of
> North Carolina Legal Foundation
>Post Office Box 28004
>Raleigh, North Carolina 27611
>
>Bebe J. Anderson, Esquire
>Senior Counsel
>Center for Reproductive Rights
>120 Wall Street, 14th floor
>New York, New York 10005
>
>Andrew D. Beck, Esquire
>Staff Attorney
>American Civil Liberties Union Foundation
>125 Broad Street
>New York, New York 10004

*Certificate of Service continued on next page*

Helene T. Krasnoff, Esquire
Planned Parenthood Federation of America
1110 Vermont Avenue NW, Suite 300
Washington, D.C. 20005


*/s/ Stephanie Brennan*_____
Stephanie Brennan