IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., )
et al., )
 )
        Plaintiffs, )
 )
  v. ) 1:11CV804
 )
JANICE E. HUFF, M.D., et al., )
 )
        Defendants. )

**ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

This matter comes before the Court on Defendants' Motion for Extension of Time to Answer Second Amended Complaint for an additional seven (7) days. Having considered Defendants' Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension (Docket Entry 82) is **GRANTED** and that Defendants may answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before March 29, 2012.

                                           /s/ L. Patrick Auld
                                             **L. Patrick Auld
                                 United States Magistrate Judge**

Date: March 27, 2012