IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| | ) | Case No. 1:11-CV-00804-CCE |
| JANICE E. HUFF, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SPECIAL APPEARANCE OF JULIE RIKELMAN

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Julie Rikelman, and in support thereof, the undersigned counsel states as follows:

1. Julie Rikelman is a licensed attorney in good standing of the New York State Bar and the Alaska State Bar (currently on inactive status). She has also been admitted to the bars of the United States District Court (SDNY, EDNY), and the United States Courts of Appeals (Circuits 2, 5, 7). She is Litigation Director at The Center for Reproductive Rights, 120 Wall Street, 14th Floor, New York, NY 10005, and may be reached at (917) 637-3670 and jrikelman@reprorights.org.

2. Ms. Rikelman agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the

1

litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Julie Rikelman is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; Plaintiff Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic; and A Woman's Choice of Raleigh, Inc. in this proceeding.

RESPECTFULLY SUBMITTED this 3rd day of April, 2012.

/s/ Katherine Lewis Parker

Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil
Liberties Union of North Carolina Legal
Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
kparker@acluofnc.org

COUNSEL FOR PLAINTIFFS

Julie Rikelman
Litigation Director
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2012, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Katherine Lewis Parker
Katherine Lewis Parker
NC Bar #36263
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
kparker@acluofnc.org

3

Case 1:11-cv-00804-CCE-LPA   Document 85   Filed 04/03/12   Page 3 of 3