# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D.; JAMES R. DINGFELDER, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; SERINA FLOYD, M.D.; DECKER & WATSON, INC., d/b/a PIEDMONT CAROLINA MEDICAL CLINIC; PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA; A WOMAN'S CHOICE OF RALEIGH, INC.; PLANNED PARENTHOOD HEALTH SYSTEMS, INC.; TAKEY CRIST, M.D.; and TAKEY CRIST, M.D., P.A., d/b/a CRIST CLINIC FOR WOMEN, on behalf of themselves and their patients seeking abortions, | CIVIL ACTION<br><br>Case No. 1:11-CV-00804 |
| Plaintiffs,<br>v. | **NOTICE OF SUBSTITUTION<br>OF COUNSEL** |
| JANICE E. HUFF, M.D., in her official capacity as President of the North Carolina Medical Board; ROY COOPER, in his official capacity as Attorney General of North Carolina; LANIER M. CANSLER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services; JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B; TRACEY E. CLINE, in her official capacity as DA for PD 14; DOUG HENDERSON, in his official capacity as DA for PD 18; BILLY WEST, in his official capacity as DA for PD 12; C. COLON WILLOUGHBY, JR., in his official capacity as DA for PD 10; BENJAMIN R. DAVID, in his official capacity as DA for PD 5; JIM O'NEILL, in his official capacity as DA for PD 21; ERNIE LEE, in his official capacity as DA for PD 4; and their employees, agents, and successors, | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, effective immediately, Katherine Lewis Parker withdraws as counsel for all Plaintiffs with respect to the above matter, and is substituted by counsel Christopher A. Brook. Plaintiffs remain represented by other attorneys who have entered appearances.

Dated: June 18, 2012

/s/ Christopher A. Brook
Attorney for All Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2012, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Christopher A. Brook
Christopher A. Brook
NC Bar #33838
Legal Director, American Civil Liberties Union
Of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
CBrook@acluofnc.org