IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:11-cv-00804

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| JANICE E. HUFF, M.D., et al | ) |
| | ) |
| Defendants | ) |

### NOTICE OF APPEARANCE OF COUNSEL

Now comes the undersigned counsel and notices all parties and/or counsel that the undersigned represents all Plaintiffs in this action. The undersigned was admitted to the Middle District of North Carolina on June 19, 2006..

Respectfully submitted this 18th day of June, 2012.

/s/ Christopher A. Brook
Christopher A. Brook
NC Bar #33838
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
CBrook@acluofnc.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2012, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Christopher A. Brook
Christopher A. Brook
NC Bar 33838
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
CBrook@acluofnc.org