# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk        April 13, 2012        TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005

Dear Ms. Rikelman,

    Re:    Middle District Case #1:11CV804, Stuart, et al v.Huff, et al.

A Notice of Special Appearance was filed on your behalf by local counsel, Katherine Lewis Parker. As attorney of record for the defendants, Gretchen S. Stuart, M.D., David A. Grimes, M.D., Amy Bryant, M.D., Decker & Watson, Inc.,, d/b/a/ Piedmont Carolina Medical Clinic and A Woman's Choice of Raleigh, Inc., Inc. all future pleadings filed in this case must be signed by counsel who are registered e-filers.

This is to inform you that you must register as an e-filer within 30 days. The Judges in this Court have authorized notification requiring you to electronically submit all future filings via the Internet using our Case Management/Electronic Case Filing System (CM/ECF).

If you need additional information concerning registering, please visit our website at www.ncmd.uscourts.gov. The ECF Registration form must be completed and signed with an original signature and mailed to the attention of Billy Crumley, Office of the Clerk, U.S. District Court, PO Box 2708, Greensboro, NC 27402. If you have any questions please call Billy Crumley at 336-332-6003.

                                                Sincerely,

                                                JOHN S. BRUBAKER, CLERK

                                                By:   /s/ Lisa Israel
                                                          Deputy Clerk

JB/li