IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 1:11-cv-00804 |
| ) | |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SPECIAL APPEARANCE OF DIANA O. SALGADO

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Diana O. Salgado, and in support thereof, the undersigned counsel states as follows:

1. Diana O. Salgado is a licensed attorney in good standing of the District of Columbia Bar and the State Bar of Wisconsin (inactive status). She has also been admitted to the bar of the United States District Court for the District of Columbia. She is a staff attorney for Planned Parenthood Federation of America.

2. Ms. Salgado agrees that she will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Diana O. Salgado is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiffs Planned Parenthood of Central North Carolina and Planned Parenthood Health Systems, Inc., in this proceeding.

RESPECTFULLY SUBMITTED this 25th day of July, 2012.

s/ Christopher Brook
Christopher Brook
North Carolina Bar #33838
Legal Director, American Civil
Liberties Union of North Carolina
Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466 Telephone
(866) 511-1344 Fax
CBrook@acluofnc.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
diana.salgado@ppfa.org

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2012, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

> s/ Christopher Brook
> Christopher Brook
> North Carolina Bar #33838
> Legal Director, American Civil
> Liberties Union of North Carolina
> Legal Foundation
> P.O. Box 28004
> Raleigh, NC 27611
> (919) 834-3466 Telephone
> (866) 511-1344 Fax
> CBrook@acluofnc.org