IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| ) | Case No. 1:11-CV-00804-CCE |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SPECIAL APPEARANCE OF ANTON METLITSKY

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Anton Metlitsky, and in support thereof, the undersigned counsel states as follows:

1. Anton Metlitsky is a licensed attorney in good standing of the New York State Bar and the District of Columbia Bar. He has also been admitted to the bars of the United States District Court (E.D. Mich. (Not Sworn)), the United States Courts of Appeals (Circuits 2 - 7, 9 and DC), and the Supreme Court. He is a Counsel at O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, and may be reached at (212) 326-2000 and ametlitsky@omm.com.

2. Mr. Metlitsky agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation

1

at all conferences, hearings, trials, and other proceedings, and that he submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Anton Metlitsky is hereby provided to this Court. The undersigned counsel asks that he be noted as counsel of record for Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; Plaintiff Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic; and A Woman's Choice of Raleigh, Inc. in this proceeding.

RESPECTFULLY SUBMITTED this 20th day of August, 2012.

/s/ Christopher Brook

Christopher Brook
NC Bar # 33838
Legal Director, American Civil Liberties Union of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR PLAINTIFFS

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2012, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Christopher Brook
Christopher Brook
NC Bar # 33838
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

3