IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | Case No. 1:11-cv-00804 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR BEBE J. ANDERSON

Pursuant to Local Rule 83.1(e), the undersigned counsel hereby provides this Court with notice of substitution of counsel for Bebe J. Anderson. Ms. Anderson and Julie Rikelman, both of whom are attorneys employed by the Center for Reproductive Rights, have appeared in this action on behalf of Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; Decker & Watson, Inc., d/b/a Piedmont Carolina Medical Clinic; and A Woman's Choice of Raleigh, Inc. Ms. Anderson's Notice of Special Appearance was filed on October 3, 2011, and Ms. Rikelman's Notice of Special Appearance was filed on April 3, 2012.

As of the date of this Notice, Ms. Anderson withdraws as counsel for the above-listed Plaintiffs in this matter and is substituted in that role by Ms. Rikelman.

RESPECTFULLY SUBMITTED this 28th day of August, 2012.

| | |
|---|---|
| /s/ Christopher Brook | /s/ Bebe J. Anderson |
| Christopher Brook | Bebe J. Anderson |
| NC Bar #33838 | Julie Rikelman |
| Legal Director | Center for Reproductive Rights |
| American Civil Liberties Union | 120 Wall Street, 14th Floor |
| of North Carolina Legal Foundation | New York, NY 10005 |
| P.O. Box 28004 | (917) 637-3687 |
| Raleigh, NC 27611 | (917) 637-3666 Fax |
| (919) 834-3466 | banderson@reprorights.org |
| (866) 511-1344 Fax | jrikelman@reprorights.org |
| cbrook@acluofnc.org | |
| | |
| Andrew D. Beck | Diana O. Salgado |
| ACLU Foundation | Planned Parenthood Fed. of America |
| 125 Broad Street, 18th Floor | 434 W. 33rd Street |
| New York, NY 10004 | New York, NY 10001 |
| (212) 284-7318 | (212) 541-7800 |
| (212) 549-2650 Fax | diana.salgado@ppfa.org |
| abeck@aclu.org | |
| | |
| Anton Metlitsky | Walter Dellinger |
| O'Melveny & Myers, LLP | Laura Conn |
| Times Square Tower | O'Melveny & Myers, LLP |
| 7 Times Square | 1625 Eye Street NW |
| New York, NY 10036 | Washington, DC 20006 |
| (212) 326-2000 | (202) 383-5300 |
| (212) 326-2061 Fax | (202) 383-5414 Fax |
| ametlitsky@omm.com | wdellinger@omm.com |
| | lconn@omm.com |

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2012, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL FOR BEBE J. ANDERSON with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ *Christopher Brook*

Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

3