IN THE UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No. 1:11cv-00804

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NOTICE OF INTENT |
| v. | ) | TO FILE |
| | ) | DISPOSITIVE MOTION |
| RALPH LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with Local Rule 56.1(a), Defendants hereby give notice of their intent to file a motion for summary judgment under F. R. Civ. P. Rule 56 in the above-captioned matter.

This the 29th day of August, 2012.

        ROY COOPER
        Attorney General

        /s/ *Thomas J. Ziko*
        Thomas J. Ziko
        Senior Deputy Attorney General
        State Bar No. 8577
        E-mail: tziko@ncdoj.gov

        I. Faison Hicks
        Special Deputy Attorney General
        State Bar No. 10672
        E-mail: fhicks@ncdoj.gov

        Stephanie A. Brennan
        Assistant Attorney General
        State Bar No. 35955
        E-mail: sbrennan@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6963
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that, on the 29th day of August 2012, the foregoing **NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** was electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to counsel of record.

/s/ *Stephanie A. Brennan*
Stephanie A. Brennan
Assistant Attorney General