# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | Case No. 1:11-cv-00804 |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

Plaintiffs, Gretchen S. Stuart, M.D., *et al.*, through counsel, pursuant to L.R. 56.1(a), hereby give notice of their intention to file a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure in the above captioned matter.

Dated: August 31, 2012

Respectfully submitted,

/s/ *Christopher Brook*
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ *Julie Rikelman*
Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

COUNSEL FOR ALL PLAINTIFFS

1

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
diana.salgado@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED PARENTHOOD
HEALTH SYSTEMS, INC.

Andrew D. Beck
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER,
M.D., SERINA FLOYD, M.D., TAKEY
CRIST, M.D., & TAKEY CRIST M.D., P.A.
d/b/a CRIST CLINIC FOR WOMEN

Walter Dellinger
Laura Conn
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com
lconn@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S. STUART,
M.D., DAVID A. GRIMES, M.D., AMY
BRYANT, M.D., DECKER & WATSON
d/b/a PIEDMONT CAROLINA MEDICAL
CLINIC, & A WOMAN'S CHOICE OF
RALEIGH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2012, I electronically filed the

foregoing PLAINTIFFS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION with

the clerk of the court by using the CM/ECF system, which will send a notice of electronic

filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

3