IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| RALPH C. LOOMIS, M.D., et al., ) | Case No. 1:11-cv-00804 |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), Plaintiffs and Defendants, through their respective attorneys of record, respectfully move this Court to grant a seven (7) day extension of time to file their respective summary judgment motions. Thus, Plaintiffs and Defendants jointly and respectfully request that they be permitted to file their respective summary judgment motions and supporting materials on or before October 3, 2012.

Respectfully submitted on the 4th day of September, 2012,

/s/ *Christopher Brook*
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org
ATTORNEY FOR PLAINTIFFS

/s/ *Stephanie Brennan*
Stephanie Brennan
NC Bar #35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov
ATTORNEY FOR DEFENDANTS

1

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on September 4, 2012, they conferred and mutually agreed upon the foregoing JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT, and the same was then filed electronically with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

ATTORNEY FOR PLAINTIFFS

/s/ Stephanie Brennan
Stephanie Brennan
NC Bar # 35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

ATTORNEY FOR DEFENDANTS

2