IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RALPH C. LOOMIS, M.D., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> Case No. 1:11-cv-00804 |

## SUPPLEMENTAL JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), Plaintiffs and Defendants, through their respective attorneys of record, respectfully move this Court to grant a seven (7) day extension of time to file their respective summary judgment motions because the current due date of such motions, September 26, falls on a religious holiday. Thus, Plaintiffs and Defendants jointly and respectfully request that they be permitted to file their respective summary judgment motions and supporting materials on or before October 3, 2012.

1

Respectfully submitted on the 5th day of September, 2012,

*/s/ Christopher Brook*                     */s/ Stephanie Brennan*

| | |
|---|---|
| Christopher Brook, NC Bar #33838 | Stephanie Brennan, NC Bar #35955 |
| Legal Director | Assistant Attorney General |
| American Civil Liberties Union | N.C. Department of Justice |
| of North Carolina Legal Foundation | 114 W. Edenton Street |
| P.O. Box 28004 | P.O. Box 629 |
| Raleigh, NC 27611 | Raleigh, NC 27602 |
| (919) 834-3466 | (919) 716-6900 |
| (866) 511-1344 Fax | (919) 716-6763 Fax |
| cbrook@acluofnc.org | sbrennan@ncdoj.gov |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on September 5, 2012, they conferred and mutually agreed upon the foregoing SUPPLEMENTAL JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT, and the same was then filed electronically with the Clerk of the Court, by using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

ATTORNEY FOR PLAINTIFFS

/s/ Stephanie Brennan
Stephanie Brennan
NC Bar # 35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

ATTORNEY FOR DEFENDANTS

3