IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>RALPH C. LOOMIS, M.D., et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br><br>Case No. 1:11-CV-00804 |

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Supplemental Joint Motion for Extension of Time to File Motions for Summary Judgment on or before October 3, 2012 (Document Number 97).

**IT IS ORDERED** that the Supplemental Joint Motion for Extension of Time to File Motions for Summary Judgment is granted.

This _____ day of _____, 2012.

_____
Catherine C. Eagles
United States District Judge