IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,   )
                                     )
            Plaintiffs,              )
                                     )
v.                                   )
                                     )   Case No. 1:11-CV-00804
                                     )
RALPH C. LOOMIS, M.D., et al.,       )
                                     )
            Defendants.              )

## ORDER

This matter is before the Court on the Parties' Supplemental Joint Motion for Extension of Time to File Motions for Summary Judgment on or before October 3, 2012. (Document Number 98.)

**IT IS ORDERED** that the Supplemental Joint Motion for Extension of Time to File Motions for Summary Judgment is GRANTED. It is further **ORDERED** that Motions for Summary Judgment shall be filed on or before October 3, 2012.

This 6th day of September, 2012.

_____
United States District Judge