IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| GRETCHEN S. STUART, M.D., et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| RALPH C. LOOMIS, M.D., et al., | ) | Case No. 1:11-cv-00804 |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE TRIAL DATE

Now come the parties, Plaintiffs and Defendants, through their respective attorneys of record, and jointly and respectfully, pursuant to Local Rule 40.1(b), move this Court for a continuance of the trial date set in the above captioned case. The Notice issued by this Court on April 27, 2012, set trial in this matter for January 7, 2013.

The parties agree that the Court can resolve this case as a matter of law, and all parties have filed a notice of their intention to file a motion for summary judgment. Currently, summary judgment motions are due on or before October 3, 2012. Thus, under the filing deadlines established in Local Rule 56.1(d) for filing a response and reply brief, these cross-motions may not be fully briefed until the middle of November. Accordingly, in the interest of judicial economy, and to preserve both the Court and the parties' resources, the parties jointly and respectfully request that this Court grant a continuance of the January 7, 2013 trial date to provide sufficient time for the resolution of the parties' cross-motions for summary judgment.

1

Respectfully submitted on the 14th day of September 2012,

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

ATTORNEY FOR PLAINTIFFS

/s/ Gretchen S. Stuart
Gretchen S. Stuart, M.D.

/s/ James R. Dingfelder
James R. Dingfelder, M.D.

/s/ David A. Grimes
David A. Grimes, M.D.

/s/ Amy Bryant, M.D.
Amy Bryant, M.D.

/s/ Serina Floyd
Serina Floyd, M.D.

/s/ Takey Crist
Takey Crist, M.D.

/s/ Takey Crist
Takey Crist, on behalf of
Crist Clinic for Women

/s/ David Lipton
David Lipton, on behalf of Piedmont
Carolina Medical Clinic

ROY COOPER
Attorney General

/s/ Thomas J. Ziko
Thomas J. Ziko
Senior Deputy Attorney General
State Bar No. 8577
tziko@ncdoj.gov

/s/ I. Faison Hicks
I. Faison Hicks
Special Deputy Attorney General
State Bar No. 10672
fhicks@ncdoj.gov

/s/ Stephanie A. Brennan
Stephanie A. Brennan
Assistant Attorney General
State Bar No. 35955
sbrennan@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

ATTORNEYS FOR DEFENDANTS

/s/ Ralph Loomis
Ralph Loomis, on behalf of
The N.C. Medical Board

/s/ Al Delia
Al Delia, on behalf of N.C. Dept.
of Health and Human Services

/s/ Janet Colm
Janet Colm, on behalf of Planned
Parenthood of Central North Carolina

/s/ Kelly Martin
Kelly Martin, on behalf of A Woman's
Choice of Raleigh, Inc.

/s/ Walker Klausmeier
Walker Klausmeier, on behalf of
Planned Parenthood Health Systems,
Inc.

PLAINTIFFS

/s/ Grayson Kelley
Grayson Kelley, on behalf of
Roy Cooper, Attorney General

/s/ Jim Woodall
Jim Woodall, D.A., on behalf of
Prosecutorial District 15B

/s/ Tracey E. Cline
Tracey E. Cline, D.A., on behalf of
Prosecutorial District 14

/s/ Doug Henderson
Doug Henderson, D.A., on behalf of
Prosecutorial District 18

/s/ Billy West
Billy West, D.A., on behalf of
Prosecutorial District 12

/s/ Colon Willoughby
Colon Willoughby, D.A., on behalf of
Prosecutorial District 10

/s/ Benjamin R. David
Benjamin R. David, D.A., on behalf of
Prosecutorial District 5

/s/ Jim O'Neill
Jim O'Neill, D.A., on behalf of
Prosecutorial District 21

/s/ Ernie Lee
Ernie Lee, D.A., on behalf of
Prosecutorial District 4

DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on September 14, 2012, they conferred and mutually agreed upon the foregoing JOINT MOTION TO CONTINUE TRIAL DATE, and the same was then filed electronically with the Clerk of the Court, by Christopher Brook, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

ATTORNEY FOR PLAINTIFFS

/s/ Stephanie Brennan
Stephanie Brennan
NC Bar #35955
Assistant Attorney General
N.C. Department of Justice
114 W. Edenton Street
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
(919) 716-6763 Fax
sbrennan@ncdoj.gov

ATTORNEY FOR DEFENDANTS