IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 11-CV-804 |
| | ) | |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Continue Trial Date which was noticed by the Court on April 27, 2012, to begin on January 7, 2013.

**IT IS ORDERED** that the Joint Motion to Continue Trial Date is GRANTED.

This 17th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE