IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
)
RALPH C. LOOMIS, M.D., et al., ) Case No. 1:11-cv-00804
)
Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs hereby move this Court for an order granting them leave to file a third amended complaint in this action to remove the Third, Fifth, and Sixth Claims for Relief contained in the Second Amended Complaint. In support of their motion, Plaintiffs allege the following:

1. Plaintiffs filed a Second Amended Complaint on March 8, 2012 (ECF No. 75), which set forth six claims for relief.

2. The proposed Third Amended Complaint is almost identical to Plaintiffs' Second Amended Complaint previously filed in this action, except for the following: (a) the removal of what were formerly the Third Claim for Relief (First and Fourteenth Amendment Rights of Patients), Fifth Claim for Relief (First Amendment Rights of Physicians with respect to Section 90-21.90(b) of North Carolina Session Law 2011-405 (House Bill 854)), and the Sixth Claim for Relief (Equal Protection Discrimination

1

Against Women Who Cannot Read State Materials); (b) edits to or the deletion of part or all of former paragraphs 1-2, 4, 6, 45, 48, 50, 79, 81-84, 89, and 91 which largely related to the former Third, Fifth, and Sixth Claims for Relief; (c) the addition of paragraph 73; and (d) the resultant renumbering of the former paragraphs 4 through 101 and their claims for relief to reflect those changes.

3. Rule 15(a)(2) provides that "a party may amend its pleading . . . with the opposing party's written consent or the court's leave." Rule 15 requires that leave to amend a complaint be freely granted when "justice so requires." Fed. R. Civ. P. 15(a)(2).

4. Plaintiffs' proposed Third Amended Complaint is annexed hereto as Exhibit A.

5. The proposed Third Amended Complaint seeks to remove three claims for relief before motions for summary judgment are due.

6. Defendants have informed Plaintiffs that they consent to Plaintiffs filing this Third Amended Complaint.

7. Accordingly, Plaintiffs seek the Court's leave to file the attached Third Amended Complaint.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order granting them leave to file the proposed Third Amended Complaint.

Dated: September 25, 2012

Respectfully submitted,

/s/ Christopher Brook

| | |
|---|---|
| Christopher Brook<br>NC Bar #33838<br>Legal Director<br>American Civil Liberties Union<br>of North Carolina Legal Foundation<br>P.O. Box 28004<br>Raleigh, NC 27611<br>(919) 834-3466<br>(866) 511-1344 Fax<br>cbrook@acluofnc.org<br><br>COUNSEL FOR ALL PLAINTIFFS | Julie Rikelman*<br>Center for Reproductive Rights<br>120 Wall Street, 14th Floor<br>New York, NY 10005<br>(917) 637-3670<br>(917) 637-3666 Fax<br>jrikelman@reprorights.org<br><br>Walter Dellinger*<br>Laura Conn*<br>O'Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington D.C. 20006<br>wdellinger@omm.com<br>lconn@omm.com<br><br>Anton Metlitsky*<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 326-2000<br>(212) 326-2061 Fax<br>ametlitsky@omm.com<br><br>COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC. |

Andrew D. Beck*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST M.D., P.A. d/b/a CRIST CLINIC
FOR WOMEN

Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado*
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
diana.salgado@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS,
INC.

*By Special Appearance

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2012, I filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS