IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
    Plaintiffs, )
)
v. ) CIVIL ACTION
)
RALPH C. LOOMIS, M.D., et al., ) Case No. 1:11-cv-00804
)
    Defendants. )

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to File a Third Amended Complaint. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave is GRANTED and Plaintiffs' Third Amended Complaint for Injunctive and Declaratory Relief is deemed filed.

_____
UNITED STATES DISTRICT JUDGE

Date: September ____, 2012