# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,     )
                                         )
               Plaintiffs,          )
                                           )
 v.                                   )       1:11CV804
                                           )
RALPH C. LOOMIS, M.D., et al.,        )
                                         )
             Defendants.        )

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to File a Third Amended Complaint. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave is GRANTED and Plaintiffs' Third Amended Complaint for Injunctive and Declaratory Relief is deemed filed. As the Third Amended Complaint does not state any new causes of action, the deadlines for summary judgment motions and briefing remain in place.

This the 25th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE