IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| RALPH C. LOOMIS, M.D., et al., ) | Case No. 1:11-cv-00804 |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiffs hereby move this Court for summary judgment as to all of Plaintiffs' claims. Plaintiffs are entitled to a permanent injunction enjoining enforcement of Section 90-21.85 of North Carolina Sessions Law 2011-405 (House Bill 854 or "the Act") for the reasons set forth in the accompanying Memorandum of Law and the Declarations of Andrew Beck, James Dingfelder, M.D., Serina E. Floyd M.D., M.S.P.H., Carolyn Jones, Anne Drapkin Lyerly, M.D., M.A., Carol Getker Shores, M.D., PH.D., F.A.C.S., Nada Stotland, M.D., M.P.H., Gretchen S. Stuart, M.D., M.P.H. & T.M., and Amy Weil, M.D.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order granting a permanent injunction as to Section 90-21.85 of the Act and adopting saving constructions of the other challenged portions of the Act as described in Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment.

1

Dated: October 3, 2012

Respectfully submitted,

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org


COUNSEL FOR ALL PLAINTIFFS

Julie Rikelman*
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

Walter Dellinger*
Laura Conn*
O'Melveny & Myers LLP
1625 Eye Street NW
Washington D.C. 20006
wdellinger@omm.com
lconn@omm.com

Anton Metlitsky*
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S.
STUART, M.D., DAVID A. GRIMES,
M.D., AMY BRYANT, M.D., DECKER
& WATSON d/b/a PIEDMONT
CAROLINA MEDICAL CLINIC, & A
WOMAN'S CHOICE OF RALEIGH,
INC.

2

Andrew D. Beck\*
Staff Attorney
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST M.D., P.A. d/b/a CRIST CLINIC
FOR WOMEN

Helene T. Krasnoff\*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado\*
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
diana.salgado@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS,
INC.

\*By Special Appearance

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2012, I filed the foregoing PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher Brook
Christopher Brook
NC Bar #33838
Legal Director
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS