IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| RALPH C. LOOMIS, M.D., et al., ) | Case No. 1:11-cv-00804 |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Defendants and their agents and successors in office are hereby ENJOINED from enforcing—by civil action, criminal proceeding, administrative action or proceeding, or in any other way—the Act's section entitled "Display of real-time view requirement" in its entirety. Further, the Court construes certain sections of the Act in accordance with its opinion filed herewith.

_____
The Honorable Catherine C. Eagles
United States District Judge

Date: December ____, 2012