# Exhibit A

# CURRICULUM VITAE - GRETCHEN SAUER STUART, M.D. M.P.H.&T.M.

**Name and Titles:** Gretchen S. Stuart, M.D., M.P.H.&T.M.
Associate Professor
Division of Women's Primary Healthcare
Department of Obstetrics & Gynecology
Director, Family Planning Program
Director, Contraception Clinic
Director, Family Planning Fellowship
Assistant Director, Kenneth J. Ryan Residency Training Program in Abortion and Family Planning

**Office Address:** Division of Women's Primary Healthcare
Department of Obstetrics & Gynecology
University of North Carolina at Chapel Hill
3031 Old Clinic Building/Campus Box, 7570
Chapel Hill, NC 27599-7570

**Office Telephone:** (919) 843-5633
**Office Fax:** (919) 966-9437
**E-mail:** gstuart@med.unc.edu

**Medical Licensure:**
2006 to present — North Carolina, California
1995 to present — Texas
Inactive: Vermont, New York

**Board Certification – American Board of Obstetrics and Gynecology**

Voluntary Recertification 2008, 2010
Originally Certified 2001

## EDUCATION AND PROFESSIONAL TRAINING

1994-1998   Residency, Obstetrics & Gynecology, Parkland Memorial Hospital
University of Texas Southwestern Medical Center (UTSW), Dallas, TX

1990-1994   M.D., Tulane University School of Medicine, New Orleans, LA

1990-1994   M.P.H.&T.M., School of Public Health and Tropical Medicine
Tulane University, New Orleans, LA

1981–1985   B.Sc. Biological Sciences, University of Vermont, Burlington, VT

## PROFESSIONAL EXPERIENCE – EMPLOYMENT HISTORY

| | |
|---|---|
| 2012 to present | Associate Professor<br>Division of Women's Primary Healthcare<br>Department of Obstetrics and Gynecology<br>University of North Carolina School of Medicine |
| 2008 to present | Director, Fellowship in Family Planning<br>Department of Obstetrics and Gynecology<br>University of North Carolina School of Medicine |
| 2008 to present | Director, Contraception Clinic<br>Department of Obstetrics and Gynecology<br>University of North Carolina School of Medicine |
| 2007 to 2012 | Director, Kenneth J. Ryan Residency Training Program in Abortion and Family Planning<br>Department of Obstetrics and Gynecology<br>University of North Carolina School of Medicine |
| 2006 to present | Assistant Professor<br>Division of Women's Primary Healthcare<br>Department of Obstetrics and Gynecology<br>University of North Carolina School of Medicine |
| 2001 to 2006 | Assistant Professor<br>Department of Obstetrics and Gynecology<br>University of Texas Southwestern Medical Center at Dallas |
| 1998 to 2001 | Private Practice, Obstetrics & Gynecology<br>Middlebury, Vermont |
| 1989 to 1990 | Editorial Assistant, Environmental Nutrition Newsletter, New York City |
| 1987 to 1989 | Health Education Coordinator, Water Aid, Uganda |
| 1986 | Operation Raleigh, Papua, New Guinea |

## HONORS AND AWARDS

| | |
|---|---|
| 2011 | Golden Tar Heel Award for Excellence in Medical Student Teaching |
| 2008 | Center for AIDS Research Development Award |
| 2007 | Golden Tar Heel Award for Excellence in Medical Student Teaching |
| 2006 | Women's Reproductive Health Research Faculty Scholar Award |
| 2003 | Berlex Foundation Faculty Development Award |
| 1990-94 | Chancellor's Scholarship, Tulane University, 4-year merit scholarship |

# BIBLIOGRAPHY

## REFEREED PUBLICATIONS

1. Grimes DA, Stuart GS, Levi EL. Screening Women for Oral Contraception: Can Family History Identify Inherited Thrombophilias? In Press. Obstetrics and Gynecology.

2. Bryant AG, Stuart GS, Narasimhan S. Long-acting reversible contraceptive methods for adolescents with chronic medical problems. In press. Journal of Pediatric and Adolescent Gynecology.

3. Stuart GS, Bryant AG, O'Neill E, Doherty IA. Feasibility of postpartum placement of the levonorgestrel intrauterine system more than six hours after vaginal birth. Contraception. 2012 April; 85(4). PMID: 22067759

4. Grimes DA, Raymond E, Stuart GS. Feticidal digoxin injection before dilation and evacuation abortion: evidence and ethics. *Contraception*. 2012 February; 85(2) 140-3. PMID: 22067810

5. Stuart GS, Moses A, Corbett A, Phiri G, Kumwenda W, Mkandawire N, Chintedze J, Malunga G, Hosseinipour M, Cohen MS, Stanczyk FZ, Kashuba AD. Combined Oral Contraceptives and Antiretroviral PK/PD in Malawian Women: Pharmacokinetics and Pharmacodynamics of a Combined Oral Contraceptive and a Generic Combined Formulation Antiretroviral in Malawi. J Acquir Immune Defic Syndr. 2011 Oct 1; 58(2):e40-3. PMID: 21921726

6. Doherty IA, Stuart GS. Couples, Sexual Networks, Populations: Implications for Use of Coitus Interruptus. Sex Transm Dis. 2011 July; 38(7):675. PMID: 21844716

7. Doherty IA, Stuart GS. Coitus Interruptus Is Not Contraception. Sex Transm Dis. 2011 April; 38(4) 356. PMID: 19801963

8. Bryant AG, Grimes DA, Garrett, JM, Stuart GS. Second Trimester Abortion for Fetal Anomalies or Fetal Death: Labor Induction Compared with Dilation and Evacuation. Obstet Gynecol. 2011 Apr, 117(4):788-92. PMID: 21422848

9. Grimes DA, Stuart G. Abortion jabberwocky: the need for better terminology. Contraception. 2010 Feb.; 81(2): 93-6. PMID: 20103443

10. Stuart GS. Fourteen million women with limited options: HIV/AIDS and highly effective reversible contraception in sub-Saharan Africa. Contraception. 2009 Nov.; 80(5): 412-6. PMID: 19835713

11. Stuart GS, Grimes DA. Social desirability bias in family planning studies: a neglected problem. Contraception. 2009 Aug; 80(2):108-12. PMID: 19631784

12. Stuart GS (2009). HIV transmission by HIV-infected women using hormonal contraception Clin Infect Dis. 2009 Feb 15;48(4):499-500. PMID: 19586383

13. Kalmuss D, Koenemann S, Westhoff C, Heartwell S, Edwards S, Zieman M, Cushman L, Robilotto C, Stuart G. (2008). Prior pill experiences and current continuation among pill restarters. Perspect Sex Reprod Health. 2008 Sept;40(3):138-43. PMID: 18803795

14. Stuart GS, Tang JH, Heartwell SF, Westhoff CL; QuickStart Study Group. A high cholecystectomy rate in a cohort of Mexican American women who are postpartum at the time of oral contraceptive pill initiation. Contraception. 2007 Nov;76(5):357-9. PMID: 17963859

15. Viswanathan M, Hartmann K, McKoy N, Stuart G, ~Rankins N, Thieda P, Lux LJ, Lohr KN. (2007). Management of uterine fibroids: an update of the evidence. Evid Rep Technol Assess (Full Rep). 2007 Jul;(154):1-122. PMID: 18288885

Case 1:11-cv-00804-CCE-LPA   Document 107-1   Filed 10/03/12   Page 4 of 10

16. Westhoff C, Heartwell S, Edwards S, Zieman M, Cushman L, Robilotto C, Stuart G, Morroni C, Kalmuss D. Initiation of oral contraceptives using a quick start compared with a conventional start: a randomized controlled trial. Obstet Gynecol. 2007 June;109(6):1270-6. PMID: 17540797
17. Westhoff CL, Heartwell S, Edwards S, Zieman M, Stuart G, Cwiak C, Davis A, Robilotto T, Cushman L, Kalmuss D (2007). Oral contraceptive discontinuation: do side effects matter? Am J Obstet Gynecol. 2007 April;196(4):412.e1-6; discussion 412.e6-7. PMID: 17403440
18. Stuart GS, Castaño PM, Sheffield JS, McElwee B, McIntire DD, Wendel GD. Postpartum sterilization choices made by HIV-infected women. Infect Dis Obstet Gynecol. 2005 Dec;13(4):217-22. PMID: 16338782
19. Griffith WF, Stuart GS, Gluck KL, Heartwell SF. Vaginal speculum lubrication and its effects on cervical cytology and microbiology. Contraception. 2005 Jul;72(1):60-4. PMID: 15964294
20. Stuart GS, Sheffield JS, Hill JB, McIntire DD, McElwee B, Wendel GD (2004). Morbidity that is associated with curettage for the management of spontaneous and induced abortion in women who are infected with HIV. Am J Obstet Gynecol. 2004 Sep;191(3):993-7. PMID: 15467578
21. Stuart SG, Castano P. Sexually Transmitted Infections and Contraceptives: Selective Issues. Obstet Gynecol Clin North Am; 2003 Dec; 30(4):795-808. PMID: 14719851
22. Sheffield JS, Hollier LM, Hill JB, Stuart GS, Wendel GD (2003). Acyclovir prophylaxis to prevent herpes simplex virus recurrence at delivery: a systematic review. Obstet Gynecol. 2003 Dec;102(6):1396-403. PMID: 14662233
23. Whitsel Al, Capeless EC, Abel DE, Stuart GS. (2000) Adjustment for case mix in comparisons of cesarean delivery rates: university versus community hospitals in Vermont. Am J Obstet Gynecol. 2000 Nov;183(5):1170-5. PMID: 11084561

**Published Abstracts**

*Oral Presentations*
1. Stuart GS, Dominik R, Martinson FEA, Powers KA, Kachipapa EI, Mphande CD, Stephenson R, Tsui AO, Hosseinipour MC, Hoffman, IF. Contraception continuation and initiation by newly diagnosed HIV-infected women in Malawi. International Conference on Family Planning; Research and Best Practices. November 15-78, 2010. Kampala, Uganda.
2. Griffith WF, Stuart GS, Heartwell S, Gluck KL. "Vaginal Speculum Lubrication Effects On Unsatisfactory Cervical Cytology and The Detection Rates of Cervical Chlamydia and Gonorrhea". Annual Meeting of the Association for Reproductive Health Professionals. September 8-10, 2004. Washington, DC.

*Poster Presentations*
1. Haddad L, Cwiak C, Jamieson D, Feldacker C, Hosseinipour M, Hoffman I, Bryant A, Stuart G, Phiri S. Condom use among HIV positive women desiring women desiring family planning in Lilongwe, Malawi. North American Forum on Family Planning. October 22-24, 2011. Washington, DC.
2. Haddad L, Phiri S, Cwiak C, Feldacker C, Hosseinipour M, Hoffman I, Bryant A, Stuart G, Goedken P, Jamieson D. Fertility preferences, unintended pregnancy, and contraceptive use among HIV positive women desiring family planning in Lilongwe, Malawi. North American Forum on Family Planning. October 22-24, 2011. Washington, DC.
3. Stuart G, Bryant A, O'Neill E, Doherty I. LNG-IUS placement at least 7 h after vaginal birth in North Carolina: acceptability and use at 6 months. North American Abortion and Family Planning Meeting. October 21-24 2011. Washington, DC.
4. Haddad LB, Nyirenda M, Tweya H, Feldacker C, Jamieson DJ, Hosseinipour M, Hoffman I, Cwiak C, Bryant A, Stuart GS, Martinson F, Mhango C, Hartsell S, Noah I, Miundila L, Samala B, Phiri S. Successful Integration of Family Planning into HIV Care in Lilongwe, Malawi. International AIDS Society. July 2011. Rome, Italy.

5. Haddad LB, Nyirenda, M, Cwiak C, Tweya H, Feldacker C, Jamieson DJ, Hosseinipour M, Hoffman I, Bryant AG, **Stuart GS**, Noah I, Mulundila L, Samala B, Phiri S. Contraceptive eligibility, choice and acceptance of the copper Intrauterine device (IUD) among HIV+ clients at an ART clinic in Lilongwe, Malawi. International AIDS Society. July 2011. Rome, Italy.
6. O'Neill E, **Stuart GS**, Bryant AG. Insertion of the levonorgestrel intrauterine system up to 48 hours after delivery. American College of Obstetricians and Gynecologists Annual Clinical Meeting. May 2-5, 2011. Washington DC.
7. **Stuart GS**, Moses A, Corbett A, Phiri G, Kumwenda W, Mkandwire N, Hintedze J, Malunga G, Hosseinipour M, Hoffman I, Stanczyk F, Kashuba A. Pharmacokinetic and Pharmacodynamic Activity of the Combined Oral Contraceptive LoFemenal in HIV+ Women in Lilongwe, Malawi. 18th Conference on Retroviruses and Opportunistic Infections. February 27 – March 2, 2011. Boston, Massachusetts.
8. Bryant AG, **Stuart GS**, Grimes DA. Dilation and Evacuation vs. Labor Induction for Fetal Indications: A Retrospective Cohort Study. Association of Reproductive Health Professionals' Reproductive Health 2010. September 22-25, 2010. Atlanta, Georgia.
9. **Stuart GS**, +Langston A, Heartwell S. A Pilot Study in Teenagers – The Oral Contraceptive Pill versus the Transdermal Contraceptive Patch. American College of Obstetricians and Gynecologists' 53rd Annual Clinical Meeting. May 7-11, 2005. San Francisco, California.
10. Miniyar S, **Stuart GS**, Sheffield JS, Wendel GD. Depo-Provera and Herpes Genitalis: Is there an Association? Annual Meeting of the American College of Obstetricians and Gynecologists, May 3-6, 2004. Philadelphia, PA.

11. **Stuart GS**, Sheffield J, Hill JB, McIntire DD, Wendel GD. Morbidity of Surgical Abortions in an HIV Infected County Hospital Population. 24th Annual Meeting of the Society for Maternal Fetal Medicine. Feb 2-7 2004. New Orleans, LA.

12. **Stuart GS**, +Castano PM, Sheffield J, Hollier L, Wendel GD. Postpartum Permanent Sterilization Choices in HIV Infected Women, 1993-2002: A Retrospective Cohort Study. 15th Annual Biennial Congress of the International Society for Sexually Transmitted Diseases Research. July 27-30, 2003. Ottawa, Canada.

13. Sheffield JS, Hill JB, **Stuart GS**, Hutcheson E, McElwee B, Wendel GD. Morbidity of spontaneous and elective abortions in an HIV infected indigent population. Infectious Diseases Society of Obstetricians and Gynecologists. August 10, 2002. Banff, Alberta (Canada)

### *Refereed Unpublished Oral Presentations*
1. O'Neill E, **Stuart GS**, Bryant AG. Acceptability of LNG-IUS inserted after vaginal delivery: A pilot study of early postpartum contraception. The Ross Residency Alumni Society. May 14, 2010. Chapel Hill, NC

2. Creighton T, **Stuart GS**, McKoy J. The availability of emergency contraception in pharmacies in North Carolina; knowledge about emergency contraception is an important component of availability. The Ross Residency Alumni Society. April 25-26, 2008. Chapel Hill, NC

### *Refereed Unpublished Poster Presentations*
1. **Stuart GS**, Jamieson DJ, Van der Horst C, and the UNC Project BAN Study Team. Obstetric outcomes among HIV-infected women with CD4 counts >200 cells/µL in Lilongwe, Malawi. The BAN experience. Annual Women's Reproductive Health Research Scholars Meeting. May 15-16, 2007. Portland, Oregon.

## BOOK CHAPTERS

1. Stuart GS. Contraception and Sterilization. In: Schorge JO, Schaffer JI, Halvorson LM, Hoffman BL, Bradshaw KD, Cunningham et al, editors. Williams Gynecology. First Edition. New York: McGraw-Hill Medical; 2008. p. 105-36.
2. Stuart GS. Contraception and Sterilization. In: Schorge JO, Schaffer JI, Halvorson LM, Hoffman BL, Bradshaw KD, Cunningham et al, editors. Williams Gynecology. Second Edition. New York: McGraw-Hill Medical; In Press. Proofs reviewed and resubmitted Sept. 2011, 36 pgs.

**Invited Lectures and Grand Rounds**

**Contraception: Everything you wanted to know but were afraid to ask". Carolina Science Café.** Sponsored by the Morehead Planetarium. September 6, 2012

Hormonal contraception, the intrauterine contraceptive device and HIV. Kamuzu Central Hospital. Lilongwe, Malawi. February 29, 2012

Intrauterine contraception; past, current and future research. Center for Infectious Disease Research of Zambia. Lusaka, Zambia. February 22, 2012

**"HIV, ARVS, AND CONTRACEPTION: RESEARCH CHALLENGES". Women's Interdisciplinary** Health Committee invited presentation at the IMPACCT/ACTG annual meeting. Washington, DC. November 4, 2011

The Feasibility of Postpartum Levonorgestrel-releasing Intrauterine System placement more than 6 hours after delivery. The Society of Family Planning Annual Meeting. Washington, DC.October 22, 2011,

COCs and ARVs: The alphabet soup of oral contraceptives and antiretrovirals. Infectious Diseases Grand Rounds. University of North Carolina, Chapel Hill. May 13, 2011

Beyond Estrogen: Non-Hormonal Solutions to Hot Flashes. Optimizing Women's Health from Adolescence to Menopause Conference. University of North Carolina Friday Center. Chapel Hill, NC. February 26, 2011

Engaging Medical Students in Family Planning Education. Ryan Program Webinar. November 1, 2010

A Novel Approach to Post-partum Contraception. The V and X: Tracking Transitions in Family Planning, Preconception and Women's Health. Region IV Network for Data Management and Utilization (RNDMU) Workshop and Family Planning Directors' Meeting. Chapel Hill, North Carolina. September 27-29, 2010

Family Planning and the intrauterine Contraceptive Device. General Staff Meeting. UNC Project-Tidziwe Center. Lilongwe, Malawi. June 24, 2010

The Role of Contraception in Improving Women's Health Status, A Global Perspective. UNC Department of Obstetrics and Gynecology. November 14, 2007

The Intrauterine Device. The UNC Project- Tidziwe Center; Lilongwe, Malawi. June 10, 2009

Update in Contraception for HIV Infected Women. Department of Obstetrics and Gynecology at Wake Medical Center; Raleigh, NC. January 8, 2009

Implanon, Essure, Microbicides and Other Contraception News. UNC Department of Obstetrics and Gynecology. May 31, 2007

Family Planning for HIV Infected Women. Infectious Diseases Grand Rounds. December 12, 2006

Contraception Update. Southwestern Gynecology Assembly. Dallas, Texas. December 3-5, 2005

Second Annual Women & HIV Symposium: Spotlight on a Silent Epidemic. Dallas, Texas. April 8-9, 2005

Contraception Update. Community Outpatient Clinic Conference. Dallas, Texas. Oct. (exact date not known)

Making Plan B available over the counter. Presented to the Reproductive Health Section of the FDA on behalf of the National Family Planning and Reproductive Health Association; Washington, DC. February, 2003


## GRANTS AND CONTRACTS

### *Current Grants and Contracts*

2012 to 2013. Fellowship in Family Planning Grant. This grant supports the training of postgraduate obstetrician/gynecologists in research methods, and clinical practice in all areas of family planning and contraception. Investigator-Initiated. Anonymous Foundation (A11-4910) Role -Principal Investigator/Program Director. $300,000. 14% Effort

2012 – 2017. A phase 3, randomized, multicenter, open-label, randomized, multi-center study of a Levonorgestrel-Releasing Intrauterine System (20 mcg/day) and Mirena® for long-term reversible contraception up to five years. Protocol no.: M360-L102. Role-Site Principal Investigator. $330,000. 10% Effort.

2012 to 2014. ***Pharmacokinetics, pharmacodynamics, and genital tract viral shedding in HIV+ women using combined oral contraceptives and raltegravir.*** Merck Pharmaceuticals. Investigator-Initiated. Role – Principal Investigator. $496,000. 15% Effort

2012-2013. Intrauterine Device Placement at Cesarean Delivery: A Randomized Controlled Trial. Society of Family Planning. Role – Faculty Mentor/PI. $70,000. 0% Effort

2011 to 2014. Preventing HIV Infection in Women: Targeting Antiretrovirals to Mucosal Tissues. Investigator –Initiated (PI: Kashuba). National Institute of Allergy and Infectious Diseases (1-U01-AI095031-01). Role - Co-Investigator. $731,273.00. 5% Effort

2011 to 2013. Immediate postpartum vs. 4-8 week postpartum LNG-IUS use and breastfeeding: A randomized clinical trial. Investigator-Initiated. Society for Family Planning (SFP3-5). Role (Principal Investigator); $120,000. 5% Effort

2011 to 2012. Fellowship in Family Planning Grant. This grant supports the training of postgraduate obstetrician/gynecologists in research methods, and clinical practice in all areas of family planning and contraception. Investigator-Initiated. Anonymous Foundation (A11-4910) Role -Principal Investigator/Program Director. $307,680. 11% Effort

2011 to 2012. Kenneth J. Ryan Residency Training Program.. The goal of this grant is to support the development of a family planning rotation to teach residents management of contraceptive, fertility control, and uterine evacuation techniques through clinical and didactic training. Investigator Initiated. Anonymous Foundation. Principal Investigator/Co-Program Director. $246,701. 10% Effort

2011 to 2012. Family planning intentions and satisfaction with contraceptive care: A qualitative exploration of postpartum Latina women in North Carolina Investigator-Initiated Society for Family Planning. Role – Principal Investigator and Faculty Mentor. $5,000.

2011 to 2012. A randomized controlled trial of a brief educational script on postpartum contraceptive uptake. Anonymous Foundation. Faculty Mentor and Co-Principal Investigator. $70,000. 0% effort

2010 to 2011. Feasibility of Collecting Breastfeeding Data Using Validated Questionnaires When the Levonorgestrel-releasing Intrauterine Device is Placed 10 Minutes to 48 Hours Postpartum; Add on to an Ongoing Funded Pilot Study. Investigator-Initiated. NC TraCS Institute (10KR51036) Principal Investigator. $10,000. 0% Effort

## *Completed Grants and Contracts*

2006 to 2011. WRHR Career Development Center at UNC. The goal of this Center Award is to train tenure track junior Ob/Gyn faculty members for careers in sophisticated multidisciplinary research by preparing them to be independent investigators in clinical and translational research. National Institutes of Health (NIH 5K12 HD050113) Faculty Scholar. $1,659,424. 75% Effort

2010 to 2011. Fellowship in Family Planning Grant. This grant supports the training of postgraduate obstetrician/gynecologists in research methods, and clinical practice in all areas of family planning and contraception. Investigator-Initiated. Anonymous Foundation (A10-0131) Principal Investigator/Program Director. $309,133. 10% Effort

2010 to 2011. A Pilot Study of a Randomized Trial Comparing Two Different Time Frames for Copper T380A Intrauterine Contraception Insertion; Immediately Postpartum Compared to 4-6 weeks Postpartum in Lilongwe, Malawi. Investigator-Initiated. Anonymous Foundation (A11-0292). Faculty Mentor and Co-Principal Investigator. $70,000. 5% Effort

2009 to 2010. Preventing HIV Infection in Women: Targeting Antiretrovirals to Mucosal Tissues Investigator-Initiated. National Institutes of Health (1 R34 AI087065-01) Co-Investigator. $111,000. 5% Effort

2009 to 2010. A Pilot Study of Early Postpartum Intrauterine Contraception. Investigator Initiated. Society of Family Planning (SFP3-14) Principal Investigator. $15,000. 0% Effort

2009 to 2010. A Pilot Study of Pharmacokinetics and Pharmacodynamics of Oral Contraceptives in HIV+ Women in Malawi. Investigator Initiated. Center for AIDS Research at UNC (NIH 9P30 AI050410) Principal Investigator. $19,767. 0% Effort

2008 to 2010. Fellowship in Family Planning. This grant supports the training of postgraduate obstetrician/gynecologists in research methods, and clinical practice in all areas of contraception, sterilization and uterine evacuation Investigator Initiated. Anonymous Foundation. Principal Investigator/Program Director. $566,990. 8% Effort

2008 to 2009. Kenneth J. Ryan Residency Training Program. The goal of this grant is to support the development of a family planning rotation to teach residents management of contraceptive, fertility control, and uterine evacuation techniques through clinical and didactic training. Investigator Initiated. Anonymous Foundation. Principal Investigator/Program Director. $381,366. 25% Effort

2007. Erythromycin Gel Dosing Study Pilot Exercise. The goal of this pilot study was to assess feasibility of enrolling women into a trial to investigate the use of erythromycin gel for sterilization. Investigator-Initiated. Family Health International. Co-Investigator. $4,107. 1% Effort

2004 to 2006. Contraceptive Clinical Trials Network. Multicenter research network, National Institutes of Health (HHSN27500002). Investigator-Initiated. Site Principal Investigator. Funds not available. 20% Effort

## PROFESSIONAL SERVICE

### NATIONAL ORGANIZATIONS
2012 – present
*Member,* National Medical Committee, Planned Parenthood Federation of America

2011 – present
*Reviewer,* 2012/01 ZHD1 DSR-W (50) - HIV Reproduction, National Institutes of Health, December 1 &2, 2011
*Member,* Leadership Nomination Committee, Society of Family Planning
92010 – present
*Member,* Scientific Committee, Society of Family Planning
*Member,* Competency Committee, National Fellowship in Family Planning Coordinating Office
*Member,* 6th Edition Task Force PROLOG: Patient Management in the Office, American College of Obstetricians and Gynecologists

2008    *Reviewer,* Annual Large Grant Competition, Society for Family Planning

2007    *Member,* By-Laws Committee, Society of Family Planning

2006    *Member,* Planning Committee for Annual Reproductive Health Meeting, Association for Reproductive Health Professionals
2006    *Abstract Reviewer,* Annual Reproductive Health Meeting, Association for Reproductive Health Professionals
2005    *Member,* Planning Committee for Annual Reproductive Health Meeting, Association for Reproductive Health Professionals

### PEER REVIEW/EDITORIAL APPOINTMENTS
| | |
|---|---|
| 2011 | National Institutes of Health Peer Review. |
| 2010 – present | *Sexually Transmitted Diseases* |
| 2008 – present | *Obstetrics and Gynecology.* Top 10% of reviewers for 2009 |
| 2007 – present. | *Fertility and Sterility* |
| 2007 – present. | *British Journal of Obstetrics and Gynaecology* |

### INSTITUTIONAL SERVICE
| | |
|---|---|
| 2010 to present | Member, Research SWOT Team, UNC Department of Obstetrics and Gynecology |
| 2001 to 2006 | Advisory Group for Residency Education, University of Texas Southwestern Medical Center |

### MEMBERSHIP IN PROFESSIONAL SOCIETIES
| | |
|---|---|
| 2007 - present | Robert A. Ross Society |
| 2005 - present | Society of Family Planning, Fellow |
| 2003 - present | Association of Reproductive Health Professionals |
| | American Public Health Association |
| 2002 - present | Infectious Diseases Society of America |
| 2001 - present | American Board of Obstetrics and Gynecology, Diplomate |
| | American College of Obstetricians & Gynecologists, Fellow |
| 1991 - present | American Society of Tropical Medicine and Hygiene |

Stuart, GS CV 09/17/2012    9