# Exhibit A

## PERSONAL INFORMATION

**Name:** Amy Weil

**Home Address:** ███

**Phone:** ███

**E-mail:** ███

**Date and Place of Birth** ███

**Marital Status:** ███

## EDUCATION

| | | |
|---|---|---|
| 2007 | Board Recertification | Internal Medicine |
| 2001 | Teaching Scholars | UNC School of Medicine, NC. |
| 1998 | Chief Resident | Yale Primary Care Internal Medicine Residency, CT. |
| 1997 | Board Certification | Internal Medicine |
| 1997 | Residency | Yale Primary Care Internal Medicine Residency, CT |
| 1996 | Clinical Elective | Colombo General Hospital, Sri Lanka. |
| 1994 | M.D. | University of Rochester School of Medicine, NY |
| 1986 | B.A. | Yale College, CT (History and Psychology) |

## PROFESSIONAL EXPERIENCE – EMPLOYMENT HISTORY

2007-Present  Associate Professor, General Internal Medicine and Epidemiology, UNC, NC
Research Associate Professor, Social Medicine, UNC, NC

2006  Fulbright U.S. Scholar, Sri Jayewardenepura Medical Faculty, Sri Lanka.

2004-2006  Research Assistant Professor, Social Medicine, UNC, NC.
1998-2006  Assistant Professor, General Internal Medicine and Epidemiology, UNC, NC.

## PROFESSIONAL EXPERIENCE – EMPLOYMENT HISTORY (continued)

| | |
|---|---|
| 1998 | Clinician/Educator, Yale Primary Care Internal Medicine Residency, CT. |
| 1998 | Acting Director, Henry S. Chase Outpatient Center, CT. |
| 1991 | Research Assistant, Pediatric AIDS Clinic, Yale School of Medicine, CT. |
| 1988-90 | Research Assistant, Yale Child Study Center, New Haven, CT. |
| 1987-88 | Counselor and Group Leader, Women's Health Services, CT. |
| 1986-90 | Counselor, Group Leader and Resource Associate, New Haven Rape Crisis Services, CT. |
| 1986-88 | Psychiatric Assistant, Yale Psychiatric Institute, CT. |
| 1986-87 | Researcher, Chelsea House Publishers, CT. |
| 1985-86 | Research Assistant, Yale Psychology Department, CT. |
| 1985 | Research Intern, St. Elizabeth's Hospital, Massachusetts. |

## HONORS AND AWARDS

| | |
|---|---|
| 2012 | Nominee, Sanders Clinician Scholars Award |
| 2011 | Nominee, Mary Turner Lane Award, Association of Women Faculty and Professionals |
| 2010 | Clinical Preceptor Excellence in Teaching Award, UNC Academy of Educators |
| 2010 | Fellow, American College of Physicians |
| 2008 | Leonard Tow Humanism in Medicine Award |
| 2008 | Nominee, University Awards for the Advancement of Women |
| 2007 | Nominee, UNC Women's Leadership Council Mentoring Award |
| 2007 | Founding Fellow, UNC Academy of Educators |
| 2006 | Nominee, UNC Women's Leadership Council Mentoring Award |
| 2006-7 | Fulbright U.S. Scholar, Medical Education in Sri Lanka. |

## HONORS AND AWARDS (continued)

2005        Eugene S. Mayer Community Service Award,   UNC Chapel Hill School of Medicine

1990-94     Dr. Marvin J. Hoffman Scholar, University of Rochester School of Medicine

## BIBLIOGRAPHY

Zolotor, Adam, Amy Denham and Amy Weil.  Intimate Partner Violence.  Obstetrics and Gynecology Clinics, December, 2009.

Zolotor, Adam, Amy Denham and Amy Weil.  Intimate Partner Violence.  Primary Care: Clinics in Office Practice, March, 2009

Fisher, Joslyn, Amy Weil and Christina Nicolaidis. Intimate Partner Violence. Practical Gynecology: A Guide for the Primary Care Clinician, ACP, 2009.

Review of Bosk, C.L. Forgive and Remember: Managing Medical Failure, 2nd Edition, **Social Forces,** September 2004.

## TEACHING RECORD

### Lectures, Small Groups and Workshops

### UNC

UNC School of Medicine, Transition Course.  Professionalism. June, 2012.

UNC School of Medicine, 4th Year Captstone Course.  Inaugural Alan Cross Memorial Lecture on Humanism and Culture. April, 2012.

UNC School of Medicine, 4th Year Captstone Course.  Cases in Women's Health. April, 2012.

UNC School of Medicine, Reproductive Block Second Year Students.  Mentored MD/PhD student in presenting lectures on Human Sexuality and Lesbian Gay, Bisexual, and Transgender Health, Recruited Participants and Ran Panel on LGBT Health, Co Created and ran small groups on Risk and Sexual History Taking. March, 2012.

UNC School of Medicine, Healer's Art Course.  Allowing Awe and Mystery in the Practice of Medicine. February, 2012.

# TEACHING RECORD (continued)
## Lectures, Small Groups and Workshops
## UNC

    UNC School of Public Health, Maternal and Child Health Doctoral Seminar. Violence Against Women in Asia, September, 2011.

    UNC School of Medicine, First Year Students. A Patient with Diabetes, September 2011.

    UNC School of Medicine, Intimate Partner Violence Awareness and Advocacy (IPVAA) Lunch Conference. Working with Survivors of Intimate Partner Violence Here and Abroad, September 2011.

    UNC School of Medicine, Transition Course. Professionalism. Oral Presentations. June, 2011.

    UNC School of Medicine, Internal Medicine Residents Noon Conference. Menopause, May 2011.

    UNC School of Medicine, Invited Panelist. Careers in Academic Medicine, April 2011.

    UNC School of Medicine, 4th Year Capstone Course. Ethics Cases, March 2011.

    UNC Infectious Diseases Clinic: Medical Aspects of Intimate Partner Violence: Special Issues Relating to HIV Care, January 2011

    UNC School of Medicine, 4th Year Capstone Course. LGBTQ Workshop. March, 2009, March 2010, March 2011.

    UNC School of Public Health. Communicating with Cultural and Linguistic Competence, March 2008.

    UNC School of Medicine, Healer's Art Course. Service as a Way of Life. February, 2008.

    UNC School of Medicine, Awareness of Domestic Violence and Sexual Assault (ADViSA) Speaker: Gender Based Violence in Sri Lanka, March, 2007.

    UNC Hospitals, Beacon Program Speaker: Gender Based Violence in Sri Lanka, February, 2007.

    UNC Internal Medicine Clinic, Monthly Pre-clinic Conferences for Medical Students and Residents: Vaginitis, Menopause, Intimate Partner Violence, 2007-2009, 2011, 2012.

# TEACHING RECORD (continued)
## Lectures, Small Groups and Workshops
### UNC

UNC Medical Residents, Noon Conference: Menopause Management Post WHI, March 2005.

UNC Internal Medicine Morbidity and Mortality Conference, Participant. February 2005.

UNC School of Medicine, First and Second Year Medical Students Noon Lecture: Screening for Hypertension, September 2004.

UNC School of Medicine, First Year Medical Students, Domestic Violence Day: Intimate Partner Violence, January 2004, January 2005, April 2007, April 2009, April 2010, April 2011, April 2012.

UNC School of Medicine, Internal Medicine Residents, Noon Conference: Screening for Intimate Partner Violence, Fall 2003.

UNC Internal Medicine Clinic, Nursing Staff: Pap Smear Quality Assurance, Fall 2003.

UNC Internal Medicine Residents, Noon Conferences Semiannually: Pap Smear Quality Assurance 1999 - 2005.

UNC Department of Medicine CPC: A 53 Year Old American Indian Male with Stable Cirrhosis, August 2000.

UNC School of Medicine, First Year Medical Students: General Observation and Vital Signs, January 1999.

UNC General Medicine Peer Division Conferences: Launching a New Depression Screening and Treatment Program in ACC Parts 1 and 2, Good News From Our Depression Screening and Treatment Program, Human Trafficking (Hosted Invited Speaker Jay Silverman), Update on Pre-clinic Conferences on Depression and Suicide Risk Assessment, Medical Error (Hosted Invited Speaker Lisa Sanders), Update on Women's Health Conference, Tales From Sri Lanka 2: Gender Based Violence in Sri Lanka, Tales From Sri Lanka 1: Creating a Curriculum on Communications, Culture, Ethics, Counseling and Clinical Skills for Sri Lanka's First Group of B Sc. Nursing Students, Establishing a Pre-clinic Conference, Pap Smear Quality Assurance, Clinical Conundrums, Medical Errors, Ambulatory Curriculum Development, CQI : A 46 year old man transferred to UNC, Revitalizing the Consult Service, Billing for Email, Screening for Partner Violence, Twice Yearly since 1998.

## Grand Rounds

UNC Department of Medicine, Morbidity and Mortality Conference. Intimate Partner Violence: Cases, Questions, Answers, December 2007.

Moses Cone Medical Center Grand Rounds. Screening for Intimate Partner Violence, September 2005.

UNC Department of Orthopedics Grand Rounds: Screening for Intimate Partner Violence, November 2004.

UNC Department of Surgery Grand Rounds: Screening for Intimate Partner Violence, October 2004.

UNC Department of Psychiatry Grand Rounds: Venous Thromboembolism in Young Catatonic Patients, March 2002.

## Regional CME

Duke University, Gender Based Violence in the South Asian Community. With Kiran Staff, April 2012.

35th Annual UNC Internal Medicine Conference. Identifying and Assisting Your Patients with Post Traumatic Stress Disorder. March, 2011.

HIV Care 2009: Antiretroviral Therapy, Hepatitis B/C, Addiction, and Adherence. Medical Aspects of Intimate Partner Violence: Special Issues Relating to HIV Care. May, 2009

Navigating the Global South Conference, Panelist: Navigating the Global South: Lessons from Sri Lanka about Gender Based Violence, Raleigh, North Carolina April, 2007.

Preceptor/lecturer at Dorothea Dix (now Central Regional) Hospital, Psychiatry Residents and Medical Staff 1 month annually since 1999. Lecture Topics include CME Hypertension Update, Periodic Health Maintenance, Cervical Screening, Intimate Partner Violence, Depression Screening and Treatment in Internal Medicine Clinic, PTSD, Menopause and Building Resilience.

Fayetteville AHEC CME presentations: Case Discussions including A 26 y/o woman c h/o cervical cryosurgery transferred to our hospital with 1 wk h/o fever, chills, bleeding gums and ulcerative skin lesions; A 41 y.o. AA man with h/o severe ETOH, tobacco, cough, yellow green sputum and a cavitary lung lesion; Cervical Screening, Annually 1999-2002.

## National Meetings

Society of General Internal Medicine, Workshop: Competency Based Mental Health Curriculum for Internal Medicine Residents: Addressing Challenges and Building Skills. Orlando, May, 2012.

National Conference on Health and Domestic Violence. Workshop: Challenges in addressing violence-exposed patients in the clinic: Fostering resilience in patients & ourselves, San Francisco, March 2012

Society of General Internal Medicine, Workshop. The Hidden Face of PTSD: How to identify and approach PTSD in Primary Care, May 2011.

Association of American Medical Colleges, Workshop: Providing GLBT Education for Medical Students, November 2010.

Society of General Internal Medicine, Workshop: When Partner Violence is possible: remembering to detect this hidden agenda early in your vulnerable patients. May 2010

Society of General Internal Medicine, Pre-course: From Pathology to Passion: Addressing Female Sexual Dysfunction in Primary Care Miami, May, 2009

Society of General Internal Medicine, Workshop: A Meaningful and Productive Sabbatical: Culturally Sensitive Curriculum Development and Research on Gender Based Violence Abroad as a Fulbright Professor Miami, May, 2009

Society of General Internal Medicine, Workshop: Clinical Dilemmas in Women's Health: Answers to Questions Frequently Asked in the Middle Years, Pittsburgh, April, 2008.

Society of General Internal Medicine, Workshop: Teaching, Learning, Caring in the World: Culturally Sensitive Curriculum Development and Gender Based Violence Abroad, Bringing the Lessons Back Home to Improve Care for Diverse Populations. Toronto, April, 2007

## International Teaching

Ryerson University, Violence Against Women in Sri Lanka Conference, Toronto, Canada. Teaching About Violence Against Women In Sri Lanka: A Curriculum on Communication, Culture and Ethics for BSc. Nursing Students. May, 2009
Kiran: A Community Based Organization to Assist South Asian Men and Women with Domestic Violence and Crisis Counseling in North Carolina. May, 2009

## International Teaching (continued)

University of Ruhuna Faculty of Medicine, Sri Lanka. Creating a Curriculum on Communications, Culture, Ethics, Counseling and Clinical Skills for Sri Lanka's First Group of B Sc. Nursing Students. November, 2006.

University of Ruhuna Faculty of Medicine, Sri Lanka. An Overview of Nursing Education and Job Opportunities in the US. November, 2006.

Sri Lanka – US Fulbright Commission, Lecture. Life as a Fulbrighter, October, 2006.

Sri Lanka – US Fulbright Commission, Lecture. East Meets West: Gender Based Violence and Intimate Partner Violence from a Doctor's Perspective, October 2006.

Sri Jayewardenepura Medical Faculty, Sri Lanka. Meaning and Medicine, Preparation for Teaching the Healer's Art, June, 2006.

Sri Lanka Lion's Club Evening Speaker, Intimate Partner Violence: A Comparison of the American and Sri Lankan Situation, March, 2006

Sri Lanka Medical Association-International Women's Day Symposium, Intimate Partner Violence: Experience From a "Developed" Country, March 2006.

## Courses
## UNC

Critical Incident Report (CIR) Pilot Humanities in Medicine 2010 – Present
    Creator and Facilitator of Lunchtime Seminar during Third Year Internal Medicine Clerkship to enable students to acknowledge and affirm human dilemmas in medical care and support each other in exploring them in small group.

Co Course Director, The Healer's Art 2008-Present.
Facilitator, The Healer's Art 2007 – Present
    Facilitator for 5 3 hour seminars with First and Second year Medical Students

Seminar Leader, Medicine and Society 1999-2005, Spring 2007, 2008-Present
    Weekly 80 Minute Seminar Course to First Year Medical Students

Seminar Leader, Introduction to Clinical Medicine (now Clinical Skills Development(CSD)/Clinical Skills Integration (CSI) 1999- Present
    Weekly 3 Hour Seminar Course taught over 2 years to First and Second Year Medical Students

## Courses (continued)
### UNC

Course Director, Ambulatory Care Selective, 1999-2001
Graded essays and lead seminar discussion with participants

### International

Course Creator and Teacher, Communications, Culture, Ethics Counseling and Clinical Skills for Nursing Students, Sri Jayewardenepura Medical Faculty, Sri Lanka, 2006
Created and Taught 20 2 hour Seminars to First and Second Year Nursing Students

## Clinical Teaching

Preceptor, Ambulatory Care Center. 1999-Present

Ambulatory Practice - Care for my patients with 3rd year medical student and/or Internal Medicine resident for half day twice weekly – 12-20 learners/year

Residents' Clinic- Run pre-clinic conference and precept 4 residents 2 half days/ week

Preceptor, Same Day Clinic, 1999-2008, 2010-Present

Delivered pre-clinic lecture and precept students and residents biweekly

Attending, General Medicine Inpatient Wards 1999-2007

Cared for patients in concert with 3rd year medical students, residents, delivered teaching rounds 4x week, evaluate student write-ups, teach students, 6 weeks/year

Attending, General Medicine Consult Service 1999- 2005
Cared for patients with medical resident, teach consult topics 4 weeks/year

## MENTORING

Advisory College Member 2008- Present

Academic and personal advisor to 75 medical students over the course of their medical careers. Participate in biweekly training as we develop the program as well as luncheon conferences ('brown bag lunch") and wellness activities for the students.
- Created teaching module for introductory book discussion on The Immortal Life of Henrietta Lacks. June 2010-11.
- Created teaching module to integrate Critical Incident Report discussions to be led by Advisors into 3rd year medicine clerkship. July 2010- Present

Faculty Advisor

Gold Humanism Society Chapter 2012-

Nursing PhD Thesis. Depression Screening and Treatment in Diabetics in a General Internal Medicine Clinic. Carrie Palmer, 2011-12.

Queer Straight Alliance (QSA) November 2010-11

Playing Ultimate For Longer Life (PULL) July 2010-

HIV and IPV in Rural Settings, Julia Brant Summer 2010

Undergraduate Anthropology Elective - Communications and Culture in Sri Lanka: Coding and Interpreting Explanatory Narratives of Health written by Sri Lankan Nursing Students, Nisha Verma, Spring semester, 2010

Refugee Health Initiative, Schweitzer Grant Dan White and Claire Kendig, Fall 2009-10

MPH Thesis: Primary Care Response to Domestic Violence, Ashley Hink 2008-2009.

Alternative Spring Break (Rebuilding Burned Churches) September 2005-2010

Prison Women's Health Project, Spring 2004-2006

Awareness of Sexual Violence and Assault (ADViSA) now renamed Intimate Partner Violence Awareness Association (IPVAA) 2003-Present

Special Topics Day Organizer and Presenter – Domestic Violence Day 2003-Present

## **MENTORING (continued)**

Mentor

American Medical Women's Association (AMWA) 2011- Mentor to female student annually

Internal Medicine Interest Group 2011–Mentor to student interested in Internal Medicine annually

For Medical Students 1999-2008, Residents 2007-Present
- Average 20 Students, 6 Residents/Year
- Offer career, patient care, peer negotiation, personal advice, write letters of recommendation.

Introduction to Clinical Medicine, 2004-5, 2007- 2008
- Formal Mentor to12 Seminar Students/Year
- Offered career, personal advice, met biannually.

## **PROFESSIONAL SERVICE**

## **UNC**

Invited Member, Consortium of Humanities Centers and Institutes.
International Medical Humanities Curriculum Symposium. March, 2012.

Wellness Working Group, UNC Advisory Colleges. Spring 2011- Present
- Evaluate and create a program to address wellness curriculum for medical students

Clinical Supervisor, ACC Clinical Care Coordinator for Depression Screening and Treatment Program, February 2010- Present
- Provide supervision for LCSW on all aspects of program development and implementation. Developed care algorithms and teaching modules on depression and suicide risk with residents and supervised several PDSA cycles to improve depression screening and treatment in our clinic. Meet with staff of other clinics in the UNC Health System to disseminate our program. Collaborate with Psychiatry on Treatment Resistant Depression Initiative. At work on Anxiety Screening and Treatment Program.

Invited Member, Task Force on Human Trafficking, October 2009- Present

Invited Member, Association of Professional Women in the Medical School Executive Committee, September 2009 – Present

## PROFESSIONAL SERVICE (continued)

### UNC

Co-Organizer, Group Facilitator, Every Patient Tells a Story, Lecture and Book Discussion Group w SOM and SON students, September, 2009.

Coordinator, Women's Health Conference, 2008-2009

Invited Member, Finding Meaning in Medicine – Preparation for Teaching The Healer's Art, Fall 2005-present

Elected Member, UNC Faculty Council, Fall 2005-2008

Consultant to Psychiatry re Medical Problems of Patients with Eating Disorders, July 2004-2005.

Co-Director, Beacon Child and Family Program, June 2003-.Present
   Created Carolina Men Care Initiative 2007 –Present
      Men Against Violence/White Ribbon Campaign 2008- Present

Judge, Student Research Day Poster Session, January 2005.

Supervisor for Pap Smear Quality Assurance in Outpatient Clinic, 1999-2005

Interviewer, Prospective Medical Residents, 1999- .

Preceptor, Bloomer Hill Clinic, 1999.

Interviewer, Asian Voices Oral History Project 1999-2001.

### Regional

External Reviewer, Promotion and Tenure, University of Virginia School of Medicine, 2012

Invited Member, Triangle-Wide Committee on Medical and Mental Health needs for Victims of Human Trafficking, Fall 2010-Present

Founding Board Member and Secretary, Kiran (Triangle community based organization to assist South Asian victims of Intimate Partner Violence), March 2008 - Present

# PROFESSIONAL SERVICE (continued)

## National

    Member, Women's Health Career Advising Program (CAP) SGIM 2012-
    Member, Women's Health Task Force, SGIM, 2012-
    Reviewer, Violence Against Women 2011-
    Chair, SGIM Medical Humanities and Ethics Abstracts Committee Fall 2010.
    Peer Reviewer, SGIM Women's Health Abstracts, February, 2010.
    Reviewer, BioMedCentral, May 2009-
    Co-Leader, Women's Caucus, SGIM, 2008- Present
    Member, SGIM Women's Health Working Group, Fall 2007-2009
    Member, SGIM Working Groups on Preconception Planning and Domestic Violence Learning Goals for Medical Residents, August, 2006.
    Reviewer, SGIM Women's Health Research Award, April 2006
    Peer Reviewer, SGIM Clinical Vignettes Abstracts, January 2006
    Reviewer, UpToDate, July 2005-2009
    Reviewer, Journal of Women's Health, May 2005-Present
    Peer Reviewer, SGIM Personal-Professional Balance Group, February 2005
    Reviewer, Journal of General Internal Medicine, Fall 2004-Present

    Founder and Member, Literature and Medicine Reading Group, Yale Primary Care Internal Medicine Residency, 1997-1998.
    Coordinator, Medicine and the Arts, Yale Primary Care Internal Medicine Residency 1997-1998.
    Co-Coordinator, Women in Medicine Group, Yale Primary Care Internal Medicine Residency 1997-1998.

    Founder and Member, Women in Medicine Reading Group, University of Rochester School of Medicine, 1991-1993.
    Co-Coordinator, Women in Medicine Group, University of Rochester School of Medicine, 1991-1992.
    Partner, Rochester Adolescent Maternity Program, 1990-1991.

    Tutor, Troup Middle School, Yale Psychiatric Institute, 1984-1986.
    Managing Editor, Yale Banner, 1983-1984.

## International

    Committee Member, Sri Lanka Medical Association, Women's Health Subcommittee, February –December 2006

# Research

AHRQ Comparative Effectiveness study for Adult PTSD Spring 2011 – Present

> Reviewed literature and participated in the creation of a report regarding the comparative effectiveness of pharmacologic and psychological interventions for PTSD.

Development of tools to measure the structure, process and outcomes of Hospital-Based Domestic Violence Programs (in conjunction with Sohini Sengupta, PhD) 2010-11

Poster : Model program evaluation tools for hospital-based domestic violence programs caring for adults experiencing intimate partner violence, sexual assault and elder abuse," presented at the National Conference on Health and Domestic Violence, San Francisco, March, 2012