# EXHIBIT A

# SERINA E FLOYD, M.D., M.S.P.H., F.A.C.O.G.

10211 Alm St., Ste 212
Raleigh, NC 27617
Phone (919) 812-7362
Pager (919) 970-4974
Email: serina.floyd@duke.edu

## EMPLOYMENT/POSITIONS

| | |
|---|---|
| 2008-Present | Ryan Family Planning Program Director |
| | Associate Residency Program Director |
| 2007-Present | Assistant Clinical Professor |
| | Division of Duke Women's Health Associates |
| | Department of Obstetrics and Gynecology |
| | Duke University Medical Center |
| | Durham, NC |
| | |
| 2006-2007 | Faculty Appointment |
| | Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| | |
| 2006-2007 | Medical Student Clerkship Director |
| | Resident Research Coordinator |
| 2005-2007 | Faculty Physician |
| | Department of Obstetrics and Gynecology |
| | Sinai Hospital of Baltimore |
| | Baltimore, MD |

## EDUCATION/TRAINING

| | |
|---|---|
| 2001-2005 | Duke University Medical Center |
| | Department of Obstetrics and Gynecology |
| | Durham, NC |
| | Residency |
| | |
| 1996-2001 | University of North Carolina at Chapel Hill, School of Medicine |
| | Chapel Hill, NC |
| | Doctor of Medicine |
| | |
| 1999-2000 | University of North Carolina at Chapel Hill, School of Public Health |
| | Chapel Hill, NC |
| | Master of Science in Public Health – Maternal and Child Health |
| | |
| 1992-1996 | Emory University |
| | Atlanta, GA |
| | Bachelor of Science in Biology |

## LICENSES / CERTIFICATES

| | |
|---|---|
| 2009 | Implanon Certification |

| | |
|---|---|
| 2009 | Essure Permanent Contraception Certification |
| 2007-Present | American Board of Obstetrics and Gynecology, Inc. – Board Certified |
| 2007-Present | North Carolina Medical License |
| 2005-Present | Maryland Medical License – INACTIVE STATUS |
| 2001-2007 | Advanced Cardiac Life Support |

## PROFESSIONAL ORGANIZATIONS

| | |
|---|---|
| 2010 – Present | American Society for Reproductive Medicine, Member |
| 2009 – Present | National Abortion Federation, Member |
| 2008 – Present | American Congress of Obstetricians and Gynecologists, Fellow |
| 2008 - 2009 | Association for Medical Ultrasound, Member |
| 2008 - Present | Association of Reproductive Health Professionals, Member |
| 2007 - Present | F. Bayard Carter Society of Obstetricians and Gynecologists, Member |

## COMMITTEE MEMBERSHIPS

| | |
|---|---|
| 2009 - Present | Education Committee - Department of Obstetrics & Gynecology, Duke University Medical Center |
| 2008 - Present | Institutional Committee for Graduate Medical Education (ICGME) - Duke University Medical Center |
| 2008 - Present | House Officer's Committee (HOC) - Department of Obstetrics & Gynecology, Duke University Medical Center |
| 2008 – Present | Clinical Services Committee, Chair - Mariam Free Clinic |

## RESEARCH

Floyd S, Meyers E, McElligott K, Limmer J; **The Estimated Impact of Ambient Air Pollution on Miscarriage Rates in the United States** – *Project In Progress*
Department of Obstetrics and Gynecology, Duke University Medical Center

Limmer J, Floyd S, Gray B; **A Randomized Controlled Trial of Immediate Postpartum Implanon versus Six-Week Postpartum Implanon: A Pilot Study** – *Project In Progress*
Department of Obstetrics and Gynecology, Duke University Medical Center

Cowchock S, Meador K, Swamy G, Floyd S. **Spiritual Needs of Couples Facing Pregnancy Termination Because of Fetal Anomalies** - *Project Completed*
Department of Obstetrics and Gynecology, Duke University Medical Center

Floyd S, Couchman G, Walmer D, Raburn D, Jamison M; **Analysis of Embryo Scoring System for In-Vitro Fertilization and the Predictability of Successful Pregnancy Outcomes** - *Project Completed*, Department of Obstetrics and Gynecology, Duke University Medical Center

Floyd S, Martin S; **The Relationship Between Substance Use Patterns and Level of Violent Behavior of Male Domestic Violence Perpetrators with Pregnant Partners** - *Project Completed*, Department of Maternal and Child Health, University of North Carolina at Chapel Hill, School of Public Health

Floyd S, Waller A; **Medical Record Documentation of Domestic Violence: The Experience at UNC Hospitals Emergency Department** - *Project Completed*, Department

2

of Emergency Medicine, University of North Carolina at Chapel Hill, School of Medicine

## PEER-REVIEWED PUBLICATIONS

Cowchock FS, Meador KG, Swamy GK, Floyd SE. Spiritual Needs of Couples Facing Pregnancy Termination Because of Fetal Anomalies. J of Pastoral Care Counsel 2011; 65(2): 4.1-11

Floyd S, Proctor J, Couchman G. Abdominal Myomectomy After Failed Uterine Artery Embolization. Fertil Steril 2005; 83(6): 1842 e9-11

## RESEARCH PRESENTATIONS

**Floyd S, Couchman G, Walmer D, Raburn D, Jamison M; Analysis of Embryo Scoring System for In-Vitro Fertilization and the Predictability of Successful Pregnancy Outcomes.**

| | |
|---|---|
| October 2004 | Oral presentation at the 2004 American College of Obstetrics and Gynecology District IV Annual Meeting, Savannah, GA, 3rd Place Award |
| October 2004 | Oral presentation at the F. Bayard Carter Society of Obstetricians and Gynecologists Annual Meeting, New Orleans, LA |
| June 2004 | Oral presentation at Duke University Medical Center Department of Obstetrics and Gynecology Annual Resident Research Day, Durham, NC, 1st Place Award |

**Floyd S, Waller A; Medical Record Documentation of Domestic Violence: The Experience at UNC Hospitals Emergency Department.**

| | |
|---|---|
| April 1999 | Poster presentation at the 4th Annual University of North Carolina at Chapel Hill Emergency Medicine Research Forum, Chapel Hill, NC |
| February 1999 | Poster presentation at the University of North Carolina at Chapel Hill, School of Medicine Student Research Day, Chapel Hill, NC |

## GRANTS/RESEARCH FUNDING

| | |
|---|---|
| 2011 | Charles Hammond Faculty Research Award - $8200, The Estimated Impact of Ambient Air Pollution on Miscarriage Rates in the United States (Principal Investigator) |
| 2011 | Charles Hammond Resident Research Award - $5000, A Randomized Controlled Trial of Immediate Postpartum Implanon versus Six-Week Postpartum Implanon: A Pilot Study (Faculty Advisor) |
| 2008 | Kenneth J. Ryan Residency Training Program Grant - $407,000 – Funding to institute formal resident training in family planning (Principal Investigator) |
| 1998 | Emergency Medicine Research Fellowship - $1000, UNC Chapel Hill School of Medicine Emergency Department - Medical Record Documentation of Domestic Violence: The Experience at UNC Hospitals Emergency Department (Principal Investigator) |

## BOOK CHAPTERS

Limmer J, Floyd S. Family Planning. In: *Encyclopedia of Behavioral Medicine*. Springer – *In Press*

Chin J, Swamy GK, Floyd S, Bastian L. Hormonal Contraceptives and Adherence. In: *Improving Patient Treatment Adherence: A Clinician's Guide*, 1st Edition. Bosworth H (Ed.). Springer 2010

3

Case 1:11-cv-00804-CCE-LPA   Document 110-1   Filed 10/03/12   Page 4 of 7

## INVITED LECTURES

January 2012 – Sexually Transmitted Infections in Adolescents: An Update. Grand Rounds, Department of Pediatrics, Duke Hospital, Durham, NC

September 2011 – Contraceptive Update: A Case-Based Approach to Managing Contraception for the Challenging Patient. F. Bayard Carter Society of Obstetricians and Gynecologists Annual Meeting, Durham, NC

May 2011 - Pregnancy Loss: Options for Management. Grand Rounds, Department of Obstetrics and Gynecology, Durham Regional Hospital, Durham, NC

March 2010 - Adolescent Contraception: Separating Fact from Fiction. Grand Rounds, Department of Pediatrics, Duke Hospital, Durham, NC

January 2005 – Female Sexual Dysfunction. Grand Rounds, Department of Obstetrics and Gynecology, Duke Hospital, Durham, NC

June 1999 - Osteoporosis: What All Women Should Know. Oral presentation at the University of North Carolina Institute on Aging/Center on Minority Aging Osteoporosis Workshop, New Bern, NC

## RESIDENT AND STUDENT LECTURES

October 2011 – Sexual Assault. Resident Didactics, Obstetrics and Gynecology, Duke Hospital, Durham, NC
July 2010 – Postpartum Contraception. Resident Didactics, Obstetrics and Gynecology, Duke Hospital, Durham, NC

November 2008 – Problems with Contraception – What Do I Do Now? Resident Didactics, Obstetrics and Gynecology, Duke Hospital, Durham, NC

November 2008 – Medical Conditions and Contraception. Resident Didactics, Obstetrics and Gynecology, Duke Hospital, Durham, NC

Contraception - Medical Student Lecture Series

Pregnancy Termination - Medical Student Lecture Series

## HONORS/AWARDS

| | |
|---|---|
| June 2010 | ACOG/CREOG National Faculty Teaching Award - Resident Teaching Award, Duke University Medical Center |
| June 2009 | APGO Excellence in Teaching Award - Medical Student Teaching Award, Duke University Medical Center |
| June 2007 | ACOG/CREOG National Faculty Teaching Award - Resident Teaching Award, Sinai Hospital of Baltimore |
| June 2005 | Special Excellence in Endoscopic Procedures, American Association of Gynecologic Laparoscopists |

| | |
|---|---|
| 2004-2005 | Co-Administrative Chief Resident, Department of Obstetrics and Gynecology, Duke University Medical Center |
| October 2004 | Junior Fellow Scientific Oral Presentation Award – 3rd Place, American College of Obstetrics and Gynecology District IV Annual Meeting |
| June 2004 | Annual Resident Research Day Award – 1st Place, Department of Obstetrics and Gynecology, Duke University Medical Center |
| 2001 | Service Champion Award, Excellent service recognition awarded by individual patients, Duke University Medical Center |
| 2001 | James Bell Bullitt Award, recognized unusual achievement by a member of the graduating class, University of North Carolina at Chapel Hill, School of Medicine |
| 2000 | June C. Allcott Fellowship, award for making a difference in the helping professions, University of North Carolina at Chapel Hill, School of Medicine |
| 2000 | Medical Alumni Loyalty Scholarship, awarded in recognition of academic excellence, service to humanity, diversity and breath of personal and educational experiences, University of North Carolina at Chapel Hill, School of Medicine |
| 2000 | Heusner Pupil Award, recipients "show a great capacity to grasp the principles of science, to heal the sick, to comfort the troubled, and to be humble before God," University of North Carolina at Chapel Hill, School of Medicine |
| 2000 | Outstanding Service Award, Student National Medical Association |
| 1999 | John B Graham Research Society, University of North Carolina at Chapel Hill, School of Medicine |
| 1999 | Eugene S. Mayer Community Service Honor Society University of North Carolina at Chapel Hill, School of Medicine |
| 1998 | Novartis Award, awarded for outstanding community service, University of North Carolina at Chapel Hill, School of Medicine |
| 1996 | Award of Merit for Exceptional Service to Students, Emory University |

## INTERNATIONAL WORK

| | |
|---|---|
| 2009 - Present | Kybele, Inc. (Organization dedicated to improving childbirth safety worldwide through educational partnerships. Kybele brings professional medical teams into host countries, to work alongside doctors and nurses in their home hospitals, to improve healthcare standards) – Volunteer Physician with Ghana Medical Group |
| June 1-13, 2004 | Family Health Ministries Medical Mission to Haiti |
| June 1-10, 2001 | Student National Medical Association Medical Mission to Ghana, HIV/AIDS Education and Prevention Program |
| April 1-29, 2001 | Medical Spanish/International Health Course, Antigua, Guatemala |

Case 1:11-cv-00804-CCE-LPA   Document 110-1   Filed 10/03/12   Page 6 of 7

| | |
|---|---|
| June 10-19, 2000 | Student National Medical Association International Health Initiative in Jamaica, W.I. |

ACTIVITIES

| | |
|---|---|
| 2011 – Present | Medical Students for Choice – Faculty Advisor |
| May 2008 - Present | Mariam Clinic (Free Medical Clinic Serving Uninsured Residents of Raleigh, NC) - Physician Volunteer |
| 1996-2001 | Student National Medical Association, Regional Director 1999-2000, Assistant Regional Director 1998-1999, Chapter Co-President 1997-1998 |
| 1999-2000 | Committee to Assess Efforts to Recruit and Retain Under-represented Minority Students and Housestaff, University of North Carolina at Chapel Hill, School of Medicine |
| 1996-2000 | Student Health Action Coalition (SHAC – Student-Run Free Clinic Serving Uninsured Residents of Orange County), Co-Director 1997-1998, University of North Carolina at Chapel Hill, School of Medicine |
| 1998 | Medical Subcommittee of the Orange County Domestic Violence Task Force, Chapel Hill, NC |
| 1997-1998 | Domestic Violence Action Coalition, University of North Carolina at Chapel Hill, School of Medicine |
| 1996-1997 | Students Teaching Early Prevention of AIDS, University of North Carolina at Chapel Hill, School of Medicine |