# EXHIBIT A

# JAMES R. DINGFELDER, M.D.
# CURRICULUM VITAE

## PERSONAL INFORMATION:

| | |
|---|---|
| NAME: | James Ray Dingfelder |
| ADDRESS: | 215 Wild Turkey Trail<br>Chapel Hill, North Carolina 27516 |
| PHONE: | (919)929-3350 |
| BIRTHDATE: | February 15, 1938 |
| BIRTHPLACE: | Erie, Pennsylvania |
| SPOUSE: | Judythe |
| CHILDREN: | Five |

## PROFESSIONAL INFORMATION:

| | |
|---|---|
| OFFICE: | 180 Providence Road Tiburon # 3<br>Chapel Hill, North Carolina 27514 |
| PHONE: | (919) 493-8466<br>(919) 942-4100 |
| FAX: | (919) 490-8051 |

## EDUCATION:

| | |
|---|---|
| HIGH SCHOOL: | McDowell High School<br>Erie, Pennsylvania<br>1952-1956 |
| COLLEGE: | Wesleyan University<br>Middletown, Connecticut<br>1956-1958 |
| | Thiel College<br>Greenville, Pennsylvania<br>1958-1961 B.S. (Biology) |
| MEDICAL SCHOOL: | Jefferson Medical College<br>Philadelphia, Pennsylvania<br>1961-1965 M.D. |
| INTERNSHIP: | Hamot Medical Center<br>Erie, Pennsylvania<br>7/1/65-6/30/66 |
| RESIDENCY: | University Hospitals<br>Cleveland, Ohio<br>7/1/68-6/30/72 (OB/GYN) |
| FELLOWSHIP: | Case-Western Reserve Univ. |

1

Cleveland, Ohio
7/1/71-6/30/72 (OB-GYN)

| | |
|---|---|
| MILITARY SERVICE: | Captain, United States Air Force<br>1966-1968 (Active Duty)<br>General Medical Officer |
| LICENSURE: | North Carolina # 17855 (1972-Present)<br><br>Mississippi #15004 (1996 - Present) |
| DIPLOMATE: | American Board of Obstetrics & Gynecology<br>Certified: 11/15/74<br>Recertified: 2/07/80<br>Recertified: 12/13/91 |
| FELLOW: | American College of Obstetricians and Gynecologists<br>3/31/75<br><br>American College of Surgeons<br>10/14/76 |
| PROFESSIONAL SOCIETIES: | American Board of Obstetrics and Gynecology<br>American College of Obstetricians and Gynecologists<br>American College of Surgeons<br>Durham-Orange County Medical Society North Carolina Obstetrical and Gynecologial Society Robert A. Ross Society<br>South Atlantic Association of<br>Obstetrics and Gynecology<br>The Society of Reproductive Surgeons |
| HOSPITAL AFFILIATIONS: | North Carolina Memorial Hospital<br>Chapel Hill, North Carolina<br>June 1972- Present<br>Consulting Privileges<br><br>Duke University Medical Center<br>Durham, North Carolina<br>November 1980-Present<br>Consulting Privileges<br><br>Durham Regional Hospital<br>Durham, North Carolina<br>November 1980-Present<br>Full Privileges in General Obstetrics and Gynecology<br>Secretary, Department of OB-GYN<br><br>Durham Ambulatory Care Center<br>Durham, North Carolina<br>December 1985-Present<br>Full Privileges |

2

ACADEMIC APPOINTMENTS: University of North Carolina, School of Medicine
Instructor (1972-1973)
Assistant Professor (1973-1976)
Associate Professor (1976-1980)
Assistant Clinical Professor (1980-1988)
Associate Clinical Professor (1989-present)

Duke University School of Medicine
Assistant Professor of OB-GYN(Consulting)

PUBLICATIONS:
1. Aladjem, S.E., Kahn, K.R., Dingfelder, J.R., Holzheimer, R.E., Cummings, R., Michailov, D.: Placental aspects of fetal heart rate patterns. Obstetrics and Gynecology, 38(5): 671-676, November, 1971.
2. Brenner, W.E., Yen, S.S.C., Dingfelder, J.R., Anton, A.H.: Pheochromocytoma: Serial studies during pregnancy. American Journal of Obstetrics and Gynecology 113 (6): 779-788, July 15, 1972.
3. Dingfelder, J.R.: Medical aspects of abortion. *Problem Pregnancy and Abortion Counseling*, edited by Wilson, Robert R. Saluda, N.C.: Family Life Publications, Inc., 1973, pp. 58-66.
4. Brenner, W.E., Hendricks, C.H., Dingfelder, J.R., Staurovsky, L.G.: Laminaria augmentation of intra-amniotic prostglandin F2a for the induction of mid-trimester abortion. Prostaglandins 3(6): 879-894. June 1973.
5. Brenner, W.E., Hendricks, C.H., Dingfelder, J.R., Fishburne, J.I.,Jr., Staurovsky, L.G.: Intra-amniotic prostaglandin F2a augmented with laminaria for induction of mid-trimester abortion. *Proceedings of the American Association of Planned Parenthood Physicians*, 1973.
6. Brenner, W.E., Dingfelder, J.R., Hendricks, C.H., Staurovsky, L.G.: Induction of therapeutic abortion with a single dose of intra-amniotically administered prostaglandin F2a. Prostaglandins 4(4): 485-498, October 1973.
7. Brenner, W.E., Dingfelder, J.R., Staurovsky, L.G., Hendricks, C.H.: Vaginally administered PG F2a for cervical dilation in nulliparas prior to suction curettage. Prostaglandins 4(6): 819-836, December 1973.
8. Brenner, W.E., Hendricks, C.H., Fishburne, J.I., Jr. Dingfelder, J.R., Staurovsky, L.G.: Phase II: Clinical Trials of Prostaglandin F2a. Chapter 6. *Endocrine Metabolic Drugs, Volume VI*, edited by McMahon, F.G., Mt. Kisco, New York: Futura Publishing Company, 1974, pp. 65-90.
9. Staurovsky, L.G., Brenner, W.E., Dingfelder, J.R., Kumarasamy, T., Grimes, D.A.: Transabdominal amniocentesis for intra-amniotic administration of prostaglandin. *University of North Carolina Consortium*, 1973.
10. Kumarasamy, T., Brenner, W.E., Hulka, J.R., Fishburne, J.I., Jr., Mercer, J.P., Omran, K.F., Dingfelder, J.R., Staurovsky, L.G., Grimes, D.A., Hendricks, C.H.: Research programs in sterilization and post- conceptive regulation. Seminar on Voluntary Sterilization and Post- Planned Parenthood Association of Conceptive Regulation (Bangkok: Thailand, 1974) PP. 79-85.
11. Brenner, W.E.,, Dingfelder, J.R., Staurovsky, L.G., Kumarasamy, T., Grimes, D.A. Intramuscular administration of 15 (s)-15-methyl prostaglandin E2 methyl

3

ester for induction of abortion. *American Journal of Obstetrics and Gynecology* 120(6): 833-836, November 15,1974.

12. Dingfelder, J.R. Pregnancy terminations: An overall view. Proceedings of the Inter-Governmental Coordinating Committee, Southeast Asia Regional Cooperation in Family and Population Planning. Kuala Lampur, Malaysia, July 1974.

13. Kumarasamy, T., Brenner, W.E., Dingfelder, J.R., Staurovsky, L.G. Prostaglandins as abortifacients. Proceedings of the VI Asian Congress in Obstetrics and Gynecology. Kuala Lampur, Malaysia, July 21-27, 1974.

14. Dingfelder, J.R., Brenner, W.E., Staurovsky, L.G., Kumarasamy, T., Hendricks, C.H. Intramuscular 15(S)-15-methyl prostaglandin E9 for induction of therapeutic abortion. Proceedings of the VIIIth World Congress on Fertility and Sterility, Buenos Aires, Argentina, November, 1974.

15. Staurovsky, L.G., Brenner, W.E., Dingfelder, J.R., Kumarasamy, T. Induction of therapeutic abortion with intra-amniotically administered prostaglandin F2a: A comparative study of two single dose schedules. Proceedings of the VIIIth Congress on Fertility and Sterility. Buenos Aires, Argentina, November 1974.

16. Staurovsky, L.G., Brenner, W.E., Dingfelder, J.R., Grimes, D.A. The effect of meperidine analgesia on midtrimester abortions induced with intra-amniotic prostaglandin F2a. *American Journal of Obstetrics and Gynecology* 125(2): 185-187, May 15, 1976.

17. Brenner, W.E., Dingfelder, J.R., Staurovsky, L.G., Kumarasamy, T., Grimes, D.A. Intramuscular administration of 15(s)-15-methyl prostaglandin E2 methyl ester for induction of abortion: A comparison of two dose schedules. *Fertility and Sterility* 26: 369-379, 1975.

18. Dingfelder, J.R., Brenner, W.E., Hendricks, C.H., Staurovsky, L.G. Reduction of cervical resistance by prostaglandin suppositories prior to dilation for induced abortion. *American Journal of Obstetrics and Gynecology* 122(1) : 25-30, May 1, 1975.

19. Dingfelder, J.R., and Brenner, W.E. The needlescope and other small diameter laparoscopes for sterilization and diagnostic procedures. *International Journal of Gynaecology and Obstetrics* 14(1): 53-58, 1976.

20. Brenner, W.E., Dingfelder, J.R. Sterilization by minilaparotomy in not recently pregnant patients. *International Journal of Gynaecology and Obstetrics* 14(1): 35-45, 1976.

21. Brenner, W.E., Dingfelder, J.R., Staurovsky, L.G. The efficacy and safety of intramuscularly administered 15 (s)-15-methyl prostaglandin E2 methyl ester for induction of artificial abortion. *American Journal of Obstetrics and Gynecology* 123(1): 19-31, September 1, 1975.

22. Mercer, J.P., Brenner, W.E., Solar, J., Dingfelder, J.R., Edelman, D.A., Staurovsky, L.G. Practicability ultrasonography for assessing fetal of age and weight in early pregnancy. *International Journal of Gynaecology and Obstetrics* 14: 401-406, 1976.

23. Dingfelder, J.R., Black, J., Brenner, W.E., Staurovsky, L.G., Gruber, W. Intra-amniotic administration of 15(S)-15-methyl prostaglandin F2a for the induction of

mid-trimester abortion. *American Journal of Obstetrics and Gynecology* 125(6): 821-826, July 15, 1976.
24. Hendricks, C.H., Dingfelder, J.R., Gruber, W. Clinical observations with a prostaglandin-containing silastic vaginal device for pregnancy termination. *Prostaglandins* (supplement) 12:99-122, 1976.
25. Brenner, W.E., Gruber, W., Staurovsky, L.G., Dingfelder, J.R. Induction of artificial abortion with intramuscular administration of 15(S)-15-methyl PGE2 and 15(S)-15-methyl PGF2a. Obstetrical and Gynecological uses of Prostaglandins in Proceedings of the First Inter- Congress, Asian Federation of Obstetrics and Gynecology, Vol. I, edited by Karim, S.M.M., April 27-30, 1976.
26. Gruber, W., Brenner, W.E., Staurovsky, L.G., Dingfelder, J.R., Wells, J.S. Evaluation of intramuscular 15(S)-15-methyl prostaglandin F2a tromethamine salt for induction of abortion, medications to attenuate side effects, and intracervical laminaria tents. *Fertility and Sterility* 27(9): 1009-1023, September 1976.
27. Dingfelder, J.R. Do prostaglandins cause dysmenorrhea? *Contemporary Obstetrics and Gynecology* 8:105-109, July 1976.
28. Dingfelder, J.R. Obstetrics and Gynecology, Chapter 14 in Patient Care Guidelines for Family Nurse Practitioners, edited by Hoole, A.J., Greenburg, R.A., and Pickard, C.G., Jr. Boston, Mass.: Little, Brown, and Company, 1976, pp. 289-305.
29. Dingfelder, J.R., Ravenholt, R.T., Talwar, P.P., Endometrial control: A comparative study of three oral contraceptives. *International Journal of Obstetrics and Gynaecology* 14(5): 385-389, 1976.
30. Dingfelder, J.R., Brenner, W.E. The thermogenic activity of exogenous E and F prostaglandins in humans. *Acta Obstetrica et Gynecologica Scandinavica*, 57:35-40, 1978.
31. Hulka, J.F., Mercer, J.P., Fishburne, J.I., Jr., Kumarasamy, T., Dingfelder, J.R. Regional training program of laparoscopy: Impact on regional care. *Fertility and Sterility* 28(1): 29-31, January 1977.
32. Bhiwandiwala, P.P., Kessell, E., Dingfelder, J.R. Laparoscopic sterilizaiton using a needle-puncture technique. *Journal of Reproductive Medicine* 18(2): 69-73, February, 1977.
33. Dingfelder, J.R. How to relieve dysmenorrhea. *The Female Patient* 2 (8): 12-19, August 1977.
34. Talwar, P.P., Dingfelder, J.R., Ravenholt, R.T. Increased risk of breakthrough bleeding when one oral contraceptive tablet is missed. *The New England Journal of Medicine* 296: 1236-37, 1977.
35. Ogburn, P.L., Brenner, W.E., Reitz, R.C., Zuspan, F.P., Staurovsky, L.G., Dingfelder, J.R. Axachidonic acid and other free fatty acid changes during abortion induced by prostaglandin F2a. *American Journal of Obstetrics and Gynecology* 130(2): 188-193, January 15, 1978.
36. Brenner, W.E., Ogburn, P.L., Dingfelder, J.R., Staurovsky, L.G., Zuspan, F.P. Catecholamines during therapeutic abortion induced with intra-amniotic prostaglandin F2a. *American Journal of Obstetrics and Gynecology* 130(2): 178-187, January 15, 1978.

5

Case 1:11-cv-00804-CCE-LPA   Document 111-1   Filed 10/03/12   Page 6 of 8

37. Dingfelder, J.R. Systemic lupus erythematosis and contraception. Collected letters of the International Correspondence Society of Obstetricians and Gynecologists, 19 (18): 144, September 1978.
38. Dingfelder, J.R. Direct laparoscope trochar insertion without prior pneumoperitoneum. *The Journal of Reproductive Medicine* 21 (1): 45-47, July, 1978.
39. Dingfelder, J.R. Direct laparoscope trocar insertion without prior pneumoperitoneum. Chapter 13 Endoscopy in Gynecology, edited by\ Phillips, Jordan M. Downey, California: American Association of Gynecologic Laparoscopists, 1978, PP. 49-53.
40. Dingfelder, J.R. Pregnancy tests - old and new. *The Female Patient*: 3(10): 76-84, October 1978.
41. Dingfelder, J.R. Pregnancy tests - old and new. *Physician Assistant/Health Practitioner* 4(8): 22-31, August 1980.
42. Schwarts, I.L., Dingfelder, J.R., Otuama, L., Swift, M. Recessive congenital myotonia and pregnancy. *International Journal of Obstetrics and Gynaecology* 17:194-196, 1979.
43. Dingfelder, J.R. Prostaglandins. Chapter 36 in Human Reproduction: Conception and Contraception, Second Edition, edited by Hafez, E.S.E. Hagarstown, Maryland: Harper and Row Publishing Co., Inc. 1980, pp. 726-746.
44. Dingfelder, J.R., Torrington, J.L. Recent Surveys of Parental Attitudes and Preferences in Childbirth. Chapter 52 in Compulsory Hospitalization; Freedom of Choice in Childbirth, Vol. 3, edited by Stewart, L., and Stewart D., Marble Hill, Missouri: NAPSAC, 1979, pp. 715-724.
45. Dingfelder, J.R. Diagnosis and treatment of menstrual cramps. *Medical Aspects of Human Sexuality* 14(1): 117-118, 1980.
46. Dingfelder, J.R. Treatment of dysmenorrhea. *Physician Assistant /Health Practitioner* 4(7): 37-48, July 1980.
47. Dingfelder, J.R., Brenner, W.E. Peritoneal insufflation for laparoscopy with a Laerdal Resuscitation Bag. *American Journal of Obstetrics and Gynecology*, 140:5, July 1, 1981.
48. Dingfelder, J.R. Primary dysmenorrhea treatment with prostaglandin inhibitors: A Review. *American Journal of Obstetrics and Gynecology* Vol. 140, No. 8, pp. 874-879, August 15, 1981.
49. Dingfelder, J.R. Habitual Abortion, Infertility, Health Sciences Consortium, Inc., Chapel Hill, NC 1981.
50. Hanlon, J.T., Caiola, S.M., Huhlbaier, L.H., Dennis, B.H., Edelman, D.A. Dingfelder, J.R. Evaluation of the sensitivity of five home pregnancy tests to known concentrations of human chorionic gonadotropin. *American Journal of Obstetrics and Gynecology*, 1982.
51. Dingfelder, J.R. Prostaglandin inhibitors. New treatments for an old nemesis (Editorial). *New England Journal of Medicine*, 1982, 307: 746- 47.
52. Ogburn, P.L., Dingfelder, J.R., Siegel, M.I., Williams, P.P.: Arachidonic acids role in the pathology and physiology of pregnancy and labor. *Published Progress in Lipid Research*, Vol 40, pp. 247-252, March 1982.

53. Dingfelder, J.R. Treatment of dysmenorrhea. *Hospital Physician* 19(9): 73-78, August 1982.
54. Dingfelder, J.R. Curtis, P. Chapter 51. <u>The Female Reproductive System in Family Medicine: Principles and Practice</u>, 2nd Edition, Springer-Verlag, New York, New York, 1983.
55. Dingfelder, J.R. Infertility. Chapter in <u>Difficult Diagnosis</u>. W.B. Saunders Company, Philadelphia, 1985, p. 309.
56. Dingfelder, J.R. Vaginal Trauma and Foreign Bodies, Chapter in <u>Current Therapy in Emergency Medicine</u>. p. 658. 1st Ed. BC Decker, Philadelphia, 1987.
57. Hall, J.L., Engel, D., Dingfelder, J.R. Marik, J. Use of the Hamster Zona-Free Ovum test in human in vitro fertilization program. *Fertility and Sterility* 41: 1055, 1984 (Abstracts).
58. Brenner, W.E., Dingfelder, J.R. Metronidazole-containing vaginal sponges for the treatment of bacterial vaginosis. *Contraception* 2(1986) 363-369.
59. Dingfelder, J.R. Induced Abortion. Chapter in <u>Surgical Diseases of Pregnancy</u> p. 25. Springer-Verlag, New York, 1990.
60. Dingfelder, J.R. Vaginal Trauma and Foreign Body, Chapter in <u>Current Practice of Emergency Medicine</u> p. 763. 2nd Edition. B.C. Decker, Philadelphia, 1991.
61. Dingfelder, J.R. Uncommon (non-typical) vaginal infections. (In Press)