**EXHIBIT B**



# North Carolina Obstetrical and Gynecological Society

Post Office Box 27167 • Raleigh, NC 27611
(919)833-3896 • Fax (919)833-2023 • ncobgyn@ncmedsoc.org

May 3, 2011

Representative Ruth Samuelson
NC House of Representatives
300 N. Salisbury Street, Room 419B
Raleigh, NC 27603-5925

Senator Andrew C. Brock
NC Senate
300 N. Salisbury Street, Room 629
Raleigh, NC 27603-5925

Re: House Bill 854 and Senate Bill 769, Abortion - Woman's Right to Know

Dear Representative Samuelson and Senator Brock:

I am writing to you as the President of the North Carolina Obstetrical and Gynecological Society ("NC Ob/Gyn Society"). Representing hundreds of obstetricians and gynecologists, we are extremely concerned about the ramifications of the passage of House Bill 854 and Senate Bill 769, Abortion – Woman's Right to Know Act and related bills. Even though our membership has differing views on the practice of pregnancy termination, and the NC Ob/Gyn Society supports this diversity of beliefs, we feel it is our responsibility to speak against this legislation.

Intrusion into the physician-patient relationship violates the core ethical principles of patient autonomy and informed consent process (where the patient understands the purpose of and willingly agrees to any test or procedure) and sets a dangerous precedent where government will be directing physicians on what procedures they should be required to perform on patients. Obstetricians and gynecologists maintain relationships with their patients throughout various stages of a woman's life, relationships based on trust and respect – where patients can share their intimate medical concerns without fear of retribution and where the doctor and patient can develop an agreed upon plan-of-care that meets the medical needs of the patient and is consistent with her values. For the government to insert itself into that relationship with no insight or knowledge of specific situational details, and no ability to resolve difficult human conditions, is wrong.

We ask that you recognize the importance of these issues as you consider this bill. Our members welcome the opportunity to provide you with additional feedback on this bill.

Sincerely,

William Meyer, MD
President
NC Obstetrical and Gynecological Society