IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | Case No. 1:11-cv-00804 |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ANDREW D. BECK

I, Andrew D. Beck, declare as follows:

1. I am an attorney with the American Civil Liberties Union Foundation ("ACLU") and am a member in good standing of the bar of the State of New York. I have entered a special appearance in this case on behalf of Plaintiffs.

2. I make this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. Attached is a true and accurate copy of excerpts of the deposition transcript of Dr. Watson A. Bowes, Jr. (attached hereto as Exhibit A).

4. Attached is a true and accurate copy of the North Carolina Department of Health and Human Services' "Patient Education Handbook" for women seeking abortions (attached hereto as Exhibit B).

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 1, 2012

___/s/ Andrew D. Beck___