# Exhibit A

# Nada Logan Stotland, M.D., M.P.H.
## Curriculum Vitae

OFFICE ADDRESS:     5511 South Kenwood Ave.
Chicago, Il 60637-1713

OFFICE TELEPHONE:    (773) 667 6329
OFFICE FAX:    (773) 667 6692

E-MAIL ADDRESS:

DATE OF BIRTH:
PLACE OF BIRTH:
CITIZENSHIP:
FAMILY STATUS:



## EDUCATION:

| | |
|---|---|
| 1956-59 | New Trier Township High School |
| | Winnetka, IL. - Diploma (1959) |
| 1959-60 | University of Illinois |
| 1960-63 | The University of Chicago |
| | B.A. (Psychology) 1963 |
| 1963-67 | The University of Chicago School of Medicine |
| | M.D. 1967 |
| 1967-68 | Internship |
| | University of Illinois Research and Education Hospital |
| | Straight Pediatrics |
| 1968-70 | Resident in Psychiatry (PGY II and III) |
| | The University of Chicago |
| 1970-78 | Leave of absence: full-time parenting |
| 1978-80 | Residency completed (half time for two years) as |
| | Fellow, Psychiatric Consultation-Liaison Service: |
| | Liaison-Consultant to Department of Obstetrics and Gynecology |
| | The University of Chicago |
| 1984-95 | Candidate, Chicago Institute for Psychoanalysis |
| | Graduate, 1995 |
| 1996-98 | University of Illinois at Chicago |
| | Master of Public Health(Health Policy and Administration), 1998 |

## BOARD CERTIFICATION:

| | |
|---|---|
| 1968 | National Board of Medical Examiners |
| 1982(June) | American Board of Psychiatry and Neurology. |
| | (No. 23713) |

MEDICAL LICENSURE:

1968-Present   Illinois (No. 36-41813)

ACADEMIC APPOINTMENTS:

1984-1987      Clinical Associate Professor of Psychiatry
               The University of Chicago

1981-1984      Clinical Assistant Professor of Psychiatry
               The University of Chicago

1987-1997      Associate Professor of Clinical Psychiatry
               The University of Chicago

1988-1997      Associate Professor of Clinical Obstetrics and Gynecology
               The University of Chicago

1997 -         Professor, Department of Psychiatry
               Professor, Department of Obstetrics & Gynecology
               Rush Medical College of Rush University, Chicago, Illinois

POSITIONS HELD:

2001-present   Private Practice of Psychiatry

1996-  6/01    Illinois Masonic Medical Center
               Chair, Department of Psychiatry
               Attending Staff, Department of OB/GYN

1992-96        Medical Coordinator for Mental Health Services
               (Chief Medical Officer)
               State of Illinois Department of Mental Health and Developmental
               Disabilities

1988-92        Director of Psychiatric Education
               The University of Chicago

1987-88        Director of the Psychiatric Consultation-Liaison Service
               The University of Chicago Hospitals and Clinics

1980-87        Associate Director of the Consultation-Liaison Service
               Psychiatric Consultant to the Department of Obstetrics and Gynecology,
               Michael Reese Medical Center

1981-84        Director, Psychosocial Curriculum
               Primary Care Internal Medicine Training Program
               Michael Reese Hospital and Medical Center/The
               University of Chicago

1980-82        Attending Physician, Cook County Hospital, Department of Family Practice

2

ARTICLES IN PEER REVIEWED JOURNALS:

1. Garrick, T.R. and Stotland, N.L.: How to write a psychiatric consultation. <u>American Journal of Psychiatry</u>, 139 (7):849-855, 1982.

2. Lesko, L.M., Stotland, N.L., and Segraves, R.T.: Three cases of female anorgasmia associated with MAOIs. <u>American Journal of Psychiatry</u>, 139(10):1353-1354, 1982.

3. Stotland, N.L.: Reproductive Aspects of Consultation-Liaison Psychiatry. <u>Hospital and Community Psychiatry</u>, 36:10, 1985.

4. Stotland, N.L.: Munchausen Syndrome. <u>JAMA</u>, Vol. 261, No. 3:147.

5. Stotland, N.L.: Social Change and Women's Reproductive Health Care. <u>Women's Health Issues</u>, Vol. 1, No. 1:4-11 (Fall, 1990).

6. Stotland, N.L.: The Myth of the Abortion Trauma Syndrome. <u>JAMA</u>, Vol. 268, No. 15:2078-2079, (October 1992).

7. Stotland, N.L.: "Ethical Dimensions of Informed Consent": A Psychiatric Perspective. <u>Women's Health Issues</u>, Vol. 3, No. 1:19-21 (Spring, 1993).

8. Stotland, N.L.: Contemporary Issues in Obstetrics and Gynecology for the Consultation-Liaison Psychiatrist. <u>Hospital and Community Psychiatry</u>, Vol. 36, No. 10:1102-1108, October 1985.

9. Stotland, N.L.: Letter to the Editor. <u>The New England Journal of Medicine</u>, Vol 329, No. 16, October 1993.

10. Stotland, N.L.: An Orientation Program for New Residents in Obstetrics and Gynecology (letter to editor). <u>Obstetrics & Gynecology</u>, Vol. 84, No. 2, August 1994.

11. Stotland, N.L.: Depression: Recognition, Diagnosis, and Management in the Primary Care Setting. <u>Primary Care Update for Ob/Gyns</u>, Vol. 1, Number 1, January/February, 1994.

12. Stotland, N.L., Romans, M.C.: Adolescent Girls' Health and Self-Esteem. <u>Women's Health Issues</u>, Vol. 4, No. 2, Summer 1994.

13. Stotland, N.L. and Harwood, B.: Sexual Contact between Patients and Physicians: Romance or Betrayal? <u>Primary Care Update for Ob/Gyns</u>. 2:3, May/June 95.

14. Stotland, N.L.: Women and Depression: Risk Factors and Treatment Issues. <u>Journal of Psychosomatic Research</u>., 40:3, March 1996.

15. Stotland, N.L.: The Seductive Patient. <u>Primary Care Update for Ob/Gyns</u>., 3: 2. March/April 1996, 4:1 January/February 1997.

3

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 4 of 25

16.     Stotland, N.L. Conceptions and Misconceptions: Decisions About Pregnancy.
        General Hospital Psychiatry, January 1996.

17.     Stotland, N.L.: Psychiatry Masquerading as Ethics: The
        Psychiatrist as Systems Analyst. Am.J.Psychiatry. 1997.

18.     Stotland, N.E. and Stotland, N.L: When Your Patient Demands a Cesarean Section.
        Primary Care Update for Ob/Gyns, March/April 1996.

19.     Stotland, N.L.: Special Feature: Program from the Fourth Annual Congress on
        Women's Health, June 18-19, 1996. Abstract: Induced Abortion: The Intersection of
        Politics and Health Care. Journal of Women's Health, Vol. 5, Num. 3, June 1996.

20.     Stotland, N.L.: Assessing the Mental Health Impact of Induced Abortion, Medscape
        Women's Health, August 1996.

21.     Stotland, N.L.  Refusal of Medical Treatment: Psychiatric
        Emergency?, American Journal of Psychiatry, 154:1, January 1997.

22.     Stotland, N.L.  Personality Disorders, Primary Care Update for
        OB/GYNS, 4:2, March/April 1997.

23.     Stotland, N.L. If a little knowledge is a dangerous thing, what
        about a lot of knowledge: what have we learned from Pandora?
        Womens Health Issues. 1997 Jul-Aug;7(4):201-3.

24.     Stotland, N.L., When your patient demands a Baby, Primary Care
        Update for OB/GYNS, 4:5, September/October 1997.

25.     Stotland, N.L.,  Psychosocial Aspects of Induced Abortion, Clinical
        Obstetrics and Gynecology, September 1997.

26.     Stotland, N.L.,  Promotion Criteria for Clinician-Educators, Letter
        to the Editor, Journal of the American Medical Association,
        January 1998.

27.     Stotland, N.L., and Stotland, N.E., The Mother and the Burning
        Building, Obstetrical & Gynecological Survey, January 1998.

28.     Stotland, N.L.,That "Borderline" Syndrome, Primary Care Update
        for Ob/Gyns, 5:2, March/April 1998.

29.     Stotland, N.L., Abortion: social context, psychodynamic
        implications. American Journal of Psychiatry. 1998 July;964-7.

30.     Stotland, N.E. and Stotland, N.L.:  Denial of Pregnancy,
        Primary Care Update for Ob/Gyns, September/October 1998.

31.     Stotland, N.L.,  Reflections on Psychiatry, Obstetrics/Gynecology,
        and the Primary Care of Women, Journal of the American Medical
        Women's Association, Summer 1998.

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 5 of 25

32.  Stotland, N.L., Psychiatry, the law, and public affairs. Journal of the American Academy of Psychiatry Law, 1998;26(2):281-7.

33.  Stotland, N.L., When religion collides with medicine. American Journal of Psychiatry, 1999 Feb;156(2):304-7.

34.  Stotland, N.L., A Tug-of-War: Psychiatry and the Misuse of Religion, The American Journal of Psychiatry, 157:5, May 2000.

35.  Stotland, N.L., Gender-based biology(editorial). Am J Psychiatry 158:161-162, 2001

36.  Stotland, N.L. Letter to the editor. Am J Psychiatry 158:2094, 2001

37.  Ciotti MC, Williams JW, Dietrich AJ, Schulkin J, Stotland N, Rost K, Baram D, Cornell J. Depression Care Attitudes and Practices of Newer Obstetrician-Gynecologists. Obstetrics and Gynecology, in press

38.  Stotland Nada L. Assisted Reproduction: Helping Patients Decide What to Tell Others. Primary Care Update for Ob/Gyns 9:66-70, March/April 2002

39.  Stotland Nada L. Cross-Fertilization: Psychiatry and Obstetrics/Gynecology. Primary Psychiatry. October 2002

40.  Stotland NL, Stotland NE. Can You Hear Me?: Improving Communication between    Mental Health and Reproductive Health Care Professionals. Health and Sexuality vol 7, December 2001

41.  Stotland, N.L., The Psychology of Terror: Primary Care Presentations. Primary Care Update for Ob/Gyns, July/August 2002.

42.  Stotland, Nada L. Women's Bodies, Doctors' Dynamics. Journal of the American Academy of Psychoanalysis. Spring 2003

43.  Stotland, Nada L. Enhancing compliance by understanding non-compliance. Primary Care Update for Ob/Gyns. May-June 2003.

44.  Stotland, N.L. Menopause: Social expectations, women's realities. Arch Women's Mental Health 5:5-8, 2002

45.  Stotland, N.L. Playing Each Day As It Comes. Academic Psychiatry. Fall 2003.

46.  Stotland, Nada L. Abortion and Psychiatric Practice. Journal of Psychiatric Practice. March 2003.

47.  Dietrich AJ, Williams JW, Ciotti MC, Schulkin J, Stotland N, Rost K, Baram D, Cornell J. Depression care attitudes and practices of newer obstetrician-gynecologists: a national survey. Am J Obst Gyn 189:267-273, July 2003

48.  Stotland Nada L. Letter to the Editor. Dementia and Hormone Use. Psychiatric Services 54:574-575, April 2003

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 6 of 25

49.     Stotland NE, Stotland NL.  Simpson, Semmelweis, and Transformational Change. Obstetrics and Gynecology.  In press. 2005

50.     Stotland NL.  Overcoming Psychological Barriers in Insulin Therapy.  Insulin, January 2006

51.     Stotland NL.  Concluding Discussion of 'Stop it, you're making me sick. Papers, Journal of Gay and Lesbian Mental Health, 2009

52.     Russo NE, Robinson GE, Stotland, NL.  "Is there an "Abortion Trauma Syndrome"?:  Critiquing the Evidence", Harvard Review of Psychiatry, July/August 2009

53.     Stotland N, Robinson G.  "Abortion Trauma Syndrome" Revisited.  Psychiatric Times.  P 23, Jan 2010.

54.     Stotland N.  Psychiatric Issues in Induced Abortion.  Journal of Nervous and Mental Diseases.  Fall 2011

55.     Stotland NL.  Induced Abortion and Adolescent Mental Health.  Current Opinion in Obstetrics and Gynecology.  In Press.

56.     Stotland N.  Depression.  The Five-Minute OB/GYN Consult. 2006

57.     Stotland N.  Postpartum Depression.  The Five-Minute OB/GYN Consult.2006

58.     Robinson G, Stotland N.  The Myth of the Abortion Trauma Syndrome.  Letter to Editor, The Canadian Journal of Psychiatry, Vol 55, No 11, November 2010, P172

59.     Robinson G.E., Stotland, N.L. Yet another
        flawed study Can J Psychiatry. 56(1):72

60.     Robinson G, Nadelson C, Stotland N.  "Re: Abortion and mental health: quantitative synthesis and analysis of research published 1995-2009".  Letter to the editor of the British Journal of Psychiatry, Jan 2012


OTHER ARTICLES:

1.      Stotland, N.L., and Lesko, L.M.: Anxiety and its management. The Female Patient, 8:19-34, 1983.

2.      Stotland, N.L., and Lesko, L.M.: Depression and suicide risk. The Female Patient, 8:21-29, 1983.

3.      Stotland, N.L., and Scott, J.M.: The evaluation of sexual dysfunction in gynecologic practice. The Female Patient, 10:103-109, 1985.

4.      Stotland, N.L., and Lesko, L.M.: The perennial patient: Treating psychosomatic illness. The Female Patient, 11:12-16, 1986.

6

5.      Stotland, N.L.: Psychiatry in Obstetrics/Gynecology. <u>The Psychiatric Times</u>, Vol. IV, No. 10:1, 24-25 (October 1987).

6.      Stotland, N.L.: Pelvic examinations: the patient's perspective. <u>The Female Patient</u>, 12:63-68, 1987.

7.      Stotland, N.L.: When to seek psychiatric consultation for your patient. <u>The Female Patient</u>, 13:95-98, 1988.

8.      Stotland, N.L.: Alcohol and Sex. <u>Medical Aspects of Human Sexuality</u>, August 1989, Vol pp. 42-49.

9.      Stotland, N.L.: Psychiatry, Abortion, and the Supreme Court: Political Chaos, Practice Crisis. <u>The Psychiatric Times</u>, Vol. IX, No. 10, p. 47, (October 1992).

10.     Stotland, N.L.: The Feminization of American Psychiatry. <u>The Psychiatric Times</u>, Vol. X, No. 2:34 (February 1993).

11.     Stotland, N.L.: Is there an Abortion Trauma Syndrome? <u>Harvard Mental Health Letter</u>, February 1993.

12.     Stotland, N.L. and Peterson, C.M.: Your Body, Your Feelings: In <u>Lamaze Parents' Magazine</u>, 1992, -3,-4,-5,-6,-7 Editions.

13.     Stotland, N.L.: Notes from the Campaign Trail. <u>Psychiatric Times</u>,    May 1996.

14.     Stotland, N.L.: Depression. <u>Women's Health Today</u> 1:1, 1996.

15.     Stotland, N.L.: Munchausen's by Proxy. <u>Illinois Medical Magazine</u>, 1996.

16.     Stotland, N.L.: Dealing with Depression. <u>Town & Country Magazine</u>, May 2000, pages 188 & 193.

17.     Stotland, N.L.: Depression. SELF-Magazine, September 2000, page 209.

18.     Stotland, N.L. Mental Health and Women. ORGYN. 2003

19.     Stotland, Nada L. Cross-fertilization among fields: psychiatric issues in women's reproductive health care. <u>Primary Psychiatry</u> 9:43-49, October 2002

20.     Stotland, Nada. Sites to see: websites in mental health. <u>ORGYN</u> 14:11, 2003

21.     Stotland, N.L. Social anxiety disorder. <u>The Female Patient</u> April 2004

22.     Stotland, N.L. Is this clinical depression? <u>The Female Patient</u>, scheduled for Oct 04

<u>BOOKS:</u>

1. Stotland, N.L.: <u>Social Change and Women's Reproductive Health Care</u>. New York: Praeger Publishers, 1988.

2.* Stotland, N.L., and Garrick, T.R.: <u>Manual of Psychiatric Consultation</u>, Washington, D.C.: American Psychiatric Press, Inc. 1990.

3.* Stotland, N.L. (Ed.): <u>Psychiatric Aspects of Reproductive Technology</u>. Washington, D.C.: American Psychiatric Press, Inc. 1990.

4.* Stotland, N.L.(Ed.): <u>Psychiatric Aspects of Abortion</u>. Washington, D.C.: American Psychiatric Press, Inc., 1991.

5.* Stewart, D.E. and Stotland, N.L., (Eds.): <u>Psychological Aspects of Women's Health Care: The Interface between Psychiatry and Obstetrics and Gynecology.</u> Washington, D.C.: American Psychiatric Press, Inc. 1993.

6.* Stotland, N.L.: <u>Abortion: Facts and Feelings.</u> Washington, D.C.: American Psychiatric Press, Inc. 1998.

7.* Stotland, N.L., and Stewart, D.E.[Eds.]:<u>Psychological Aspects of Women's Health Care: The Interface Between Psychiatry and Obstetrics and Gynecology</u>, Second Edition. Washington, D.C., American Psychiatric Press, Inc. 2001

8.* Stotland, N.L., Ed. <u>Cutting-Edge Medicine:  What Psychiatrists Need to Know</u>. Washington DC, American Psychiatric Publishing, Inc.  2003.
   Italian edition published by CIC Edizioni Internationali, 2002

9. Stotland, N.L. Medical Editor, The Complete Mental Health Directory, 6th ed., 2008. Grey House Publishing,  Millerton NY

* All books published by American Psychiatric Press/Publishing, Inc. are peer-reviewed.

<u>BOOK CHAPTERS</u>:

1. Stotland, N.L.: Psychological implications of recent developments in peripartum care.  In <u>Psychosomatic Obstetrics and Gynecology</u>, M.B. Rosenthal and D.H. Smith (Eds). Basel: S. Karger, A.G., 1985.

2. Stotland, N.L., and Peterson, C.: A modest proposal:  Breastfeeding for infants and adolescent mothers.  In <u>Psychosomatic Obstetrics and Gynecology</u> M.B. Rosenthal and D.H. Smith (eds). Basel: S. Karger, A.G., 1985.

3. Stotland, N.L.: Psychiatric Issues in Pregnancy.  In <u>Medical Disorders in Pregnancy</u>, W.M. Barron and M. Lindheimer (eds.) Chicago: Mosby Year Book Medical Publishers, 1991, 2nd. Ed., 1995.French edition, Medecine de la femme enceinte, Flammarion, Paris, 1990.

4. Stotland N.L.: Reproductive Choice.  In <u>The Free Woman: Women's Health in the 1990's</u>, E.V. Van Hall and W. Everaerd (eds.)  Park Ridge, N.Y.: The Parthenon Publishers, 1989, pp. 488-502.

8

5.   Stotland, N.L., and Smith T.: Psychiatric Consultation to Obstetrics and Gynecology: Systems and Syndromes. In American Psychiatric Press Review of Psychiatry, Vol. 9, A. Tasman, M.D. (ed.) Washington, D.C.: American Psychiatric Press, Inc. 1990.

6.   Stotland, N.L. Psychiatric Aspects of Reproductive Technology: Introduction and Overview. In Psychiatric Aspects of Reproductive Technology, N.L. Stotland, (ed) Washington, D.C.: American Psychiatric Press Inc. 1990, pp 1-12.

7.   Stotland, N.L.: Psychiatric Issues in Abortion and the Implications of Recent Legal Changes for Psychiatric Practice. In Psychiatric Aspects of Abortion, N.L. Stotland (ed) Washington, D.C.: American Psychiatric Press, Inc. 1991.

8.   Stotland, N.L.: Gender-related Psychology. In Behavioral Science for Medical Students, F. S. Sierles, M.D. (ed), Baltimore: Williams & Wilkins, 1992.

9    Stewart D.E. and Stotland, N.L.: Psychological Aspects of Women's HealthCare: The Interface between Psychiatry and Obstetrics and Gynecology, ed. by N.L. Stotland and D. Stewart, Washington, D.C. American Psychiatric Press Inc.1993.

10.  Stotland, N.L.: Induced Abortion. Ibid.

11.  Stotland, N.L.: Psychiatric Consultation to Obstetrics and    Gynecology. Ibid.

12.  Stotland, N.L.: Contraception and Abortion: Challenges for the    Next Century. In: Reframing Women's Health: Multidisciplinary Research and Practice, ed. by A.J. Dan, Sage Publications, Thousand Oaks, CA, 1994.

13.  Stotland, N.L.: Psychosocial and Legal Issues in Premenstrual Symptoms. In Premenstrual Dysphorias: Myths and Realities. Ed. By J.H. Gold and S.K.Severino. American Psychiatric Press, Inc. 1994.

14.  Stotland, N.L.: Psychosomatics. In Gynecology and Obstetrics, ed.   by J.J. Sciarra, Harper and Row, Philadelphia, 1995.

15.  Stotland, N.L.: Women and Psychiatry. In The American Psychiatric Press, Inc. Textbook of Psychiatry, 2nd Edition, ed. by S Yudofsky, J Talbott, R Hales. Washington DC, 1995.

16.  Stotland, N.L.: Psychiatric and Psychosocial Issues in Primary Care for Women. In Women's Primary Health Care: Office Practice and Procedures, Ed. By Vicki L Seltzer and Warren H. Pearse. McGraw-Hill, Inc. New York, NY, 1995.

17.  Stotland, N.L.: Obstetrics and Gynecology. In The American Psychiatric Press Textbook of Consultation-Liaison Psychiatry, ed. by JR Rundell and MG Wise. American Psychiatric Press Inc., Washington DC, 1996.

18.  Stotland, N.L.: Psychological Treatments. In A Clinician's Guide to Menopause. Ed. by D.E.Stewart and G.E.Robinson. American Psychiatric Press, Inc. Washington,    DC, 1997.

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 10 of 25

19. Stotland, N.L.: The Young Adult Woman. In <u>Textbook of Women's Health</u>, Ed. By L.A.Wallis. Boston: Little, Brown. 1997

20. Stotland, N.L.: Common Psychiatric Diagnoses in Gynecologic Practice. In <u>Novak's Textbook of Gynecology-Twelfth Edition</u>, Ed. by J.S.Berek, E.Y.Adashi, P.A.Hillard, Philadelphia, Williams and Wilkins. 2000

21. Stotland, N.L. : Obstetrics and Gynecology. In <u>Textbook of Consultation-Liaison Psychiatry</u>, Ed. by J.R. Rundell and M. G. Wise. American Psychiatric Press, Inc. Washington, DC 2001.

22. Stotland, N.L. Reproductive Issues. In <u>Women's Mental Health in Primary Care</u>, Ed. By KJ Zerbe. WB Saunders, Philadelphia, 1999

23. Stotland, Nada L. Psychiatry. In <u>Primary Care Clinics in Office Practice</u>, WS Saunders, 2002

24. Stotland, Nada L. Common Psychiatric Diagnoses in Gynecologic Practice. In Novak's Gynecology: Self-Assessment and Review, 2nd. Ed., ed. By J. Berek. Lippincott Williams and Wilkins, New York, NY, 2002,and 4th.Ed, 2009


BOOK REVIEWS:

Stotland, N.L.: <u>The Woman Patient: Medical and Psychological Interfaces</u>, M. Notman and C. Nadelson (eds). New York and London: Plenum Press, 1978, in "Women and Health" 5(2):71-72, 1980.

Stotland, N.L.: Female Identity Conflicts in Clinical Practice, <u>Psychiatric Times</u>, August, 1994.

Stotland, N.L.: Women Beyond Freud: New Concepts of Feminine Psychology, <u>American J Psychiatry</u>, 151:11, November, 1994.

Stotland, N.L.: Illness and Power: Women's Mental Disorders and the Battle between the Sexes. <u>J. Nervous Mental Dis</u> 1995

Stotland, N.L.: Biologically Informed Psychotherapy for Depression, <u>American J Psychiatry</u>, August 1996.

Stotland, N.L. Illness and Power: Women's Mental Disorders and the Battle Between the Sexes, <u>The Journal of Nervous and Mental Disease</u>, September 1996.

Stotland, N.L. <u>Speaking of Sadness: Depression, Disconnection, and the Meaning of Illness</u> by David Karp, 1997.

Stotland, N.L. Women and the Ownership of PMS: The Structuring of a Psychiatric Disorder by Anne E. Figert, January 1998, <u>Journal of Nervous and Mental Disease</u>.

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 11 of 25

Stotland, N.L. Women and Group Therapy: Theory and Practice by Betsy DeChant, January 1999, <u>American Journal of Psychiatry</u>.

Stotland, N.L. The Right to Refuse Mental Health Treatment, by Bruce J. Winick, J.D., October 1999, <u>American Journal of Psychiatry.</u>

Stotland, N.L. Wednesday's Child: Research Into Women's Experience of Neglect and Abuse in Childhood and Adult Depression, by Antonia Bifulco and Patricia Moran, April 2000, <u>The American Journal of Psychiatry.</u>

Stotland, N.L. Postpartum Mood Disorders, by Laura J. Miller, May 2000, <u>ORGYN, No. 1, 2001.</u>

Stotland, N.L. Healing the Trauma of Abuse: a women's workbook. ME Copeland and M Harris. <u>New Harbinger</u>, Oakland Ca. In Press.

Stotland, N.L. Mood Disorders in Women, Edited by M. Steiner, KA Yonkers, E. Eriksson. Martin Dunitz London, 2000. <u>The American Journal of Psychiatry</u>, October 2001.

Stotland, N.L. Healing the Trauma of Abuse: A Women's Workbook, by ME Copeland and M Harris. <u>Psychiatric Times</u>, October 2001

Stotland, N.L. Regulating Menstruation: Beliefs, Practices, and Interpretations. Ed by D Van De Walle and EP Renne. <u>Psychiatric Services</u>, May 2002

Stotland, N.L. An Alchemy of Mind: The Marvel and Mystery of the Brain, by D Ackerman. <u>Psychiatric Services</u>, in press

Stotland, N.L. The Truth of the Matter, by Robb Forman Dew. <u>Psychiatric Services</u>, 12/06

Stotland, N.L. Talking to Families About Mental Illness. Journal of Psychiatric Practice, 2011


<u>SELECTED INVITED LECTURES</u>:

<u>Women & Science</u>
National Institutes of Mental Health Special Lecture: 1992

<u>Psychiatric Aspects of Obstetrics and Gynecology</u>
Bernstein Lecture, University of Minnesota, 1993

<u>Psychiatry in Primary Care</u>
Keynote Address,
Louisiana Psychiatric Association Annual          Meeting, 1993

<u>Abortion and the Psychiatric Consultant</u>
The Academy of Psychosomatic Medicine, 1994

<u>Psychiatry:  Changing Our Minds</u>

11

Washington State Psychiatric Association: 1995

Psychiatry for Lawyers
Chicago Bar Association Mental Health Committee: 1995

Women: Reproductive Events and Psychiatric Illness, University of Hong Kong, March 1997.

Harassment: A Positive Approach, Great Lakes United States Naval Station, March 1997.

Self Esteem and Vulnerability to Pregnancy, Adolescent Pregnancy Prevention Conference, Chicago, IL, April 1997.

Patient Advocacy. Kentucky Psychiatric Association, Louisville, KY, September 1997.

Depression:  Not Just the Blues,  Cook County Commission on Women's Health Issues and U.S. DHHS Office of Women's Health, January 1999.

Gender and Schizophrenia
Oregon Psychiatric Association, Dickel Lecture, 2001

Managing Your Professional and Personal Lives
American Medical Student Association Primary Care Leadership Training
Program, 2001

Two-Career Marriages.
Australian Federation of Medical Women,
Sydney, Australia, August 2001

Periods:  Past, Present, and Future
The New South Wales Institute of Psychiatry
Sydney, Australia, August 2001

Postpartum Depression and the African-American Mother
Congressional Black Caucus
Washington, DC, September 27, 2001

War on Terrorism:  Psychiatric Implications for Women
Illinois Women's Health Coalition
December 11, 2001

Depression in the Perimenopause
Women's Health Conference
Nice, France
March 8, 2002

Medicine and Marriage
American Association of Physicians of Indian Origin
Annual Meeting, June 2002

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 13 of 25

Medical Marriages
Western Australian Association of Medical Women
Perth, Australia
August 29, 2002

Working with Difficult Patients
New South Wales Association of Medical Women
Sydney, Australia
September 2, 2002

Methodological Issues in Abortion Research
Advancing New Standards in Reproductive Health(ANSIRH)
University of California San Francisco
May 21, 2003

Ethical Dilemmas in Psychiatry
Nevada Psychiatric Association, February 2004

Postpartum Depression
Oregon Psychiatric Association, March 2004

Postpartum Depression and the American Way of Birth
Minnesota Psychiatric Society, October 2004

Giving 200%
Keynote Lecture, Northern California Psychiatric Society, April 2005

The Pregnant, Substance-Abusing Diabetic
American Diabetes Association, March 2005

Mental Health Consultation in Breast Cancer
Avances en Medicina Psicosomatica:  Segundo Simposio Anual
San Juan, Puerto Rico

Mental Health Issues in Law Students
National Association on Legal Careers, March 2011


1988-          Selected Grand Rounds:

               Harvard Medical School
               East Tennessee University Medical School
               Wayne State University
               New York Medical College:  Manhattan and Westchester campuses
               Columbia University College of Physicians and Surgeons
               University of California San Francisco
               Medical College of Pennsylvania
               Tulane University College of Medicine
               Indiana University School of Medicine
               Northwestern University School of Medicine
               Baylor College of Medicine

13

University of Louisville School of Health Sciences
Medical College of Wisconsin
Oregon Health Sciences University
University of Minnesota School of Medicine
University of Texas Medical Branch at Galveston
Duke University School of Medicine
New York Medical College
Albert Einstein College of Medicine:
      Long Island Jewish Hospital
      Bronx-Lebanon Hospital
Saint Louis University
The Cleveland Clinic
Sheppard and Enoch Pratt
University of Cincinnati School of Medicine
Case Western Reserve School of Medicine
Medical College of Wisconsin
Chicago Medical College
Rush Medical College
Stanford University
West Virginia University
University of Tennessee
University of Illinois College of Medicine

## SELECTED INVITATIONAL CONFERENCES

Association of Professors of Gynecology and Obstetrics. Women's Health In the Medical School Curriculum. Arlington, Va. June 2003. Contributor to: Women's Health Competencies for Medical Students APGO, 2005

University of California San Francisco. Advancing New Standards in Women's Reproductive Health. February 2004

United States Health Resources and Services Administration. Identifying Disproportionate Need Areas. June 2004

University of Medellin, Colombia. Women in the 21st Century 2008

## EDITORIAL BOARDS:

1978-86      <u>Our Baby's First Seven Years</u>
              Chicago Lying-In Hospital, The University of Chicago

1982-1990    <u>Medicine on the Midway</u>
              Alumni Journal, The University of Chicago Pritzker School of Medicine

1989 - 98     <u>Women's Health Issues</u>
              Journal of the Jacobs Institute, American College of
              Obstetricians and Gynecologists

14

| 1992 | Textbook of Psychiatry, Second Edition |
| | The American Psychiatric Press, Inc. |

| 1993 - | Primary Care Update for Ob/Gyns, Psychiatry Section Editor |
| | American College of Obstetrics and Gynecology/Elsevier |

| 1995- | Psychiatric News, Editorial Advisory Board |

| 1/96-12/99 | American Journal of Psychiatry, Associate Editor |

| 1995-98 | Medical Update for Psychiatrists, Editor-in-Chief |
| | Elsevier, New York/Amsterdam |

| 1996- | Journal Watch Women's Health, Psychiatry Editor |
| | New England Journal of Medicine |

| 1997- | Women's Health Today, Editorial Board |

| 1997- | Psychline, Associate Editor, International Board of Editors |

| 1998- 2002 | Archives of Women's Mental Health, Editorial Board |

| 1999- | General Hospital Psychiatry, Associate Editor, Editorial Board |

| 2000- | Newsletter for Women in Psychiatry (interim editor, 2005- |

| 2004-5 | The Female Patient |


REVIEWER:

American Psychiatric Press, Inc.
American Journal of Psychiatry
Archives of General Psychiatry
Hospital and Community Psychiatry
Int'l Journal of Psychosomatic Obstetrics & Gynecology
Journal of the American Medical Association
Journal of Neuropsychiatry
General Hospital Psychiatry
Psychiatric Services
Journal of Nervous and Mental Disease
Journal of Psychiatry in Medicine
Psychoanalytic Psychology
Obstetrics & Gynecology
Fertility and Sterility
Journal of Women's Health
Journal of Orthopsychiatry
American Journal of Obstetrics and Gynecology

15

**The University of Chicago**

| | |
|---|---|
| 1988-91 | Women's Programs Working Group |
| 1989-91 | Committee on Balancing Personal & Professional Life |
| 1989-91 | University of Chicago Space Planning Committee |
| 1989-91 | Ambulatory Care Committee |
| 1989-92 | House Staff Advisory Committee |
| | Chair, Personnel Policies Subcommittee |
| 1991-92 | Ambulatory Care Education Committee |

**(Advocate) Illinois Masonic Medical Center**

| | |
|---|---|
| 1996-2000 | Executive Committee |
| 1996-98 | Committee on Pain Management |
| 1997-2000 | Ethics Committee |
| 1998-2000 | Patient Education Committee |
| 1996-2000 | Institutional Review Board |
| 1998-1999 | Search Committee, Department of Dentistry, Chair |
| 2000 | Physician Information Systems Subcommittee |
| 2001 | Coordination of Care Committee |
| 2001 | Continuing Medical Education Committee |

## MEDICAL SCHOOL ACTIVITIES:

| | |
|---|---|
| 1987-88 | Dean's Task Force for Strategic Planning, Division of Biological Sciences |
| 1987-93 | Continuing Medical Education Committee |
| 1988-92 | Clinical Clerkship Committee |
| 1989-91 | AOA Advisory Committee |
| 1989- | Medical Alumni Association Executive Council |
| 1989-91 | Early Start Curriculum Committee |
| 1989-92 | Curriculum Review Committee |
| 1989-92 | Faculty Workgroup on Doctor-Patient Relationship |
| 1989-92 | Promotions Committee |
| 1989-91 | AOA Committee |
| 1989-92 | Student-Faculty Retreat Committee |
| 1989-93 | Orientation Committee |
| 1990-92 | Clinical Medicine Committee |
| 1991-93 | Committee on Medicine, Science, and Society |
| 1991-93 | Committee on Family Practice Appointments |
| 1991-92 | Dean's Task Force #14 - Medical Social Sciences |
| 1992-93 | Committee to Advise the President and the Provost on the Appointment of a Dean for the Biological Sciences (elected by the faculty) |
| 1992-96 | Medical School Admissions Committee |
| 2003- | Rush Medical College Committee on Medical Student Evaluation & Promotion |

## MEDICAL SCHOOL COURSE DIRECTOR:

| | |
|---|---|
| 1988-92 | Psychiatry Clerkship |

16

| 1988-91 | Introduction to Psychiatry 301-302 |
| 1988-91 | Medical Ethics |
| 1988-92 | Clinical Medicine |

## SELECTED HONORS AWARDS/ELECTED MEMBERSHIPS/LECTURESHIPS:

| 1960 | Alpha Lambda Delta, Pre-Medical Honor Society |
| 1987 | Marjorie Karmel Award, American Society for |
| | Psychoprophylaxis in Obstetrics (ASPO/Lamaze) |
| 1991 | Hazel Mrazek Resident Mentor Award |
| | Illinois Psychiatric Society |
| 1992 | Nancy C.A. Roeske Award |
| | For Excellence in Medical Student Education |
| | American Psychiatric Association |
| 1992 | American Psychiatric Association Public Affairs Award: |
| | Coalition Building |
| 1999 | Outstanding Psychiatrist Award, National Alliance for the Mentally Ill |
| 2000 | Alexandra Symonds Award of the American Psychiatric Association and |
| | Association for Women Psychiatrist for outstanding contributions in |
| | promoting women's health |
| 2000 | Francis Braceland Award: Presented by the American Psychiatric Association |
| | for major contributions to public education in psychiatry. |
| 2000 | American Association of Community Psychiatrists Award: |
| | Presented by the AACP, which recognized individuals who have made |
| | outstanding individual contributions to the areas of community health, |
| | community mental health, and consumer advocacy |
| 2001 | Women With Vision Award, Women's Bar Association, Illinois |
| 2004 | Wolfe Adler Award and Lecture, Sheppard and Enoch Pratt |
| 2005 | American Medical Women's Association, *Lila A. Wallis Women's Health* |
| | *Award* |
| 2008 | Titus Harris Lecture, UTMB, Galveston |

## MEMBERSHIP IN PROFESSIONAL, LEARNED AND RELATED SOCIETIES:

| 1967- | University of Chicago Medical Alumni Association |
| 1973-90 | American Society for Psychoprophylaxis in |
| | Obstetrics (ASPO/LAMAZE) |
| 1975- | International and North American Societies of Psychosomatic |
| | Obstetrics and Gynecology |
| 1976- | Illinois Psychiatric Society |
| 1976- | American Psychiatric Association(Fellow) |
| 1976-95 | American Psychoanalytic Association |
| 1986- | American Medical Women's Association |
| 1988-94 | American Association of Directors of Psychiatric Residency |
| | Training |
| 1988- | Association of Directors of Medical Student Education in |
| | Psychiatry |
| 1988- | Association for Academic Psychiatry |
| 1988-93 | Chicago Consortium of Residency Training Directors |

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 18 of 25

| | |
|---|---|
| 1988-90 | National Consortium on Consultation-Liaison Psychiatry |
| 1989-90 | American Medical Association |
| 1989-90 | Chicago Medical Society |
| 1989-90 | Illinois State Medical Society |
| 1994- | American College of Psychiatrists(Distinguished Fellow) |
| 1996- | American Academy of Psychoanalysis (Fellow) |
| 1996- | American College of Psychoanalysts (Fellow) |
| 2005-2011 | American Medical Association |

## PROFESSIONAL ASSOCIATION APPOINTMENTS AND ELECTED OFFICES:

| | |
|---|---|
| 1989- | American Board of Psychiatry and Neurology:<br>- Examiner |
| 1991-95 | Accreditation Council on Graduate Medical Education:<br>- Specialist Site Visitor |

American Psychiatric Association

| | |
|---|---|
| 1984-85 | - Member, Committee on Women |
| 1985-91 | - Chair, Committee on Women |
| 1990 | - Member, Nominating Committee |
| 1991-92 | - Consultant, Joint Commission on Public Affairs |
| 1991-92 | - Assembly Liaison, Council on Medical Education |
| 1991-92 | - Adviser: AIDS Curriculum Task Force |
| 1991-92 | - Deputy Assembly Representative from Women's Caucus |
| 1993-97 | - Assembly Representative from Women's Caucus |
| 1993-97 | - President, Women's Caucus |
| 1988-93 | - Late Luteal Phase Dysphoric Disorder Working Group, DSM IV |
| 1995- | - Representative, Society for the Advancement of Women's Health Research |
| 1995-99 | - Chair, Joint Commission on Public Affairs |
| 1995-02 | - Member, Psychiatric News Editorial Advisory Board |
| 1998- | - Member, Workgroup to Educate Members on Physician-Assisted Suicide |
| 1999- 00 | - Recorder of the Assembly |
| | - Consultant, Joint Commission on Public Affairs |
| | - Chair, Local Arrangements, APA May Meetings, Chicago |
| 2000-01 | - Speaker-Elect of the Assembly |
| 2000-01 | - Vice Chairperson, Joint Reference Committee |
| 2000-01 | - Corresponding Member, Committee on End of Life Issues |
| 2000-07 | - Member, Finance and Budget Committee |
| 2000-01 | - Member, Advisory Group on Medem |
| 2001-02 | - Speaker of the Assembly |
| 2001- | - Founding Member, Task Force on the Care of Persons with Severe and Persistent Mental Illnesses |
| 2003-2005 | - Secretary of the Association |
| 2003-2005 | - Chair, Ethics Appeals Board |
| 2005- | -Alternate Delegate, American Medical Association |

18

| 2005-7 | -Vice President |
| 2007-8 | -President-Elect |
| 2008-9 | -President |

American Psychiatric Publishing, Inc.
| 2001-05 | - Member of Board of Directors, Treasurer |

Illinois Psychiatric Society
| 1978- | - Founding Member, Residents' Committee |
| 1981-86 | - Chair, Committee on Women |
| 1987-89 | - Treasurer |
| 1989-90 | - President |
| 1989- | - Chair, Committee on Illinois Mental Health Forum |
| 1990-92 | - Member, Constitution and By-Laws Committee |
| 1990-94 | - Chair, Nominating Committee |

Association of American Medical Colleges
| 1991-93 | - University of Chicago's Women's Liaison Officer |

American Society for Psychoprophylaxis in Obstetrics
| 1975-78 | - Board of Directors |
| 1979-81 | - Vice President |

American Psychoanalytic Association
| 1990- | - Government Relations and Insurance Committee |
| 1986- | - Committee on Associate and Affiliate Membership |
| 1989- | - Co-Chair, Committee on Psychoanalysis in Medical and Residency Education |

Association for Academic Psychiatry
| 1990-92 | - Deputy Section Head, Medical Student Education |
| 1992-95 | - Section Head, Medical Student Education |

American College of Psychiatrists
| 1988-92 | - Laughlin Fellowship Committee |
| 1992-95 | - Chair, Laughlin Fellowship Committee |
| 1994 | - Elevated to Fellow |
| 1996-99 | - Board of Regents |
| 2000-2004 | - Chair, Membership Development Committee |
| 2004-2006 | - Scientific Program Committee |
| 2006-2009 | - Strategic Planning Committee |

Association of Women Psychiatrists
| 1992-95 | - Vice President |
| 1995-96 | - President-Elect |
| 1996-98 | - President |

North American Society for Psychosocial Ob/Gyn
| 1997-1998 | - President |
| 1998-1999 | - Representative to International Society |
| 1998-1999 | |

|          | American College of Obstetrics and Gynecologists, |
|----------|--------------------------------------------------|
| 1978-82  | - Member, Public Advisory Committee |
| 1982-86  | - Chair, Public Advisory Committee |
| 2000-01  | - Prolog Self Assessment Examination Task Force on Patient Management in the Office, 4th Edition |

|          | Illinois Mental Health Forum (coalition comprising all major mental health providers, consumer and advocacy organizations in Illinois) |
|----------|--------------------------------------------------|
| 1988-  1999 | - Founder and Convener |
|          | Illinois Hospital & Health Systems Association |
| 1998 -   | Behavioral Health Constituency Section Steering Committee |
| 2001–02  | Quality Measurement Advisory Group |

|          | Society for Women's Health Research |
|----------|--------------------------------------------------|
| 1998-2000 | Medical Health Advisory Board |
|          | - Vice Chair, Chair |

|          |  |
|----------|--------------------------------------------------|
| 1999-2006 | Physicians for Reproductive Choice and Health Board of Directors |

|          |  |
|----------|--------------------------------------------------|
| 2001-    | U.S. Health Resources and Services Administration Maternal and Child Health Bureau Bright Futures for Women:  Steering Committee |
|          |     Co-Chair, Mental Health and Wellness Expert Panel |
|          |     Member, Perinatal Subcommittee |

World Psychiatric Association

|          |  |
|----------|--------------------------------------------------|
| 2008-    | Member, Ethics Review Committee |
| 2008-    | Vice-Chairman, Section on Psychiatry, Medicine and Primary Care |

## RESEARCH:

|          |  |
|----------|--------------------------------------------------|
| 1980-83  | Adolescents' Attitudes Toward Breastfeeding |
|          | - Michael Reese Medical Center |
| 1991-  95 | The Human Genome Project and Women |
|          | - The University of Chicago |
| 1996- 97 | HIV Psychopharmacology Research Working Group |

## COMMUNITY BOARDS:

|          |  |
|----------|--------------------------------------------------|
| 1971-78  | Ancona School, Board of Directors |
| 1983-89  | Gilbert & Sullivan Operetta Company of Chicago, Board of Directors |
| 1990-    | Mental Health Association in Illinois: Professional Advisory Board |
| 1991-94  | Mental Health Association of Greater Chicago Professional Advisory Board |

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 21 of 25

| | |
|---|---|
| 1994-2000 | Society for the Advancement of Women's Health Research: Medical Advisory Board |
| 1997-1999 | National Council on Patient Information and Education Board of Directors |
| 2001-2007 | National Mental Health Association Board of Directors |
| |       Public Education Committee |
| |       Strategic Planning Committee |
| |       Public Policy Committee |
| 2001-2007 | Mental Health Association in Illinois Board of Directors |
| |       Public Policy Committee |

PUBLIC EDUCATION AND RELATIONS:
Selected Radio and Television Interviews

| | |
|---|---|
| 1980 | Chicago Public Television: Panel Series on Abortion |
| 1982 | WBBM - Bob and Betty Sanders Show |
| 1983 | ABC-TV - "Is There Sex After Parenthood" |
| | A.M. Chicago - "Women and the Medical Establishment" |
| 1984 | ABC Nightly News - "Toy Lust" |
| 1985 | ABC Nightly News - "Now or Never Mothers" |
| 1986 | ABC - Oprah Winfrey Show - "Postpartum Depression" |
| 1989 | Illinois Public Radio - "Public Mental Health Care in the State of Illinois" (Quentin Young Show) |
| 1990 | CNN - Larry King Live - "Is Psychotherapy Bad for You?" |
| 1991 | American Medical Television - "Masques of Melancholia" |
| 1991 | ABC - Oprah Winfrey Show - "Involuntary Hospitalization" |
| 1991 | CBS - "Pre-menstrual Syndrome" |
| 1991 | CNN - Sonya Live - "Abortion" |
| 1992 | WBEZ-Radio - Quentin Young Show - "Mental Illness" |
| 1993 | Charleston, SC public radio "What's on Your Mind?" |
| 1994 | WHYY Public Radio, Philadelphia, PA - "Voices in the Family" |
| 1995 | FOX 32 News "Susan Smith" |
| 1995 | WTTW - Chicago Tonight: "Menopause" |
| 1995 | CNN - "Hormone Replacement Therapy" |
| 1996 | WGBH - Frontline: "Kavorkian" |
| 1996 | NPR - "Breast Surgery" |
| 1996 | KCRW Public Radio Los Angeles, CA - Which Way L.A. - "Alleged Fraternity Gang Rape" |
| 1996 | PBS TV The MacNeil/Lehrer News Hour |
| 1996 | WBEZ - Mara Tapp Show, October |
| 1997 | WORLD NEWS TONIGHT  Premenstrual Dysphoria Disorder |
| 1998 | WBEZ-FM Advisory panel for Chicago Matters project |
| 1998 | CNN |
| | Washington Post |
| | Associated Press |
| | ABC |
| | NBC |
| 1999 | WBEZ-Radio – Steve Edwards Show – Panel Discussion on "Racism as a Mental Illness." |

MSNBC InterNight News Program – August 30th – "Racism as a Mental Illness."

WOYM, national public radio, Charleston, SC – Dr. Linda Austin – August 3rd - "Women and the Sexual Revol. Today."

ABC – Interview with Linda Yu – October 28th – "Spying on Your Teen."

2000    NBC – Interview Topic: Dipiction of mental illness in Jim Carrey's new movie *Me, Myself and Irene,* By Marion Brooks, July 7.

WAMU, national public radio, Washington, DC – Fred Goodwin, September 7, "Women in Mental Health."

MSNBC: 'Is Racism a Psychiatric Illness?'

2001    NBC Nightly News(national—Postpartum Depression
CNN Talk Back Live—Infanticide
WTTW Chicago Tonight—Postpartum Depression

2002    CNN Nightly News—Postpartum Depression
National Public Radio—Postpartum Mental Illnesses

2003    WGN Radio
Illinois Radio Health Network

2004    CBS Morning News—Depression/Pain Link

2005    CNN Anderson Cooper, Australian Radio 4BC, Radio KOMO Seattle, Univision, WebMD, Fox News, Fox Bill O'Reilly, NPR: Premenstrual Syndromes, MomsTownRealityRadio, WebMD, Lifetime TV

2006    CBS Radio Network(the effects of treatment of maternal depression on childhood psychopathology), National Public Radio(Discontinuing Antidepressants During Pregnancy)

2007    Fox News Good Morning: Intermittent Explosive Disorder; Public Broadcasting System NOW program, Anti-Abortion Strategies

2008    National Public Radio, Public Broadcasting System,


SELECTED PRESS INTERVIEWS

1998    Star Ledger News, New Jersey- Interview topic – "Post Partum Depression."

1999    Psychology Today – Interview topic: "Behavioral and Mood Changes Linked to Women's Hormonal Cycles."
Chicago Tribune  - Interview topic: "Women's Life Choices."
Town & Country Magazine – Interview topic: "Hidden Depression."
Prevention Health Book- Interview topic: Women's Emotional Health.
SELF-Magazine -- Interview topic: Ritalin, The Energy Pill Women Are Hooked On, by Lisa Collier Cool.
New York Times – Interview topic: "For the Partum Blues, a Question of Whether to Medicate." By Lois B. Morris.
USA Today – Interview topic: eating disorders, By Nancy Hellmich.
Chicago Tribune- To Love, honor and obey, By Barbara Bratman.
Village Voice – Interview topic: Premenstrual Dysphoric Disorder and Sarafem, by Carka Soartis.

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 23 of 25

| | |
|---|---|
| 2000 | Wall Street Journal – Interview topic: Premenstrual Dysphoria Disorder (PMDD), by Tara Pope, February 26.<br>CBS Market Watch – Financial – Interview topic: Premenstrual Dysphoria Disorder (PMDD), by Trish Regan, February 26.<br>New York Post – Interview topic: Did Premenstrual 'Cure' Invent the Disease?, by Hallie Levine, February 27<br>Village Voice |
| 2001 | WebMD<br>Glamour<br>Chicago Tribune<br>Washington Post<br>Wall Street Journal<br>Child Magazine<br>Shape Magazine |
| 2002 | Babycenter.com<br>Self Magazine<br>Chicago Tribune<br>MORE (affiliate of Ladies' Home Journal)<br>Woman's Day<br>New York Times<br>TIME |
| 2003 | Investors' Business Daily<br>Cosmopolitan<br>Glamour<br>Baby Talk<br>Vogue<br>Shape<br>Raleigh News and Observer |
| 2004 | Dallas Morning News<br>Self Magazine<br>Woman's Day<br>New York Times<br>Health Magazine<br>Vogue Magazine |
| 2005 | Palm Beach Post, Cleveland Plain Dealer, <u>People</u>: Psychiatry v. Scientology. Good Housekeeping, Newsweek, Parents, Understanding Health, Time Out Chicago, Glamour, Family Circle |
| 2006 | Weight Watchers Magazine(body image during pregnancy), Better Homes and Gardens(the case against mothers), Family Circle, New York Times, Chicago Tribune, Los Angeles Times, Sacramento Bee, Redbook |
| 2007-8 | Self Magazine, Reader's Digest, AMNews, Marie Claire |
| 2008-9 | NPR, Marie Claire, Milwaukee Journal-Sentinel, Parade Magazine, NY Times, AM News, Wall Street Journal |

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 24 of 25

Fox News, SELF Magazine, MORE Magazine, Family Circle, NY Times, Chicago Tribune, LA Times

2011        SELF, Psychiatric Times

## INTERNET PUBLICATIONS:

FitForAll.com – Interview topic: Depression. September 1999
SavvyHEALTH.com – Interview topic: Rock-A-Bye Baby Blues - Postpartum Depression, May 1, 2000
DrDonnica.com – Too Fat, Too Thin: Women Can't Win. October 2000.
MedScape—Women at the APA Meeting. May 2003.
MomsTown Reality
Web MD
Be Smart Be Well
Huffington Post

## TESTIMONY BEFORE GOVERNMENTAL BODIES:

| | |
|---|---|
| 1989 | U.S. Surgeon General: Induced Abortion |
| 1991 | U.S. Congress: Mental Illness |
| 1992 | FDA: Silicone Breast Implants |
| 1994 | NIMH: Women's Health Research |
| 2001 | Congressional Black Caucus: Post Partum Depression |
| 2004 | U.S. Senate Subcommittee on Science and Technology: Effects of Abortion on Women |
| 2004 | U.S. House of Representatives Health Subcommittee: Psychological Sequelae of Pregnancy |
| 2006 | Campaign for Mental Health Reform/President's New Freedom Commission on Mental Health |

Case 1:11-cv-00804-CCE-LPA   Document 115-1   Filed 10/03/12   Page 25 of 25