IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:11-cv-00804 |
| ) | |
| v. ) | **JOINT MOTION TO** |
| ) | **EXCEED PAGE LIMITATION** |
| RALPH LOOMIS, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

The parties, by and through undersigned counsel, respectfully move for a ten-page extension of the twenty-page limit in Local Rule 7.3(d). In support, the parties state:

1. Plaintiffs and Defendants both intend to move for summary judgment in the above-captioned case. The parties' motions and briefs in support are due today, October 3, 2012.

2. The case involves a 90-paragraph complaint that poses a facial challenge to legislation enacted by the North Carolina General Assembly. Plaintiffs assert three separate constitutional challenges to the legislation. Although the parties have attempted to streamline their briefs as much as possible, given the significance of the case, as well as the nature of Plaintiffs' claims and the issues raised by Defendants, the parties respectfully submit that they need additional pages to adequately address all issues and that an extension of the page limitation is warranted.

3. The parties have conferred and respectfully request that they be allowed to file briefs in support of their motions that do not exceed thirty (30) pages in length.

4. In the event that the Court denies the motion, the parties respectfully

1

request that they be given a reasonable amount of time to file briefs that comply with the 20-page limit.

WHEREFORE, the parties respectfully request that the Court allow the parties to file briefs not to exceed 30-pages in support of their respective Motions for Summary Judgment.

Respectfully submitted, this the 3rd day of October, 2012.

| | |
|---|---|
| */s/ Christopher Brook* | */s/ Stephanie Brennan* |
| Christopher Brook | Stephanie Brennan |
| NC Bar #33838 | NC Bar #35955 |
| Legal Director | Assistant Attorney General |
| American Civil Liberties Union | N.C. Department of Justice |
| of North Carolina Legal Foundation | 114 W. Edenton Street |
| P.O. Box 28004 | P.O. Box 629 |
| Raleigh, NC 27611 | Raleigh, NC 27602 |
| (919) 834-3466 | (919) 716-6900 |
| (866) 511-1344 Fax | (919) 716-6763 Fax |
| cbrook@acluofnc.org | sbrennan@ncdoj.gov |
| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR DEFENDANTS |

# CERTIFICATE OF SERVICE

This is to certify that, on the 3rd day of October 2012, the foregoing **JOINT MOTION TO EXCEED PAGE LIMITATION** was electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to all registered CM/ECF participants.

/s/ *Stephanie A. Brennan*
Stephanie A. Brennan
Assistant Attorney General