IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:11-cv-00804 |
| | ) |
| v. | ) |
| | ) |
| RALPH LOOMIS, M.D., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTIUTION OF COUNSEL

Please take notice that, effective immediately, Stephanie A. Brennan withdraws her appearance as counsel for Defendants. Defendants will continue to be represented by Thomas J. Ziko and I. Faison Hicks from the Attorney General's Office.

Respectfully submitted, this the 4th day of October, 2012.

ROY COOPER
Attorney General


/s/ *Thomas J. Ziko*
Thomas J. Ziko
Senior Deputy Attorney General
State Bar No. 8577
E-mail: tziko@ncdoj.gov

*/s/ I. Faison Hicks*
I. Faison Hicks
Special Deputy Attorney General
State Bar No. 10672
E-mail: fhicks@ncdoj.gov

*/s/ Stephanie A. Brennan*

Stephanie A. Brennan
Assistant Attorney General
State Bar No. 35955
E-mail: sbrennan@ncdoj.gov

N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6963
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that, on the 4th day of October 2012, the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to all registered CM/ECF participants.

*/s/ Stephanie A. Brennan*
Stephanie A. Brennan