IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:11-CV-804 |
| | ) | |
| RALPH LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on the Parties' Joint Motion to Exceed Page Limitations for their briefs in support of Summary Judgment.

IT IS ORDERED that the Motion to Exceed Page Limitations is GRANTED. The parties may file briefs not to exceed 30-pages in support of their respective motions for summary judgment.

This 4th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE