IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Case No.: 1:11-CV-00804

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| – against – | ) | **ORDER EXTENDING TIME** |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

THIS CAUSE COMING ON TO BE HEARD, and being heard on the Motion of the defendants, filed pursuant to Rules 6(b)(1)(A) and 56 of the Federal Rules of Civil Procedure and Local Rules 6.1(a), 7.3(j) and 56.1(d) of the Rules of Practice and Procedure of the United States District Court for the Middle District of North Carolina, for the entry of an Order extending by thirty (30) days their time to file and serve their response to the plaintiffs' October 3, 2012 Motion for Summary Judgment; and

IT APPEARING TO THE COURT that the defendants filed their Motion prior to the expiration of their original time to file and serve their response to the plaintiffs' Motion for Summary Judgment; and

IT FURTHER APPREARING TO THE COURT that the defendants' Motion is supported by just cause, that the plaintiffs do not object to said Motion and that the defendants' Motion should be granted.

NOW, THEREFORE, it is ORDERED, ADJUDGED and DECREED that:

1. The defendants' Motion for an Extension of Time is granted;

2. The defendants shall have through and including Monday, December 3, 2012 to file and serve their response to the plaintiffs' Motion for Summary Judgment; and

3. The plaintiffs' time for filing their response to the defendants' Motion for Summary Judgment shall likewise be extended by thirty (30) days, through and including Monday, December 3, 2012.

IT IS SO ORDERED this _____ day of _____ 2012.

_____
Catherine C. Eagles
United States District Court Judge