IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
Plaintiffs, )
)
v. ) CIVIL ACTION
)
RALPH C. LOOMIS, M.D., et al., ) Case No. 1:11-cv-00804
)
Defendants. )

## UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

Plaintiffs, by and through undersigned counsel, respectfully move for a ten page extension of the twenty-page limit in Local Rule 7.3(d). In support, Plaintiffs state:

1. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment in the above-captioned case is due today, December 3, 2012.

2. The case involves a 90-paragraph complaint that challenges legislation enacted by the North Carolina General Assembly. Plaintiffs assert three separate constitutional challenges to the legislation. Although Plaintiffs have attempted to streamline their brief as much as possible, given the significance of the case, as well as the nature of Plaintiffs' claims and the issues raised by Defendants, Plaintiffs respectfully submit that they need additional pages to adequately address all issues, and that an extension of the page limitation is warranted.

3. The parties have conferred, and Defendants are not opposed to such an extension.

1

4. In the event that the Court denies the motion, Plaintiffs respectfully request they be given a reasonable amount of time to file a brief that complies with the 20-page limit.

WHEREFORE, Plaintiffs respectfully request that the Court allow them to file a brief not to exceed 30 pages in opposition to Defendants' Motion for Summary Judgment.

Dated: December 3, 2012

Respectfully submitted,

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ Julie Rikelman
Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

COUNSEL FOR ALL PLAINTIFFS

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
diana.salgado@ppfa.org

Walter Dellinger
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

2

Case 1:11-cv-00804-CCE-LPA   Document 126   Filed 12/03/12   Page 2 of 4

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS,
INC.

Andrew D. Beck
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST M.D., P.A. d/b/a CRIST CLINIC
FOR WOMEN

(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S.
STUART, M.D., DAVID A. GRIMES,
M.D., AMY BRYANT, M.D., DECKER
& WATSON d/b/a PIEDMONT
CAROLINA MEDICAL CLINIC, & A
WOMAN'S CHOICE OF RALEIGH,
INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS