IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| RALPH C. LOOMIS, M.D., et al., | ) Case No. 1:11-cv-00804 |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO STRIKE THE DECLARATIONS OF DRS. THORP, MCCAFFREY, AND BRANNON, AND PORTIONS OF THE DECLARATIONS OF CHIMERE COLLINS, DANELLE HALLENBECK, AND TRACIE JOHNSON**

Pursuant to Federal Rules of Civil Procedure 56(c)(2) and 37(c)(1), Plaintiffs hereby move this Court to strike the declarations of Drs. Thorp, McCaffrey, and Brannon, and to strike portions of the declarations of Chimere Collins, Danelle Hallenbeck, and Tracie Johnston. Plaintiffs are entitled to an order striking these materials from the summary judgment record for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order striking the declarations of Drs. Thorp, McCaffrey, and Brannon, and striking the inadmissible testimony from the declarations of Chimere Collins, Danelle Hallenbeck, and Tracie Johnston identified in Plaintiffs' Memorandum of Law.

Dated: December 3, 2012

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher Brook | /s/ Julie Rikelman |
| Christopher Brook, NC Bar #33838 | Julie Rikelman |
| American Civil Liberties Union | Center for Reproductive Rights |
| of North Carolina Legal Foundation | 120 Wall Street, 14th Floor |
| P.O. Box 28004 | New York, NY 10005 |
| Raleigh, NC 27611 | (917) 637-3670 |
| (919) 834-3466 | (917) 637-3666 Fax |
| (866) 511-1344 Fax | jrikelman@reprorights.org |
| cbrook@acluofnc.org | |

COUNSEL FOR ALL PLAINTIFFS

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
diana.salgado@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS,
INC.

Andrew D. Beck
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318

Walter Dellinger
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S.
STUART, M.D., DAVID A. GRIMES,
M.D., AMY BRYANT, M.D., DECKER
& WATSON d/b/a PIEDMONT
CAROLINA MEDICAL CLINIC, & A
WOMAN'S CHOICE OF RALEIGH,
INC.

(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST M.D., P.A. d/b/a CRIST CLINIC
FOR WOMEN

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2012, I electronically filed the foregoing Motion to Strike with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS