# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| RALPH C. LOOMIS, M.D., et al., ) | Case No. 1:11-cv-00804 |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE DECLARATIONS OF DRS. THORP, MCCAFFREY, AND BRANNON, AND PORTIONS OF THE DECLARATIONS OF CHIMERE COLLINS, DANELLE HALLENBECK, AND TRACIE JOHNSON

This matter is before the Court on Plaintiffs' Motion to Strike. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike is GRANTED.

IT IS FURTHER ORDERED that the declarations of Drs. Thorp, McCaffrey, and Brannon are hereby stricken from the summary judgment record, and the portions of the declarations of Chimere Collins, Danelle Hallenbeck, and Tracie Johnson identified in Plaintiffs' Memorandum in Support of their Motion to Strike are hereby stricken from the summary judgment record.

_____
The Honorable Catherine C. Eagles
United States District Judge

Date: December ____, 2012