# EXHIBIT A

Reply | Reply to all | Forward | Close | Help

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

| | | |
|---|---|---|
| From: | Katy Parker [kparker@acluofnc.org] | Sent: Wed 5/23/2012 12:09 PM |
| To: | Andrew Beck; Helene.Krasnoff@ppfa.org; Bebe Anderson; Jamie Dakin | |
| Cc: | cbrook@acluofnc.org | |
| Subject: | FW: expert report | |
| Attachments: | Bowes Report.pdf(26KB)  ex a.pdf(222KB) | |

View As Web Page

FYI.

**From:** Brennan, Stephanie [mailto:Sbrennan@ncdoj.gov]
**Sent:** Wednesday, May 23, 2012 12:00 PM
**To:** Bebe Anderson; Katy Parker (KParker@acluofnc.org)
**Cc:** Hicks, Faison; Dixon, Christal
**Subject:** expert report

Bebe and Katy,

We continue to believe that this case does not turn on any factual evidence or possible expert testimony. However, we are submitting the attached report of Dr. Watson Bowes in rebuttal to the reports that you submitted. We are sending a copy by mail as well.

Regards,

Stephanie

Stephanie A. Brennan

Assistant Attorney General

North Carolina Department of Justice

P.O. Box 629

Raleigh, NC 27602

(919)716-6937

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2171 / Virus Database: 2425/5017 - Release Date: 05/23/12