IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 11CV804 |
| ) | |
| RALPH C. LOOMIS, M.D., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Exceed Page Limitation for their brief in opposition to Defendants' Motion for Summary Judgment.

IT IS ORDERED that the Unopposed Motion to Exceed Page Limitation is GRANTED. Plaintiffs may file a brief not to exceed 30 pages in opposition to Defendants' Motion for Summary Judgment.

This 3rd day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE