IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RALPH C. LOOMIS, M.D., et al., )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br><br>Case No. 1:11-cv-00804 |

### REPLY DECLARATION OF JULIE RIKELMAN

I, Julie Rikelman, declare as follows:

1. I am an attorney with the Center for Reproductive Rights and am a member in good standing of the bar of the State of New York. I have entered a special appearance in this case on behalf of Plaintiffs.

2. I make this declaration in support of Plaintiffs' Reply Brief in Support of Their Motion for Summary Judgment.

3. Attached is a true and accurate copy of excerpts of the deposition transcript of Dr. Watson A. Bowes, Jr. (attached hereto as Exhibit A). Pages sixty-two and seventy-three of the transcript were included as part of Exhibit A to the Declaration of Andrew Beck submitted in support of Plaintiffs' Motion for Summary Judgment. For the Court's convenience, these pages are included again here.

4.	Attached is a true and accurate copy of an excerpt from the transcript of the October 17, 2011 preliminary injunction hearing before the Honorable Catherine C. Eagles, United States District Judge (attached hereto as Exhibit B).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2012.

	    /s/ Julie Rikelman

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2012, I electronically filed the foregoing **REPLY DECLARATION OF JULIE RIKELMAN** with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing.

*/s/ Christopher Brook*
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

COUNSEL FOR ALL PLAINTIFFS