FILED: February 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1052
(1:11-cv-00804-CCE-LPA)

_____

GRETCHEN S. STUART, MD, on behalf of herself and her patients seeking abortions; JAMES R. DINGFELDER, MD, on behalf of himself and his patients seeking abortions; DAVID A. GRIMES, MD, on behalf of himself and his patients seeking abortions; AMY BRYANT, MD, on behalf of herself and her patients seeking abortions; SERINA FLOYD, MD, on behalf of herself and her patients seeking abortions; DECKER & WATSON, INC., d/b/a Piedmont Carolina Medical Clinic; PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA; A WOMAN'S CHOICE OF RALEIGH, INC.; PLANNED PARENTHOOD HEALTH SYSTEMS, INC.; TAKEY CRIST, M.D., on behalf of himself and his patients seeking abortions; TAKEY CRIST, M.D., P.A., d/b/a Crist Clinic for Women

   Plaintiffs - Appellees

v.

JANICE E. HUFF, MD, in her official capacity as President of the North Carolina Medical Board and her employees, agents and successors; ROY COOPER, in his official capacity as Attorney General of North Carolina and his employees, agents and successors; LANIER M. CANSLER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services an his employees, agents and successors; JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B and his employees, agents and successors; TRACEY E. CLINE, in her official capacity as DA for PD 14 and her employees, agents and successors; DOUG HENDERSON, in his official capacity as DA for PD 18 and his employees, agents and successors; BILLY WEST, in his

official capacity as DA for PD 12 and his employees, agents and successors; C. COLON WILLOUGHBY, JR., in his official capacity as DA for PD 10 and his employees, agents and successors; BENJAMIN R. DAVID, in his official capacity as DA for PD 5 and his employees, agents and successors; JIM O'NEILL, in his official capacity as DA for PD 21 and his employees, agents and successors; ERNIE LEE, in his official capacity as DA for PD 4 and his employees, agents and successors

   Defendants

and

JOHN M. THORP, JR., MD; GREGORY J. BRANNON, MD; MARTIN J. MCCAFFREY, MD; CHIMERE COLLINS; DALLENE HALLENBECK; TRACIE JOHNSON; LANITA WILKS; ASHEVILLE PREGNANCY SUPPORT SERVICES; PREGNANCY RESOURCE CENTER OF CHARLOTTE

   Appellants

---

# M A N D A T E

---

The judgment of this court, entered 1/24/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                */s/Patricia S. Connor, Clerk*