# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:11-cv-00804

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs, | ) |
| v. | ) NOTICE OF WITHDRAWAL |
| | ) AND |
| RALPH LOOMIS, M.D., et al., | ) SUBSTITUTION OF COUNSEL |
| Defendants. | ) |

**PURSUANT** to LR 83.1(e), please take notice that, effective immediately, Senior Deputy Attorney General Thomas J. Ziko withdraws his appearance as counsel for Defendants. Undersigned counsel, I. Faison Hicks, Special Deputy Attorney General with the North Carolina Office of Attorney General, will continue to represent Defendants in this matter.

Respectfully submitted, this the 3rd day of June 2013.

ROY COOPER
Attorney General

/s/ *Thomas J. Ziko*
Thomas J. Ziko
Senior Deputy Attorney General
State Bar No. 8577
E-mail: tziko@ncdoj.gov

/s/ *I. Faison Hicks*
I. Faison Hicks
Special Deputy Attorney General
State Bar No. 10672
E-mail: fhicks@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6963
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that, on the 3rd day of June 2013, the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to all registered CM/ECF participants.

/s/ Thomas J. Ziko
Thomas J. Ziko
Senior Deputy Attorney General