IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
11-CV-804



GRETCHEN S. STUART, M.D., et al., )
)
       Plaintiffs, )
)
v. ) **ORDER**
)
RALPH C. LOOMIS, M.D., et al., )
)
       Defendants. )

THIS CAUSE is before the Court on the Motion to Withdraw as Attorney, styled "Notice of Withdrawal and Substitution of Counsel," filed on June 3, 2013 by Thomas J. Ziko, Esquire, formerly Senior Deputy Attorney General of North Carolina and lead counsel of record for the State of North Carolina in this action. It appearing there is good cause for the motion,

It is ORDERED that:

1.    Thomas J. Ziko, Esquire, is granted leave to withdraw as counsel of record for the State of North Carolina in the above-captioned civil action and is deemed by this Order to have withdrawn as counsel for the State of North Carolina in the above-captioned civil action; and

2.    I. Faison Hicks, Esquire, shall henceforth be denominated in the records of the Clerk of this Court as lead counsel of record for the defendants.

This 4th day of June, 2013.

                                             UNITED STATES DISTRICT JUDGE