IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:11-CV-804 |
| | ) | |
| JANICE E. HUFF, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Since briefing on cross-motions for summary judgment was concluded, the United States Court of Appeals for the Fourth Circuit has issued opinions in *Centro Tepeyac v. Montgomery Cnty.*, ___ F.3d ___, Nos. 11-1314, 11-1336, 2013 WL 3336825 (4th Cir. July 3, 2013); *Greater Baltimore Ctr. for Pregnancy Concerns, Inc. v. Mayor of Baltimore*, ___ F.3d ___, Nos. 11-1111, 11-1185, 2013 WL 3336884 (4th Cir. July 3, 2013); and *Moore-King v. Cnty. of Chesterfield*, 708 F.3d 560 (4th Cir. 2013). The parties are directed to submit supplemental briefing limited to 1) addressing whether and how the holdings in these cases might bear on the issues presented in pending cross-motions for summary judgment, and 2) drawing the Court's attention to any other cases decided since briefing closed which might be relevant. Each party shall file such a brief, no longer than ten pages, no later than July 22, 2013. Each party may file a reply brief, no longer than five pages and limited to arguments responsive to those made by the other side, no later than August 5, 2013. The Court is not re-opening the record for submission of additional evidence.

Further, the Court takes note that all parties agree that there are no disputed questions of material fact. To facilitate the Court's review of the matter, the Court directs the parties to file,

no later than August 19, 2013, a Joint Submission of Undisputed Facts, providing in list form all facts the parties agree are material and undisputed. Each fact shall be followed by citation to the record, using ECF docket and page numbers. If there are any undisputed facts that one side contends are material and the other side contends are immaterial, such facts, also supported by citation to the record, shall be provided, without argument, on separate lists as part of the joint submission. The plaintiffs shall prepare an initial draft for discussion purposes and shall send it to the defendants no later than July 29, 2013; this draft should not be filed with the Court. Thereafter, the parties shall work together to prepare the joint submission.

**SO ORDERED** this the 9th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE