# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Gretchen S. Stuart, M.D., et al

    v.                    Case Number:   1:11cv804

Janice E. Huff, M.D., et al

# NOTICE

Take notice that a proceeding in these cases has been **set** as indicated below:

            **PLACE:**      L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C.
**COURTROOM NO.:**      G-3
  **DATE AND TIME:**      August 26, 2013 - 10:00 a.m.
     **PROCEEDING:**      Hearing on Motion for Summary Judgment

_____

John S. Brubaker, Clerk

By: /s/ Marlene Sanders, Deputy Clerk

Date:   July 24, 2013

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD