# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,    )
                                    )
                Plaintiffs,        )
                                    )
v.                                  )        1:11-CV-804
                                    )
RALPH C. LOOMIS, M.D., et al.,     )
                                    )
                Defendants.     )

## ORDER ON UNOPPOSED MOTION TO
## RESCHEDULE HEARING ON MOTION FOR SUMMARY JUDGMENT

Plaintiffs' Unopposed Motion to Reschedule Hearing on Motion for Summary Judgment is GRANTED. The hearing on the parties' motions for summary judgment will be held on August 23, 2013 at 10 a.m.

**SO ORDERED** this the 2nd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

1