IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., *et al.*, | ) | CIVIL ACTION NO. |
| | ) | 1:11-CV-804 |
| Plaintiffs, | ) | |
| | ) | |
| – against – | ) | FURTHER SUPPLEMENTAL |
| | ) | RESPONSE OF THE STATE |
| JANICE E. HUFF, M.D., *et al.*, | ) | OF NORTH CAROLINA IN |
| | ) | SUPPORT OF ITS MOTION |
| Defendants. | ) | FOR SUMMARY JUDGMENT |

In its July 9, 2013 Order, the Court stated that the parties "may file a reply brief, no longer than five pages and limited to arguments responsive to those made by the other side, no later than August 5, 2013."

In view of this length limitation on any reply and in light of the fact that the Court has set this matter on for 60 minutes of oral argument by each side, the State is of the view that it can more appropriately and efficiently reply to the plaintiffs' arguments in oral argument and therefore respectfully declines to file a reply.

Respectfully submitted this 5th day of August 2013.

                                                   */S/ I. Faison Hicks*
                                                   I. Faison Hicks
                                               North Carolina State Bar No. 10672
                                               *Attorney for the State of North Carolina*

                                               Special Deputy Attorney General
                                               North Carolina Department of Justice
                                               114 West Edenton Street
                                               Office number 349
                                               Raleigh, North Carolina 27603
                                               Post Office Box 629
                                               Raleigh, North Carolina 27602-0629
                                               Telephone number: 919/716-6629
                                               Facsimile number: 919/716-6763
                                               Email address: fhicks@ncdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that, on the 5th day of August 2013, I caused a copy of the foregoing to be electronically filed with the Office of the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF filing system, which will automatically provide notice and service of the foregoing to all counsel of record herein.

                                                            */S/ I. Faison Hicks*
                                                            I. Faison Hicks