IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
                                   )
            Plaintiffs,            )
                                   )
v.                                 )    CIVIL ACTION
                                   )
RALPH LOOMIS, M.D., et al.,        )    Case No. 1:11-cv-00804
                                   )
            Defendants.            )
                                   )
                                   )

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED
MATERIAL FACTS**

1. Agree the statement is an undisputed material fact.

2. Agree the statement is an undisputed material fact.

3. Partially disputed: citation does not support the text preceding "abortion." *See* Dingfelder Decl. at ¶ 4, Dkt. No. 111.

4. Agree the statement is an undisputed material fact.

5. Agree the statement is an undisputed material fact.

6. Agree the statement is an undisputed material fact.

7. No fact to admit or dispute is listed.

8. No fact to admit or dispute is listed.

9. Agree the statement is an undisputed material fact.

10. No fact to admit or dispute is listed.

11. No fact to admit or dispute is listed.

12. Agree the statement is an undisputed material fact.

13. No fact to admit or dispute is listed.

14. Partially disputed: citation does not support the qualification "typically." *See* Stuart Decl. at ¶ 13, Dkt. No. 107.

15. Agree the statement is an undisputed material fact.

16. No fact to admit or dispute is listed.

17. No fact to admit or dispute is listed.

18. No fact to admit or dispute is listed.

19. No fact to admit or dispute is listed.

20. No fact to admit or dispute is listed.

21. No fact to admit or dispute is listed.

22. No fact to admit or dispute is listed.

23. No fact to admit or dispute is listed.

24. No fact to admit or dispute is listed.

25. Agree the statement is an undisputed material fact.

26. Dispute "other thing of value," *see* http://www.eastowneobgyn.com; moreover, statement is immaterial.

27. Undisputed that http://www.eastowneobgyn.com is one Plaintiff's website; statement is immaterial.

Dated: August 21, 2013


Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Brook* | */s/ Julie Rikelman* |
| Christopher Brook, NC Bar #33838 | Julie Rikelman |
| American Civil Liberties Union | Center for Reproductive Rights |
| of North Carolina Legal Foundation | 120 Wall Street, 14th Floor |
| P.O. Box 28004 | New York, NY 10005 |
| Raleigh, NC 27611 | (917) 637-3670 |
| (919) 834-3466 | (917) 637-3666 Fax |
| (866) 511-1344 Fax | jrikelman@reprorights.org |
| cbrook@acluofnc.org | |

COUNSEL FOR ALL PLAINTIFFS

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
Diana.salgado@ppfa.org

COUNSEL FOR PLANNED
PARENTHOOD OF CENTRAL NORTH
CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS,
INC.

Andrew D. Beck
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R.
DINGFELDER, M.D., SERINA FLOYD,
M.D., TAKEY CRIST, M.D., & TAKEY
CRIST M.D., P.A. d/b/a CRIST CLINIC
FOR WOMEN

Walter Dellinger
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S.
STUART, M.D., DAVID A. GRIMES,
M.D., AMY BRYANT, M.D., DECKER &
WATSON d/b/a PIEDMONT CAROLINA
MEDICAL CLINIC, & A WOMAN'S
CHOICE OF RALEIGH, INC.

3
Case 1:11-cv-00804-CCE-LPA   Document 157   Filed 08/21/13   Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2013, I electronically filed the foregoing Response to Defendants' Statement of Undisputed Material Facts with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing.

*/s/ Christopher Brook*
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

*Counsel for Plaintiffs*