IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RALPH LOOMIS, M.D., et al., )<br>)<br>Defendants. )<br>)<br>) | CIVIL ACTION<br><br>Case No. 1:11-cv-00804 |

## STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiff Serina E. Floyd, M.D. is one of the physician-Plaintiffs in this action; and

WHEREAS, during the pendency of the litigation, Dr. Floyd's medical practice was based in North Carolina; and

WHEREAS, Dr. Floyd has recently moved and relocated her medical practice to Virginia; and

WHEREAS, Dr. Floyd no longer performs abortions in North Carolina.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to this action, as follows:

1. Dr. Floyd's claims against the Defendant are hereby dismissed without prejudice, without costs, disbursements or fees of any kind assessed in favor of or against any party.

Dated this 1st day of October, 2013.

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ Julie Rikelman
Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

COUNSEL FOR ALL PLAINTIFFS

/s/ Walter Dellinger
Walter Dellinger
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

/s/ Helene T. Krasnoff
Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800

helene.krasnoff@ppfa.org

*/s/ Diana O. Salgado*
Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
dianasalgado@ppfa.org

COUNSEL FOR PLANNED PARENTHOOD OF
CENTRAL NORTH CAROLINA & PLANNED
PARENTHOOD HEALTH SYSTEMS, INC.

*/s/ Andrew D. Beck*
Andrew D. Beck
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER, M.D.,
SERINA FLOYD, M.D., TAKEY CRIST, M.D., &
TAKEY CRIST M.D., P.A. d/b/a CRIST CLINIC FOR WOMEN


ROY COOPER
Attorney General

*/s/ I. Faison Hicks*
I. Faison Hicks
Special Deputy Attorney General
State Bar No. 10672
E-mail: fhicks@ncdoj.gov
N.C. Department of Justice
114 W. Edenton Street
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Fax: (919) 716-6963

COUNSEL FOR DEFENDANT

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing STIPULATION with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing.

*/s/ Christopher Brook*
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

*Counsel for Plaintiffs*