IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:11-CV-804 |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PERMANENT INJUNCTION AND JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed concomitantly herewith, it is hereby **ORDERED** and **ADJUDGED** that:

(1) Plaintiffs' motion is **GRANTED** and Defendants' motion is **DENIED** as to Plaintiffs' First Amendment claim. Section 90-21.85 of the North Carolina General Statutes violates the First Amendment. Defendants and their agents and successors in office are hereby **ENJOINED** and prohibited from:

   a. enforcing—by civil action, criminal proceeding, administrative action or proceeding, or any other way— N.C. Gen. Stat. § 90-21.85;

   b. penalizing—by civil action, criminal proceeding, administrative action or proceeding, or any other way—anyone for failure to comply with the provision of N.C. Gen. Stat. § 90-21.85; and

   c. applying, imposing, or requiring compliance with, implementing, or carrying out in any way any part of N.C. Gen. Stat. § 90-21.85.

(2) Plaintiffs' motion is **DENIED** and Defendants' motion is **GRANTED** in part as to Plaintiffs' vagueness claim. The construction of the seventy-two-hour exception,

N.C. Gen. Stat. § 90-21.85(a), is moot. The remaining challenged provisions are construed as follows:

a. An "advanced practice nurse practitioner in obstetrics" under N.C. Gen. Stat. § 90-21.81(9) refers to a nurse practitioner certified in obstetrical ultrasonography.

b. The information required by N.C. Gen. Stat. § 90-21.82 may be provided by a physician or qualified professional, but a physician must be available to ask and answer questions within the statutory timeframe upon request of the patient or the qualified professional.

c. The Act imposes no criminal penalties.

(3) Plaintiffs' and Defendants' motions on Plaintiffs' Due Process claim are **DENIED** as moot.

(4) Defendants' request to modify the terms of the injunction is **DENIED**.

This the 17th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE