IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | Civil Action No. |
| | ) | 1:11-CV-804 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that all defendants in the above-captioned civil action hereby appeal to the United States Court of Appeals for the Fourth Circuit from: (i) the "Memorandum Opinion and Order" entered on January 17, 2014 by the Honorable Catherine C. Eagles, United States District Court Judge, granting in part and denying in part the plaintiffs' Motion to Strike the Declarations of John Thorp, Gregory Brannon, Martin McCaffrey, Chimere Collins, Danelle Hallenbeck and Tracie Johnson (Doc. 162); and (ii) the "Permanent Injunction and Judgment" entered on January 17, 2014 by the Honorable Catherine C. Eagles, United States District Court Judge (Doc. 164).

Respectfully submitted this 17th day of February 2014.

*Signature of counsel appears on the following page.*

ROY COOPER
Attorney General


*/s/ I. Faison Hicks*_____
I Faison Hicks
Special Deputy Attorney General
North Carolina State Bar No. 10672

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone number: 919/716-6629
Facsimile number: 919/716-6763
Email address: fhicks@ncdoj.gov

Attorneys for the Defendants

–2–

## CERTIFICATE OF SERVICE

This is to certify that, on the 17th day of February 2014, I caused a copy of the foregoing to be electronically filed with the Office of the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF filing system, which will automatically provide notice and service of the foregoing to all counsel of record herein.

*/s/ I. Faison Hicks*_____
I. Faison Hicks
Special Deputy Attorney General
North Carolina State Bar No. 10672

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone number: 919/716-6629
Facsimile number: 919/716-6763
Email address: fhicks@ncdoj.gov

Attorneys for the Defendants