# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 02/17/14 <br> ___ First NOA in Case <br> ___ Subsequent NOA-same party <br> ✓ Subsequent NOA-new party <br> ___ Subsequent NOA-cross appeal <br> ___ Paper ROA  ___ Paper Supp. <br> Vols: _____ <br> Other: _____ | **District:** <br> Middle District of North Carolina <br> **Division:** <br> GREENSBORO <br> **Caption:** <br> STUART, et al. <br> v. <br> HUFF, et al. | **District Case No.:** <br> 1:11CV804 <br> **4CCA No(s). for any prior NOA:** <br> 12-1052 <br> **4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case: <br> ___ Death row-use DP Transmittal <br> ___ Recalcitrant witness <br> ___ In custody <br> ___ On bond <br> ___ On probation <br> **Defendant Address**-Criminal Case: | **Fee Status:** <br> ___ No fee required (USA appeal) <br> ✓ Appeal fees paid in full <br> **Criminal Cases:** <br> ___ District court granted & did not revoke CJA status (continues on appeal) <br> ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br> ___ District court never granted CJA status (must pay fee or apply to 4CCA) <br> **Civil, Habeas & 2255 Cases:** <br> ___ Court granted & did not revoke IFP status (continues on appeal) <br> ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br> ___ Court never granted IFP status (must pay fee or apply to **District Court**) <br> **PLRA Cases:** <br> ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br> ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:** <br> CATHERINE C. EAGLES | |
| **Court Reporter** (list all): <br> Joe Armstrong, Jane Calhoun, Lori Russell | **Sealed Status** (check all that apply): <br> ___ Portions of record under seal <br> ___ Entire record under seal <br> ___ Party names under seal <br> ___ Docket under seal |
| **Coordinator:** <br> Gloria Powell | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record transmitted <br> ___ Additional sealed record emailed to 4cca-filing <br> ___ Paper record or supplement shipped to 4CCA <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ___ In-court hearings held – all transcript not on file <br> ___ Other: | ✓ Assembled electronic record available if requested <br> ___ Additional sealed record available if requested <br> ___ Paper record or supplement available if requested <br> ___ No in-court hearings held <br> ___ In-court hearings held – all transcript on file <br> ✓ In-court hearings held – all transcript not on file <br> ___ Other: |

Deputy Clerk: /s/ Joy Daniel   Phone: 336-332-6020   Date: 02/19/14

03/2011