## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION TO TOLL** |
| | ) | **THE DEADLINE FOR PLAINTIFFS'** |
| v. | ) | **MOTION FOR ATTORNEYS' FEES** |
| | ) | |
| RALPH C. LOOMIS, M.D., et al., | ) | Case No. 1:11-cv-00804 |
| | ) | |
| Defendants. | ) | |

NOW COME PLAINTIFFS, Gretchen S. Stuart, M.D., et al., and file their Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees. In support thereof, Plaintiffs represent as follows:

1)     On January 17, 2014, the Honorable Catherine C. Eagles entered Judgment for Plaintiffs, in part, in the above captioned case.

2)     On February 17, 2014, Defendants filed their Notice of Appeal of this Court's Judgment.

3)     Middle District of North Carolina Local Rule 54.2 requires parties to file a motion for statutory attorney's fees "within 60 days after the entry of final judgment." Said rule contains no provision to toll this deadline while this Court's Judgment is appealed.

4)     On March 5, 2014 and March 6, 2014, Christopher Brook, representing Plaintiffs, and Faison Hicks, representing Defendants, consulted in regards to Plaintiffs plan to file a Motion for Attorneys' Fees. As a result of these consultations, the parties

agreed, in the interests of judicial economy, that Plaintiffs would file this Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees. The parties further agreed that Plaintiffs would not utilize the tolling of this deadline to seek interest in any Motion for Attorneys' Fees filed by Plaintiffs. Defendants agreed they would not oppose this motion.

Wherefore, Plaintiffs respectfully move the Court to grant their Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees such that Plaintiffs' motion for statutory attorneys' fees, if necessary, would be due 60 days after the conclusion of any and all appeals associated with this case.

Respectfully submitted, this the ___17th___ day of March, 2014

**COUNSEL FOR ALL PLAINTIFFS**

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ Julie Rikelman
Julie Rikelman
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

2

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
dianasalgado@ppfa.org

COUNSEL FOR PLANNED PARENTHOOD
OF CENTRAL NORTH CAROLINA &
PLANNED PARENTHOOD HEALTH
SYSTEMS, INC.

Walter Dellinger
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
Leah Godesky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com
lgodesky@omm.com

COUNSEL FOR GRETCHEN S. STUART,
M.D., DAVID A. GRIMES, M.D., AMY
BRYANT, M.D., DECKER & WATSON d/b/a
PIEDMONT CAROLINA MEDICAL
CLINIC, & A WOMAN'S CHOICE OF
RALEIGH, INC.

Andrew D. Beck
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER,
M.D., SERINA FLOYD, M.D., TAKEY
CRIST, M.D., & TAKEY CRIST M.D., P.A.
d/b/a CRIST CLINIC FOR WOMEN

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2014, the foregoing **Plaintiffs' Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher A. Brook
Christopher A. Brook, NC Bar #33838
American Civil Liberties Union
Of North Carolina Legal Foundation
PO Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org