IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RALPH C. LOOMIS, M.D., et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br><br>Case No. 1:11-cv-00804 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO TOLL THE DEADLINE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

This matter comes before the Court on Plaintiffs' Unopposed Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees [DE-168], filed subsequent to Defendants' Notice of Appeal of this Court's Judgment [DE-165]. Plaintiffs seek to toll said deadline such that Plaintiffs' motion to award statutory attorneys' fees, if necessary, would be due 60 days after the conclusion of any and all appeals associated with this case. Defendants do not object to Plaintiffs' Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees [DE-168] is hereby GRANTED and Plaintiffs' motion to award statutory attorneys' fees, if necessary, is due 60 days after the conclusion of any and all appeals associated with this case.

SO ORDERED

This is the _____ day of March, 2014.

                                                Catherine C. Eagles
                                                UNITED STATES DISTRICT JUDGE