IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al., )
)
        Plaintiffs, )
)
v. )    1:11-CV-804
)
RALPH C. LOOMIS, M.D., et al., )
)
        Defendants. )

## ORDER

This matter comes before the Court on Plaintiffs' Unopposed Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees [Doc. 168], filed after Defendants entered Notice of Appeal of this Court's Judgment. [Doc. 165.] Plaintiffs seek to toll this deadline so that Plaintiffs' motion to award statutory attorneys' fees, if necessary, would be due 60 days after the conclusion of any and all appeals associated with this case. Defendants do not object. Having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Toll the Deadline for Plaintiffs' Motion for Attorneys' Fees [Doc. 168] is hereby GRANTED and Plaintiffs' motion to award statutory attorneys' fees, if necessary, is due 60 days after the conclusion of any and all appeals associated with this case.

SO ORDERED, this the 18th day of March, 2014.

                                             UNITED STATES DISTRICT JUDGE