FILED: December 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1150
(1:11-cv-00804-CCE-LPA)

_____

GRETCHEN S. STUART, MD, on behalf of herself and her patients seeking abortions; JAMES R. DINGFELDER, MD, on behalf of himself and his patients seeking abortions; DAVID A. GRIMES, MD, on behalf of himself and his patients seeking abortions; AMY BRYANT, MD, on behalf of herself and her patients seeking abortions; SERINA FLOYD, MD, on behalf of herself and her patients seeking abortions; DECKER & WATSON, INC., d/b/a Piedmont Carolina Medical Clinic; PLANNED PARENTHOOD OF CENTRAL NORTH CAROLINA; A WOMAN'S CHOICE OF RALEIGH, INC.; PLANNED PARENTHOOD HEALTH SYSTEMS, INC.; TAKEY CRIST, on behalf of himself and his patients seeking abortions; TAKEY CRIST, M.D., P.A., d/b/a Crist Clinic for Women

        Plaintiffs - Appellees

v.

PAUL S. CAMNITZ, MD, in his official capacity as President of the North Carolina Medical Board and his employees, agents and successors; ROY COOPER, in his official capacity as Attorney General of North Carolina and his employees, agents and successors; ALDONA ZOFIA WOS, in her official capacity as Secretary of the North Carolina Department of Health and Human Services and her employees, agents and successors; JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B and his employees, agents and successors; LEON STANBACK, in his official capacity as DA for PD 14 and his employees, agents and successors; DISTRICT ATTORNEY DOUGLAS HENDERSON, in his official capacity as DA for PD 18 and his employees, agents and successors; BILLY WEST, in his official capacity as DA for PD 12 and his employees, agents and successors; C. COLON WILLOUGHBY, JR., in his official

capacity as DA for PD 10 and his employees, agents and successors; BENJAMIN R. DAVID, in his official capacity as DA for PD 5 and his employees, agents and successors; ERNIE LEE, in his official capacity as DA for PD 4 and his employees, agents and successors; JIM O'NEILL, in his official capacity as DA for PD 21 and his employees, agents and successors

   Defendants - Appellants

JOHN THORP

   Intervenor/Defendant

------------------------------

FRANCIS J. BECKWITH, MJS, PhD; GERARD V. BRADLEY; TERESA S. COLLETT; DAVID K. DEWOLF; RICK DUNCAN; EDWARD M. GAFFNEY; STEPHEN GILLES; MICHAEL STOKES PAULSEN; RONALD J. RYCHLAK; RICHARD STITH; RUTH SAMUELSON; PAT MCELRAFT; PAT HURLEY; MARILYN AVILA; SUSAN MARTIN; CAROLYN M JUSTICE; RENA W. TURNER; MICHELE D. PRESNELL; SARAH STEVENS; JACQUELINE MICHELLE SCHAFFER; DEBRA CONRAD; MARK BRODY; CHRIS WHITMIRE; ALLEN MCNEILL; DONNY LAMBETH; GEORGE CLEVELAND; LINDA JOHNSON; DAVID CURTIS; JOYCE KRAWIEC; SHIRLEY RANDLEMEN; DAN SOUCEK; NORMAN SANDERSON; WARREN DANIEL; BUCK NEWTON; KATHY L. HARRINGTON; ANDREW BROCK

   Amici Supporting Appellant

AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN MEDICAL ASSOCIATION; AMERICAN PUBLIC HEALTH ASSOCIATION

   Amici Supporting Appellee

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK