# Kay McGovern & Associates

Suite 117, Cheshire Park
314 West Millbrook Road
Raleigh, NC 27609-4380
(919) 870-1600 Voice   (919) 870-1603 Fax

September 3, 2012

Diana O. Salgado, Esquire
Planned Parenthood Federation of America
434 West 33rd Street
New York, NY 10001

| Invoice Number |
|---|
| 120231 |

**Description of services**   Re: Stuart, M.D., et al. v. Huff, M.D., et al.
Docket no. 1:11-cv-00804-CCE, USDC/MDNC
Deponent: Watson A. Bowes, Jr., M.D., 8/10/12

| Reference | | Quantity | Rate | Extension |
|---|---|---|---|---|
| Appearance Fee | | 1.00 | 160.00 | 160.00 |
| Original + 1 | paper original only, no paper copy | 188.00 | 4.15 | 780.20 |
| E-mail | Word and .pdf files sent 9/6/12 | 1.00 | 0.00 | No charge |
| ~~Postage~~ | ~~to return sealed original~~ | ~~1.00~~ | ~~12.00~~ | ~~12.00~~ |

Invoice total:   ~~952.20~~
940.20

KAY McGOVERN & ASSOCIATES IS A d/b/a OF CAPITAL LITIGATION SUPPORT, INC.,
Tax ID: 56-1703277.

AUDIO RECORDINGS ERASED 30 DAYS FROM DATE OF THIS INVOICE UNLESS
OTHERWISE NOTIFIED. Payment due upon receipt of invoice. Invoices not paid in 30 days
are subject to a 1.5% per month interest charge and attorney fees and costs as allowed by law.

Thank you for your business. We look forward to serving you again. Please call us for your
court reporting needs.


**Planned Parenthood**
Federation of America, Inc.

# PAY ORDER    C000498

**REQUEST/APPROVAL**

**Requested by:** Sinead Redmond    **Extension:** 4577

**Department:** Lit + Law    **Date:** 10/3/17

---

**DESCRIPTION OF SERVICES:** Court reporter for deposition

**PAYEE:** Kay McGovern + Associates    **VENDOR ID#:** _____

Suite 117 Cheshire Park    **INVOICE #:** 170731

314 West Millbrook Road    **INVOICE DATE:** 9/3/17

Raleigh    NC    27609-4380    **INVOICE DUE DATE:** 10/17/17
CITY    STATE    ZIP

| BUDGET CODE | AMOUNT | AUTHORIZED BY |
|---|---|---|
| | 4957.70 | [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL:** | 4957.70 | |

**SPECIAL REQUIREMENTS**

_____

_____

_____

---

**BUDGET USE ONLY**

**Signatory checked by:** _____    **Date:** _____

**Director's review:** _____    **Date:** _____

DEPARTMENTAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:11-cv-00804

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| RALPH C. LOOMIS, M.D., et al | ) |
| | ) |
| Defendants | |

## AFFIDAVIT OF CHRISTOPHER A. BROOK

**CHRISTOPHER A. BROOK,** being first duly sworn, deposes and says that:

1. I am a member in good standing of the Bar of the State of North Carolina and of this Court.

2. I was one of two attorneys at the American Civil Liberties Union of North Carolina Legal Foundation ("ACLU/NCLF") who represented Plaintiffs in the above-captioned civil action.

3. On October 17, 2011, a hearing on Plaintiffs' Preliminary Injunction was held in this Court before the Honorable Catherine C. Eagles. The hearing minutes were recorded and transcribed by Joseph B. Armstrong.

4. On October 31, 2011, the ACLU/NCLF requested a copy of the transcript of the Preliminary Injunction hearing at a cost of $504.40.

5. On August 23, 2013, an Oral Argument hearing was held in this Court before the Honorable Catherine C. Eagles. The hearing minutes were recorded and transcribed by Lori Russell, RMR.

6. On September 11, 2013, the ACLU/LF requested a copy of the transcript of the Oral Argument hearing at a cost of $229.50.

7. The ACLU/NCLF requested copies of these transcripts to assist it in the best representation of Plaintiffs. Specifically, it requested copies of these transcripts to ensure complete understanding of the arguments put forward by the Defendants as well as questions posed by the Court.

Christopher A. Brook

Subscribed to and sworn before
me this 9th day of July, 2015.

Emily-Mary Brown
Notary Public
Emily-Mary Brown

My Commission Expires: December 5, 2017

| | | |
|---|---|---|
| AO44 (Rev. 11/07) | | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NC |

INVOICE NO: 00000283

MAKE CHECKS PAYABLE TO:

Emily M. Brown
ACLU of North Carolina
PO Box 28004
Raleigh, NC 27611-8004

Phone:

Joseph B. Armstrong, RMR, FCRR
United States Court Reporter
324 W. Market, Room 101
Greensboro, NC 27401

Phone: (336) 332-6034
FAX: (336) 272-5960
Tax ID:
joe.ncmd@gmail.com

[ ] CRIMINAL  [X] CIVIL   DATE ORDERED: 10-26-2011   DATE DELIVERED: 10-31-2011

Case Style: 1:11CV804, Stuart, MD, Gretchen v Huff, MD, Janice

Transcript of Preliminary Injuction Hearing held 10/17/2011

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 104 | 4.85 | 504.40 | | | | | | | 504.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                         MISC. CHARGES:

TOTAL: 504.40

LESS DISCOUNT FOR LATE DELIVERY:
(If Applicable):

OF DEPOSIT:

AL REFUND:

TOTAL DUE: $504.40

e. For example, if an order ment would be at the

irements of this court and the

ATE 10-31-2011

**ACLU OF NORTH CAROLINA INC.**
P.O. BOX 28004
RALEIGH, NC 27611                                    1050
                                                66-30/531
                            October 31st, 2011    087
                                    Date

Pay to the Order of  Joseph B. Armstrong, RMR FCRR   | $ 504.40

Five Hundred And Four Dollars + 40/100   Dollars

**First Citizens Bank**
firstcitizens.com

TWO SIGNATURES FOR $500.00 OR OVER

For Inv. 00000283

⑆053100300⑆000873137401⑆ 01050

(All previous editions of this form are cancelled and should be destroyed)

| AO44<br>(Rev. 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE MDNC | | |
|---|---|---|---|
| | INVOICE NO: 00000395 | | |

MAKE CHECKS PAYABLE TO:

Emily-Mary Brown
ACLU of NC
Post Office Box 28004
Raleigh, NC 27611

Phone:

Lori Russell, RMR, CRR
U.S. District Court Reporter
P.O. Box 20593
Winston-Salem, NC 27120

Phone: (336) 734-2547
FAX (336) 497-4483
Tax ID:

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 08-26-2013   DATE DELIVERED: 09-09-2013

**Case Style:** 1:11CV804, Stuart, et. al. v Huff, et al.
Expedited Transcript of 8-23-13 Summary Judgment Hearing

*****SENT ELECTRONICALLY*****

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 54 | 4.25 | 229.50 | | 0.90 | | | 0.60 | | 229.50 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |

ACLU OF NORTH CAROLINA INC.    1082
P.O. BOX 28004
RALEIGH, NC 27611        9/11/13   66-30/631
                         Date       087

Pay to the Order of: Lori Russell, RMR, CRR    $ 229.50
Two Hundred Twenty-Nine and 50/100 Dollars

First Citizens Bank
firstcitizens.com

For: transcript (WRTK case)

TWO SIGNATURES FOR $500.00 OR OVER
Jennifer Rudinger

⑆053100300⑆000873137401⑈ 01082

CHARGES:
TOTAL: 229.50
E DELIVERY:
(If Applicable):
OF DEPOSIT:
AL REFUND:

Date Paid:    Amt:    TOTAL DUE: $229.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees, charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Lori Russell    DATE: 09-09-2013
(All previous editions of this form are cancelled and should be destroyed)