IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs | ) **JOINT MOTION TO EXTEND THE** |
| | ) **DEADLINE FOR PLAINTIFFS'** |
| vs. | ) **MOTION FOR ATTORNEYS' FEES** |
| CHERYL WALKER-MCGILL, M.D., et al., | ) Case No. 1:11-cv-00804 |
| Defendants, | ) |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1(a), Plaintiffs and Defendants, by undersigned counsel, jointly and respectfully move this Court for an Order extending the time by 30 days for the Plaintiffs to file their motion for statutory attorneys' fees. As grounds, the parties state:

1. Pursuant to this Court's Order dated March 18, 2014 [Doc. 169], Plaintiffs had through 60 days following the completion of any and all appeals in this case to file their motion for statutory attorneys' fees.

2. On June 15, 2015, the Supreme Court of the United States denied Defendants' Petition for a Writ of Certiorari in this case. Walker-McGill v. Stuart, 576 U.S. __, No. 14-1172 (June 15, 2015) (order list Monday, June 15, 2015).

3. Any and all appeals in the above captioned matter were thus complete as of June 15, 2015. Consequently, Plaintiffs have through August 14, 2015 to file their motion for statutory attorneys' fees.

4. Since shortly after June 15, 2015, counsel for Plaintiffs have consulted with counsel for Defendants about the attorneys' fee issue, as required by Local Rule 54.2.

5. Both counsel for Plaintiffs and Defendants agree that a 30 day extension to the deadline for the Plaintiffs to file a motion for statutory attorneys' fees is advisable so that the parties can have further opportunities for consultation.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court grant the Joint Motion to Extend the Deadline for Plaintiffs' Motion for Attorneys' Fees and extend the time through which the Plaintiffs may file a motion for statutory attorneys' fees by 30 days through September 14, 2015.

Respectfully submitted this 28th day of July, 2015.


/s/ Christopher A. Brook
Christopher A. Brook
NC Bar No. 33838
Counsel for all Plaintiffs
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation, Inc.
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
Email: cbrook@acluofnc.org

/s/ I. Faison Hicks
I Faison Hicks
NC Bar No. 10672
Counsel for all Defendants
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: (919) 716-6629
Facsimile: (919) 716-6763
Email: fhicks@ncdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,               )
                                                )
          Plaintiffs                            )
                                                )
vs.                                             )
                                                )
CHERYL WALKER-MCGILL, M.D., et al.,             )    Case No. 1:11-cv-00804
                                                )
          Defendants,                           )

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that on July 28th, 2015, they conferred and mutually agreed upon the foregoing Joint Motion to Extend the Deadline for Plaintiffs' Motion for Attorneys' Fees, and the same was then filed electronically with the Clerk of the Court, by Christopher A. Brook, using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted this 28th day of July, 2015.

| | |
|---|---|
| /s/ Christopher A. Brook | /s/ I. Faison Hicks |
| Christopher A. Brook | I Faison Hicks |
| NC Bar No. 33838 | NC Bar No. 10672 |
| Counsel for all Plaintiffs | Counsel for all Defendants |
| Legal Director | Special Deputy Attorney General |
| American Civil Liberties Union of North Carolina Legal Foundation, Inc. | North Carolina Department of Justice |
| Post Office Box 28004 | Post Office Box 629 |
| Raleigh, North Carolina 27611 | Raleigh, North Carolina 27602-0629 |
| Telephone: (919) 834-3466 | Telephone: (919) 716-6629 |
| Facsimile: (866) 511-1344 | Facsimile: (919) 716-6763 |
| Email: cbrook@acluofnc.org | Email: fhicks@ncdoj.gov |