IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>CHERYL WALKER-MCGILL, M.D., et al., )<br> )<br>Defendants, ) | 1:11-CV-804 |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Extend the Plaintiffs' Deadline for filing their Motion for Attorneys' Fees, (Doc. 174), submitted on July 28th, 2015. The parties seek an extension of the deadline for the plaintiffs to file a motion for attorneys' fees set by an Order of this Court on March 18, 2014. (Doc. 169.) Counsel for the plaintiffs and counsel for the defendants have consulted on the matter and both agree to the extension. Having considered the motion and for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion to Extend the Deadline for Plaintiffs to file their Motion for Attorneys' Fees, (Doc. 174), is GRANTED and the time through which the plaintiffs may file a motion for statutory attorneys' fees is extended by 30 days through September 14, 2015.

SO ORDERED, this 28th day of July, 2015.

UNITED STATES DISTRICT JUDGE