IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| CHERYL WALKER-MCGILL, M.D., et al., | ) Case No. 1:11-cv-00804 |
| Defendants. | ) |

## NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES UNDER 42 U.S.C. § 1988

Plaintiffs hereby petition this Court for an award of attorneys' fees and expenses under 42 U.S.C. § 1988 and Local Rule 54.1 for their successful challenge to certain provisions of North Carolina's Woman's Right to Know Act (the "Act"), codified at N.C. Gen. Stat. §§ 90-21.80 through 90-21.92. An award of $1,029,180.00 in attorneys' fees and $16,226.47 in expenses is justified and supported by the facts and authorities cited in the accompanying Memorandum of Law and the declarations referenced therein.

Dated: September 14, 2015

Respectfully submitted,

/s/ Christopher Brook
Christopher Brook, NC Bar #33838
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
(919) 834-3466
(866) 511-1344 Fax
cbrook@acluofnc.org

/s/ Julie Rikelman
Julie Rikelman
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

Walter Dellinger

**COUNSEL FOR ALL PLAINTIFFS**

Helene T. Krasnoff
Planned Parenthood Fed. Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
(202) 973-4800
helene.krasnoff@ppfa.org

Diana O. Salgado
Planned Parenthood Fed. of America
434 W. 33rd Street
New York, NY 10001
(212) 541-7800
(212) 247-6811 Fax
dianasalgado@ppfa.org

COUNSEL FOR PLANNED PARENTHOOD
OF CENTRAL NORTH CAROLINA &
PLANNED PARENTHOOD HEALTH
SYSTEMS, INC.


Andrew D. Beck
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 284-7318
(212) 549-2651 Fax
abeck@aclu.org

COUNSEL FOR JAMES R. DINGFELDER,
M.D., SERINA FLOYD, M.D., TAKEY
CRIST, M.D., & TAKEY CRIST M.D., P.A.
d/b/a CRIST CLINIC FOR WOMEN

O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 Fax
wdellinger@omm.com

Anton Metlitsky
Leah Godesky
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
(212) 326-2061 Fax
ametlitsky@omm.com
lgodesky@omm.com

COUNSEL FOR GRETCHEN S. STUART,
M.D., DAVID A. GRIMES, M.D., AMY
BRYANT, M.D., DECKER & WATSON d/b/a
PIEDMONT CAROLINA MEDICAL
CLINIC, & A WOMAN'S CHOICE OF
RALEIGH, INC.

Case 1:11-cv-00804-CCE-LPA   Document 177   Filed 09/14/15   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2015 the foregoing **Notice of Plaintiffs' Motion for Attorneys' Fees and Expenses Under 42 U.S.C. § 1988** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher Brook
NC Bar #33838
American Civil Liberties Union
Of NC Legal Foundation
PO Box 28004
Raleigh, NC 27611
cbrook@acluofnc.org