# Exhibit 1

*Walker-McGill v. Stuart*
**Timesheet for Andrew Beck**

| Date | Time | Work Description |
|---|---|---|
| 8/22/2011 | 1.9 | Call with co-counsel |
| 9/8/2011 | 1 | Call with co-counsel |
| 9/19/2011 | 1.3 | Call with co-counsel |
| 9/19/2011 | 2.1 | Review complaint |
| 9/22/2011 | 1.4 | Meeting with counsel re: claims |
| 9/22/2011 | 3.9 | Draft DP portion of brief |
| 9/23/2011 | 1.2 | Review Dingfelder declaration |
| 9/23/2011 | 1 | Call with co-counsel |
| 9/26/2011 | 1.5 | Review declarations |
| 9/26/2011 | 1 | Call with co-counsel |
| 10/4/2011 | 1 | Call with co-counsel |
| 10/5/2011 | 0.5 | Call with co-counsel to discuss NC med board concerns |
| 10/11/2011 | 1 | Call with co-counsel |
| 10/12/2011 | 1.1 | Review Defendants' brief |
| 10/13/2011 | 4 | Draft and review reply |
| 10/18/2011 | 0.5 | Call with co-counsel |
| 10/25/2011 | 1 | Review decision |
| 10/31/2011 | 1 | Call with co-counsel re amending complaint |
| 11/7/2011 | 6.1 | Draft Motion for Modification of PI |
| 11/9/2011 | 3.3 | Review pleadings in support of motion for intervention |
| 11/9/2011 | 0.8 | Draft Motion for Modification of PI |
| 11/9/2011 | 0.5 | Review answer and MTD |
| 11/10/2011 | 1 | call with co-counsel |
| 11/21/2011 | 1 | review opp'n to motion to intervene |
| 11/21/2011 | 0.2 | review cummings declaration |
| 11/23/2011 | 0.1 | Review order |
| 11/28/2011 | 1 | call with co-counsel |
| 12/12/2011 | 0.8 | call with client |
| 12/15/2011 | 0.4 | review answer to amended complaint |
| 12/18/2011 | 0.6 | review intervenor reply |
| 12/19/2011 | 0.1 | review order |
| 12/19/2011 | 0.8 | review opinion |
| 12/22/2011 | 1 | review opinion |
| 1/13/2012 | 1 | call with co counsel |
| 1/20/2012 | 1 | call with co counsel |
| 3/21/2012 | 1.2 | prepare initial disclosures |
| 3/22/2012 | 0.8 | call with dr dingfelder re expert report |
| 3/26/2012 | 1.5 | call with dr floyd re expert rerpot |
| 3/28/2012 | 0.2 | review answer to 2d amended complaint |
| 3/29/2012 | 1 | call with co counsel re experts |
| 4/2/2012 | 1.6 | prepare for call with dr. floyd |
| 4/2/2012 | 1 | call with dr floyd re expert report |
| 4/4/2012 | 0.7 | research on expert fees |
| 4/8/2012 | 2 | prepare for call with dr shores |
| 4/9/2012 | 4.6 | Draft FRCP 26(a)(2)(C) report for Floyd |
| 4/9/2012 | 2.5 | Draft Shores Expert Report |
| 4/9/2012 | 1 | prepare for call with dr. dingfelder |
| 4/10/2012 | 1 | Call with co counsel |
| 4/10/2012 | 1.4 | Draft FRCP 26(a)(2)(C) report for Floyd |
| 4/10/2012 | 0.8 | Draft FRCP 26(a)(2)(C) report for Dingfelder |

| Date | Hours | Description |
|---|---|---|
| 4/10/2012 | 1.2 | Draft FRCP 26(a)(2)(C) report for Dingfelder |
| 4/10/2012 | 1.2 | Confer w Shores for Expert Report |
| 4/10/2012 | 1.4 | Review Stuart disclosure |
| 4/11/2012 | 4.3 | Draft FRCP 26(a)(2)(C) report for Floyd |
| 4/11/2012 | 2.9 | Draft FRCP 26(a)(2)(C) report for Floyd |
| 4/11/2012 | 2.5 | Draft FRCP 26(a)(2)(C) report for Floyd |
| 4/16/2012 | 4 | Draft Shores Expert Report |
| 4/16/2012 | 1.3 | Draft Shores Expert Report |
| 4/16/2012 | 4.4 | Draft Shores Expert Report |
| 4/17/2012 | 1 | Review Stuart disclosure |
| 6/20/2012 | 0.3 | review memo on right to jury trial for declaratory judgment claim |
| 7/25/2012 | 1 | Call with co-counsel |
| 9/3/2012 | 3.7 | Draft declarations for Shores, Dingfelder, Floyd |
| 9/10/2012 | 3 | review bowes dep transcript |
| 9/11/2012 | 2.3 | Draft statement of facts |
| 9/11/2012 | 2.5 | Draft statement of facts |
| 9/12/2012 | 2.6 | Draft statement of facts |
| 9/12/2012 | 1 | Draft statement of facts |
| 9/12/2012 | 1.3 | Draft statement of facts |
| 9/13/2012 | 0.8 | Draft statement of facts |
| 9/13/2012 | 3 | Draft statement of facts |
| 9/14/2012 | 2.4 | Draft statement of facts |
| 9/16/2012 | 0.5 | Revise statement of facts |
| 9/20/2012 | 2.5 | Review vagueness argument for brief |
| 9/21/2012 | 1.2 | Call with cocounsel |
| 9/21/2012 | 6.3 | review SJ brief |
| 9/25/2012 | 4.4 | Revise SOF |
| 9/25/2012 | 4 | Revise SOF |
| 9/26/2012 | 3.6 | Revise Brief |
| 9/26/2012 | 4.1 | Revise Brief |
| 9/28/2012 | 0.5 | Call with dr dingfelder |
| 9/28/2012 | 0.3 | review stuart declaration |
| 10/1/2012 | 2.5 | Review declarations |
| 10/1/2012 | 0.5 | meeting with chris brook |
| 10/1/2012 | 0.8 | review jones declaration |
| 10/2/2012 | 3 | review brief |
| 10/2/2012 | 0.2 | draft beck declaration |
| 10/4/2012 | 3 | review defendants' SJ pleadings |
| 10/5/2012 | 1 | Call with cocounsel |
| 10/18/2012 | 1.7 | Draft motion to exclude affidavits |
| 10/18/2012 | 4.3 | Draft motion to exclude affidavits |
| 10/19/2012 | 5 | Draft motion to exclude affidavits |
| 10/19/2012 | 3.6 | Draft motion to exclude affidavits |
| 10/22/2012 | 5 | SJ Opp'n Br. -- severability |
| 10/23/2012 | 2.8 | SJ Opp'n Br. -- severability |
| 10/23/2012 | 2.1 | SJ Opp'n Br. -- severability |
| 10/24/2012 | 1.5 | SJ Opp'n Br. -- severability |
| 10/24/2012 | 4.9 | SJ Opp'n Br. -- severability |
| 10/25/2012 | 4.1 | Review opp'n br |
| 11/27/2012 | 0.5 | Call with cocounsel |
| 12/10/2012 | 1 | Call with cocounsel |
| 12/21/2012 | 1 | review opp'n to motion to strike |
| 12/31/2012 | 2.7 | Reply in supp mtn to exclude affidavits |
| 12/31/2012 | 4.1 | Reply in supp mtn to exclude affidavits |
| 1/2/2013 | 4.3 | Reply in supp mtn to exclude affidavits |

| Date | Hours | Description |
|---|---|---|
| 1/2/2013 | 2.3 | Reply in supp mtn to exclude affidavits |
| 1/3/2013 | 0.1 | Reply in supp mtn to exclude affidavits |
| 1/3/2013 | 2.2 | Reply in supp mtn to exclude affidavits |
| 1/3/2013 | 2.6 | Reply in supp mtn to exclude affidavits |
| 3/6/2013 | 1 | Call w cocounsel re amicus |
| 3/29/2013 | 1 | Call with cocounsel |
| 5/29/2013 | 1 | Call with cocounsel |
| 7/17/2013 | 1.4 | review supplemental brief |
| 7/22/2013 | 0.5 | review state's supp brief |
| 7/24/2013 | 1 | Call with cocounsel |
| 8/13/2013 | 1.1 | Draft motion to revise order re: undisputed facts |
| 8/14/2013 | 1 | review state response re statement undisputed facts |
| 8/15/2013 | 0.1 | review state response to motion |
| 8/19/2013 | 0.2 | review order |
| 8/19/2013 | 1.1 | Call with co-counsel |
| 8/20/2013 | 1 | Call with cocounsel |
| 8/20/2013 | 1.8 | Prep for moot |
| 8/20/2013 | 1 | Moot |
| 8/21/2013 | 0.7 | Call with cocounsel |
| 8/21/2013 | 1 | Call with opposing counsel |
| 8/21/2013 | 0.8 | Prepare joint submission responding to court order |
| 8/21/2013 | 3.5 | prep for argument |
| 8/22/2013 | 1.5 | prep for argument |
| 8/23/2013 | 1.2 | Argument |
| 7/9/2013 | 0.2 | review order |
| 1/17/2014 | 1.5 | Read decisions |
| 2/3/2014 | 1.1 | call with kim parker |
| 2/4/2014 | 1 | Call with cocounsel |
| 2/26/2014 | 1 | call with cocounsel |
| 3/14/2014 | 1 | call with kim parker |
| 4/3/2014 | 1 | Call with cocounsel |
| 5/5/2014 | 1 | Call with cocounsel |
| 6/16/2014 | 1 | Call with co-counsel |
| 6/17/2014 | 1 | call with kim parker |
| 6/14/2014 | 4.3 | Revise appellate brief |
| 6/19/2014 | 1 | Review and revise appellate brief |
| 7/8/2014 | 0.9 | Read reply brief |
| 10/21/2014 | 2 | Prep for moot |
| 10/22/2014 | 2 | Moot |
| 10/22/2014 | 0.4 | 28j letter |
| 10/29/2014 | 0.8 | Argument -- 4th Cir. |
| 1/13/2015 | 0.5 | Call with Kristen Clarke |
| 3/24/2015 | 0.7 | Meeting re opp cert |
| 3/26/2015 | 1 | Call with cocounsel re opp cert |
| 3/30/2015 | 1 | Call with cocounsel re opp cert |
| 4/27/2015 | 7.6 | Review and edit opp cert |
| 4/28/2015 | 5.8 | Review and edit opp cert |
| 4/29/2015 | 1 | Call with cocounsel |
| 5/5/2015 | 1 | Meeting re opp cert |
| 5/5/2015 | 1.8 | Review and edit opp cert |
| 5/8/2015 | 0.8 | Review and edit opp cert |
| **Total Hours** | 274 | |
| **Hourly Rate** | $400 | |
| **Total Fee** | **$109,600.00** | |