# Exhibit 2

| Andrew Beck Expenses | | |
|---|---|---|
| Date | Cost | Description |
| 8/22/2013 | $53.33 | Taxi to airport |
| 8/22/2013 | $698.20 | Airfare for flight to summary judgment argument |
| 8/22/2013 | $50.00 | Baggage fee (summary judgment argument) |
| 8/22/2013 | $24.50 | Dinner evening before summary judgment argument |
| 8/22/2013 | $232.42 | Hotel  (summary judgment argument) |
| 8/23/2013 | $15.24 | Lunch  (summary judgment argument) |
| 8/23/2013 | $36.00 | Taxi to Greensboro airport  (summary judgment argument) |
| 8/23/2013 | $52.33 | Taxi from airport home  (summary judgment argument) |
| 10/28/2014 | $48.33 | Taxi to airport (4th Circuit argument) |
| 10/28/2014 | $402.20 | Airfair for flight to 4th Circuit argument |
| 10/28/2014 | $8.10 | Lunch (4th Circuit argument) |
| 10/28/2014 | $134.83 | Hotel (4th Circuit argument) |
| 10/28/2014 | $25.00 | Dinner evening before 4th Circuit argument |
| 10/29/2014 | $15.00 | Lunch (4th Circuit argument) |
| 10/29/2014 | $35.00 | Taxi to airport (4th Circuit argument) |
| 10/29/2014 | $50.00 | Flight change fee (4th Circuit argument) |
| 10/29/2014 | $36.50 | Taxi from airport home (4th Circuit argument) |
| **Total** | $1,916.98 | |

AMERICAN EXPRESS

Prepared For
DAVID BAIRD/CBA
A.C.L.U.

Account Number

Closing Date
09/04/13

Page 75 of 117

**Activity Continued**  *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

Card Number

| Date | Description | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 08/08/13 | WESTIN PARK CENTRAL DALLAS TX<br>FOL# 01770606 LODGING 08/08/13<br>ARRIVAL DATE DEPARTURE DATE<br>08/18/13 08/19/13 00<br>ROOM RATE $119.85<br>ROC NUMBER 01770606 | 87824109000 | Hotel for NAF Meeting (RFP-NON-LIT, 79001) | 138.14 |
| 08/12/13 | AMERICAN EXPRESS TICKET FEE<br>BECK/ANDREW TKT# 0377298876628<br>EWR-CLT/DFW 08/12/13 | | Axiom fee (RFP-NON-LIT, 79001) | 9.00 |
| 08/12/13 | AMERICAN EXPRESS TICKET FEE<br>BECK/ANDREW TKT# 0067298876668<br>LGA/GSO/LGA 08/12/13 | | Axiom fee (RFP-NON-LIT, 79001) | 9.00 |
| 08/13/13 | DELTA AIR LINES INC. MIAMI LAKES FL<br>TKT# 00672988766306 AIRLINE/AIR C 08/12/13<br>PASSENGER TICKET<br>BECK/ANDREW DELTA AIR LINES INC.<br>DELTA AIR LINES INC. MIAMI LAKES FL<br>FROM<br>  DALLAS/FT WORTH TX<br>TO CARRIER CLASS<br>  LAGUARDIA INTL A/P DL Q<br>TO<br>  UNAVAILABLE YY 00<br>TO<br>  UNAVAILABLE YY 00<br>TO<br>  UNAVAILABLE YY 00 | 08130900000 | Flight returning from NAF Meeting (RFP-NON-LIT, 79001) | 493.30 |
| 08/13/13 | DELTA AIR LINES INC. MIAMI LAKES FL<br>TKT# 00672988766682 AIRLINE/AIR C 08/12/13<br>PASSENGER TICKET<br>BECK/ANDREW DELTA AIR LINES INC.<br>DELTA AIR LINES INC. MIAMI LAKES FL<br>FROM<br>  LAGUARDIA INTL A/P<br>TO CARRIER CLASS<br>  GREENSBORO NC DL H<br>TO<br>  LAGUARDIA INTL A/P DL H<br>TO<br>  UNAVAILABLE YY 00<br>TO<br>  UNAVAILABLE YY 00 | 08130900000 | Flight to NC for SJ hearing (RFP-RN011, 79001) | 698.20 |
| 08/13/13 | US AIRWAYS INC. MIAMI LAKES FL<br>TKT# 03772988766282 AIRLINE/AIR C 08/12/13<br>PASSENGER TICKET<br>BECK/ANDREW US AIRWAYS INC.<br>US AIRWAYS INC. MIAMI LAKES FL<br>FROM<br>  NEWARK NJ<br>TO CARRIER CLASS<br>  CHARLOTTE NC US W<br>TO<br>  DALLAS/FT WORTH TX US W<br>TO<br>  UNAVAILABLE YY 00<br>TO<br>  UNAVAILABLE YY 00 | 08130800000 | Flight to NAF Meeting (RFP-NON-LIT, 79001) | 399.30 |
| 08/19/13 | NYC TAXI GROUP INC-1 BROOKLYN NY<br>REF# 0 TAXICAB & LIMOUS 08/18/13<br>TAXI: 5H88 FARE: $39.00 OTHER: $16.75 D<br>TAXI: 5H88<br>15:48 249 Church S<br>16:24 Newark New J | | Taxi to airport for NAF Meeting trip (NON-LIT) | 55.75 |
| 08/19/13 | AMBASSADOR CAB 88290 DALLAS TX<br>REF# 5 TAXICAB & LIMOUS 08/18/13 | 50000000000 | Taxi to hotel for NAF Meeting trip (NON-LIT) | 50.00 |

Continued on reverse

Prepared For
DAVID BAIRD/CBA
A.C.L.U.

Account Number

Page 76 of 117

**Activity Continued** **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

Reference Code    Foreign Spending    Amount $

| Date | Description | Reference Code | Note | Amount |
|---|---|---|---|---|
| 08/20/13 | WESTIN PARK CENTRAL DALLAS TX<br>FOL# 01770606 LODGING 08/20/13<br>ARRIVAL DATE DEPARTURE DATE<br>08/18/13 08/19/13 00<br>ROOM RATE $119.85<br>ROC NUMBER 01770606 | 87625303700 | Dinner @ NAF Meeting (NON-LIT) | 26.73 |
| 08/20/13 | TGI FRIDAYS #0801 00 DFW AIRPORT TX<br>REF# 35635988 8003743297 08/19/13<br>RESTAURANT CHARGES<br>ROC NUMBER 35635988 | 35635988000 | Lunch during NAF Meeting trip (NON-LIT) | 12.83 |
| 08/20/13 | YELLOW CAB 167980031 FORT WORTH TX<br>REF# 633262 TAXICAB & LIMOUS 08/19/13 | 63326200000 | Taxi to airport for NAF Meeting from Trip (NON-LIT) | 54.45 |
| 08/20/13 | NYC TAXI 7J32 090017 ASTORIA NY<br>REF# 098770391 000-0000000 08/19/13 | 09877039100 | Taxi from airport for NAF Meeting TRIP (NON-LIT) | 40.00 |
| 08/23/13 | LIBERTY OAK RESTAURA GREENSBORO NC<br>REF# 56591 RESTAURANT 08/22/13 | 56591000000 | Dinner @ NC Hearing (RNOII) | 24.50 |
| 08/23/13 | TRIAD TRANSPORTATION GREENSBORO NC<br>REF# 001559019 336-668-9808 08/22/13 | 00155901900 | Taxi to airport NC hearing (RNOII) | 36.00 |
| 08/23/13 | ALL TAXI MANAGEMENT LONG ISLAND CITY NY<br>REF# 0 718-361-0055 08/22/13<br>TAXI: 7N20 FARE: $42.50 OTHER: $9.83 DI<br>TAXI: 7N20<br>11:36 31 Water St<br>12:04 Flushing, New | | Taxi home from airport - NC hearing (RNOII) | 52.33 |
| 08/24/13 | DELTA AIR LINES ATLANTA US<br>TKT# 0067298876668 AIRLINE/AIR C 08/24/13<br>ADDITIONAL COLLECTION<br>BECK/ANDREW DELTA AIR LINES<br>DELTA AIR LINES ATLANTA US<br>FROM<br>UNAVAILABLE<br>TO CARRIER CLASS<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | | Bagagge fee (RNOII) | 50.00 |
| 08/24/13 | GREENSBORO MARRIOTT GREENSBORO NC<br>FOL# 6549 LODGING 08/24/13<br>ARRIVAL DATE DEPARTURE DATE<br>08/22/13 08/23/13 00<br>ROOM RATE $232.42<br>ROC NUMBER 6549 | 65490000000 | Hotel for NC Hearing (RNOII) | 232.42 |
| 08/24/13 | NYC-TAXI VERIFONE NY LONG ISLAND CITY NY<br>REF# 0 718-786-8585 08/23/13<br>TAXI: 6G61 FARE: $41.50 OTHER: $11.83 D<br>TAXI: 6G61<br>16:38 Flushing New<br>17:28 6 Chatham Sq | | Taxi to airport for NC SS hearing (RNOII, 79001) | 53.33 |
| 08/25/13 | LAGUARDIA USA, LLC PHILADELPHIA PA<br>REF# 0008112 718-656-6210 08/24/13<br>FAST FOOD RESTAURAN<br>ROC NUMBER 0008112 | 00081120000 | Lunch during NC SS hearing travel (RNOII; 79001) | 15.24 |
| 08/29/13 | AMERICAN EXPRESS TICKET FEE<br>BECK/ANDREW TKT# 4227302682397<br>LGA/DEN 08/29/13 | | Axiom fee (NON-LIT, 79001) | 9.00 |
| 08/29/13 | AMERICAN EXPRESS TICKET FEE<br>BECK/ANDREW TKT# 487<br>DEN/LGA 08/29/13 | | Axiom Fee (NON-LIT 79001) | 9.00 |

Continued on next page

Case 1:11-cv-00804-CCE-LPA   Document 178-3   Filed 09/14/15   Page 4 of 6

**AMERICAN EXPRESS**

Prepared For
DAVID BAIRD/CBA
A.C.L.U.

Account Number

Closing Date
11/04/14

Page 75 of 113

**Activity Continued** *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| Card Number | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 10/18/14 | AMERICAN EXPRESS INTERACTIVE   NO TOUCH<br>BECK/ANDREW D             TKT# 0067501408724<br>AMERICAN EXPRESS INTERACTIVE   NO TOUCH<br>BECK/ANDREW D             TKT# 0067501408724<br>REC LOC# RFYJCG              10/17/14   005<br>TERM<br>ROC NUMBER RFYJCG   00607501408724 | | RFP RNOII 79001<br>Concur fee for NC ultrasound oral argument flight | | 9.00 |
| 10/18/14 | DELTA AIR LINES INC.  MIAMI LAKES        FL<br>TKT# 00675014087241   AIRLINE/AIR   C 10/17/14<br>PASSENGER TICKET<br>BECK/ANDREW D                  DELTA AIR LINES INC.<br>DELTA AIR LINES INC.  MIAMI LAKES        FL<br>FROM<br>  LAGUARDIA INTL  A/P<br>TO               CARRIER CLASS<br>  RICHMOND VA         DL   X<br>TO<br>  LAGUARDIA INTL  A/P   DL   X<br>TO<br>  UNAVAILABLE         YY   00<br>TO<br>  UNAVAILABLE         YY   00 | | 10170900000<br>RFP RNOII 79001<br>Flight to VA for NC ultrasound oral argument | | 402.20 |
| 10/29/14 | PASTURE 882100076770   RICHMOND         VA<br>REF# 14         RESTAURANT    10/28/14 | | 14000000000 RFP RNOII 79001<br>Dinner for AB at NC argument | | 25.00 |
| 10/29/14 | NYC TAXI 3Y44 090001 LONG ISLAND C    NY<br>REF# 045418662   000-0000000   10/29/14 | | 04541866200 RFP RNOII 79001<br>Taxi home from LGA | | 36.50 |
| 10/30/14 | DELTA AIR LINES       ATLANTA         US<br>TKT# 0067501408724    AIRLINE/AIR   C 10/30/14<br>ADDITIONAL COLLECTION<br>BECK/ANDREWD            DELTA AIR LINES<br>DELTA AIR LINES       ATLANTA         US<br>FROM<br>  UNAVAILABLE<br>TO              CARRIER CLASS<br>  UNAVAILABLE         YY   00<br>TO<br>  UNAVAILABLE         YY   00<br>TO<br>  UNAVAILABLE         YY   00<br>TO<br>  UNAVAILABLE         YY   00 | | RFP RNOII 79001<br>Fee for changing flight on return from NC ultrasound argument | | 50.00 |
| 10/30/14 | LINDEN ROW INN 31719 RICHMOND         VA<br>FOL# 0000086120     LODGING       10/29/14<br>ARRIVAL DATE DEPARTURE DATE<br>10/28/14   10/29/14   00<br>ROC NUMBER 0000086120 | | 00000861200<br>RFP RNOII 79001<br>Hotel for NC ultrasound argument | | 134.83 |
| 10/30/14 | LAGUARDIA USA, LLC    NEW YORK         NY<br>REF# 0676124      718-656-6210     10/29/14<br>FAST FOOD RESTAURAN<br>ROC NUMBER 0676124 | | 06761240000<br>RFP RNOII 79001<br>AB Lunch at NC oral argument | | 8.10 |
| **Total for ANDREW D. BECK** | | | New Charges/Other Debits<br>Payments/Other Credits | | 665.63<br>0.00 |

X _Andy Beck_

X _Jen Dalven_

```
            *** CLUB LEVEL GRILL ***                    CREDIT RECEIPT
          DNC Travel Hospitality Services
          RICHMOND INTERNATIONAL AIRPORT          HACK #       :   05245329
                   Concourse B                   MEDALLION    :       4E57
                                                 10/28/14 13:08-13:36
   b1:20                       Ref:25654         TRIP #       :      32824
                               Chk:26175         RATE #       :          1
   Kayla              10/29/2014 11:35 am        STAND. CITY RATE
   --------------------------------------        Miles R1     :      13.39
     2 8 Point IPA Reg          15.70 *          FARE R1      :     $37.50
     Blackened Chicken           9.49            TOLLS        :
   --------------------------------------         Mid-Tu:            $5.33
                     SubTotal    25.19           STATE SRCHG:        $0.50
                     State Tax    1.33           TIPS         :      $5.00
                     Meal Tax     1.01           GRAND TOTAL :     $48.33
                     ---------                   CARDNUMBER  :
                     Total       27.53           AUTHOR.     :      465391
                                                 Signature:
                     Total Due   27.53
```

        Questions? Comments?
      We're waiting to hear from you
            Email us at:
         ricairport@dncinc.com                Contact TLC DIAL 3-1-1
         www.thsric.com

   (reimbursed only for $15.00)


**River City Taxi**

Date: 10/29/14

Amount: 35 —

Cab Number:

Driver: