# CHRISTOPHER A. BROOK

**EXPERIENCE**

**American Civil Liberties Union of North Carolina, Raleigh, NC**
*Legal Director*, May 2012-present
- Direct the ACLU legal program for North Carolina.
- Litigate cases at trial and appellate level and contribute amicus briefs in federal and state courts on civil liberties issues, including First Amendment speech cases, Fourth Amendment governmental misconduct cases, and Fourteenth Amendment Equal Protection and Due Process case.
- Advise governmental actors and institutions on their constitutional responsibilities via formal and informal communications and appearances.
- Conduct public outreach regarding constitutional and civil rights issues on a weekly basis, ranging from speaking at CLEs to media appearances.

**Southern Coalition for Social Justice, Durham, NC**
*Staff Attorney,* October 2008-April 2012
- Represented community group opposing landfill expansion and re-opening, guiding media outreach, devising legal strategy, including successfully obtaining injunction blocking expansion, and advocating for alternative waste management measures.
- Represented community association opposing a sewage treatment plan in major environmental justice case, commenting on permits, devising case strategy, drafting pleadings, investigating mitigation options, and successfully mediating settlement.
- Supervised heirs' property casework and advocacy, mediating family disputes, drafting necessary legal documents, and advocating for equitable heirs' property regulation.
- Managed housing caseload, including representing tenants in landlord-tenant disputes and delivering multiple "know your rights" trainings.

**UNC-Chapel Hill School of Law, Chapel Hill, NC**
*Adjunct Professor for Reasoning, Writing and Advocacy Program,* fall 2007-spring 2011
Taught legal logic and communication to first year law students, providing feedback on student writing and coaching students on oral arguments.

**Cranfill, Sumner, and Hartzog, Raleigh, NC**
*Associate,* September 2005-October 2008; Law Clerk, summer 2004
- Served as lead counsel in workers' compensation and elections law litigation.
- Served as assistant counsel in employment, education, and land condemnation litigation.

**EDUCATION**

**University of North Carolina School of Law, Chapel Hill, NC**
J.D., May 2005
- *North Carolina Journal of International Law*, Managing Editor
- Pro Bono Program, Director
- James E. and Carolyn B. Davis Society, Inductee

**University of North Carolina, Chapel Hill, NC**
B.A. in Political Science and History, May 2002
Associate Attorney General

**PUBLICATIONS**

**Municipal Underbounding and Communities of Color** (with Gilmore and Standaert)
Chapter in Roger Clay and Susan Jones, Editors, *Building Healthy Communities: A Legal Guide to Community Economic Development for Lawyers*, 2009
**Heirs' Property: Facilitating a Solution for the Worst Problem You Never Heard Of**
*North Carolina Bar Association's The Peacemaker,* Volume 24, Number 1
**Cuba: Undermining or Underlining the "Race to the Bottom?"**
*North Carolina Journal of International Law,* Volume 30, Number 1

**CIVIC ACTIVITIES**

**NC Bar Association**, member, Constitutional Rights and Responsibilities Section
**NC Advocates for Justice**, member, Racial and Ethnic Bias Task Force
**El Centro Hispano:** founded and conduct free monthly housing law clinic
**Compass Center for Women and Families:** answer questions on monthly legal hotline

**RECOGNITION**

**Outstanding Recent Graduate Award**, UNC School of Law, 2015
**Community Impact Award**, LGBT Center of Raleigh, 2015