# Katherine Parker's Time Entry Report for Selected File:

## Stuart v. Huff

Client ID:

Matter ID:

Fri Sep 10, 2010 to Thu. Sep 10, 2015

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Sep 10, 2015 | | Drafting declarations, discussing fee motion with co-counsel. | 0.50 |
| Wed Sep 9, 2015 | | Drafting declarations, discussing fee motion with co-counsel, discussing bill of cost with co-counsel, opposing counsel. | 3.10 |
| Tue Sep 8, 2015 | | Drafting declarations in support of fee motion, discussing settlement negotiations with opposing, co-counsel. | 1.90 |
| Fri Sep 4, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 0.50 |
| Thu Sep 3, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 0.30 |
| Thu Sep 3, 2015 | | Drafting declarations in support of fee motion | 0.30 |
| Wed Sep 2, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 1.70 |
| Tue Sep 1, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 0.70 |
| Mon Aug 31, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 2.00 |
| Fri Aug 28, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel, opposing counsel. | 1.00 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Aug 27, 2015 | | Fee petition discussion, data compilation, negotiation for/with co-counsel. | 0.50 |
| Wed Aug 26, 2015 | | Conference call with co-counsel re: attorney fee motions. | 1.30 |
| Tue Aug 25, 2015 | | Discussions with opposing, co-counsel re: fee negotiations | 0.40 |
| Mon Aug 24, 2015 | | Discussing fee petition with co-counsel, opposing counsel. | 0.30 |
| Tue Jul 28, 2015 | | Discussing proposed motion/order granting extension allowing further time for attorneys' fees negotiations with co-counsel, opposing counsel | 0.30 |
| Mon Jul 27, 2015 | | Discussing attorneys' fees with opposing, co-counsel | 0.30 |
| Mon Jul 27, 2015 | | Drafting proposed motion/order granting extension for fee negotiations | 0.50 |
| Wed Jul 22, 2015 | | Attorneys' fee discussions with opposing, co-counsel | 0.30 |
| Thu Jul 16, 2015 | | Discussing attorneys' fees with opposing, co-counsel | 0.30 |
| Thu Jul 9, 2015 | | Attorney fee, cost petition discussions with co-counsel, opposing counsel. | 0.30 |
| Tue Jul 7, 2015 | | Attorney fee, cost petition discussions with co-counsel, opposing counsel. | 0.40 |
| Thu Jun 25, 2015 | | Researching facts, law pertaining to fee motion | 0.40 |
| Wed Jun 24, 2015 | | Conference call with co-counsel re: court costs, fees. | 0.80 |
| Wed Jun 24, 2015 | | Researching facts, law pertaining to fee motion | 0.30 |
| Mon Jun 22, 2015 | | Research facts, law pertaining to fee motion | 0.50 |
| Wed Jun 17, 2015 | | Conference call with co-counsel re: court costs, fees. | 0.50 |
| Wed Jun 17, 2015 | | Research facts, law pertaining to fee motion | 0.30 |
| Mon Jun 15, 2015 | | Discussing cert denial, fees, and court costs with co-counsel. | 0.30 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Sat May 23, 2015 | | Reviewing state reply brief responding to brief opposing cert. | 0.40 |
| Wed Apr 29, 2015 | | Conference call with litigation team re: opposition to cert brief | 0.50 |
| Mon Apr 27, 2015 | | Editing opposition to cert petition brief. | 1.10 |
| Mon Mar 30, 2015 | | Litigation team strategy call re: opposition to cert brief | 0.70 |
| Tue Jan 13, 2015 | | Discussing potential amicus support with NY Attorney General office. | 0.40 |
| Mon Jan 5, 2015 | | Discussing recovering litigation costs, attorney's fees with co-counsel, opposing counsel. | 0.40 |
| Fri Jan 2, 2015 | | Discussing recovering litigation costs, attorney's fees with co-counsel. | 0.30 |
| Mon Dec 22, 2014 | | Reviewing Fourth Circuit decision, discussing next steps with litigation team. | 1.40 |
| Wed Oct 29, 2014 | | 4th Circuit oral argument, return from Richmond. | 3.90 |
| Tue Oct 28, 2014 | | Travel to Richmond for 4th Circuit oral argument. | 2.60 |
| Wed Oct 22, 2014 | | 4th Circuit moot oral argument. | 2.30 |
| Mon Jun 16, 2014 | | Litigation strategy conference call. | 1.00 |
| Mon May 5, 2014 | | Conference call with co-counsel re Fourth Circuit briefing, appellants' initial brief. | 0.80 |
| Fri Apr 25, 2014 | | Discussions with co-counsel, opposing counsel re Fourth Circuit joint appendix. | 0.40 |
| Tue Apr 22, 2014 | | Revising, editing State's draft Fourth Circuit joint appendix. | 1.10 |
| Mon Apr 21, 2014 | | Discussions with co-counsel, opposing counsel re Fourth Circuit joint appendix. | 0.50 |
| Tue Mar 25, 2014 | | Discussions with co-counsel, opposing counsel re Fourth Circuit joint appendix. | 0.30 |
| Mon Mar 24, 2014 | | Discussions with co-counsel, opposing counsel re Fourth Circuit joint appendix. | 0.30 |
| Mon Mar 17, 2014 | | Conversations with opposing, co-counsel re proposed motion, order tolling attorney's fee consideration. | 0.30 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Mar 6, 2014 | | Discussing motion to toll attorneys' fees with co-counsel, opposing counsel, drafting said motion and proposed order | 1.40 |
| Wed Mar 5, 2014 | | Emailing co-counsel, opposing counsel re need to get stay re seeking attorneys' fees. | 0.50 |
| Mon Mar 3, 2014 | | Emailing North Carolina Medical Society, Co-Counsel re Amicus Support at Fourth Circuit, Speaking with Opposing Counsel re Staying Fee Motion | 0.40 |
| Wed Feb 26, 2014 | | Litigation strategy conference call | 0.90 |
| Tue Feb 4, 2014 | | Litigation team conference call discuss Fourth Circuit strategy | 1.00 |
| Fri Jan 17, 2014 | | Reviewing district court decisions, discussing with co-counsel | 1.30 |
| Tue Nov 5, 2013 | | Reviewing defendants' supplementary authority, discussing with co-counsel | 0.80 |
| Wed Sep 25, 2013 | | Emailing, calling co-counsel and opposing counsel re stipulated dismissal of plaintiff Floyd | 0.40 |
| Tue Sep 24, 2013 | | Emailing, calling opposing counsel re stipulated dismissal of plaintiff Floyd | 0.20 |
| Mon Sep 23, 2013 | | Emailing co-counsel re dismissal of plaintiff Floyd | 0.20 |
| Tue Sep 17, 2013 | | Emailing co-counsel re dismissal of plaintiff Floyd | 0.30 |
| Fri Sep 13, 2013 | | Reviewing proposed order and motion dismissing plaintiff Floyd | 0.20 |
| Thu Sep 12, 2013 | | Emailing re litigation strategy with co-counsel | 0.20 |
| Fri Aug 23, 2013 | | Travel to and Returning from, Attending Motion for Summary Judgment oral argument | 4.80 |
| Thu Aug 22, 2013 | | Reviewing Opposing Counsel's edits to joint fact submission | 0.50 |
| Thu Aug 22, 2013 | | Discussing opposing counsel's edits to fact submission with co-counsel | 0.30 |
| Wed Aug 21, 2013 | | Reviewing State's response to Plaintiff's fact submission | 0.40 |
| Wed Aug 21, 2013 | | Revieiwng and editing draft response to State's fact submission | 0.50 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Aug 21, 2013 | | Conference call with co-counsel re joint fact submission with State | 1.50 |
| Wed Aug 21, 2013 | | Conference call, emailing with opposing counsel re joint fact submission | 0.80 |
| Tue Aug 20, 2013 | | Conference call with co-counsel re State's fact submission response | 0.60 |
| Mon Aug 19, 2013 | | Reviewing revised court order re joint fact submission | 0.20 |
| Mon Aug 19, 2013 | | Emailing opposing counsel re revised court order | 0.20 |
| Mon Aug 19, 2013 | | Conference call with co-counsel re fact submission to Court | 1.40 |
| Mon Aug 19, 2013 | | Reviewing revised fact submission to Court | 0.40 |
| Fri Aug 16, 2013 | | Discussing with co-counsel our response to State response to plaintiff motion re fact submission | 0.40 |
| Fri Aug 16, 2013 | | Discussion fact submission with Eagles case manager | 0.20 |
| Fri Aug 16, 2013 | | Reviewing proposed fact submission, proposed reply motion to state response re fact submission | 0.60 |
| Thu Aug 15, 2013 | | Reviewing State response to plaintiff motion re fact submission | 0.20 |
| Thu Aug 15, 2013 | | Discussing with co-counsel our response to state response to plaintiff motion re fact submission | 0.40 |
| Wed Aug 14, 2013 | | Reviewing opposing counsel edits to joint face submission | 0.80 |
| Wed Aug 14, 2013 | | Conference call, emails with co-counsel re opposing counsel edits to fact submission | 0.50 |
| Wed Aug 14, 2013 | | Discussing joint fact submission with opposing counsel | 0.50 |
| Wed Aug 14, 2013 | | Reviewing joint and plaintiff only fact submission motions and orders | 0.30 |
| Fri Aug 9, 2013 | | Emailing Opposing Counsel re Proposed Fact Statement | 0.20 |
| Mon Aug 5, 2013 | | Emailing Opposing Counsel re Proposed Fact Statement | 0.20 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Aug 1, 2013 | | Conference Call with Judge Eagles re Parties' Joint Fact Submissions | 0.30 |
| Thu Aug 1, 2013 | | Reviewing, Editing Supplemental Reply Brief | 0.60 |
| Fri Jul 26, 2013 | | Discussing Re-Scheduling Oral Argument, Circulating Motion and Order on Point to Co-Counsel, Opposing Counsel | 0.60 |
| Thu Jul 25, 2013 | | Discussions with Co-Counsel, Opposing Counsel re Date of Oral Argument | 0.30 |
| Wed Jul 24, 2013 | | Litigation Strategy Conference Call | 0.80 |
| Mon Jul 22, 2013 | | Reviewing and Editing Plaintiffs' Supplemental Brief | 0.40 |
| Mon Jul 22, 2013 | | Reviewing State Supplementary Brief | 0.80 |
| Fri Jul 19, 2013 | | Reviewing, Editing Proposed Joint Submission of Undisputed Material Facts | 0.80 |
| Thu Jul 18, 2013 | | Reviewing Cases Judge Eagles Wants Supplementary Briefing On Reviewing, Editing Plaintiffs' Supplemental Brief | 5.00 |
| Wed Jul 10, 2013 | | Litigation team conference call re supplementary briefing | 0.80 |
| Tue Jul 9, 2013 | | Reviewing Judge Eagles Order Requesting Supplementary Briefing | 0.20 |
| Thu Jun 20, 2013 | | Discussing 4th Circuit amicus strategy with co-counsel | 0.20 |
| Wed May 29, 2013 | | Litigation Conferenece Call re 4th Circuit Amicus Strategy | 1.30 |
| Fri Mar 29, 2013 | | Litigation strategy conference call | 0.80 |
| Wed Mar 6, 2013 | | Conference Call re 4th Circuit Amicus Strategy | 0.90 |
| Fri Jan 4, 2013 | | Reviewing and Commenting on Revised Reply in Support of Motion to Strike | 0.20 |
| Thu Jan 3, 2013 | | Reviewing and commenting on Reply in Support of Motion to Strike | 0.60 |
| Wed Dec 19, 2012 | | Reviewing and commenting on Summary Judgement reply brief | 0.70 |
| Fri Nov 2, 2012 | | Reviewing and commenting on draft briefs on striking declarations | 1.00 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Oct 5, 2012 | | Litigation team conference call re State MSJ | 1.50 |
| Thu Oct 4, 2012 | | Reviewing State's Memorandum in Support of MSJ | 1.80 |
| Wed Oct 3, 2012 | | Conversation with Julie Rikelman re Filing MSJ and Associated Documents | 0.50 |
| Mon Oct 1, 2012 | | Meeting with Andy Beck re Litigation Strategy | 0.50 |
| Fri Sep 28, 2012 | | Reviewing Plaintiffs' Motion for Summary Judgment and associated documents | 2.50 |
| Tue Aug 21, 2012 | | Review of Defendants' Discovery Documents | 1.00 |
| Tue Aug 21, 2012 | | Litigation Team Conference Call | 1.30 |
| Fri Aug 10, 2012 | | Attending deposition of Dr. Bowes | 6.00 |
| Tue Aug 7, 2012 | | Reviewing Dr. Bowes expert report in preparation for his upcoming deposition | 0.80 |
| Mon Aug 6, 2012 | | Dr. Bowes deposition preparation/reviewing Diana Salgado proposed deposition outline | 1.30 |
| Wed Jul 25, 2012 | | Dr. Bowes deposition preparation | 1.00 |
| Tue Jun 19, 2012 | | Litigation strategy conference call | 0.80 |
| Wed May 23, 2012 | | Review expert reports of defendants; correspondence with team regarding same. | 0.20 |
| Tue May 15, 2012 | | Review defendants' objections and response to second set of RFPs. | 0.20 |
| Tue Apr 24, 2012 | | Further correspondence with Dr. Meyer regarding NC Ob/Gyn society stance on 854; further correspondence with Sam Casey regarding motion to supplement joint appendix in Fourth Circuit. | 0.20 |
| Mon Apr 23, 2012 | | Follow-up with Dr. Meyer regarding NC Ob/Gyn society stance on 854; correspondence with team regarding revisions to expert reports; transmit expert reports to opposing counsel; call from Sam Casey regarding motion to supplement joint appendix in Fourth Circuit. | 0.60 |
| Thu Apr 19, 2012 | | Revisions to expert reports; correspondence with team regarding same. | 0.40 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Apr 12, 2012 | | Correspondence with opposing counsel and co-counsel regarding extensions for expert disclosures. | 0.20 |
| Wed Apr 11, 2012 | | Review defendants' responses to discovery; further correspondence with NC Ob/Gyn Society. | 0.30 |
| Tue Apr 10, 2012 | | Conference call with team regarding experts; research local hourly date for expert doctors; correspondence with team regarding same; contact Dr. Meyer with NC Ob/Gyn Society. | 1.20 |
| Mon Apr 9, 2012 | | Correspondence with team regarding seeking extension on expert disclosures and other matters. | 0.20 |
| Tue Apr 3, 2012 | | Review draft appellee brief; correspondence with co-counsel regarding filing notices of special appearances in MDNC; file notice of appearance for co-counsel; correspondence with co-counsel regarding follow-up with NC Ob/Gyn society. | 0.60 |
| Thu Mar 29, 2012 | | Correspondence with team regarding Oklahoma decision; review same. | 0.20 |
| Wed Mar 28, 2012 | | Receive and review answer to second amended complaint; correspondence with team regarding experts. | 0.20 |
| Mon Mar 26, 2012 | | Correspondence with team regarding opposing counsel's requests that plaintiffs dismiss the AG and the DAs. | 0.30 |
| Fri Mar 23, 2012 | | Correspondence with opposing counsel regarding request for extension of time to answer second amended complaint; transmit initial disclosures to opposing counsel; receive and review order exempting case from mediation; receive and review defendants' initial disclosures; | 0.70 |
| Thu Mar 22, 2012 | | Review initial disclosures; correspondence with team regarding same. | 0.20 |
| Thu Mar 15, 2012 | | Finalize, transmit to opposing counsel and file joint motion to exempt case from mediation; transmit proposed order granting same to court; | 0.70 |

Case 1:11-cv-00804-CCE-LPA   Document 178-5   Filed 09/14/15   Page 8 of 17

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Mar 14, 2012 | | Correspondence with opposing counsel and co-counsel regarding stipulation to extend time to serve initial disclosures and regarding motion to exempt case from mediation; draft and circulate joint motion to exempt case from mediation. | 0.70 |
| Fri Mar 9, 2012 | | File motion to file second amended complaint; correspondence with clerk's office and team re same. | 0.40 |
| Thu Mar 8, 2012 | | Review, finalize and file second amended complaint and stipulation to file same; correspondence with clerk's office, co-counsel and opposing counsel regarding same. | 1.00 |
| Wed Mar 7, 2012 | | Review draft second amended complaint and stipulation to file same; correspondence with team regarding same. | 0.20 |
| Mon Mar 5, 2012 | | Conference call and further correspondence with team regarding second amended complaint. | 0.80 |
| Thu Mar 1, 2012 | | Correspondence with team regarding amending complaint and dropping particular claims. | 0.20 |
| Wed Feb 29, 2012 | | Correspondence with team regarding contents of proposed joint appendix; review proposed joint appendix contents. | 0.20 |
| Mon Feb 27, 2012 | | Receive order approving Rule 26(f) report; review scheduling deadlines; correspondence with team regarding filing motion to exempt case from mediation. | 0.20 |
| Thu Feb 23, 2012 | | Correspondence with team regarding scheduled status conference on Monday, 2/27. | 0.20 |
| Wed Feb 22, 2012 | | Finalize and file Rule 26(f) report; | 0.30 |
| Wed Feb 15, 2012 | | Further revisions to Rule 26(f) report; correspondence with co-counsel and opposing counsel regarding same; finalize and sign same. | 0.40 |
| Tue Feb 14, 2012 | | Review revised Rule 26(f) report; correspondence with team regarding same. | 0.20 |
| Mon Feb 13, 2012 | | Review Rule 26)f) report; telephone conference with co-counsel and opposing counsel regarding same; correspondence with co-counsel regarding changes to discovery schedule. | 0.80 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Feb 9, 2012 | | Rule 26 conference call with co-counsel and opposing counsel; follow-up call with co-counsel. | 1.00 |
| Tue Feb 7, 2012 | | Correspondence with co-counsel and opposing counsel regarding scheduling Rule 26(f) conference. | 0.20 |
| Wed Jan 25, 2012 | | Prepare, finalize and file 4th circuit notice of appearance and corporate disclosure statements; correspondence with team regarding same. | 0.70 |
| Fri Jan 20, 2012 | | Correspondence with team regarding discovery, etc. | 0.20 |
| Fri Jan 13, 2012 | | conference call with team regarding discovery, etc. | 0.30 |
| Tue Jan 10, 2012 | | Review 5th circuit decision in Texas ultrasound case; correspondence with team regarding same. | 0.20 |
| Fri Dec 16, 2011 | | Correspondence with team regarding discovery. | 0.30 |
| Wed Dec 14, 2011 | | Receive and review answer to amended complaint. | 0.20 |
| Mon Dec 12, 2011 | | Continued correspondence with co-counsel and opposing counsel regarding competing proposed orders on motion for PI. | 0.50 |
| Fri Dec 9, 2011 | | Further correspondence with team and with opposing counsel regarding wording of proposed order for modification and meaning of qualified professional and other matters. | 0.40 |
| Thu Dec 8, 2011 | | Correspondence with team regarding AG's opinion on proposed order. | 0.20 |
| Wed Dec 7, 2011 | | Further correspondence with team regarding proposed order on motion for modification; correspondence with clients regarding case update. | 0.20 |
| Tue Dec 6, 2011 | | Receive and review proposed order re "qualified professional"; correspondence with co-counsel regarding same and regarding notes from hearing. | 0.50 |
| Mon Dec 5, 2011 | | Prepare for and attend evidentiary hearing on motion to modify, etc. | 4.50 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Thu Dec 1, 2011 | | Final revisions to amended complaint; file same; correspondence with clients regarding 12/5 hearing. | 0.40 |
| Wed Nov 30, 2011 | | Review, revise and prepare documents to be filed Friday morning, including Amended Complaint. | 0.30 |
| Tue Nov 29, 2011 | | Receive and review answer to complaint; correspondence with team regarding necessity of live appearance at 12/5 hearing and other matters; review revisions to draft opposition to motion to intervene; review revisions to amended complaint. | 0.40 |
| Mon Nov 28, 2011 | | Conference call regarding various issues related to 12/5 hearing. | 1.00 |
| Wed Nov 23, 2011 | | Review order on defendants' motion to dismiss/answer. | 0.20 |
| Tue Nov 22, 2011 | | Review Femcare declaration; correspondence with team regarding same. | 0.20 |
| Wed Nov 16, 2011 | | Correspondence with co-counsel regarding representation of a client for purposes of deposition and declaration; receive and review notice of hearing. | 0.20 |
| Thu Nov 10, 2011 | | Review, finalize and file motion to modify PI order; correspondence with team regarding due dates for responses, etc. | 0.60 |
| Wed Nov 9, 2011 | | Receive and review answer and motion to dismiss; further correspondence with team regarding motion to modify PI order and response to motion to intervene. | 0.40 |
| Thu Nov 3, 2011 | | Correspondence with co-counsel regarding local counsel agreement, motion for modification, and possible amendments to complaint. | 0.40 |
| Mon Oct 31, 2011 | | Conference call with team to discuss compliance issues and other matters. | 1.00 |
| Sun Oct 30, 2011 | | Correspondence with client regarding compliance information; schedule conference call for Monday with team. | 0.20 |
| Thu Oct 27, 2011 | | Correspondence with clients regarding compliance materials; review state's mandated materials on 854; correspondence with co-counsel regarding errors in same; correspondence with clients and co-counsel regarding hearing date in December. | 1.10 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Oct 26, 2011 | | Correspondence and calls with clients and co-counsel regarding interpretation of part of preliminary injunction order; review draft of motion for clarification; finalize motion for clarification for filing and file same; review doctor's new mandated information certification form. | 3.50 |
| Tue Oct 25, 2011 | | Revise local counsel and joint prosecution agreements; continue communicating with clients re compliance issues; receive and review order on motion for PI; correspondence with clients, co-counsel regarding same. | 4.50 |
| Mon Oct 24, 2011 | | Strategize with co-counsel and talk with clients regarding various compliance issues in anticipation of court order on PI. | 3.50 |
| Sun Oct 23, 2011 | | Correspondence with team regarding compliance issues. | 0.20 |
| Thu Oct 20, 2011 | | Review proposed orders from state. | 0.20 |
| Wed Oct 19, 2011 | | Further review of proposed orders. | 0.20 |
| Tue Oct 18, 2011 | | Correspondence with team regarding proposed orders. | 0.50 |
| Mon Oct 17, 2011 | | Travel to Greensboro for hearing on motion for PI; correspondence with clients and co-counsel in light of same. | 7.80 |
| Sun Oct 16, 2011 | | Prepare for hearing on PI; correspondence with co-counsel regarding same. | 0.50 |
| Fri Oct 14, 2011 | | Review, revise, finalize and file reply brief; correspondence with co-counsel regarding potential argument on bond; other preparation for hearing on Monday. | 1.50 |
| Thu Oct 13, 2011 | | Review response brief and prepare for hearing and reply brief; research regarding evidence needed to prove compelling state interest; review and revise draft of reply brief. | 2.00 |
| Wed Oct 12, 2011 | | Finalize and file affidavits of service of process; research process of certifying question to NC Supreme Court; correspondence with opposing counsel regarding extension of time for filing response to motion to PI; telephone conference with team regarding response to motion to PI; review response. | 2.10 |

Case 1:11-cv-00804-CCE-LPA   Document 178-5   Filed 09/14/15   Page 12 of 17

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Tue Oct 11, 2011 | | Further preparations for PI hearing and communications with clients regarding same and possible outcomes of same. | 0.60 |
| Mon Oct 10, 2011 | | Correspondence with team regarding preparations for PI hearing and NCGA testimony. | 0.40 |
| Fri Oct 7, 2011 | | Prepare and file amended notice of certificate of service; correspondence with team and opposing counsel regarding same; strategize with team regarding preparations for PI hearing; communicate with court regarding whether live testimony will be needed. | 0.50 |
| Thu Oct 6, 2011 | | File notice of certificate of service of all case documents to defendants; correspondence with team regarding same. | 0.30 |
| Wed Oct 5, 2011 | | Transmit to court certificate of service of all documents in case; telephone conference with team and counsel for NC Medical Board; correspondence with AG's office regarding case. | 1.80 |
| Tue Oct 4, 2011 | | Correspondence with court regarding proposed TRO; correspondence with counsel for NC Medical Board regarding case; telephone conference with team regarding various matters. | 2.50 |
| Mon Oct 3, 2011 | | Further correspondence with team and research regarding effective date of law; transmit documents including proposed TRO to team and to opposing counsel; receive notice of hearing on motion for PI; correspondence with team regarding same. | 4.50 |
| Fri Sep 30, 2011 | | Communication with co-counsel and AG's Office re case and effective date of law. | 0.50 |
| Thu Sep 29, 2011 | | Finalize and file complaint, motion for PI and TRO; and all other necessary documents; communication regarding same with clients, co-counsel and AG's Offiice. | 4.20 |
| Wed Sep 28, 2011 | | Final revisions and prepare all documents for filing and serving on defendants. | 8.20 |
| Tue Sep 27, 2011 | | Further correspondence with clients to revise and finalize declaration and complaint; further revisions to complaint, PI brief and other pleading documents; correspondence with team regarding same. | 4.50 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Mon Sep 26, 2011 | | Meet with client to revise and finalize declaration; further revisions to complaint, PI brief and other pleading documents; correspondence with team regarding same. | 6.70 |
| Fri Sep 23, 2011 | | Conference call with team regarding preparations for filing, complaint revisions, etc.; further correspondence with clients regarding revisions to declarations; correspondence with co-counsel regarding same and other matters. | 1.70 |
| Thu Sep 22, 2011 | | Further drafting and revising declarations; review and revise complaint and PI brief; correspondence with clients and co-counsel regarding same. | 5.20 |
| Wed Sep 21, 2011 | | Further drafting and revising declarations; review and revise complaint and PI brief; correspondence with clients and co-counsel regarding same. | 4.80 |
| Tue Sep 20, 2011 | | Call with NC Ob-Gyn Society regarding their position on 854; correspondence with co-counsel regarding same and other matters; draft doctor declarations; research potential defendants. | 5.50 |
| Mon Sep 19, 2011 | | Correspondence and telephone conference with co-counsel regarding complaint and PI brief; correspondence with client re effective date of law. | 1.10 |
| Fri Sep 16, 2011 | | Correspondence with co-counsel regarding complaint and PI brief. | 0.40 |
| Tue Sep 13, 2011 | | Review various section drafts for PI brief; correspondence with co-counsel regarding same. | 0.50 |
| Mon Sep 12, 2011 | | Telephone conference with team regarding complaint, etc.; further research re various legal claims. | 1.20 |
| Fri Sep 9, 2011 | | Correspondence with co-counsel regarding ACLU-NC serving as local counsel. | 0.20 |
| Thu Sep 8, 2011 | | research re effective date of law; conference call with co-counsel regarding complaint and other matters. | 1.50 |
| Wed Sep 7, 2011 | | Correspondence with co-counsel regarding effective date of law; correspondence with client regarding retainer agreement. | 0.20 |
| Tue Sep 6, 2011 | | Conference call with co-counsel and preparations for same. | 1.20 |

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Wed Aug 31, 2011 | | Receive and review Texas decision; correspondence with co-counsel regarding same; correspondence with potential affiant in support of complaint. | 0.90 |
| Mon Aug 29, 2011 | | Receive and review first draft of complaint; correspondence with co-counsel regarding same. | 0.20 |
| Thu Aug 25, 2011 | | Telephone conference with co-counsel regarding various legal claims; further legal and factual research regarding same. | 0.80 |
| Wed Aug 24, 2011 | | Further legal and factual research; telephone conference and correspondence with co-counsel regarding potential legal claims. | 1.30 |
| Tue Aug 23, 2011 | | Listen to legislative committee hearings on 854; further legal research; further correspondence and communication with co-counsel regarding various legal claims. | 5.00 |
| Mon Aug 22, 2011 | | Telephone conference with co-counsel regarding joint representation, various legal claims, and other matters; continued legal research re various legal claims. | 2.50 |
| Fri Aug 19, 2011 | | Correspondence with co-counsel regarding potential claims and venue; further research regarding various legal issues. | 1.50 |
| Thu Aug 18, 2011 | | Continued correspondence with clients regarding provisions and requirements in new law; continued discussions with co-counsel regarding various claims; legal research regarding same; receive and review letter from NC Ob/Gyn society to NCGA re 854; correspondence with co-counsel regarding same. | 1.70 |
| Wed Aug 17, 2011 | | Further legal and factual research regarding various unclear provisions in the statute; correspondence with clients and co-counsel regarding same; internal correspondence re position of NC Medical Ass'n; further correspondence with coalition partners regarding preparation of lawsuit. | 2.60 |
| Tue Aug 16, 2011 | | Communications with clients and co-counsel regarding underlying facts of case; correspondence with coalition partners regarding other potential plaintiffs; further legal and factual research. | 2.50 |

Case 1:11-cv-00804-CCE-LPA   Document 178-5   Filed 09/14/15   Page 15 of 17

*Time Entry Report*                       *Stuart v. Huff*

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Mon Aug 15, 2011 | | Further legal and factual research regarding potential claims; correspondence with co-counsel regarding same. | 3.50 |
| Fri Aug 12, 2011 | | Further legal research and finalize research memorandum regarding potential legal claims and hurdles; internal correspondence regarding proceeding with litigation; correspondence with co-counsel regarding same. | 4.50 |
| Thu Aug 11, 2011 | | Further legal research; further coordination with coalition partners and co-counsel regarding joint representation and other matters. | 2.50 |
| Wed Aug 10, 2011 | | Travel to Durham to meet with client; prepare for and attend meeting with client; correspondence with co-counsel regarding various representation issues; further legal research into claims and into filing under pseudonym. | 6.80 |
| Tue Aug 9, 2011 | | Prepare for meeting with client; correspondence with co-counsel regarding logistics of lawsuit with multiple plaintiffs represented by different groups. | 0.40 |
| Mon Aug 8, 2011 | | Travel to Chapel Hill to meet with client; prepare client documents; review fact background; continue legal research. | 5.30 |
| Fri Aug 5, 2011 | | Further correspondence with potential clients regarding possible legal challenge; further research into potential claims; correspondence with co-counsel and coalition partners re role of CPCs. | 4.20 |
| Thu Aug 4, 2011 | | Further correspondence with potential clients regarding possible legal challenge; meeting with coalition partners regarding same; further research regarding potential claims. | 6.50 |
| Wed Aug 3, 2011 | | Further correspondence with potential clients regarding possible legal challenge; continue researching potential claims. | 3.50 |
| Tue Aug 2, 2011 | | Further correspondence with potential clients regarding possible legal challenge; review recent Kansas ruling on ultrasound case. | 0.70 |
| Mon Aug 1, 2011 | | Further correspondence with potential clients regarding possible legal challenge. | 0.40 |

Case 1:11-cv-00804-CCE-LPA   Document 178-5   Filed 09/14/15   Page 16 of 17

| Date | Activity | Description | Time (hrs) |
|---|---|---|---|
| Fri Jul 29, 2011 | | Continued communications with co-counsel and potential clients regarding legal challenge. | 0.60 |
| Thu Jul 28, 2011 | | Correspondence with co-counsel regarding override; begin communications with potential clients. | 0.80 |
| Wed Jul 27, 2011 | | Further research into legal challenges to 854; review first draft of complaint. | 1.20 |
| Tue Jul 19, 2011 | | Prepare for and attend meeting with coalition partners regarding possible legal challenge to 854. | 1.50 |
| Tue Jul 12, 2011 | | Correspond with coalition partners re possible challenge to 854. | 0.30 |
| Mon Jul 11, 2011 | | Receive and review research memo re possible legal challenge to 854. | 0.40 |
| Tue May 24, 2011 | | Begin reviewing HB 854 and ultrasound laws around the country. | 0.40 |

**Total Time :**     **272.70 Hrs.**