# TIMESHEET FOR EMILY-MARY BROWN

## STUART, ET AL vs. LOOMIS, ET AL

## 1:11-CV-804

| Date | Description | Hours |
|---|---|---|
| 09/29/11 | Assist in Preparing Complaint, Corporate Disclosures, Motion and Brief for TRO and PI for filing, prepare and organize Files | 2.0 |
| 09/29/11 – 12/21/12 | Maintain and update pleadings, telephone conferences with Case Manager and court personnel | 5.0 |
| 10/17/11 | Attend Hearing on Motion for PI | 7.0 |
| 12/05/11 | Attend Evidentiary Hearing on Motion to Modify | 4.0 |
| 07/22/13- 08/22/13 | Electronically file Plaintiffs' Supplemental Brief, Unopposed Motion to Reschedule, Supplemental Reply Brief in support of MSJ, Motion to Modify Court's 7/9/13 Order, Plaintiffs' Reply in Further Support of Motion to Modify, Plaintiffs' Statement Of Undisputed Material Facts, Plaintiffs' Response To Defendants' Statement of Undisputed Facts, Parties' Joint Submission | 4.0 |
| 07/22/13- 08/22/13 | Telephone conferences with Case Manager and Other Court Personnel | 1.0 |
| 8/23/13 | Attend Oral Argument on MSJ | 3.0 |
| 10/01/13 | Electronically file Stipulation of Dismissal | .50 |
| 01/17/14 | Review Memo and Order on Plaintiffs' Motion To Strike; review Memo and Order on SJ Motions; download and circulate | .50 |
| 01/21/14 | Update Pleadings | .50 |

TIMESHEET FOR EMILY-MARY BROWN
PAGE 2

        **TOTAL HOURS**                                             **25.50**

**TOTAL FEES FOR EMILY-MARY BROWN**
    **25.50 HOURS AT $125.00 HR.**               **$ 3187.50**