| WALTER DELLINGER | | | |
|---|---|---|---|
| **Date** | **Name / Invoice Number** | **Hours** | **Description** |
| 10/11/2011 | WALTER DELLINGER | 4.2 | (NC SONOGRAM) REVIEW MATERIALS |
| | | | |
| 10/12/2011 | WALTER DELLINGER | 5.2 | (NC SONOGRAM) REVIEW MATERIALS AND CALL |
| | | | |
| 11/5/2011 | WALTER DELLINGER | 3.1 | (NC SONOGRAM) REVIEW OF CASES |
| | | | |
| 11/7/2011 | WALTER DELLINGER | 3.5 | (NC SONOGRAM) REVIEW OF CASES |
| | | | |
| 2/27/2012 | WALTER DELLINGER | 4.5 | REVIEW OF RELATED VIRGINIA ISSUES |
| | | | |
| 4/2/2012 | WALTER DELLINGER | 1 | REVIEW OF CA4 BRIEF |
| | | | |
| 9/22/2012 | WALTER DELLINGER | 2.2 | PREPARE FOR MEETING ON ULTRASOUND AMICUS CASE |
| | | | |
| 9/23/2012 | WALTER DELLINGER | 3.4 | PREPARE FOR MEETING ON ULTRASOUND AMICUS CASE |
| | | | FOR CENTER FOR REPRODUCTIVE RIGHTS |
| | | | |
| 9/24/2012 | WALTER DELLINGER | 6.8 | PREPARE FOR AND MEETING ON ULTRASOUND AMICUS |
| | | | CASE FOR CENTER FOR REPRODUCTIVE RIGHTS |
| | | | |
| 10/8/2013 | WALTER DELLINGER | 4.4 | DISCUSSIONS AND ANALYSIS |
| | | | |
| 10/9/2013 | WALTER DELLINGER | 6.7 | DISCUSSIONS AND ANALYSIS |
| | | | |
| 10/10/2013 | WALTER DELLINGER | 4.7 | DISCUSSIONS AND ANALYSIS |
| | | | |
| 10/15/2013 | WALTER DELLINGER | 5.1 | ANALYSIS OF LEGISLATIVE ISSUES |
| | | | |
| 10/16/2013 | WALTER DELLINGER | 3.2 | ANALYSIS OF LEGISLATIVE ISSUES AND CONFERENCE |
| | | | CALLS WITH LEADERS |
| | | | |
| 10/22/2013 | WALTER DELLINGER | 3.2 | CONFERENCE CALLS AND DISCUSSION REGARDING |

| | | | LEGISLATION |
|---|---|---|---|
| | | | |
| | TOTAL: | 61.2 | |

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 10/12/2011 | ANTON METLITSKY | 0.8 | CONFERENCE CALL WITH CCR |
| | | | |
| 10/18/2011 | ANTON METLITSKY | 0.5 | CONVERSATION WITH L.CONN |
| | | | |
| 10/31/2011 | ANTON METLITSKY | 0.5 | CONFERENCE CALL WITH CRR AND LITIGATION TEAM |
| | | | |
| 11/3/2011 | ANTON METLITSKY | 1 | CONFERENCE CALL WITH CRR |
| | | | |
| 1/11/2012 | ANTON METLITSKY | 1.3 | REVIEW OF TEXAS DECISION AND CONVERSATION |
| | | | WITH B. ANDERSEN |
| | | | |
| 1/12/2012 | ANTON METLITSKY | 0.8 | CONFERENCE CALL WITH B. ANDERSEN |
| | | | |
| 3/2/2012 | ANTON METLITSKY | 0.6 | REVIEW OF COMPLAINT; PHONE CONVERSATION WITH |
| | | | L. CONN |
| | | | |
| 3/5/2012 | ANTON METLITSKY | 1 | CONFERENCE CALL REGARDING AMENDMENT OF |
| | | | COMPLAINT |
| | | | |
| 3/16/2012 | ANTON METLITSKY | 1.1 | CONFERENCE CALL WITH PLAINTIFF TEAM |
| | | | |
| 4/18/2012 | ANTON METLITSKY | 0.8 | REVIEW OF NINTH CIRCUIT PREEMPTION OPINION |
| | | | |
| 5/10/2012 | ANTON METLITSKY | 0.8 | CONFERENCE CALL REGARDING DISCOVERY |
| | | | |
| 5/23/2012 | ANTON METLITSKY | 0.5 | CONVERSATION REGARDING SUPREME COURT STRATEGY |
| | | | |
| 6/7/2012 | ANTON METLITSKY | 1 | CONVERSATION WITH PROF. LESLIE KENDRICK |
| | | | REGARDING POTENTIAL FIRST AMENDMENT ARGUMENTS |
| | | | |
| 7/5/2012 | ANTON METLITSKY | 0.3 | FIRST AMENDMENT RESEARCH |
| | | | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 3 of 22

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 7/24/2012 | ANTON METLITSKY | 0.5 | REVIEW OF RECENT CA8 OPINION |
| | | | |
| 8/2/2012 | ANTON METLITSKY | 0.4 | PHONE CONVERSATION WITH L. CONN AND |
| | | | CORRESPONDENCE WITH J. RINKELMAN |
| | | | |
| 8/16/2012 | ANTON METLITSKY | 0.5 | CONVERSATION WITH J. RINKELMAN CONCERNING |
| | | | SUMMARY JUDGMENT MOTION |
| | | | |
| 8/20/2012 | ANTON METLITSKY | 4 | REVIEW OF PRELIMINARY INJUNCTION MATERIALS |
| | | | |
| 8/21/2012 | ANTON METLITSKY | 2 | PREPARE FOR AND PARTICIPATE IN CONFERENCE |
| | | | CALL WITH ALL PLAINTIFFS' COUNSEL |
| | | | |
| 8/22/2012 | ANTON METLITSKY | 7 | REVIEW OF PRIOR FILINGS AND PRELIMINARY FIRST |
| | | | AMENDMENT RESEARCH |
| | | | |
| 8/28/2012 | ANTON METLITSKY | 0.3 | PHONE CONVERSATION WITH L. CONN |
| | | | |
| 9/14/2012 | ANTON METLITSKY | 2.5 | REVIEW OF FIRST AMENDMENT MATERIALS |
| | | | |
| 9/18/2012 | ANTON METLITSKY | 0.5 | PRELIMINARY REVIEW OF SUMMARY JUDGMENT MOTION |
| | | | |
| 9/19/2012 | ANTON METLITSKY | 0.9 | RESEARCH SUMMARY JUDGMENT STANDARD |
| | | | |
| 9/20/2012 | ANTON METLITSKY | 2.5 | RESEARCH AND REVISE SUMMARY JUDGMENT BRIEFING |
| | | | |
| 9/21/2012 | ANTON METLITSKY | 1 | CONFERENCE CALL WITH COUNSEL; REVIEW OF DRAFT |
| | | | SJ MOTION |
| | | | |
| 9/23/2012 | ANTON METLITSKY | 1 | REVISE SJ MOTION |
| | | | |
| 9/24/2012 | ANTON METLITSKY | 5.5 | CONFERENCE WITH CLIENT AND OTHERS CONCERNING |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 4 of 22

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | FIRST AMENDMENT ISSUES |
| | | | |
| 9/27/2012 | ANTON METLITSKY | 1.5 | REVISE SUMMARY JUDGMENT MOTIONS |
| | | | |
| 10/1/2012 | ANTON METLITSKY | 3 | REVISE SUMMARY JUDGMENT BRIEF |
| | | | |
| 10/2/2012 | ANTON METLITSKY | 2.5 | REVISE SUMMARY JUDGMENT MOTION |
| | | | |
| 10/3/2012 | ANTON METLITSKY | 1.5 | REVIEW OF NC SUMMARY JUDGMENT MOTION |
| | | | |
| 10/5/2012 | ANTON METLITSKY | 1.8 | REVIEW AND ANALYZE STATE'S OPPOSITION TO |
| | | | SUMMARY JUDGMENT / CONFERENCE CALL WITH ALL |
| | | | PLAINTIFFS |
| | | | |
| 10/19/2012 | ANTON METLITSKY | 0.3 | CONFERENCE CALL CONCERNING INFORMED CONSENT |
| | | | |
| 11/23/2012 | ANTON METLITSKY | 2.5 | COMMENTS ON BRIEFS |
| | | | |
| 12/10/2012 | ANTON METLITSKY | 1 | CONFERENCE CALL WITH CO-COUNSEL |
| | | | |
| 12/13/2012 | ANTON METLITSKY | 1 | CONFERENCE CALL WITH CRR |
| | | | |
| 12/14/2012 | ANTON METLITSKY | 5 | REVISE REPLY BRIEF |
| | | | |
| 12/17/2012 | ANTON METLITSKY | 1 | REVISE REPLY SUMMARY JUDGMENT BRIEF |
| | | | |
| 1/24/2013 | ANTON METLITSKY | 0.5 | REVIEW FOURTH CIRCUIT OPINION |
| | | | |
| 3/29/2013 | ANTON METLITSKY | 0.8 | CONFERENCE CALL CONCERNING AMICUS STRATEGY |
| | | | |
| 4/4/2013 | ANTON METLITSKY | 1 | CONFERENCE CALL ON AMICUS STRATEGY |
| | | | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 5 of 22

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 5/29/2013 | ANTON METLITSKY | 1.3 | CONFERENCE CALL CONCERNING AMICUS STRATEGY |
| | | | |
| 6/4/2013 | ANTON METLITSKY | 1 | CORRESPONDENCES CONCERNING AMICUS STRATEGY |
| | | | |
| 7/10/2013 | ANTON METLITSKY | 1 | CONFERENCE CALL CONCERNING SUPPLEMENTAL |
| | | | |
| 7/15/2013 | ANTON METLITSKY | 0.8 | PHONE CONVERSATION WITH J. RIKELMAN |
| | | | |
| 7/16/2013 | ANTON METLITSKY | 2 | REVISE SUPPLEMENTAL DISTRICT COURT BRIEF |
| | | | |
| 7/18/2013 | ANTON METLITSKY | 1 | REVIEW STATEMENT OF FACTS |
| | | | |
| 7/29/2013 | ANTON METLITSKY | 2.5 | REVISE SUPPLEMENTAL REPLY BRIEF |
| | | | |
| 7/30/2013 | ANTON METLITSKY | 2.5 | REVISE SUPPLEMENTAL REPLY BRIEF |
| | | | |
| 8/1/2013 | ANTON METLITSKY | 0.4 | PHONE CONVERSATION WITH S. BRUTLAG CONCERNING |
| | | | PRECLUSION ISSUES |
| | | | |
| 8/1/2013 | ANTON METLITSKY | 0.5 | REVISE REPLY BRIEF |
| | | | |
| 8/4/2013 | ANTON METLITSKY | 0.5 | FINAL REVIEW OF SUPPLEMENTAL REPLY BRIEF |
| | | | |
| 8/13/2013 | ANTON METLITSKY | 0.5 | ORAL ARGUMENT PREPARATION |
| | | | |
| 8/19/2013 | ANTON METLITSKY | 1 | REVIEW STATEMENT OF UNDISPUTED MATERIAL FACTS |
| | | | |
| 8/20/2013 | ANTON METLITSKY | 3.5 | TRAVEL TO AND ATTEND MOOT COURT |
| | | | |
| 2/14/2014 | ANTON METLITSKY | 4 | STRATEGY MEETING WITH J. RIKELMAN |
| | | | |
| 3/3/2014 | ANTON METLITSKY | 1.5 | REVIEW POSSIBLE RESEARCH PROJECTS FOR |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 6 of 22

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | APPELLATE BRIEF |
| | | | |
| 3/7/2014 | ANTON METLITSKY | 1 | CONFERENCE CALL CONCERNING AMICUS STRATEGY |
| | | | |
| 4/1/2014 | ANTON METLITSKY | 2.1 | REVISE RESEARCH MEMOS CONCERNING INFORMED |
| | | | CONSENT |
| | | | |
| 4/3/2014 | ANTON METLITSKY | 2 | CONFERENCE CALL CONCERNING APPELLATE BRIEF |
| | | | |
| 4/7/2014 | ANTON METLITSKY | 1.7 | CONVERSATION WITH L. GODESKY AND RESEARCH |
| | | | CONCERNING PROFESSIONAL SPEECH |
| | | | |
| 4/8/2014 | ANTON METLITSKY | 1.2 | RESEARCH CONCERNING PROFESSIONAL SPEECH |
| | | | |
| | | | |
| 4/27/2014 | ANTON METLITSKY | 2.5 | REVIEW DISTRICT COURT OPINION AND PRIOR |
| | | | FILINGS |
| | | | |
| 4/29/2014 | ANTON METLITSKY | 0.5 | CONFERENCE CALL CONCERNING AMICI |
| | | | |
| 5/1/2014 | ANTON METLITSKY | 2 | RESEARCH FOR ANSWERING APPELLATE BRIEF |
| | | | |
| 5/2/2014 | ANTON METLITSKY | 1.5 | REVIEW OF OPENING BRIEF |
| | | | |
| 5/5/2014 | ANTON METLITSKY | 3.5 | RESEARCH AND CONFERENCE CALLS CONCERNING |
| | | | ANSWERING BRIEF |
| | | | |
| 5/14/2014 | ANTON METLITSKY | 2 | RESEARCH FOR APPELLATE BRIEF |
| | | | |
| 5/19/2014 | ANTON METLITSKY | 1.5 | FIRST AMENDMENT RESEARCH |
| | | | |
| 5/21/2014 | ANTON METLITSKY | 5.5 | PRELIMINARY REVIEW AND REVISION OF DRAFT |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 7 of 22

| ANTON METLITSKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | APPELLATE BRIEF |
| | | | |
| 5/22/2014 | ANTON METLITSKY | 3.5 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/23/2014 | ANTON METLITSKY | 6.5 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/26/2014 | ANTON METLITSKY | 2 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/27/2014 | ANTON METLITSKY | 7 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/28/2014 | ANTON METLITSKY | 5.5 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/29/2014 | ANTON METLITSKY | 9.5 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/30/2014 | ANTON METLITSKY | 5.3 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| 5/31/2014 | ANTON METLITSKY | 9.4 | RESEARCH AND DRAFT APPELLATE BRIEF |
| | | | |
| | TOTAL: | 162.7 | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 8 of 22

| LAURA CONN | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | |
| 10/17/2011 | LAURA CONN | 2.1 | READ ALL PAPERS FILED, INCLUDING COMPLIANT, |
| | | | PI BRIEFS, AND DECLARATION |
| | | | |
| 10/18/2011 | LAURA CONN | 1.8 | PARTICIPATE IN CALL WITH A. METLITSKY; |
| | | | REVIEW REPLY BRIEF; CORRESPOND WITH B. |
| | | | ANDERSON AT CRR |
| | | | |
| 10/24/2011 | LAURA CONN | 0.3 | CORRESPOND REGARDING CO-COUNSEL |
| | | | AGREEMENT; CORRESPOND REGARDING: RECORD |
| | | | DOCUMENTS |
| | | | |
| 10/25/2011 | LAURA CONN | 1.2 | CORRESPOND WITH B. ANDERSON; REVIEW COURT DECISION |
| | | | |
| 10/26/2011 | LAURA CONN | 0.5 | COMMUNICATE WITH B. ANDERSON REGARDING |
| | | | JUDGE'S ORDER |
| | | | |
| 10/28/2011 | LAURA CONN | 0.8 | PARTICIPATE IN CALL WITH A. METLITSKY; |
| | | | REVIEW ADDITIONAL MOTION |
| | | | |
| 10/31/2011 | LAURA CONN | 2.2 | PREPARE FOR AND PARTICIPATE IN CALL WITH |
| | | | CO-COUNSEL; CORRESPOND WITH B. ANDERSON |
| | | | REGARDING OUTCOME OF CALL |
| | | | |
| 11/9/2011 | LAURA CONN | 2.9 | PARTICIPATE IN CALL WITH B. ANDERSON; REVIEW |
| | | | FILING DOCUMENTS; DISCUSS CASE WITH J. BAKER |
| | | | |
| 12/16/2011 | LAURA CONN | 0.7 | REVIEW NEW EIGHTH CIRCUIT RULING AND |
| | | | CORRESPOND WITH CO-COUNSEL |
| | | | |
| 1/10/2012 | LAURA CONN | 1.2 | REVIEW TX OPINION; CORRESPOND WITH B. |
| | | | ANDERSON AT CRR |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 9 of 22

| | LAURA CONN | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | |
| 1/12/2012 | LAURA CONN | 1.8 | PARTICIPATE IN CALL WITH A. METLITSKY, W. |
| | | | DELLINGER AND B. ANDERSON REGARDING NC CASE; |
| | | | CORRESPOND WITH J. PARADY REGARDING COURT |
| | | | ADMISSION |
| | | | |
| 1/13/2012 | LAURA CONN | 1.8 | PARTICIPATE IN CO-COUNSEL CALL REGARDING NC |
| | | | CASE; REVIEW NC PROCEDURES |
| | | | |
| 4/10/2012 | LAURA CONN | 1.2 | PARTICIPATE IN CALL REGARDING EXPERTS |
| | | | |
| 4/13/2012 | LAURA CONN | 0.8 | CORRESPOND REGARDING EXPERTS |
| | | | |
| 4/30/2012 | LAURA CONN | 0.4 | CORRESPOND REGARDING EXPERT WITNESS |
| | | | |
| 5/8/2012 | LAURA CONN | 0.5 | CORRESPOND WITH CRR REGARDING DISCOVERY AND |
| | | | EXPERT ASSISTANCE |
| | | | |
| 5/10/2012 | LAURA CONN | 1 | PARTICIPATE IN CALL WITH CRR AND A. METLITSKY |
| | | | REGARDING DISCOVERY; CORRESPOND WITH S. SEGAL |
| | | | REGARDING LOGISTICS |
| | | | |
| 5/11/2012 | LAURA CONN | 1 | MEET WITH S. SEGAL REGARDING CRR CASE |
| | | | |
| 5/15/2012 | LAURA CONN | 3.2 | CORRESPOND WITH CRR REGARDING EXPERT |
| | | | DEPOSITIONS; PARTICIPATE IN CALL WITH B. |
| | | | CUCINELLA REGARDING DEPOSITIONS; REVIEW |
| | | | EXPERT REPORTS |
| | | | |
| 5/16/2012 | LAURA CONN | 0.5 | COORDINATE DISCOVERY AND INDEX OF PRODUCED |
| | | | DOCUMENTS |
| | | | |

| LAURA CONN | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 5/18/2012 | LAURA CONN | 1.3 | CORRESPOND WITH CRR REGARDING RESEARCH |
| | | | PRIORITIES |
| | | | |
| 5/22/2012 | LAURA CONN | 0.8 | CORRESPOND REGARDING PRO HAC APPLICATIONS; |
| | | | CORRESPOND WITH J. NAIRN REGARDING EXPERT |
| | | | DEPOSITIONS |
| | | | |
| 6/4/2012 | LAURA CONN | 0.8 | CORRESPOND WITH ACLU LOCAL COUNSEL REGARDING |
| | | | PRO HAC VICE APPLICATIONS; REVIEW EMAILS |
| | | | REGARDING: REBUTTAL REPORTS |
| | | | |
| 6/5/2012 | LAURA CONN | 1.9 | REVIEW PRO HAC VICE APPLICATIONS; CORRESPOND |
| | | | WITH S. SEGAL; REVIEW EXPERT REPORTS |
| | | | |
| 6/6/2012 | LAURA CONN | 0.3 | REVIEW NOTICE OF APPEARANCE FOR MDNC |
| | | | |
| 6/8/2012 | LAURA CONN | 1.1 | ANALYZE DEFENSE EXPERT REPORT ARTICLES |
| | | | |
| 6/12/2012 | LAURA CONN | 4.5 | REVIEW DEFENDANTS' DOCUMENT PRODUCTION AND |
| | | | DRAFT SUMMARY OF THE PRODUCTION; CORRESPOND |
| | | | WITH JOINT-DEFENSE TEAM; MEET WITH R. DOSHI |
| | | | TO PROVIDE ASSIGNMENT (EXPERT BACKGROUND |
| | | | REVIEW) |
| | | | |
| 6/15/2012 | LAURA CONN | 0.9 | REVIEW R. DOSHI'S DRAFT MEMO REGARDING WEIL |
| | | | EXPERT BACKGROUND |
| | | | |
| 6/18/2012 | LAURA CONN | 0.7 | REVIEW R. DOSHI'S MEMORANDUM; CORRESPOND WITH |
| | | | R. DOSHI REGARDING CLIENT CALL |
| | | | |
| 6/19/2012 | LAURA CONN | 2.5 | PARTICIPATE IN CALL REGARDING DISCOVERY AND |
| | | | EXPERTS; CORRESPOND WITH S. SEGAL REGARDING |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 11 of 22

| Date | Name / Invoice Number | Hours | Description |
|---|---|---|---|
| | LAURA CONN | | |
| | | | PREPARING DISCOVERY EXCERPTS FOR CRR; |
| | | | CORRESPOND WITH CRR REGARDING DISCOVERY |
| | | | |
| 6/20/2012 | LAURA CONN | 1.2 | CORRESPOND REGARDING REQUESTED DISCOVERY |
| | | | DOCUMENTS; REVIEW DEFENDANTS' PRODUCTION FOR |
| | | | FOLLOW UP QUESTIONS |
| | | | |
| 6/22/2012 | LAURA CONN | 1.3 | REVIEW EMAILS FROM A. METLITSKY REGARDING |
| | | | FIRST AMENDMENT ARGUMENT; REVIEW BRIEFS |
| | | | REGARDING: FIRST AMENDMENT ARGUMENT |
| | | | |
| 6/25/2012 | LAURA CONN | 0.8 | REVIEW WEIL MEMO |
| | | | |
| 6/26/2012 | LAURA CONN | 0.5 | EDIT WEIL MEMO |
| | | | |
| 6/28/2012 | LAURA CONN | 1.5 | CORRESPOND REGARDING 4TH CIRCUIT CASE; REVIEW |
| | | | OPINION |
| | | | |
| 7/5/2012 | LAURA CONN | 1.3 | MAKE FINAL EDITS TO WEIL VETTING MEMORANDUM; |
| | | | SEND TO R. DOSHI |
| | | | |
| 7/6/2012 | LAURA CONN | 1.2 | COLLECT AND CIRCULATE DOCUMENTS REQUESTED BY |
| | | | B. ANDERSON |
| | | | |
| 7/17/2012 | LAURA CONN | 0.8 | CORRESPOND WITH CRR REGARDING DEPOSITIONS |
| | | | UPDATES; REVIEW SECOND SET OF INTERROGATORIES |
| | | | |
| 7/27/2012 | LAURA CONN | 0.3 | REVIEW EMAIL CORRESPONDENCE FROM PPFA |
| | | | REGARDING DISCOVERY |
| | | | |
| 7/30/2012 | LAURA CONN | 1.8 | COLLECT DOCUMENTS AND SEND TO CRR WITH |
| | | | ANALYSIS |

| **LAURA CONN** |
|---|

| Date | Name / Invoice Number | Hours | Description |
|---|---|---|---|
| | | | |
| 7/31/2012 | LAURA CONN | 1.1 | REVIEW FIRST AMENDMENT ARTICLES REGARDING |
| | | | FIRST AMENDMENT |
| | | | |
| 8/1/2012 | LAURA CONN | 0.8 | REVIEW FIRST AMENDMENT ARTICLE |
| | | | |
| 8/2/2012 | LAURA CONN | 2.3 | DISCUSS STATUS OF CASE WITH A. METLITSKY; |
| | | | ASSIST IN DEPOSITION PREPARATION; REVIEW |
| | | | BOWES EXPERT REPORT; ORGANIZE DEPOSITION |
| | | | TRAVEL |
| | | | |
| 8/3/2012 | LAURA CONN | 0.6 | CORRESPOND REGARDING DEPOSITION |
| | | | |
| 8/7/2012 | LAURA CONN | 3.3 | EDIT EXPERT DEPOSITION OUTLINE |
| | | | |
| 8/8/2012 | LAURA CONN | 2 | EDIT DEPOSITION OUTLINE; REVIEW DOCUMENTS IN |
| | | | DEPOSITION OUTLINE; CIRCULATE COMMENTS ON |
| | | | OUTLINE TO PLANNED PARENTHOOD |
| | | | |
| 8/9/2012 | LAURA CONN | 6 | REVIEW NEW DOCUMENTS PRODUCED BY DEFENDANTS; |
| | | | EDIT OUTLINE WITH NEW DOCUMENTS; CORRESPOND |
| | | | WITH PLANNED PARENTHOOD REGARDING NEW |
| | | | DOCUMENTS; TRAVEL TO NC FOR DEPOSITION |
| | | | |
| 8/10/2012 | LAURA CONN | 10.5 | ATTEND AND PARTICIPATE IN DEPOSITION OF |
| | | | DEFENDANTS' EXPERT; TRAVEL BACK TO DC FROM NC |
| | | | |
| 8/13/2012 | LAURA CONN | 0.3 | CORRESPOND WITH S. SEGAL REGARDING NOTICES OF |
| | | | APPEARANCE |
| | | | |
| 8/16/2012 | LAURA CONN | 1.2 | CORRESPOND WITH COURT REPORTER REGARDING |
| | | | TRANSCRIPT; CORRESPOND WITH S. SEGAL AND ACLU |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 13 of 22

| LAURA CONN | | | |
|------------|---------------------------|-------|-------------|
| Date | Name / Invoice Number | Hours | Description |
| | | | LOCAL COUNSEL REGARDING FILING NOTICES OF |
| | | | APPEARANCE |
| | | | |
| 8/17/2012 | LAURA CONN | 1.5 | CORRESPOND REGARDING FILING NOTICES OF |
| | | | APPEARANCE; REVIEW RECENT ULTRASOUND ARTICLES |
| | | | |
| 8/20/2012 | LAURA CONN | 1.7 | PARTICIPATE IN CALL WITH A. METLITSKY |
| | | | REGARDING MSJ; SEND FINAL NOTICES OF |
| | | | APPEARANCE TO ACLU-NC FOR FILING; REVIEW |
| | | | CLAIMS IN COMPLAINT IN ANTICIPATION OF CALL |
| | | | |
| 8/21/2012 | LAURA CONN | 3.5 | PREPARE FOR AND PARTICIPATE IN CALL REGARDING |
| | | | MSJ; COORDINATE  NOTICE OF APPEARANCE FOR W. |
| | | | DELLINGER |
| | | | |
| 8/22/2012 | LAURA CONN | 2.3 | COORDINATE W. DELLINGER'S NOTICE OF |
| | | | APPEARANCE; REVIEW AND SEND DISCOVERY |
| | | | MATERIALS TO CRR |
| | | | |
| 8/23/2012 | LAURA CONN | 1.8 | CORRESPOND WITH TEAM REGARDING DISCOVERY; |
| | | | REVIEW CLAIMS |
| | | | |
| 8/24/2012 | LAURA CONN | 3.5 | PREPARE FOR AND PARTICIPATE IN CALL REGARDING |
| | | | MSJ; CORRESPOND REGARDING ORAL ARGUMENT |
| | | | HEARING DATE NOTICE |
| | | | |
| 8/28/2012 | LAURA CONN | 4.2 | DISCUSS DISCOVERY AND MSJ WITH A. METLITSKY; |
| | | | REVIEW RULES REGARDING DROPPING CLAIMS; DRAFT |
| | | | MOTION TO AMEND COMPLAINT; REVIEW LOCAL RULES |
| | | | REGARDING CONTINUING TRIAL AND CORRESPOND |
| | | | WITH CRR AND ACLU REGARDING: SAME |
| | | | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 14 of 22

| LAURA CONN | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 8/29/2012 | LAURA CONN | 0.3 | CORRESPOND WITH ACLU RE CONTINUING TRIAL |
| | | | |
| 8/31/2012 | LAURA CONN | 2.5 | EDIT COMPLAINT AND MOTION WITH CRR COMMENTS; |
| | | | CIRCULATE TO CRR FOR REVIEW |
| | | | |
| 9/6/2012 | LAURA CONN | 1.5 | CORRESPOND WITH TEAM REGARDING AMENDING |
| | | | COMPLAINT; EDIT COMPLAINT |
| | | | |
| 9/10/2012 | LAURA CONN | 3.5 | RESEARCH MSJ SECTION; CORRESPOND WITH TEAM |
| | | | REGARDING EDITS TO COMPLAINT |
| | | | |
| 9/11/2012 | LAURA CONN | 3.5 | FILE RESPONSE TO MOTION TO EXPEDITE; CONTINUE |
| | | | TO RESEARCH MSJ SECTION; DISCUSS RESPONSIVE |
| | | | DOCUMENTS WITH R. GRIME |
| | | | |
| 9/12/2012 | LAURA CONN | 1.5 | DRAFT COMMERCIAL SPEECH SECTION |
| | | | |
| 9/13/2012 | LAURA CONN | 7.5 | MEET WITH B. ANDERSON FROM CRR; RESEARCH |
| | | | QUESTION OF INTERVENTION CONSEQUENCES; EDIT |
| | | | COMPLAINT WITH J. RIKELMAN COMMENTS; |
| | | | CORRESPOND WITH TEAM REGARDING ELIMINATION OF |
| | | | CLAIMS; FINALIZE DRAFT OF COMMERCIAL SPEECH |
| | | | SECTION AND SEND TO A. METLITSKY |
| | | | |
| 9/14/2012 | LAURA CONN | 1.5 | CORRESPOND WITH A. METLITSKY REGARDING |
| | | | COMMERCIAL SPEECH |
| | | | |
| 9/18/2012 | LAURA CONN | 0.5 | REVIEW CORRESPONDENCE REGARDING DROPPING |
| | | | DEFENDANTS |
| | | | |
| 9/20/2012 | LAURA CONN | 2.5 | FINALIZE AND SENT PROPOSED ORDER AND MOTION |
| | | | TO LOCAL COUNSEL FOR FILING; REVIEW PORTIONS |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 15 of 22

| Date | Name / Invoice Number | Hours | Description |
|------|----------------------|-------|-------------|
| | | | OF MSJ BRIEF; REVIEW EMAILS REGARDING FIRST |
| | | | AMENDMENT DISCUSSION; REVIEW CORRESPONDENCE |
| | | | REGARDING AMICUS BRIEFS |
| | | | |
| 9/21/2012 | LAURA CONN | 3 | PARTICIPATE IN CONFERENCE CALL REGARDING |
| | | | FACTUAL ISSUES IN MSJ; REVIEW PORTIONS OF MSJ |
| | | | BRIEF; CORRESPOND REGARDING CHANGES TO |
| | | | PROPOSED ORDER; REVIEW DECLARATIONS FOR MSJ |
| | | | |
| 9/23/2012 | LAURA CONN | 3.2 | REVIEW MATERIALS FOR FIRST AMENDMENT |
| | | | CONFERENCE |
| | | | |
| 9/26/2012 | LAURA CONN | 2.5 | REVIEW DECLARATIONS AND MOTION FOR SUMMARY |
| | | | JUDGMENT; RESPOND TO QUESTIONS TO TEAM |
| | | | |
| 9/27/2012 | LAURA CONN | 3.6 | EDIT MOTION FOR SUMMARY JUDGMENT AND SEND |
| | | | EDITS TO CRR, ACLU AND PFFA |
| | | | |
| 9/28/2012 | LAURA CONN | 3.4 | REVIEW AND EDIT MOTION FOR SUMMARY JUDGMENT |
| | | | |
| 9/30/2012 | LAURA CONN | 0.5 | REVIEW RATIONAL BASIS SECTION OF MSJ BRIEF |
| | | | AND SEND COMMENTS TO PPFA |
| | | | |
| 10/1/2012 | LAURA CONN | 2.5 | COORDINATE FOR CITE CHECK WITH S. SEGAL; |
| | | | DISCUSS DRAFT WITH A. METLITKSY AND CRR |
| | | | |
| 10/2/2012 | LAURA CONN | 5.5 | PROOF SUMMARY JUDGMENT; DRAFT SUMMARY |
| | | | JUDGMENT MOTION AND PROPOSED ORDER; ENTER |
| | | | EDITS |
| | | | |
| 10/3/2012 | LAURA CONN | 0.5 | COORDINATE FILING OF BRIEF |
| | | | |

| LAURA CONN |
|---|

| Date | Name / Invoice Number | Hours | Description |
|---|---|---|---|
| | | | |
| 10/5/2012 | LAURA CONN | 4 | MEET WITH M. HUTTON AND D. DOREY REGARDING |
| | | | INFORMED CONSENT RESEARCH; PARTICIPATE IN |
| | | | TEAM CALL REGARDING RESPONSE TO MOTION FOR |
| | | | SUMMARY JUDGMENT; DISCUSS ASSIGNMENTS WITH A. |
| | | | METLITSKY |
| | | | |
| 10/10/2012 | LAURA CONN | 1 | MEET WITH M. HUTTON AND D. DOREY REGARDING |
| | | | INFORMED CONSENT RESEARCH |
| | | | |
| | | | |
| | | | |
| | TOTAL: | 152.50 | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 17 of 22

| LEAH GODESKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | |
| 11/28/2012 | LEAH GODESKY | 0.5 | DRAFT JOINT MOTION TO SUBSTITUTE SUPPLEMENTAL APPENDIX |
| | | | |
| 12/14/2012 | LEAH GODESKY | 1 | REVIEW AND ANALYZE SUMMARY-JUDGMENT BRIEFING |
| | | | |
| 12/17/2012 | LEAH GODESKY | 1.5 | REVIEW AND REVISE SUMMARY-JUDGMENT BRIEF |
| | | | |
| 1/24/2013 | LEAH GODESKY | 0.6 | REVIEW FIFTH CIRCUIT OPINION |
| | | | |
| 3/6/2013 | LEAH GODESKY | 1 | PARTICIPATE IN CONFERENCE CALL REGARDING AMICUS BRIEF |
| | | | |
| 3/29/2013 | LEAH GODESKY | 1 | PARTICIPATE IN CONFERENCE CALL REGARDING AMICUS BRIEF |
| | | | |
| 7/9/2013 | LEAH GODESKY | 0.5 | PARTICIPATE IN COMMUNICATIONS REGARDING COURT |
| | | | ORDER REGARDING RECENT DECISIONS |
| | | | |
| 7/10/2013 | LEAH GODESKY | 0.5 | CONFERENCE CALL REGARDING STRATEGY FOR |
| | | | SUPPLEMENTAL BRIEF |
| | | | |
| 7/10/2013 | LEAH GODESKY | 1 | REVIEW AND ANALYZE INFORMED-CONSENT CASES |
| | | | |
| 7/10/2013 | LEAH GODESKY | 1 | REVIEW AND ANALYZE RECENT FOURTH CIRCUIT |
| | | | DECISIONS |
| | | | |
| 7/15/2013 | LEAH GODESKY | 2.2 | DRAFT STATEMENT OF UNDISPUTED MATERIAL FACTS |
| | | | |
| 7/16/2013 | LEAH GODESKY | 2.5 | DRAFT STATEMENT OF UNDISPUTED FACTS |
| | | | |
| 7/17/2013 | LEAH GODESKY | 6.3 | DRAFT STATEMENT OF UNDISPUTED FACTS |
| | | | |
| 7/22/2013 | LEAH GODESKY | 1.1 | REVIEW AND REVISE SUPPLEMENTAL BRIEF |
| | | | |

| LEAH GODESKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| 7/24/2013 | LEAH GODESKY | 3.5 | REVIEW AND REVISE STATEMENT OF UNDISPUTED FACTS |
| | | | |
| 7/24/2013 | LEAH GODESKY | 0.5 | PARTICIPATE IN STRATEGY CALL |
| | | | |
| 7/25/2013 | LEAH GODESKY | 1 | REVIEW AND REVISE STATEMENT OF UNDISPUTED FACTS |
| | | | |
| 7/26/2013 | LEAH GODESKY | 2 | REVIEW AND REVISE STATEMENT OF UNDISPUTED |
| | | | MATERIAL FACTS |
| | | | |
| 7/28/2013 | LEAH GODESKY | 7 | DRAFT SUPPLEMENTAL REPLY BRIEF |
| | | | |
| 7/30/2013 | LEAH GODESKY | 1.5 | REVIEW AND REVISE REPLY |
| | | | |
| 7/31/2013 | LEAH GODESKY | 0.5 | REVIEW AND REVISE REPLY |
| | | | |
| 8/1/2013 | LEAH GODESKY | 1 | REVIEW AND REVISE REPLY |
| | | | |
| 8/4/2013 | LEAH GODESKY | 1.5 | CITE CHECK REPLY BRIEF |
| | | | |
| 8/19/2013 | LEAH GODESKY | 1.5 | COMMUNICATE WITH TEAM REGARDING UNDISPUTED FACTS |
| | | | |
| 8/20/2013 | LEAH GODESKY | 1 | CONFERENCE CALL REGARDING UNDISPUTED FACTS |
| | | | |
| 8/20/2013 | LEAH GODESKY | 4 | ATTEND MOOT FOR SUMMARY-JUDGMENT ORAL ARGUMENT |
| | | | |
| 9/12/2013 | LEAH GODESKY | 0.7 | REVIEW AND ANALYZE RECENT FIRST AMENDMENT |
| | | | DECISION |
| | | | |
| 9/17/2013 | LEAH GODESKY | 1 | RESEARCH AND ANALYZE VOLUNTARY DISMISSALS |
| | | | |
| 9/18/2013 | LEAH GODESKY | 1.5 | DRAFT VOLUNTARY DISMISSAL STIPULATION AND |
| | | | COMMUNICATE WITH TEAM REGARDING SAME |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 19 of 22

| LEAH GODESKY | | | |
|---|---|---|---|
| Date | Name / Invoice Number | Hours | Description |
| | | | |
| 9/19/2013 | LEAH GODESKY | 0.5 | COMMUNICATE WITH TEAM REGARDING STIPULATION |
| | | | |
| 9/23/2013 | LEAH GODESKY | 0.5 | COMMUNICATE WITH TEAM REGARDING STRATEGY |
| | | | |
| 9/25/2013 | LEAH GODESKY | 0.5 | REVIEW AND ANALYZE STIP AND COMMUNICATE WITH |
| | | | TEAM REGARDING SAME |
| | | | |
| 9/26/2013 | LEAH GODESKY | 0.3 | COMMUNICATE WITH TEAM REGARDING STIPULATION |
| | | | |
| 2/2/2014 | LEAH GODESKY | 1 | REVIEW AND ANALYZE ISSUES RELATING TO STANDING STATUTE |
| | | | |
| 2/3/2014 | LEAH GODESKY | 1.5 | RESEARCH AND ANALYZE STANDING ISSUES |
| | | | |
| 2/4/2014 | LEAH GODESKY | 1 | CONFERENCE CALL REGARDING STRATEGY |
| | | | |
| 2/24/2014 | LEAH GODESKY | 0.8 | ATTENTION TO FOURTH CIRCUIT ADMISSIONS |
| | | | |
| 2/26/2014 | LEAH GODESKY | 1 | JOINT-DEFENSE CALL REGARDING STRATEGY |
| | | | |
| 3/4/2014 | LEAH GODESKY | 1.2 | REVIEW AND ANALYZE SUMMARY-JUDGMENT DECISION |
| | | | |
| 3/24/2014 | LEAH GODESKY | 0.8 | RESEARCH AND ANALYZE INFORMED-CONSENT ISSUES |
| | | | |
| 3/26/2014 | LEAH GODESKY | 0.4 | COMMUNICATE WITH TEAM REGARDING APPEAL |
| | | | |
| 3/27/2014 | LEAH GODESKY | 2.5 | REVIEW AND ANALYZE LAW REVIEW ARTICLES |
| | | | |
| 3/28/2014 | LEAH GODESKY | 2 | RESEARCH AND ANALYZE LAW REVIEW ARTICLES |
| | | | |
| 4/7/2014 | LEAH GODESKY | 0.8 | MEET WITH A. METLITSKY REGARDING STRATEGY |
| | | | |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 20 of 22

| LEAH GODESKY | | | |
|---|---|---|---|
| **Date** | **Name / Invoice Number** | **Hours** | **Description** |
| 4/10/2014 | LEAH GODESKY | 4.7 | RESEARCH AND ANALYZE FIRST AMENDMENT ISSUES |
| | | | AND COMMUNICATE WITH A. METLITSKY REGARDING |
| | | | SAME |
| | | | |
| 4/11/2014 | LEAH GODESKY | 1 | REVIEW AND ANALYZE CASE LAW |
| | | | |
| 4/13/2014 | LEAH GODESKY | 1.5 | REVIEW AND ANALYZE CASE LAW AND COMMUNICATE |
| | | | WITH A. METLITSKY REGARDING SAME |
| | | | |
| 4/16/2014 | LEAH GODESKY | 1 | REVIEW AND ANALYZE APPEAL ARGUMENTS |
| | | | |
| 4/17/2014 | LEAH GODESKY | 1.2 | RESEARCH AND ANALYZE FIRST AMENDMENT ISSUES |
| | | | |
| 5/4/2014 | LEAH GODESKY | 4 | RESEARCH AND ANALYZE APPEAL ISSUES |
| | | | |
| 5/5/2014 | LEAH GODESKY | 3.3 | CONFERENCE CALL WITH TEAM REGARDING APPEAL |
| | | | STRATEGY; RESEARCH AND ANALYZE APPEAL |
| | | | ARGUMENTS AND COMMUNICATE WITH A. METLITSKY |
| | | | REGARDING SAME |
| | | | |
| 5/14/2014 | LEAH GODESKY | 1.6 | RESEARCH AND ANALYZE APPEAL ISSUES |
| | | | |
| 5/14/2014 | LEAH GODESKY | 0.6 | COMMUNICATE WITH A. METLITSKY REGARDING STRATEGY |
| | | | |
| 5/16/2014 | LEAH GODESKY | 1.5 | RESEARCH AND ANALYZE APPEAL ISSUES |
| | | | |
| 5/20/2014 | LEAH GODESKY | 1.1 | OUTLINE APPEAL |
| | | | |
| 5/27/2014 | LEAH GODESKY | 3.8 | MEET WITH A. METLITSKY REGARDING BRIEF; DRAFT APPEAL BRIEF |
| | | | |
| 5/28/2014 | LEAH GODESKY | 5 | DRAFT APPEAL AND COMMUNICATE WITH A. |
| | | | METLITSKY REGARDING SAME |

Case 1:11-cv-00804-CCE-LPA   Document 178-11   Filed 09/14/15   Page 21 of 22

| LEAH GODESKY | | | |
|---|---|---|---|
| **Date** | **Name / Invoice Number** | **Hours** | **Description** |
| | | | |
| 5/29/2014 | LEAH GODESKY | 3.8 | DRAFT APPEAL AND COMMUNICATE WITH A. |
| | | | METLITSKY REGARDING SAME |
| | | | |
| | **TOTAL:** | **97.8** | |