| Date | ANTON METLITSKY Name | Hours | Description |
|---|---|---|---|
| 6/20/2014 | ANTON METLITSKY | 3.5 | REVISE APPELLATE BRIEF |
| | | | |
| 6/23/2014 | ANTON METLITSKY | 3.5 | REVISE AND PREPARE TO FILE APPELLATE BRIEF |
| | | | |
| 6/24/2014 | ANTON METLITSKY | 5.9 | REVISE AND FILE APPELLATE BRIEF |
| | | | |
| 10/20/2014 | ANTON METLITSKY | 3 | PREPARE FOR MOOT COURT |
| | | | |
| 10/22/2014 | ANTON METLITSKY | 2.5 | PREPARE FOR AND ATTEND MOOT COURT |
| | | | |
| 10/24/2014 | ANTON METLITSKY | 2.5 | MOOT COURT |
| | | | |
| 10/31/2014 | ANTON METLITSKY | 0.5 | LISTEN TO ARGUMENT |
| | | | |
| 11/3/2014 | ANTON METLITSKY | 0.5 | CONFERENCE CALL WITH J. RIKELMAN |
| | | | |
| 3/30/2015 | ANTON METLITSKY | 0.8 | CONFERENCE CALL CONCERNING OPPOSITION TO CERTIORARI |
| | | | |
| 3/30/2015 | ANTON METLITSKY | 2.5 | PRELIMINARY RESEARCH FOR OPPOSITION TO CERTIORARI |
| | | | |
| 3/31/2015 | ANTON METLITSKY | 2.8 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/1/2015 | ANTON METLITSKY | 1.8 | REVIEW DRAFT CERT OPPOSITION IN MISSISSIPPI CASE |
| | | | |
| 4/2/2015 | ANTON METLITSKY | 0.6 | CALL WITH J. RIKELMAN |
| | | | |
| 4/2/2015 | ANTON METLITSKY | 2.8 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/6/2015 | ANTON METLITSKY | 1.3 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/9/2015 | ANTON METLITSKY | 3.6 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |

Case 1:11-cv-00804-CCE-LPA   Document 178-12   Filed 09/14/15   Page 1 of 5

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/10/2015 | ANTON METLITSKY | 2.7 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/13/2015 | ANTON METLITSKY | 1.7 | REVIEW PRIOR DECISIONS FOR CERTIORARI OPPOSITION |
| | | | |
| 4/14/2015 | ANTON METLITSKY | 5.8 | RESEARCH AND DRAFT CERTIORARI OPPOSITION |
| | | | |
| 4/16/2015 | ANTON METLITSKY | 3.5 | RESEARCH AND DRAFT CERTIORARI OPPOSITION |
| | | | |
| 4/17/2015 | ANTON METLITSKY | 2.5 | RESEARCH AND DRAFT CERTIORARI OPPOSITION |
| | | | |
| 4/19/2015 | ANTON METLITSKY | 4.2 | RESEARCH AND DRAFT CERTIORARI OPPOSITION |
| | | | |
| 4/20/2015 | ANTON METLITSKY | 5.2 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/21/2015 | ANTON METLITSKY | 4.2 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/22/2015 | ANTON METLITSKY | 4.7 | RESEARCH AND DRAFT CERTIORARI OPPOSITION |
| | | | |
| 4/23/2015 | ANTON METLITSKY | 5.2 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/24/2015 | ANTON METLITSKY | 0.8 | RESEARCH AND DRAFT OPPOSITION TO CERTIORARI |
| | | | |
| 4/29/2015 | ANTON METLITSKY | 3.7 | REVISE PETITION FOR CERTIORARI |
| | | | |
| 4/29/2015 | ANTON METLITSKY | 0.8 | CONFERENCE CALL |
| | | | |
| 4/30/2015 | ANTON METLITSKY | 3.1 | REVISE OPPOSITION TO CERTIORARI |
| | | | |
| 5/1/2015 | ANTON METLITSKY | 0.8 | REVISE OPPOSITION TO CERTIORARI |
| | | | |
| 5/6/2015 | ANTON METLITSKY | 1.8 | REVIEW COMMENTS ON CERTIORARI OPPOSITION |
| | | | |
| 5/7/2015 | ANTON METLITSKY | 0.3 | CONVERSATION WITH W. DELLINGER CONCERNING CERT PETITION |
| | | | |

| | | | |
|---|---|---|---|
| 5/7/2015 | ANTON METLITSKY | 0.8 | CONFERENCE CALL WITH ALL COUNSEL |
| | | | |
| 5/7/2015 | ANTON METLITSKY | 3.4 | REVISE PETITION FOR CERTIORARI |
| | | | |
| 5/10/2015 | ANTON METLITSKY | 1.5 | REVISE CERTIORARI OPPOSITION |
| | | | |
| 5/11/2015 | ANTON METLITSKY | 4.6 | REVISE AND FINALIZE BRIEF IN OPPOSITION TO CERTIORARI |
| | | | |
| 5/12/2015 | ANTON METLITSKY | 0.4 | REVISE AND FILE CERT OPPOSITION |
| | | | |
| | | | |
| | **TOTAL:** | **99.8** | |

| | LEAH GODESKY | | |
|---|---|---|---|
| Date | Name | Hours | Description |
| 7/21/2015 | LEAH GODESKY | 2.4 | DRAFT DECLARATION IN SUPPORT OF FEES PETITION |
| | | | |
| 8/26/2015 | LEAH GODESKY | 3.8 | CONFERENCE CALL REGARDING FEE RECOVERY STRATEGY; |
| | | | RESEARCH AND ANALYZE FEE RECOVERY PRECEDENT |
| | | | |
| 8/27/2015 | LEAH GODESKY | 2.4 | RESEARCH AND ANALYZE FEE ISSUES |
| | | | |
| 8/28/2015 | LEAH GODESKY | 0.4 | REVIEW AND ANALYZE FEES CORRESPONDENCE |
| | | | |
| 8/30/2015 | LEAH GODESKY | 2.9 | DRAFT EMAIL TO OPPOSING COUNSEL REGARDING OMM |
| | | | TIMEKEEPERS; RESEARCH AND ANALYZE FEE-RECOVERY |
| | | | ISSUES |
| | | | |
| 8/31/2015 | LEAH GODESKY | 4.6 | OUTLINE FEES MOTION; RESEARCH AND ANALYZE |
| | | | ISSUES RELATING TO FEE PETITION; COMMUNICATE |
| | | | WITH CO-COUNSEL REGARDING DECLARATIONS |
| | | | |
| 9/3/2015 | LEAH GODESKY | 0.6 | COMMUNICATE WITH CO-DEFENDANTS REGARDING FEE |
| | | | PETITION |
| | | | |
| 9/4/2015 | LEAH GODESKY | 1.5 | OUTLINE FEE-PETITION BRIEF |
| | | | |
| 9/6/2015 | LEAH GODESKY | 5.3 | DRAFT FEE-PETITION MEMO OF LAW |
| | | | |
| 9/7/2015 | LEAH GODESKY | 4.3 | DRAFT FEE-PETITION MEMO OF LAW |
| | | | |
| 9/8/2015 | LEAH GODESKY | 2.9 | DRAFT METLITSKY DECLARATION IN SUPPORT OF FEE |
| | | | PETITION |
| | | | |
| 9/8/2015 | LEAH GODESKY | 3.6 | DRAFT MEMO OF LAW IN SUPPORT OF FEE PETITION |
| | | | |
| 9/9/2015 | LEAH GODESKY | 3.9 | DRAFT MEMO OF LAW IN SUPPORT OF FEE PETITION |

| | | | |
|---|---|---|---|
| 9/9/2015 | LEAH GODESKY | 0.5 | COMMUNICATE WITH CO-COUNSEL REGARDING |
| | | | FEE-PETITION STRATEGY |
| | | | |
| 9/9/2015 | LEAH GODESKY | 1.5 | DRAFT METLITSKY DECLARATION IN SUPPORT OF FEE |
| | | | PETITION |
| | | | |
| 9/9/2015 | LEAH GODESKY | 2 | DRAFT K. PARKER DECLARATION IN SUPPORT OF FEE |
| | | | PETITION |
| | | | |
| 9/9/2015 | LEAH GODESKY | 0.9 | REVIEW AND REVISE ACLUNC DECLARATIONS IN |
| | | | SUPPORT OF FEE PETITION |
| | | | |
| | **TOTAL:** | **43.5** | |