| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/31/2012 | ANTON METLITSKY | 1 | 196 | 196 | COURT FEES/FILING FEES<br>ANTON METLITSKY; COURT COSTS.<br>FOURTH CIRCUIT BAR ADMISSION FEE RE: FILING AN APPEARANCE IN THE CASE |
| 1/31/2012 | LAURA CONN | 1 | 196 | 196 | FILINGS - REGULATORY<br>LAURA CONN; FILING FEES AND RELATED.<br>FILING FEE -- ADMISSION TO FOURTH CIRCUIT BAR |
| 9/11/2012 | LAURA CONN | 3 | 0.1 | 0.3 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LAURA CONN<br>CASE: 12-1052, DOCUMENT: 55 |
| 9/11/2012 | LAURA CONN | 1 | 0.1 | 0.1 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LAURA CONN<br>CASE: 12-1052, DOCUMENT: 57 |
| 9/12/2012 | LAURA CONN | 83 | 0.15 | 12.45 | LASERTRAK PRINTING |
| 9/13/2012 | ANTON METLITSKY | 26 | 0.15 | 3.9 | LASERTRAK PRINTING |
| 9/13/2012 | LAURA CONN | 30 | 0.15 | 4.5 | LASERTRAK PRINTING |
| 9/13/2012 | ANTON METLITSKY | 1 | 1 | 1 | OTHER (INTERNAL BINDERY)<br>Job#: 0000068204-000<br>DOCKET REPORT |
| 12/26/2012 | PROBONO FINANCE | 1 | 74.54 | 74.54 | OTHER - - VENDOR: BANK OF AMERICA {PURCH CARD BARNES&NOBLE.COM`<br>D DOREY-BOOK:HISTORY & THEORY OF INFORMED CONSENST,10/26 |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/13/2013 | LEAH GODESKY | 5.17 | 30 | 155.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115671-000<br>JENKINS,SANDRA<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 5.62 | 30 | 168.6 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115671-000<br>JENKINS,SANDRA<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 3.27 | 30 | 98.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115689-000<br>JENKINS,SANDRA<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 2.57 | 30 | 77.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115689-000<br>JENKINS,SANDRA<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 1.07 | 30 | 32.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115696-000<br>JACKSON,GLYNIS<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 1.85 | 30 | 55.5 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115696-000<br>JACKSON,GLYNIS<br>CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 1.45 | 30 | 43.5 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000115698-000 |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | JENKINS,SANDRA |
| | | | | | CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/13/2013 | LEAH GODESKY | 2.68 | 30 | 80.4 | TEXT EDITING/PROOFREADING |
| | | | | | JOB NUMBER: 0000115698-000 |
| | | | | | JENKINS,SANDRA |
| | | | | | CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/14/2013 | LEAH GODESKY | 2.17 | 30 | 65.1 | TEXT EDITING/PROOFREADING |
| | | | | | JOB NUMBER: 0000115695-000 |
| | | | | | TORIELLI,JULIANNE |
| | | | | | CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/14/2013 | LEAH GODESKY | 5.83 | 30 | 174.9 | TEXT EDITING/PROOFREADING |
| | | | | | JOB NUMBER: 0000115695-000 |
| | | | | | TORIELLI,JULIANNE |
| | | | | | CONVERT PDF TO WORD DOCUMENT FOR L. GODESKY |
| 7/16/2013 | LEAH GODESKY | 29 | 0.1 | 2.9 | ONLINE RESEARCH (MISCELLANEOUS) |
| | | | | | PACER - FEDERAL COURT DOCKET SERVICE |
| | | | | | LEAH GODESKY |
| | | | | | 1:11-CV-00804-CCE-LPA |
| | | | | | DOCKET REPORT |
| 7/16/2013 | LEAH GODESKY | 11 | 0.1 | 1.1 | ONLINE RESEARCH (MISCELLANEOUS) |
| | | | | | PACER - FEDERAL COURT DOCKET SERVICE |
| | | | | | LEAH GODESKY |
| | | | | | 1:11-CV-00804-CCE-LPA DOCUMENT 110-0 |
| | | | | | IMAGE110-0 |
| 7/16/2013 | LEAH GODESKY | 10 | 0.1 | 1 | ONLINE RESEARCH (MISCELLANEOUS) |
| | | | | | PACER - FEDERAL COURT DOCKET SERVICE |
| | | | | | LEAH GODESKY |
| | | | | | 1:11-CV-00804-CCE-LPA DOCUMENT 111-0 |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | IMAGE111-0 |
| 7/16/2013 | LEAH GODESKY | 20 | 0.1 | 2 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 107-0 IMAGE107-0 |
| 7/16/2013 | LEAH GODESKY | 29 | 0.1 | 2.9 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCKET REPORT |
| 7/16/2013 | LEAH GODESKY | 11 | 0.1 | 1.1 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 115-0 IMAGE115-0 |
| 7/16/2013 | LEAH GODESKY | 7 | 0.1 | 0.7 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 133-1 IMAGE133-1 |
| 7/16/2013 | LEAH GODESKY | 13 | 0.1 | 1.3 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 113-1 IMAGE113-1 |
| 7/16/2013 | LEAH GODESKY | 21 | 0.1 | 2.1 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 10-0 IMAGE10-0 |
| 7/16/2013 | LEAH GODESKY | 14 | 0.1 | 1.4 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 108-0 IMAGE108-0 |
| 7/16/2013 | LEAH GODESKY | 8 | 0.1 | 0.8 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 109-0 IMAGE109-0 |
| 7/16/2013 | LEAH GODESKY | 11 | 0.1 | 1.1 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 112-0 IMAGE112-0 |
| 7/16/2013 | LEAH GODESKY | 4 | 0.1 | 0.4 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 114-0 IMAGE114-0 |
| 7/17/2013 | LEAH GODESKY | 1 | 0.1 | 0.1 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY / LAST NAME: HUFF SEARCH |
| 7/17/2013 | LEAH GODESKY | 29 | 0.1 | 2.9 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | LEAH GODESKY<br>1:11-CV-00804-CCE-LPA<br>DOCKET REPORT |
| 7/17/2013 | LEAH GODESKY | 7 | 0.1 | 0.7 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LEAH GODESKY<br>1:11-CV-00804-CCE-LPA DOCUMENT 133-1<br>IMAGE133-1 |
| 8/19/2013 | LEAH GODESKY | 1 | 0.1 | 0.1 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LEAH GODESKY / LAST NAME: HUFF SEARCH |
| 8/19/2013 | LEAH GODESKY | 30 | 0.1 | 3 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LEAH GODESKY<br>1:11-CV-00804-CCE-LPA<br>DOCKET REPORT |
| 8/19/2013 | LEAH GODESKY | 3 | 0.1 | 0.3 | ONLINE RESEARCH (MISCELLANEOUS)<br>PACER - FEDERAL COURT DOCKET SERVICE<br>LEAH GODESKY<br>1:11-CV-00804-CCE-LPA DOCUMENT 153-0<br>IMAGE153-0 |
| 8/20/2013 | LEAH GODESKY | 0.68 | 30 | 20.4 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000121755-000<br>JENKINS,SANDRA<br>CONVERT DOC FOR L. GODSKEY |
| 8/20/2013 | LEAH GODESKY | 0.15 | 30 | 4.5 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000121755-000<br>JENKINS,SANDRA |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | CONVERT DOC FOR L. GODSKEY |
| 8/20/2013 | LEAH GODESKY | 1 | 0.1 | 0.1 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY / LAST NAME: HUFF SEARCH |
| 8/20/2013 | LEAH GODESKY | 30 | 0.1 | 3 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCKET REPORT |
| 8/20/2013 | LEAH GODESKY | 6 | 0.1 | 0.6 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 155-0 IMAGE155-0 |
| 8/20/2013 | LEAH GODESKY | 8 | 0.1 | 0.8 | ONLINE RESEARCH (MISCELLANEOUS) PACER - FEDERAL COURT DOCKET SERVICE LEAH GODESKY 1:11-CV-00804-CCE-LPA DOCUMENT 154-0 IMAGE154-0 |
| 3/3/2014 | LEAH GODESKY | 126 | 0.15 | 18.9 | LASERTRAK PRINTING |
| 3/3/2014 | LEAH GODESKY | 3 | 1 | 3 | OTHER (INTERNAL BINDERY) Job#: 0000004292-000 |
| 3/19/2014 | DEIRDRE BUCKLEY | 48 | 0.15 | 7.2 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 2 | 0.15 | 0.3 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/19/2014 | DEIRDRE BUCKLEY | 53 | 0.15 | 7.95 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 53 | 0.15 | 7.95 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 53 | 0.15 | 7.95 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 48 | 0.15 | 7.2 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 52 | 0.15 | 7.8 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 42 | 0.15 | 6.3 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 52 | 0.15 | 7.8 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 52 | 0.15 | 7.8 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 48 | 0.15 | 7.2 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 3/19/2014 | DEIRDRE BUCKLEY | 42 | 0.15 | 6.3 | LASERTRAK PRINTING |
| 4/10/2014 | LEAH GODESKY | 31 | 0.15 | 4.65 | LASERTRAK PRINTING |
| 4/10/2014 | LEAH GODESKY | 23 | 0.15 | 3.45 | LASERTRAK PRINTING |
| 4/10/2014 | LEAH GODESKY | 45 | 0.15 | 6.75 | LASERTRAK PRINTING |
| 4/10/2014 | LEAH GODESKY | 105 | 0.15 | 15.75 | LASERTRAK PRINTING |
| 4/10/2014 | LEAH GODESKY | 20 | 0.15 | 3 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/10/2014 | LEAH GODESKY | 30 | 0.15 | 4.5 | LASERTRAK PRINTING |
| 4/15/2014 | DEIRDRE BUCKLEY | 24 | 0.15 | 3.6 | LASERTRAK PRINTING |
| 4/15/2014 | DEIRDRE BUCKLEY | 23 | 0.15 | 3.45 | LASERTRAK PRINTING |
| 4/15/2014 | DEIRDRE BUCKLEY | 36 | 0.15 | 5.4 | LASERTRAK PRINTING |
| 4/22/2014 | LEAH GODESKY | 1 | 16 | 16 | OTHER<br>KOHN VISION SCIENCE LIBRARY - 69 - L GODESKY - ILL DELIVERY FEE, 3/14 (M. BANCONE), 03/31/14<br>Vendor=KOHN VISION SCIENCE LIBRARY  Balance= .00  Amount= 16 |
| 4/30/2014 | LEAH GODESKY | 1 | 110.03 | 110.03 | ONLINE RESEARCH - WESTLAW |
| 5/1/2014 | ANTON METLITSKY | 396 | 0.15 | 59.4 | COPYING (COPITRAK - INTERNAL) |
| 5/1/2014 | DEIRDRE BUCKLEY | 103 | 0.15 | 15.45 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 42 | 0.15 | 6.3 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 20 | 0.15 | 3 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 34 | 0.15 | 5.1 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 26 | 0.15 | 3.9 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 41 | 0.15 | 6.15 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 36 | 0.15 | 5.4 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 70 | 0.15 | 10.5 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/1/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 5/1/2014 | DEIRDRE BUCKLEY | 30 | 0.15 | 4.5 | LASERTRAK PRINTING |
| 5/1/2014 | LEAH GODESKY | 1 | 193.73 | 193.73 | ONLINE RESEARCH - WESTLAW |
| 5/7/2014 | ANTON METLITSKY | 65 | 0.15 | 9.75 | LASERTRAK PRINTING |
| 5/14/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 5/14/2014 | DEIRDRE BUCKLEY | 47 | 0.15 | 7.05 | LASERTRAK PRINTING |
| 5/14/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 5/14/2014 | DEIRDRE BUCKLEY | 41 | 0.15 | 6.15 | LASERTRAK PRINTING |
| 5/14/2014 | DEIRDRE BUCKLEY | 22 | 0.15 | 3.3 | LASERTRAK PRINTING |
| 5/22/2014 | PROBONO FINANCE | 1 | 20 | 20 | OTHER PROFESSIONAL SERVICES (ACCOUNTS PAYABLE) - - VENDOR: BANK OF AMERICA {PURCH CARD} - ASLME` L HILL-ARTICLE:THE POLITICS OF INFO,3/18 Vendor=BANK OF AMERICA {PURCH CARD}  Balance= .00  Amount= 1211.18 Check #4262  05/27/2014 |
| 5/22/2014 | PROBONO FINANCE | 1 | 31.5 | 31.5 | OTHER PROFESSIONAL SERVICES (ACCOUNTS PAYABLE) - - VENDOR: BANK OF AMERICA {PURCH CARD} - JOURNALS ONLINE` L HILL-ARTICLE:WOMEN'S EXPERIENCE OF VIEWING THE PRODUCTS OF CONCEPTION AFTER AN ABORTION,3/20 Vendor=BANK OF AMERICA {PURCH CARD}  Balance= .00  Amount= 1211.18 |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | Check #4262  05/27/2014 |
| 5/22/2014 | PROBONO FINANCE | 1 | 39 | 39 | OTHER PROFESSIONAL SERVICES (ACCOUNTS PAYABLE) - - VENDOR: BANK OF AMERICA {PURCH CARD}` TAYLOR FRANCIS ONLINE` L HILL-ARTICLE:COMPLEMENTARY & ALTERNATIVE MEDICINE,3/19 Vendor=BANK OF AMERICA {PURCH CARD}  Balance= .00  Amount= 1211.18 |
| | | | | | Check #4262  05/27/2014 |
| 5/27/2014 | ANTON METLITSKY | 1 | 74.92 | 74.92 | ONLINE RESEARCH - WESTLAW |
| 5/28/2014 | ANTON METLITSKY | 1 | 51.97 | 51.97 | ONLINE RESEARCH - WESTLAW |
| 5/29/2014 | ANTON METLITSKY | 76 | 0.15 | 11.4 | LASERTRAK PRINTING |
| 5/29/2014 | ANTON METLITSKY | 32 | 0.15 | 4.8 | LASERTRAK PRINTING |
| 5/29/2014 | ANTON METLITSKY | 1 | 343.25 | 343.25 | ONLINE RESEARCH - WESTLAW |
| 5/31/2014 | ANTON METLITSKY | 1 | 89.78 | 89.78 | ONLINE RESEARCH - WESTLAW |
| 6/1/2014 | ANTON METLITSKY | 1 | 259.88 | 259.88 | ONLINE RESEARCH - WESTLAW |
| 6/2/2014 | ANTON METLITSKY | 1 | 329.41 | 329.41 | ONLINE RESEARCH - WESTLAW |
| 6/3/2014 | LEAH GODESKY | 60 | 0.15 | 9 | LASERTRAK PRINTING |
| 6/3/2014 | ANTON METLITSKY | 1 | 124.88 | 124.88 | ONLINE RESEARCH - WESTLAW |
| 6/4/2014 | ANTON METLITSKY | 1 | 168.76 | 168.76 | ONLINE RESEARCH - WESTLAW |
| 6/5/2014 | ANTON METLITSKY | 60 | 0.15 | 9 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/11/2014 | DEIRDRE BUCKLEY | 50 | 0.15 | 7.5 | LASERTRAK PRINTING |
| 6/11/2014 | LEAH GODESKY | 83 | 0.15 | 12.45 | LASERTRAK PRINTING |
| 6/11/2014 | DEIRDRE BUCKLEY | 50 | 0.15 | 7.5 | LASERTRAK PRINTING |
| 6/11/2014 | ANTON METLITSKY | 50 | 0.15 | 7.5 | LASERTRAK PRINTING |
| 6/11/2014 | DEIRDRE BUCKLEY | 2 | 1.25 | 2.5 | LASERTRAK COLOR PRINTING |
| 6/11/2014 | DEIRDRE BUCKLEY | 15 | 1.25 | 18.75 | LASERTRAK COLOR PRINTING |
| 6/11/2014 | DEIRDRE BUCKLEY | 2 | 1.25 | 2.5 | LASERTRAK COLOR PRINTING |
| 6/11/2014 | DEIRDRE BUCKLEY | 1 | 1.25 | 1.25 | LASERTRAK COLOR PRINTING |
| 6/16/2014 | LEAH GODESKY | 66 | 0.15 | 9.9 | LASERTRAK PRINTING |
| 6/16/2014 | LEAH GODESKY | 50 | 0.15 | 7.5 | LASERTRAK PRINTING |
| 6/16/2014 | ANTON METLITSKY | 55 | 0.15 | 8.25 | LASERTRAK PRINTING |
| 6/16/2014 | ANTON METLITSKY | 1 | 17.55 | 17.55 | ONLINE RESEARCH - WESTLAW |
| 6/19/2014 | ANTON METLITSKY | 1 | 143.11 | 143.11 | ONLINE RESEARCH - WESTLAW |
| 6/19/2014 | ANTON METLITSKY | 60 | 0.15 | 9 | LASERTRAK PRINTING |
| 6/19/2014 | ANTON METLITSKY | 60 | 0.15 | 9 | LASERTRAK PRINTING |
| 6/20/2014 | ANTON METLITSKY | 56 | 0.15 | 8.4 | LASERTRAK PRINTING |
| 6/24/2014 | ANTON METLITSKY | 65 | 0.15 | 9.75 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/24/2014 | ANTON METLITSKY | 3.78 | 45 | 170.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000020495-000<br>TONDREAU,KATHY<br>CREATE TOA AND TOC IN STUART -- BRIEF TO FILE FOR A.METLITSKY |
| 6/24/2014 | ANTON METLITSKY | 0.58 | 45 | 26.1 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000020532-000<br>TUPPER,RANDAL<br>REVISE DOCUMENT FOR A METLITSKY |
| 8/26/2014 | ANTON METLITSKY | 1 | 1,195.21 | 1,195.21 | OTHER PROFESSIONAL SERVICES (ACCOUNTS PAYABLE)<br>COUNSEL PRESS LLC - 9050305<br>- A METLITSKY - REPRODUCTION OF APPELLEE'S<br>BRIEF (20 COPIES,86 PGS),DISB, 06/26/14<br>Vendor=COUNSEL PRESS LLC  Balance= .00  Amount= 1195.21 |
| 10/6/2014 | LEAH GODESKY | 1 | 486.03 | 486.03 | ONLINE RESEARCH - WESTLAW |
| 10/21/2014 | ANTON METLITSKY | 88 | 0.15 | 13.2 | LASERTRAK PRINTING |
| 10/21/2014 | ANTON METLITSKY | 65 | 0.15 | 9.75 | LASERTRAK PRINTING |
| 10/21/2014 | ANTON METLITSKY | 29 | 0.15 | 4.35 | LASERTRAK PRINTING |
| 10/21/2014 | ANTON METLITSKY | 1 | 0.15 | 0.15 | LASERTRAK PRINTING |
| 10/21/2014 | ANTON METLITSKY | 1 | 0.15 | 0.15 | LASERTRAK PRINTING |
| 10/22/2014 | ANTON METLITSKY | 41 | 0.15 | 6.15 | LASERTRAK PRINTING |
| 10/22/2014 | ANTON METLITSKY | 26 | 0.15 | 3.9 | LASERTRAK PRINTING |
| 10/24/2014 | ANTON METLITSKY | 26 | 0.15 | 3.9 | LASERTRAK PRINTING |

| Date | Name / Invoice Number | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/26/2014 | ANTON METLITSKY | 271 | 0.15 | 40.65 | COPYING (COPITRAK - INTERNAL) |
| 10/26/2014 | ANTON METLITSKY | 105 | 0.15 | 15.75 | COPYING (COPITRAK - INTERNAL) |
| 10/26/2014 | ANTON METLITSKY | 613 | 1.25 | 766.25 | COLOR COPYING (COPITRAK - INTERNAL) |
| 3/26/2015 | ANTON METLITSKY | 32 | 0.15 | 4.8 | LASERTRAK PRINTING |
| 4/3/2015 | LEAH GODESKY | 34 | 0.15 | 5.1 | LASERTRAK PRINTING |
| 4/21/2015 | ANTON METLITSKY | 1 | 82.35 | 82.35 | ONLINE RESEARCH - WESTLAW |
| 4/22/2015 | ANTON METLITSKY | 1 | 28.35 | 28.35 | ONLINE RESEARCH - WESTLAW |
| 4/23/2015 | ANTON METLITSKY | 1 | 10.8 | 10.8 | ONLINE RESEARCH - WESTLAW |
| 4/29/2015 | ANTON METLITSKY | 1 | 32.4 | 32.4 | ONLINE RESEARCH - WESTLAW |
| 5/7/2015 | ANTON METLITSKY | 32 | 0.15 | 4.8 | LASERTRAK PRINTING |
| 5/11/2015 | ANTON METLITSKY | 35 | 0.15 | 5.25 | LASERTRAK PRINTING |
| 5/11/2015 | ANTON METLITSKY | 35 | 0.15 | 5.25 | LASERTRAK PRINTING |
| 5/11/2015 | ANTON METLITSKY | 0.4 | 45 | 18 | TEXT EDITING/PROOFREADING<br>JOB NUMBER: 0000063239-000<br>VAN CUREN,NANCY<br>TOA/TOC FOR A. METLITSKY |

**TOTAL:** $6,919.60