6940 Running Brook Terrace
Wilmington, North Carolina 28411
(850) 980-3688 (mobile)
katylewisparker@gmail.com

# KATHERINE LEWIS PARKER

**EXPERIENCE**

**Tin Fulton Walker & Owen, PLLC**

*Partner*, October 2012 – Present

- Litigate cases at trial and appellate level in federal and state courts in civil rights, criminal defense and employment cases.
- Admitted in all North Carolina federal districts, as well as Fourth Circuit Court of Appeals and the United States Supreme Court.

**American Civil Liberties Union of North Carolina, Raleigh, NC**

*Legal Director*, June 2006 – May 2012

- Directed the ACLU Legal Program for North Carolina.
- Litigated civil rights cases at trial and appellate level, primarily in federal courts.
- Spoke at CLEs and to community groups regarding civil rights issues.
- Interviewed in national, state and local media about civil liberties issues, including an appearance on The Rachel Maddow Show on December 14, 2009: http://www.msnbc.msn.com/id/34516621/ns/msnbc_tv-rachel_maddow_show/

**Holland & Knight, LLP, Jacksonville & Tallahassee, Florida**

*Media and Commercial Litigation Associate*, September 2001 – May 2006

- Represented independent Georgia publisher sued by town leaders for defamation.
- Office Coordinator – Opening Doors for Children Program. 2004 Tallahassee Office's Top "Pro Bono Star."
- Member, Board of Directors, Jacksonville, NC Urban League.

**Judicial Chambers of Honorable John F. Nangle, Southern District of Georgia, Savannah, Georgia**

*Law Clerk*, August 1999 – August 2001

EDUCATION **University of Georgia School of Law, Athens, Georgia**

*J.D.*, May 1999, *cum laude*; GPA 3.34 (Top 20%)

- *Georgia Law Review*, Notes Editor; Note published, 1998.
- National Association of Women Lawyers' 1999 Award for UGA Outstanding Woman Law Student of the Year.
- Equal Justice Foundation's Ava Duggar Douglas Fellow, 1998.
- Criminal Law Teaching Assistant for Associate Dean Paul M. Kurtz, 1997.
- Vice President, Women Law Students Association.

**University of Georgia, Athens, Georgia**

*B.A.*, Psychology, March 1994, *cum laude with high honors*; GPA 3.57

- President, Demosthenian Debating Society, Winter Term–1993-94.
- Member of UGA Chapter of Gamma Sigma Sigma Service Sorority.

HONORS AND PROFESSIONAL ACTIVITIES

- Named to 2015 "Super Lawyers"
- North Carolina Lawyers Weekly, "Leaders in the Law," Award Recipient, 2015
- North Carolina Lawyers Weekly, "Women of Justice" Award Recipient, 2014
- National Law Journal, "Two Steps Forward in the Carolinas" Award Recipient, 2014
- Named one of University of Georgia's Inaugural Class of "40 Under 40," 2011: http://www.alumni.uga.edu/alumni/index.php/site/40_under_40_profiles/parker
- Commissioner, North Carolina Indigent Defense Services, 2013-present
- Chair, Civil Rights Section, North Carolina Advocates for Justice, 2008-10.
- Chair, Constitutional Rights and Responsibilities Section Council, North Carolina Bar Association, 2010-11.
- Norman B. Smith Award, ACLU of North Carolina, 2013
- Ebbie Award Recipient, North Carolina Advocates for Justice, 2012.
- Board of Governors, North Carolina Advocates for Justice, 2010-2014.
- Board of Directors, North Carolina Prisoner Legal Services, 2008-2014.
- Board of Directors, North Carolina Association of Women Attorneys, 2012- 2014.
- President, Coastal Women Attorneys, 2013-2014.

PUBLICATIONS

- *Fit To Be Tied? Fourth Amendment Analysis of the Hog-Tie Restraint Procedure*, 33 GA. L. REV. 281 (1998).
- *Joyner v. Forsyth County Board of Commissioners: The Constitutionality of Sectarian Legislative Prayer,* University of North Carolina First Amendment Law Review, Vol. 10 (Winter 2012).