# EXHIBIT 1

| NC Ultrasound Hours--Julie Rikelman | | |
|---|---|---|
| Date | Time | Description of Task |
| 3/16/2012 | 1.00 | t/c w/co-counsel to discuss next steps in discovery |
| 3/21/2012 | 1.25 | t/c with Dr. Lyerly to discuss her expert report and expert discovery in this case overall; prepare for same |
| 3/22/2012 | 1.25 | correspond with Dr. Lyerly re expert report; t/c w/ Dr. Stuart & B. Anderson |
| 3/28/2012 | 0.50 | meet w/ B. Anderson re transition of case |
| 3/29/2012 | 4.25 | scribe Dr. Lyerly expert report based on recent conversations and PI declaration, communicate with Dr. Lyerly re same |
| 4/2/2012 | 1.50 | scribe Stuart expert disclosure based on PI declaration |
| 4/3/2012 | 2.50 | same as above, correspond with Dr. Stuart re same |
| 4/10/2012 | 2.50 | scribe Stuart expert disclosure, correspond with Dr. Stuart re same; conference call with co-counsel re expert reports; correspond with Dr. Lyerly and Dr. Weil re expert reports |
| 4/11/2012 | 2.50 | t/c with Dr. Lyerly to discuss expert report; scribe same based on call |
| 4/12/2012 | 1.00 | t/c with Dr. Stuart to discuss expert disclosure; revise same based on t/c and correspond with Dr. Stuart re same |
| 4/16/2012 | 3.50 | t/c with Dr. Weil to discuss expert report and scribe same based on t/c; continue to prepare Dr. Stuart expert disclosure based on additional information from Dr. Stuart; review draft report from Dr. Lyerly and correspond with Dr. Lyerly re same |
| 4/17/2012 | 3.25 | review draft expert report of Dr. Dingfelder; finalize Dr. Lyerly expert report and correspond with her re same |
| 4/18/2012 | 2.50 | t/c w/Dr. Weil re expert report and revise same based on t/c; correspond with Dr. Weil re same; continue scribing Dr. Stuart expert disclosure |
| 4/19/2012 | 2.00 | correspond with Drs. Lyerly, Stuart & Weil re expert reports; review expert report of Dr. Shores |
| 4/20/2012 | 4.00 | finalize expert reports of Drs. Lyerly, Stuart, Weil and Stotland for disclosure to opposing counsel |
| 7/25/2012 | 1.00 | Conf call with co-counsel re: Bowes deposition |
| 7/25/2012 | 2.00 | Draft memo re: suggested topics to cover in Bowes depo |
| 8/3/2012 | 1.20 | Review outline of Bowes depo; provide comments and confer with co-counsel |
| 8/20/2012 | 1.50 | Review decision on PI & 2nd amended complaint, local rules on SJ, and draft outline of strategic issues to decide for NC U/S |
| 8/21/2012 | 1.25 | Confer with co-counsel on strategy and division of labor for SJ |
| 8/24/2012 | 2.25 | Confer with co-counsel on strategy and division of labor for SJ; confer with opposing counsel re: extension of deadlines; draft corres. to clients re: status of case |
| 8/27/2012 | 3.25 | Drafting 1st Amendment section of SJ brief |
| 8/29/2012 | 0.50 | Draft notice of intent to file SJ motion; confer with co-counsel re: same |
| 8/31/2012 | 1.50 | Draft joint motion for continuance of trial date & confer with co-counsel re: same; correspond with clients re: status of case |
| 9/4/2012 | 3.50 | Draft 1st Amendment section of Motion for SJ; correspond with opposing counsel |
| 9/10/2012 | 2.50 | Review proposed 3rd Amended Complaint; review draft SJ declarations of Lyerly, Weil, and Stotland |

| Date | Hours | Description |
|---|---|---|
| 9/11/2012 | 2.00 | Review proposed 3rd Amended Complaint; correspond w/ co-counsel & opposing counsel |
| 9/12/2012 | 1.25 | Confer w/ opposing counsel re: trial continuance; correspond w/ experts re: SJ declarations; draft 3rd Amended Complaint |
| 9/14/2012 | 3.25 | Make final changes to proposed 3rd Amended Complaint; confer w/ co-counsel re: same; correpond with opposing counsel re: same; review declaration of Stotland for SJ; review summary of Bowes deposition |
| 9/18/2012 | 1.50 | T/C to opposing counsel re: motion to amend complaint; correpond w/ co-counsel re: same; scribe Stotland dec for SJ |
| 9/19/2012 | 3.25 | Correspond w/ opposing counsel; draft 1st Amendment section of SJ motion |
| 9/20/2012 | 2.25 | Review drafts of SJ brief sections; review deposition of Dr. Bowes (expert) |
| 9/21/2012 | 3.25 | Call w/ co-counsel re: SJ papers; continue scribing expert declarations for SJ; correpond w/ clients |
| 9/25/2012 | 1.00 | Finalizing amended complaint & motion/order for filing; t/c with client |
| 9/26/2012 | 2.50 | Draft 1st Amendment section for SJ moving brief; continue scribing SJ declarations |
| 9/27/2012 | 5.25 | Review and edit other sections of SJ brief and continue scribing declarations |
| 9/28/2012 | 4.25 | Review and edit other sections of SJ brief; revise 1st amendement section; |
| 10/1/2012 | 6.00 | Drafting SJ brief, incorporating edits from co-counsel |
| 10/2/2012 | 6.25 | Drafting SJ brief and finalizing declarations & exhibits for filing |
| 10/3/2012 | 5.50 | Finalizing SJ brief, drafting motion and proposed order |
| 10/4/2012 | 2.50 | Review state's motion for SJ and supporting materials; research re: same |
| 10/5/2012 | 1.25 | T/C with co-counsel about drafting opposition to state's motion for SJ; prepare for same |
| 10/15/2012 | 4.25 | Draft 1st Amendment section of SJ opposition brief; review materials cited by state in its SJ brief |
| 10/16/2012 | 2.75 | Draft 1st Amendment section of SJ opposition brief; review materials cited by state in its SJ brief |
| 10/19/2012 | 3.50 | Drafting 1st Amendment section of opposition to state's SJ motion |
| 10/22/2012 | 1.00 | Drafting 1st Amendment section of opposition to state's SJ motion |
| 10/23/2012 | 1.25 | Drafting 1st Amendment section of opposition to state's SJ motion |
| 10/26/2012 | 2.50 | Review vagueness, substantive due process, and standing sections of SJ opp brief and propose edits to same |
| 11/14/2012 | 3.25 | Review motion to strike; propose edits to same; correspond w/ co-counsel re: same |
| 11/15/2012 | 2.75 | Review severability section; propose edits to same |
| 11/19/2012 | 5.25 | Drafting 1st Amendment section of SJ opposition brief; reviewing co-counsel comments to same |
| 11/20/2012 | 2.50 | Incorporate co-counsel's edits to 1st Amendment section of SJ opp brief |
| 11/26/2012 | 3.00 | Editing due process, vagueness, and severability sections of SJ opp brief; correspond with co-counsel; editing motion to strike |
| 11/27/2012 | 2.50 | Editing above sections of brief; telephone call with co-counsel about arguments in brief |

| Date | Hours | Description |
|---|---|---|
| 11/29/2012 | 3.25 | Incorporating changes to 1st Amendment section of SJ opp brief |
| 11/30/2012 | 3.75 | Reviewing & incorporating suggested edits from other team members to SJ opp brief |
| 12/3/2012 | 3.25 | Finalizing SJ opposition brief for filing |
| 12/6/2012 | 0.50 | Review state's opposition brief |
| 12/10/2012 | 1.00 | Conference call w/ co-counsel re: reply brief |
| 12/13/2012 | 1.00 | Review J. Sokoler (fellow) draft of reply brief; edit same; confer with JS re: same |
| 12/14/2012 | 3.25 | Edit draft of SJ reply brief and circulate same to all co-counsel |
| 12/18/2012 | 3.50 | Incorporate co-counsel's edits to reply brief |
| 12/19/2012 | 2.00 | Review draft declaration and exhibits; confer w/ co-counsel re: reply |
| 12/20/2012 | 2.25 | Final proofread and review of declaration, exhibits, and brief before filing; incorporate final changes |
| 1/4/2013 | 2.25 | Review and edit reply in support of motion to strike |
| 5/29/2013 | 1.00 | Call with co-counsel to discuss amicus strategy |
| 7/9/2013 | 2.00 | Review court order; review recent 4th Circuit decisions and summarize same |
| 7/10/2013 | 1.00 | Write up outline of 10-page brief to court; meet w/ Jenn Sokoler re: drafting brief |
| 7/15/2013 | 1.50 | Editing supplemental brief; discussion w/ co-counsel re: strategy for brief |
| 7/16/2013 | 6.00 | Editing supplemental brief; reviewing case law |
| 7/18/2013 | 2.50 | Editing supplemental brief; reviewing case law |
| 7/19/2013 | 2.00 | Editing supplemental brief; reviewing case law; reviwing cite-check of brief |
| 7/22/2013 | 2.25 | Finalizing brief for filing; review State's supplemental brief |
| 7/23/2013 | 2.25 | Draft & revise Statement of Undisputed Material Facts |
| 7/25/2013 | 2.50 | Draft & revise Statement of Undisputed Material Facts; review SJ declarations & Bowes deposition for same |
| 7/29/2013 | 1.25 | Final review of cite-checked Statement of Undisputed Material Facts before sending to opposing counsel |
| 8/1/2013 | 1.00 | Prep to participate in Court conference & begin prep for SJ oral argument |
| 8/12/2013 | 1.00 | Prepare for SJ hearing |
| 8/13/2013 | 0.50 | Prepare for SJ hearing |
| 8/14/2013 | 6.50 | Prepare for SJ hearing; Review State's response to Plaintiff's Statement of Undisputed Material Facts; confer w/ co-counsel re: same; review draft joint motion to file separate statements |
| 8/15/2013 | 6.75 | Review motion by State & Plaintiffs' response re: Statement of Undisputed Material Facts; confer w/ co-counsel re: same; prep for SJ hearing (review cases & hard questions/answers) |

| Date | Hours | Description |
|---|---|---|
| 8/16/2013 | 6.25 | Prepare for SJ hearing: review cited cases, filings, draft hard questions & answers |
| 8/19/2013 | 1.00 | Call with co-counsel to discuss joint stipulation of facts |
| 8/20/2013 | 4.50 | Prepare for & participate in moot for NC hearing |
| 8/21/2013 | 8.25 | Finalize hard questions & answers for SJ hearing; complete review of relevant case law; work on statement of undisputed facts & objections to same |
| 8/22/2013 | 8.50 | Fly to NC for SJ hearing; complete prep for same by finalizing remarks for argument |
| 8/23/2013 | 8.00 | Conduct SJ hearing in NC; fly back to home to NYC |
| 1/17/2014 | 2.25 | Review district court opinion and judgment; correspond with clients re: same; t/c w/ Dr. Stuart re: same |
| 2/4/2014 | 1.00 | T/C w/ team re: next steps and amicus strategy for appeal |
| 2/5/2014 | 0.25 | Correspond w/ Dr. Lyerly & C. Brook re: recruiting NC Medical Society as potential amicus |
| 2/6/2014 | 0.50 | Assign research re: recent amicus briefs filed in similar cases and supervise same |
| 2/21/2014 | 0.50 | Correspond w/ all clients and experts re: state's appeal |
| 2/26/2014 | 1.00 | T/C w/ co-counsel re: amicus strategy and other next steps on appeal |
| 2/27/2014 | 1.00 | T/C w/ Kelly Martin re: corporate disclosure statement; review and approve same for filing; outreach to APA contacts for potential amicus brief; meet w/ N. Rosenbloom re: same |
| 3/11/2014 | 1.00 | Correspond w/ co-counsel and review filing on stipulation re: attorney's fees |
| 3/25/2014 | 0.75 | Correspond w/ co-counsel about state's request for extension; meet w/ J. Sokoler to discuss amicus strategy for scholars brief; discuss timeline for completing research projects; correspond w/ co-counsel re: same |
| 3/26/2014 | 0.25 | Correspond with co-counsel re: agenda and timing for next team call |
| 4/3/2014 | 2.50 | Review research by co-counsel on 1st Amendement, overbreadth law, NC informed consent law, standard of review on discovery rulings, and articles cited by Judge Eagles in her opinion; t/c with co-counsel to discuss next steps on appeal |
| 4/21/2014 | 0.75 | Review proposed items for Appendix on appeal; correspond with co-counsel re: same |
| 5/2/2014 | 1.00 | Review 4th Circuit appeal brief filed by State |
| 5/5/2014 | 1.75 | correspond with ACOG re: amicus brief; t/c with co-counsel re: drafting our appeals brief; t/c with J. Sokoler re: status of appeal draft; review J. Sokoler draft of brief |
| 5/6/2014 | 1.50 | Review State's appeal brief & outline key points to address in our brief in response |
| 5/7/2014 | 2.00 | Further review of J. Sokoler draft of appeal brief; identify additional points to cover & proposed restructure |
| 5/14/2014 | 1.75 | Meet w/ J. Sokoler re: plan for completing initial drafts of appeal brief; draft initial summary of argument to frame brief |
| 5/15/2014 | 6.25 | Draft appeal brief; review Judge Eagles opinion for same; draft fact sections & section on why not an undue burden case |
| 5/16/2014 | 7.75 | Draft appeal brief, particularly section on why law is inconsistent with medical & legal informed consent standard, & revise fact sections |
| 5/19/2014 | 6.50 | Draft appeal brief, in particular, sections on why *Casey* does not control and factual sections; review JA for same |
| 5/20/2014 | 6.00 | Draft appeal brief; review caselaw for same; review State brief again to make sure all points covered & revise for same |

| Date | Hours | Description |
|---|---|---|
| 5/21/2014 | 4.25 | Revise appeal brief; correspond with co-counsel re: same and provide complete draft to co-counsel |
| 6/13/2014 | 2.25 | Review State's brief again to confirm current draft fully responsive; edit draft |
| 6/16/2014 | 2.75 | Review edits from co-counsel on appeal brief; confer with co-counsel re: draft appeal brief and steps for finalizing same; discuss amicus strategy with co-counsel |
| 6/17/2014 | 5.25 | Revise appeal brief based on edits from co-counsel |
| 6/19/2014 | 2.50 | Review edits from co-counsel and confer with co-counsel re: same |
| 6/20/2014 | 2.75 | Review cases added to brief by co-counsel; confer with J. Sokoler re: same & issues raised by cite check of brief; confer with co-counsel re: process for finalizing brief |
| 6/22/2014 | 3.75 | Review new cases added to brief by co-counsel; revise brief & incorporate co-counsel edits to same |
| 6/23/2014 | 9.75 | Review entire brief for accuracy of record & case citations; final line edits to brief; incorporate final comments from co-counsel; add additional case citations |
| 6/24/2014 | 1.50 | Final changes and review of brief; confer with A. Metlitsky re: same |
| 10/1/2014 | 3.00 | Begin preparation for oral argument; review all appeal briefs filed, including amicus briefs |
| 10/15/2014 | 1.75 | Prepare for oral argument by reviewing 1st Amendment cases decided since briefing was filed |
| 10/16/2014 | 5.50 | Prepare for oral argument by reviewing 1st Amendment cases decided since briefing was filed & relevant cases cited therein; research status of same |
| 10/17/2014 | 6.25 | Continue review of relevant decisions; draft prepared remarks for oral argument |
| 10/18/2014 | 1.75 | Continue review of relevant decisions |
| 10/20/2014 | 6.50 | Draft prepared remarks; draft answers to hard questions |
| 10/21/2014 | 5.00 | Draft prepare remarks & answers to hard questions; review relevant decisions |
| 10/22/2014 | 5.50 | Attend moot of oral argument with co-counsel; prepare for same; revise prepared remarks & answers to hard questions based on same; review supplemental authorities filing |
| 10/23/2014 | 5.00 | Prepare answers to hard questions; review NC state caselaw on informed consent & other relevant cases |
| 10/24/2014 | 7.50 | Prepare answers to hard questions; attend moot of oral argument; review status of CPC cases raising 1st Amendment claims in 2nd Circuit & other recent 1st Amendment opinions from D.C. Circuit |
| 10/27/2014 | 7.00 | Review key documents in Joint Appendix; final changes to prepared remarks & hard questions/answers; review additional caselaw; communicate with all clients re upcoming appeals court hearing |
| 10/28/2014 | 9.50 | Final prep with prepared remarks & hard questions/answers; travel to Richmond for oral argument |
| 10/29/2014 | 8.50 | Present oral argument at 4th Circuit; travel back to NYC |
| 12/22/2014 | 1.25 | Review decision from 4th Circuit & confer with clients & co-counsel re: same |
| 3/23/2015 | 1.25 | Begin review of cert petition & t/c w/ Dr. Stuart |
| 3/24/2015 | 1.50 | Review cert petition; review cases cited in same; outline brief in opposition |
| 3/26/2015 | 1.25 | Confer with co-counsel re: brief in opposition |
| 3/30/2015 | 1.25 | Strategy call with team re: contents of brief in opposition; assign research to H. Schneller |
| 4/2/2015 | 0.50 | communicate with all clients re status of case |
| 4/8/2015 | 3.50 | Review 4th Circuit decision & draft brief in opposition; review research from H. Schneller |

| Date | Hours | Description |
|---|---|---|
| 4/9/2015 | 4.00 | Draft brief in opposition |
| 4/22/2015 | 4.25 | Draft brief in opposition |
| 4/23/2015 | 4.50 | Draft brief in opposition; confer with co-counsel re: same; edit same |
| 4/24/2015 | 1.25 | Confer with co-counsel re: draft of brief in opposition & edits to same |
| 4/29/2015 | 1.50 | Call with co-counsel re: draft brief in opposition |
| 4/30/2015 | 3.50 | Revise brief in opposition |
| 5/1/2015 | 2.75 | Revise brief in opposition & circulate to co-counsel |
| 5/5/2015 | 2.50 | Incorporate comments to brief in opposition from co-counsel; supervise fact-cite check & meet with H. Schneller re: same |
| 5/6/2015 | 4.75 | Revise brief in opposition based on co-counsel comments |
| 5/7/2015 | 2.75 | Edit brief in opposition; t/c with co-counsel re: same |
| 5/8/2015 | 3.50 | Edit brief in opposition & incorporate record & cite-check changes to same |
| 5/11/2015 | 2.25 | Final substance review of brief & confer with co-counsel re: same |
| 5/12/2015 | 1.50 | Final proofread of brief; confer with client re: name change; edit brief re: same |
| 5/22/2015 | 1.25 | communicate with Supreme Court's clerk's office re status of filings; review State's reply brief |
| 6/15/2015 | 0.50 | communicate with all clients re: denial of cert |
| | 447.20 | TOTAL |