# EXHIBIT 2

| NC Ultrasound Hours--Bebe Anderson | | |
|---|---|---|
| Date | Time | Description of Task |
| 8/1/2011 | 0.60 | review of statute |
| | 0.50 | review of internal memos re bill |
| | 0.20 | telephone call w/ David Lipton |
| | 0.10 | telephone call to Kelly Martin |
| | 0.10 | email to Dr. Ross |
| 8/2/2011 | 0.30 | telephone call w/ David Lipton |
| 8/3/2011 | 0.30 | telephone call w/ Dr. Ross |
| 8/4/2011 | 0.10 | telephone call to potential client |
| | 3.10 | analysis of potential suit |
| 8/5/2011 | 3.40 | analysis of bill & potential challenge |
| | 0.60 | telephone call w/ potential client |
| | 0.80 | research re NC federal & state cases re abortion |
| 8/6/2011 | 4.90 | evaluation of potential claims & related research |
| | 0.40 | research re NC claims |
| 8/7/2011 | 7.80 | evaluation of potential claims & related research |
| 8/8/2011 | 1.10 | research re NC constitution |
| | 0.60 | telephone call w/ Kelly Martin |
| 8/9/2011 | 0.20 | telephone call w/ potential client |
| | 0.20 | telephone call w/ Taft of AbCN |
| | 0.30 | telephone call w/ David Lipton |
| | 0.10 | telephone call to Kelly Martin |
| | 0.40 | telephone call w/ Dr. Grimes |
| 8/10/2011 | 0.90 | telephone call w/ potential client |
| | 0.70 | telephone call w/ potential client |
| | 0.50 | telephone call w/ David Lipton |
| | 0.30 | telephone call w/ Dr. Ross |
| 8/11/2011 | 1.20 | misc case preparation work |
| | 0.70 | telephone call w/ potential client |
| | 0.60 | telephone call w/ potential client |
| | 0.80 | fact research re possible clients |
| | 1.50 | notes re provider info |
| 8/12/2011 | 0.40 | telephone call w/ Dr. Ross |
| | 0.80 | preparation of retainers |
| | 0.70 | telephone call w/ Kelly Martin |
| | 0.10 | telephone call to David Grimes |
| | 1.20 | misc case preparation work |
| | 1.10 | notes re client conversations |
| 8/13/2011 | 0.30 | review of info from possible co-counsel |
| | 4.60 | research re state constitutional claims |
| | 0.90 | research re federal claims |
| 8/14/2011 | 0.30 | preparation of memo re state constitutional claims |
| | 5.70 | research re state constitutional claims |

| | | |
|---|---|---|
| | 1.20 | research re federal free speech claims |
| 8/15/2011 | 0.50 | research re state constitutional claims |
| | 0.60 | review of notes re client concerns |
| | 0.40 | telephone call w/ ACLU |
| | 0.10 | telephone call w/ PP |
| | 0.80 | calls to providers |
| | 2.10 | misc re case preparation |
| | 1.20 | search for local counsel |
| | 0.50 | emails to clients & other providers |
| 8/16/2011 | 0.20 | call to client |
| | 0.30 | telephone call w/ Dr. Stuart |
| | 0.20 | call & email to potential local counsel |
| | 0.30 | call & email to potential expert |
| | 1.50 | misc case preparation work |
| 8/17/2011 | 1.50 | telephone call w/ ACLU lawyers |
| | 0.20 | telephone call w/ PPFA lawyer |
| | 0.30 | telephone call w/ potential client |
| | 0.60 | telephone call w/ Dr Grimes |
| | 0.30 | telephone call w/ Dr Stuart |
| | 3.50 | misc case preparation work |
| 8/18/2011 | 4.00 | misc case preparation work |
| | 0.30 | email to potential expert |
| | 0.80 | telephone calls w/ potential local counsel |
| 8/19/2011 | 1.80 | misc case preparation work |
| | 4.90 | research re possible criminal penalties & memo re same |
| | 0.20 | call to potential local counsel |
| 8/20/2011 | 0.60 | research re possible defendants |
| | 5.90 | research re possible claims |
| 8/21/2011 | 2.50 | analysis of claims, statutory provisions & compliance issues |
| | 1.20 | drafting complaint |
| | 0.70 | research re courts & court rules |
| | 2.40 | misc case preparation work |
| 8/22/2011 | 0.60 | discussion re possible claims |
| | 0.50 | misc case preparation work |
| | 1.90 | telephone call w/ ACLUs |
| 8/23/2011 | 0.70 | communications w/ potential clients |
| | 0.30 | telephone call w/ Dr. Stuart |
| | 0.50 | communication w/ potential local counsel |
| | 1.40 | telephone calls w/ ACLU attorneys re strategy issues |
| | 1.20 | research of misc issues |
| | 1.40 | misc case preparation work |
| 8/24/2011 | 0.30 | discussion w/ Nancy re potential pro bono counsel |
| | 1.00 | telephone conference w/ ACLUs re claims |
| | 0.20 | email to potential local counsel |

| | | |
|---|---|---|
| | 1.10 | preparation of info re claims |
| | 0.80 | telephone call w/ possible co-counsel |
| | 0.60 | preparation of client correspondence |
| | 0.50 | telephone calls to clients |
| | 0.50 | preparation of case plan & budget |
| | 0.20 | email to potential co-counsel |
| | 0.50 | preparation of joint prosecution agreement |
| | 0.40 | case prep re legal research needed |
| 8/25/2011 | 1.50 | misc case preparation work |
| | 0.40 | telephone conversation w/ Dr Stuart |
| | 1.60 | preparation of claims |
| | 0.80 | telephone call w/ ACLU-NC |
| | 0.40 | review of legal research re state law issues |
| | 0.40 | preparation of retainers |
| 8/26/2011 | 0.30 | preparation of retainers |
| | 0.30 | communications w/ clients |
| | 2.30 | drafing complaint |
| | 0.30 | communications w/ PPFA attorneys |
| 9/5/2011 | 8.10 | drafting First Amendment sections for PI brief |
| 9/6/2011 | 0.60 | case preparation--misc |
| | 1.20 | telephone call w/ co-counsel |
| | 0.30 | revising joint prosecution agreement |
| | 2.80 | drafting complaint |
| 9/7/2011 | 0.30 | telephone call w/ Flaxman re research |
| | 3.40 | review of memo & case law re retroactivity |
| | 1.90 | preparation of memo re claim accrual |
| 9/8/2011 | 1.00 | preparation of memo re claim accrual |
| | 0.80 | misc case preparation work |
| | 1.00 | conference call w/ PPFA & ACLUs re case prep |
| | 0.20 | communications w/ clients re law & case prep |
| 9/9/2011 | 0.40 | conversation w/ potential client re law & implementation |
| | 0.30 | conversation w/ Taft re law & providers |
| | 0.30 | telephone call w/ potential local counsel |
| 9/10/2011 | 3.40 | drafting forced speech by physician for PI brief |
| | 2.10 | preparation of complaint & PI papers |
| 9/11/2011 | 4.50 | preparation of PI brief re First A issues |
| | 1.80 | preparation of claims for complaint & PI |
| | 1.20 | research re 4th Cir cases on various claims |
| 9/12/2011 | 1.50 | misc case preparation work |
| | 0.90 | telephone call w/ Ross & Lipton |
| | 0.70 | telephone call w/ Martin |
| | 0.20 | telephone call w/ Parker |
| | 0.40 | emails to co-counsel |
| | 1.10 | telephone call w/ co-counsel |

| | | | |
|---|---|---|---|
| | 1.40 | revisions to draft PI brief speech sections |
| | 1.80 | review of vagueness draft for PI brief |
| 9/13/2011 | 0.20 | telephone call w/ HK re vagueness issue |
| | 1.20 | preparation of compliance info for clients |
| 9/14/2011 | 0.70 | telephone conference w/ co-counsel re claims issues |
| | 0.60 | preparation of PI motion |
| | 0.30 | telephone call w/ ethics expert |
| | 0.80 | misc case preparation work |
| 9/15/2011 | 1.10 | review of client info |
| | 0.20 | telephone call w/ Dr. Bryant |
| | 0.40 | preparation of retainers |
| | 1.00 | preparation of fact support for PI motion |
| | 0.40 | communications w/ clients |
| 9/16/2011 | 1.00 | telephone call w/ client Stuart |
| | 0.30 | telephone call w/ expert Lyerly |
| | 0.80 | telephone call w/ co-counsel Parker |
| | 0.60 | misc case preparation work |
| | 1.50 | preparation of fact support for PI motion |
| | 0.60 | preparation of draft of Stotland declaration |
| | 0.70 | telephone call w/ additional physician |
| 9/17/2011 | 1.10 | misc case preparation work |
| | 0.40 | communications w/ potential expert |
| | 5.20 | preparation of complaint |
| 9/18/2011 | 4.80 | preparation of complaint |
| | 0.90 | misc case preparation work |
| | 0.40 | revising PI brief re first A claims |
| 9/19/2011 | 1.80 | misc case preparation work |
| | 0.20 | emails w/ clients |
| | 0.60 | revising Stotland dec |
| | 1.30 | communications w/ co counsel re possible claims |
| | 0.20 | telephone call w/ local atty re case prep |
| | 1.30 | telephone call w/ co-counsel |
| | 0.40 | preparation of Stuart declaration |
| 9/20/2011 | 0.30 | misc case preparation work |
| | 2.70 | preparation of Stuart declaration |
| | 0.20 | telephone call w/ possible expert |
| | 1.30 | preparation of Lyerly declaration |
| | 0.50 | telephone call w/ co-counsel Camp about claims |
| | 0.70 | telephone call w/ client Stuart |
| 9/21/2011 | 1.20 | emails to clients re meetings, retainers, etc |
| | 0.30 | emails to Dr. Lyerly |
| | 0.80 | revisions to court papers & emails w/ co-counsel re same |
| 9/22/2011 | 1.50 | client meeting & site visit, Raleigh |
| | 1.00 | client meeting & site visit, Greensboro |

| | | |
|---|---|---|
| | 2.30 | revising the complaint |
| | 1.50 | travel from NY to NC, working while traveling |
| | 1.50 | travel from NY to NC, not working while traveling |
| | 3.00 | travel w/in NC for client visits |
| 9/23/2011 | 0.80 | telephone call w/ Dr. Bryant |
| | 0.50 | meeting w/ Dr. Stuart |
| | 1.50 | travel from NC to NY, working while traveling |
| | 1.50 | travel from NC to NY, not working while traveling |
| 9/24/2011 | 1.10 | telephone call w/ client Stuart |
| | 3.40 | revising Stuart dec for PI |
| | 0.60 | revising Lyerly dec per tc |
| | 0.40 | misc case prep |
| | 1.10 | revising PI brief |
| | 0.70 | revising complaint |
| 9/25/2011 | 6.70 | revising PI brief |
| | 0.30 | revising complaint |
| | 0.50 | preparation of final versions of declarations for PI |
| 9/26/2011 | 8.40 | preparing case for filing--various tasks |
| 9/27/2011 | 5.60 | revisons of complaint & other court papers |
| 9/28/2011 | 3.90 | finalizing client & expert declarations & other court papers |
| 9/29/2011 | 0.70 | emails to clients re case |
| 9/30/2011 | 0.30 | emails to clients re case & status of law |
| 10/3/2011 | 0.30 | emails w/ co-counsel re service & effective date issues |
| | 0.50 | preparation of TRO proposed order |
| | 1.70 | misc case prep |
| | 0.80 | revision of motion for expedited hearing |
| 10/4/2011 | 1.00 | telephone conference w/ co-counsel re case strategy & prep |
| | 0.60 | emails to clients re case status |
| 10/5/2011 | 0.50 | telephone call w/ atty for NC Medical Board |
| | 1.00 | preparation of co-counsel agreement for OMM |
| | 0.30 | telephone call w/ client |
| 10/6/2011 | 2.20 | review of information from clients |
| | 0.80 | review of notes & other materials re legal claims |
| 10/7/2011 | 0.30 | communication w/ local & pro bono counsel re case issues |
| | 0.60 | telephone call w/ Charlotte provider |
| | 0.40 | telephone call w/ Asheville provider |
| 10/10/2011 | 7.90 | preparation for oral argument & reply for PI/TRO motion |
| | 0.30 | telephone call w/ co-counsel re argument prep |
| 10/11/2011 | 1.00 | telephone call w/ co-counsel re argument & reply prep |
| | 5.10 | preparation for oral argument & reply for PI/TRO motion |
| 10/12/2011 | 3.90 | legal research in prep for reply & argument |
| | 0.80 | telephone call w/ OMM |
| | 0.60 | review of Defs ' opposition to PI/TRO |
| | 0.50 | discussion w/ co-counsel re reply brief |

| | | |
|---|---|---|
| | 3.90 | preparation of reply |
| 10/13/2011 | 10.90 | preparation of reply brief for PI/TRO |
| 10/14/2011 | 1.10 | finalization of reply brief for PI/TRO |
| | 3.40 | preparation for oral argument on PI/TRO motion |
| | 0.10 | communication w/ client Stuart |
| | 0.10 | communication w/ expert Stotland |
| | 0.10 | communication w/ possible experts |
| 10/15/2011 | 0.80 | preparation for oral argument re substantive dp claim |
| | 2.20 | preparation for oral argument re vagueness claims |
| | 0.50 | preparation for oral argument re free speech claim |
| | 2.20 | preparation for oral argument |
| 10/16/2011 | 1.80 | travel for work, but working while traveling |
| | 3.70 | travel for work, other |
| | 4.80 | preparing for oral argument on PI/TRO |
| 10/17/2011 | 3.50 | appearance at court for oral argument |
| | 0.40 | travel to & from court |
| | 5.30 | travel from hotel to home |
| | 2.40 | preparation for argument |
| 10/18/2011 | 0.50 | telephone call w/ co-counsel re hearing & prop'd orders |
| | 0.20 | emails w/ co-counsel re case activity |
| | 5.20 | preparation of proposed orders |
| | 0.30 | communications w/ clients re hearing |
| | 0.20 | emails to & from opposing counsel |
| 10/19/2011 | 2.90 | finalizing proposed orders for court |
| 10/20/2011 | 0.50 | reviewed Defs' proposed orders & discussed w/ co-counsel |
| 10/23/2011 | 0.50 | emails to & from clients re Act |
| | 0.20 | email to Stuart re PI motion |
| | 0.30 | review of co-counsel agreement & emails re same |
| 10/24/2011 | 1.10 | telephone call w/ clients Ross & Lipton |
| | 0.50 | telephone call w/ potential client |
| | 1.20 | telephone call w/ client Martin |
| | 1.00 | telephone call w/ co-counsel re compliance issues |
| | 0.40 | telephone call w/ potential client |
| | 0.30 | emails to NC attorneys re case |
| | 0.40 | notes re conversation w/ client |
| | 0.70 | revising joint prosecution agreement |
| 10/25/2011 | 2.60 | telephone calls w/ clients about Court's decision |
| | 0.90 | telephone call w/ co-counsel about decision |
| | 0.40 | review of court's decision |
| 10/26/2011 | 1.20 | preparation of motion for clarification |
| | 2.30 | preparation of memo to clients re Court decision |
| 10/30/2011 | 0.40 | email to co-counsel re strategy & case prep issues |
| 10/31/2011 | 1.00 | telephone call w/ co-counsel re upcoming motions & case prep |
| 11/3/2011 | 1.60 | misc case prep |

| | | |
|---|---|---|
| | 1.20 | preparation for motions re PI order |
| | 0.80 | preparation of information for client re requirements |
| | 0.70 | research re possible experts |
| 11/4/2011 | 1.80 | legal research re free speech issues |
| | 0.30 | emails re possible experts |
| | 0.60 | research re possible experts |
| 11/5/2011 | 0.90 | telephone call w/ possible mental health expert |
| | 0.30 | review of information re possible mental health experts |
| | 0.30 | misc case prep |
| 11/8/2011 | 4.10 | revisions to motion to vacate PI order |
| 11/9/2011 | 1.10 | revisions to motion to vacate PI order |
| | 0.30 | emails to clients re case developments |
| | 0.60 | telephone call w/ client GS |
| | 0.50 | telephone call w/ client DG |
| | 0.40 | telephone call w/ client AB |
| 11/10/2011 | 0.20 | final review of motion for modification of PI ruling |
| | 0.30 | emails to co-counsel re case developments |
| | 1.00 | telephone call w/ co-counsel re pdg motions |
| | 1.00 | misc case prep |
| 11/11/2011 | 0.40 | telephone call w/ client GS |
| | 0.90 | emails to clients re case developments |
| | 0.20 | misc case prep |
| | 0.20 | email to co-counsel re case development |
| 11/15/2011 | 0.50 | telephone conference w/ potential expert |
| 11/16/2011 | 0.10 | review of email from client |
| | 0.70 | telephone call w/ provider |
| 11/18/2011 | 0.20 | email to client AB |
| 11/19/2011 | 0.40 | emails to & from clients re Act |
| 11/22/2011 | 0.20 | drafting amended complaint |
| 11/23/2011 | 0.10 | emails w/ co-counsel re PPHS declaration |
| | 0.90 | misc case prep |
| 11/28/2011 | 0.90 | misc case prep |
| | 0.20 | telephone call to Dr. Stuart |
| | 1.00 | telephone call w/ co-counsel re pdg matters |
| | 0.50 | telephone calls w/ opposing counsel re pdg matters |
| 11/29/2011 | 0.40 | preparation of Stuart declaration |
| | 2.40 | preparation of amended complaint |
| | 0.10 | call to opposing counsel |
| 11/30/2011 | 0.20 | communications w/ client Stuart |
| | 0.20 | revising amended complaint |
| 12/1/2011 | 0.50 | revisions to Stuart declaration |
| | 0.80 | finalizing amended complaint |
| 12/3/2011 | 4.30 | preparation for hearing on motion for modification of PI ruling |
| | 1.80 | preparation for status conference |

| | | |
|---|---|---|
| 12/4/2011 | 1.50 | travel, working while traveling |
| | 1.50 | travel, not working while traveling |
| | 1.50 | travel from Raleigh to Greensboro |
| 12/5/2011 | 1.50 | appearance at court for oral argument |
| | 1.50 | travel back to Raleigh for flight to NYC |
| | 3.00 | travel NC to NYC |
| 12/6/2011 | 0.50 | review & revise proposed order re motion for modification |
| 12/7/2011 | 0.20 | finalize & send proposed order re motion for modification |
| 12/9/2011 | 0.60 | communications w/ co-counsel re proposed order |
| | 1.20 | calls w/ clients re proposed order language |
| | 0.30 | communications w/ opposing counsel re proposed order |
| 12/11/2011 | 0.70 | drafting final proposed orders & transmittals |
| | 0.30 | emails to clients re case status |
| | 0.20 | email to OMM re case status |
| 12/21/2011 | 0.70 | communications to clients re ruling on motion to clarify |
| 1/6/2012 | 0.20 | review of & communications w/ co-counsel re notice of appeal |
| | 0.40 | review of Rules 16 & 26 & communications w/ co-counsel re conf |
| 1/7/2012 | 0.70 | misc case prep |
| | 0.50 | communications to clients re case status |
| | 1.00 | preparation of Rule 26 report |
| 1/19/2012 | 0.60 | telephone call w/ co-counsel re 26(f) & other matters |
| | 0.10 | email to co-counsel re next steps |
| 1/29/2012 | 2.20 | preparation of Rule 26 report |
| 1/31/2012 | 1.00 | meeting w/ co-counsel re Rule 26 report & appeal |
| 2/8/2012 | 0.60 | revisions to Rule 26 report |
| 2/10/2012 | 0.30 | communications w/ co-counsel re Rule 26f issues |
| | 1.00 | conference call w/ opposing counsel re Rule 26f issues |
| 2/13/2012 | 0.40 | revisions to Rule 26 report |
| | 0.40 | conference call w/ opposing counsel re Rule 26f issues |
| | 0.30 | communications w/ co-counsel re Rule 26f issues |
| 2/14/2012 | 0.30 | revisions to Rule 26 report |
| | 0.20 | communications w/ co-counsel re Rule 26f issues |
| | 0.40 | emails to client re case status |
| 2/15/2012 | 0.10 | emails w/ opposing counsel re Rule 26 report |
| 2/17/2012 | 0.10 | emails w/ opposing counsel re Rule 26 report |
| 2/23/2012 | 0.10 | emails to & from client |
| 2/24/2012 | 0.10 | emails from co-counsel re case status |
| 2/29/2012 | 0.10 | email to co-counsel re amending complaint |
| 3/5/2012 | 1.00 | telephone call w/ co-counsel re amending complaint |
| | 0.70 | preparation of amended complaint & stip & order re same |
| | 0.30 | preparation of discovery requests |
| 3/8/2012 | 0.10 | emails w/ opposing counsel re Stip to drop claims |
| | 0.20 | emails w/ local counsel re case filing |
| 3/11/2012 | 1.10 | drafting initial discovery requests |

| | | |
|---|---|---|
| 3/13/2012 | 0.10 | email from opposing counsel |
| 3/14/2012 | 0.10 | email to opposing counsel |
| 3/16/2012 | 1.00 | conference call w/ co-counsel re discovery & experts |
| | 0.20 | email to co-counsel re discovery & experts |
| 3/19/2012 | 0.60 | emails to clients re discovery issues |
| | 0.10 | email to potential expert witness re case status |
| 3/21/2012 | 0.20 | emails to & from clients re discovery issues |
| 3/22/2012 | 0.20 | emails to & from potential experts |
| 3/23/2012 | 0.20 | emails to opposing counsel re extension |
| | 0.30 | emails to co-counsel re misc case developments |
| 3/25/2012 | 0.30 | review of emails from experts & co-counsel |
| | 0.50 | emails to & from co-counsel re defs' issue |
| | 0.60 | review of info re possible experts & email to co-counsel re same |
| 3/26/2012 | 1.00 | telephone call w/ possible expert |
| | 0.50 | discussion w/ J Crepps re use of possible experts |
| 3/27/2012 | 0.20 | discussion w/ J Crepps re use of possible experts |
| | 0.70 | email to co-counsel re expert issues |
| 3/29/2012 | 1.00 | preparation re expert evidence & misc case strategy |
| | 0.90 | telephone call w/ possible expert |
| 4/1/2012 | 1.90 | preparation of case |
| | 1.10 | preparation of expert report re pscyholgical issues |
| | 2.10 | review & other prep re inf'd consent & ethics expert |
| 4/8/2012 | 0.90 | review of Stuart expert report draft |
| 4/18/2012 | 1.40 | review of Defs' discovery responses |
| | 0.60 | review of expert reports |
| 5/9/2012 | 0.30 | emails to clients re case status |
| | **431.6** | **TOTAL** |