# EXHIBIT 3

| NC Ultrasound Hours--Jennifer Sokoler | | |
|---|---|---|
| Date | Time | Description of Task |
| 9/12/2012 | 0.30 | Meeting with J. Rikelman to introduce the case |
| 9/12/2012 | 0.30 | Summarize Bowes deposition |
| 9/12/2012 | 4.00 | Summarize Bowes deposition |
| 7/9/2013 | 2.00 | Reviewing court order; reading 4th Circuit cases referenced therein |
| 7/10/2013 | 2.00 | Discussing outline of supplemental brief with JR; begin drafting |
| 7/16/2013 | 2.00 | Responding to research questions relating to supplemental brief |
| 7/17/2013 | 2.00 | Responding to research questions relating to supplemental brief |
| 8/6/2013 | 6.00 | Prep for SJ hearing |
| 8/7/2013 | 4.00 | Prep for SJ hearing |
| 8/8/2013 | 2.00 | Prep for SJ hearing |
| 8/12/2013 | 4.00 | Prep for SJ hearing |
| 8/14/2013 | 2.00 | Research for SJ hearing |
| 8/15/2013 | 2.00 | Research for SJ hearing |
| 8/16/2013 | 1.00 | Research for SJ hearing |
| 8/21/2013 | 1.00 | Prep binders for SJ hearing |
| 1/17/2014 | 2.00 | Review district court opinion |
| 2/4/2014 | 1.00 | T/C re: amicus strategy |
| 2/26/2014 | 1.00 | T/C re: amicus strategy |
| 3/31/2014 | 3.00 | Research on overbreadth doctrine for appeals brief |
| 4/3/2014 | 1.00 | Review research memos produced by co-counsel |
| 4/3/2014 | 1.50 | T/C re: Appeal Research |
| 4/10/2014 | 4.00 | Drafting opposition brief |
| 4/17/2014 | 4.00 | Drafting opposition brief |
| 4/23/2014 | 4.00 | Drafting opposition brief |
| 4/29/2014 | 0.25 | Call with co-counsel regarding amicus strategy |
| 5/5/2014 | 4.00 | Read opp brief and draft opp brief |
| 5/5/2014 | 1.00 | T/C with co-counsel regarding brief |
| 5/14/2014 | 1.00 | Discuss brief with JR and continue drafting |
| 5/15/2014 | 2.00 | Drafting opposition brief |
| 5/19/2014 | 4.00 | Drafting opposition brief |
| 5/19/2014 | 3.00 | Drafting opposition brief |
| 6/5/2014 | 4.00 | Drafting opposition brief |
| 6/6/2014 | 3.00 | Drafting opposition brief |
| 6/19/2014 | 5.00 | Citechecking brief |
| 6/20/2014 | 4.00 | Checking brief |
| 6/23/2014 | 4.00 | Checking brief |
| | 91.35 | TOTAL |