# EXHIBIT 4

| NC Ultrasound Hours--Hillary Schneller | | |
|---|---|---|
| Date | Time | Description |
| 10/22/2014 | 0.50 | Meet with JR re research for NC oral argument prep |
| 10/22/2014 | 2.00 | Review and summarize compelled speech cases for JR oral argument prep |
| 10/23/2014 | 2.00 | Review and summarize compelled speech cases for JR oral argument prep |
| 10/24/2014 | 1.00 | JR NC ultra moot |
| 3/23/2015 | 2.50 | Review cert petition and lower court opinions |
| 3/26/2015 | 1.00 | Call with NC team re opp cert |
| 3/30/2015 | 1.00 | Call with NC team re opp cert |
| 3/31/2015 | 3.50 | Summarize compelled speech case updates for opp cert |
| 4/27/2015 | 1.00 | Review opp cert draft |
| 4/29/2015 | 1.00 | Call with NC team re opp cert |
| 4/30/2015 | 1.50 | Review opp cert draft |
| 5/7/2015 | 3.00 | Cite-check facts section; spot cite-check remainder of brief |
| 5/7/2015 | 1.00 | Call with NC team re opp cert |
| 5/8/2015 | 2.00 | Review, edit opp cert draft |
| 5/11/2015 | 3.00 | Review, edit opp cert draft |
| 5/12/2015 | 0.75 | Review and finalize opp cert |
| | 26.75 | TOTAL |