# EXHIBIT 5

**CRR Costs for NC Ultrasound Case**

| Grouping | Total Claimed |
|---|---|
| Travel, Meals, and Lodging | $4,208.97 |
| Court Fees | $48.60 |
| Telecommunications | $608.17 |
| Document copying and shipping | $279.06 |
| **Total** | **$5,144.80** |

# The Center for Reproductive Rights, Inc.
## General Ledger Report

| Date | Trans. | Journal | Reference | Debit Amount | Credit Amount | Balance | Project ID |
|---|---|---|---|---|---|---|---|
| **1;3;6211** | | | | | | | |
| **Account:** | **1;3;6211 (Court Reporters-hearing/trial;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 9/18/2013 | 9829-30 | Accounts Payable | Lori Russell, RMR, CRR;00000397;Transcrip | $48.60 | | | 378 |
| | | | *Account Subtotals* | $48.60 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $48.60 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $48.60 | |
| **1;3;6710** | | | | | | | |
| **Account:** | **1;3;6710 (Postage;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 3/31/2012 | 8384-175 | Accounts Payable | American Express - B;4-10-12;3/5-4/4/12 AM | $2.30 | | | 378 |
| | | | *Account Subtotals* | $2.30 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $2.30 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $2.30 | |
| **1;3;6716** | | | | | | | |
| **Account:** | **1;3;6716 (Allocations: Postage;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 10/31/2011 | 7675-12 | Journal Entry | 10/2011 Postage Allocation | $2.16 | | | 378 |
| 11/30/2011 | 7789-18 | Journal Entry | 11/2011 Postage Allocation | $3.44 | | | 378 |
| 4/30/2012 | 8409-9 | Journal Entry | 4/2012 Postage Allocation | $5.75 | | | 378 |
| 6/30/2012 | 8636-29 | Journal Entry | 6/2012 Postage Allocation | $0.45 | | | 378 |
| | | | *Account Subtotals* | $11.80 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $11.80 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $11.80 | |
| **1;3;6720** | | | | | | | |
| **Account:** | **1;3;6720 (Express Shipping;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 10/10/2011 | 7703-159 | Accounts Payable | FedEx;7-655-17700;9/30-10/3/11 Shipping Co | $26.68 | | | 378 |
| 10/10/2011 | 7703-162 | Accounts Payable | FedEx;7-655-17700;9/30-10/3/11 Shipping Co | $26.45 | | | 378 |
| 10/13/2011 | 7608-72 | Accounts Payable | FedEx;5-971-12036;10/19/11 Shipping Cost | $53.07 | | | 378 |
| 4/19/2012 | 8384-394 | Accounts Payable | FedEx;7-848-52773;4/2-4/5/12 HB 954 Veto L | $35.63 | | | 378 |
| 4/26/2012 | 8451-115 | Accounts Payable | FedEx;7-856-14802;4/9-4/11/12 Veto Letter t | $21.45 | | | 378 |
| 5/31/2012 | 8571-17 | Accounts Payable | FedEx;7-894-43187;5/12/12 Discovery Disc t | $16.50 | | | 378 |
| 9/24/2012 | 8984-130 | Accounts Payable | FedEx;2-033-93621;9/20-9/24/12 Amy Weil a | $10.88 | | | 378 |

# The Center for Reproductive Rights, Inc.
## General Ledger Report

| Date | Trans. | Journal | Reference | Debit Amount | Credit Amount | Balance | Project ID |
|---|---|---|---|---|---|---|---|
| **Account:** | **1;3;6720 (Express Shipping;Domestic)** | | | | | | |
| 9/24/2012 | 8984-132 | Accounts Payable | FedEx;2-033-93621;9/20-9/24/12 Amy Weil a | $12.32 | | | 378 |
| 9/24/2012 | 8984-133 | Accounts Payable | FedEx;2-033-93621;9/20-9/24/12 Amy Weil a | $10.88 | | | 378 |
| 9/27/2012 | 8944-181 | Accounts Payable | FedEx;2-026-43102;9/18/12 Nada Stotland De | $15.67 | | | 378 |
| 10/24/2012 | 9046-505 | Accounts Payable | FedEx;2-041-36754;9/21-10/4/12 Files from D | $20.54 | | | 378 |
| 8/31/2013 | 9808-143 | Accounts Payable | FedEx;2-387-2581;Ship binders from NC cas | $29.07 | | | 378 |
| 8/31/2013 | 9808-164 | Accounts Payable | FedEx;2-280-0727;Ship binders for NC case ; | $18.26 | | | 378 |
| 11/30/2014 | 10707-42 | Journal Entry | AXANDE112514 - Case shipping | $35.52 | | | 378 |
| | | | *Account Subtotals* | $332.92 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $332.92 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $332.92 | |
| **1;3;6916** | | | | | | | |
| **Account:** | **1;3;6916 (Allocations: Copier Equipment Rental;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 1/31/2012 | 8102-19 | Journal Entry | 1/2012 Copier Allocation | $0.18 | | | 378 |
| 3/31/2012 | 8288-23 | Journal Entry | 3/2012 Copier Allocation | $0.30 | | | 378 |
| 10/31/2012 | 9051-13 | Journal Entry | 10/2012 Copier Allocation | $0.45 | | | 378 |
| 12/31/2012 | 9124-19 | Journal Entry | 12/2012 Copier Allocation | $0.38 | | | 378 |
| 7/31/2013 | 9747-9 | Journal Entry | 7/2013 Copier Allocation | $55.63 | | | 378 |
| 8/31/2013 | 9812-10 | Journal Entry | 8/2013 Copier Allocation | $33.25 | | | 378 |
| 9/30/2013 | 9858-10 | Journal Entry | 9/2013 Copier Allocation | $66.46 | | | 378 |
| 10/31/2013 | 9901-11 | Journal Entry | 10/2013 Copier Allocation | $378.81 | | | 378 |
| 1/31/2014 | 10065-9 | Journal Entry | 1/2014 Copier Allocation | $299.03 | | | 378 |
| 3/31/2014 | 10154-9 | Journal Entry | 3/2014 Copier Allocation | $306.88 | | | 378 |
| 4/30/2014 | 10236-10 | Journal Entry | 4/2014 Copier Allocation | $458.85 | | | 378 |
| 10/31/2014 | 10597-13 | Journal Entry | 10/2014 Copier Allocation | $23.09 | | | 378 |
| 4/30/2015 | 11049-11 | Journal Entry | 4/2015 Copier Allocation | $22.80 | | | 378 |
| 5/31/2015 | 11134-11 | Journal Entry | 5/2015 Copier Allocation | $26.38 | | | 378 |
| 6/29/2015 | 11200-10 | Journal Entry | 6/2015 Copier Allocation | $0.00 | | | 378 |
| | | | *Account Subtotals* | $1,672.49 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $1,672.49 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $1,672.49 | |
| **1;3;7100** | | | | | | | |
| **Account:** | **1;3;7100 (Telephone;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 10/11/2011 | 7703-111 | Accounts Payable | PAETEC;53471403;9/10-10/9/11 Telephone C | $19.34 | | | 378 |
| 11/30/2011 | 7880-402 | Accounts Payable | PAETEC;53537973;10/10-11/9/11 Telephone | $2.26 | | | 378 |
| 12/31/2011 | 7994-318 | Accounts Payable | PAETEC;53599974;11/10-12/9/11 Telephone | $4.95 | | | 378 |
| 12/31/2011 | 8029-112 | Accounts Payable | PAETEC;53660916;12/10/11-1/9/12 Telep | $0.37 | | | 378 |

# The Center for Reproductive Rights, Inc.
## General Ledger Report

| Date | Trans. | Journal | Reference | Debit Amount | Credit Amount | Balance | Project ID |
|---|---|---|---|---|---|---|---|
| **Account:** | **1;3;7100 (Telephone;Domestic)** | | | | | | |
| 2/28/2012 | 8196-188 | Accounts Payable | PAETEC;53729101;1/10-2/9/12 Telephone C | $1.23 | | | 378 |
| 3/16/2012 | 8235-186 | Accounts Payable | PAETEC;53793292;2/10-3/9/12 Telephone C | $0.53 | | | 378 |
| 4/26/2012 | 8451-207 | Accounts Payable | PAETEC;53867030;3/10-4/9/12 Telephone C | $13.01 | | | 378 |
| 5/24/2012 | 8550-129 | Accounts Payable | PAETEC;53928253;4/10-5/9/12 Telephone C | $3.17 | | | 378 |
| 8/31/2012 | 8862-45 | Accounts Payable | PAETEC;54117180;7/10-8/9/12 Telephone C | $0.36 | | | 378 |
| 8/31/2012 | 8944-324 | Accounts Payable | PAETEC;54189693a;8/10-9/9/12 Telephone C | $0.11 | | | 378 |
| 10/31/2012 | 9046-992 | Accounts Payable | PAETEC;54255063;9/10-10/9/12 Telephone C | $1.09 | | | 378 |
| | | | *Account Subtotals* | $46.42 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $46.42 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $46.42 | |
| **1;3;7140** | | | | | | | |
| **Account:** | **1;3;7140 (Teleconference calls;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 11/17/2011 | 7771-119 | Accounts Payable | ReadyTalk;1003855-641;9/2011 Conference C | $25.53 | | | 378 |
| 11/17/2011 | 7771-125 | Accounts Payable | ReadyTalk;1003855-641;9/2011 Conference C | $0.14 | | | 378 |
| 11/17/2011 | 7771-140 | Accounts Payable | ReadyTalk;1003855-641;9/2011 Conference C | $17.57 | | | 378 |
| 12/22/2011 | 7922-39 | Accounts Payable | ReadyTalk;1003855-647;10/2011 Conference | $16.53 | | | 378 |
| 12/22/2011 | 7922-49 | Accounts Payable | ReadyTalk;1003855-647;10/2011 Conference | $13.84 | | | 378 |
| 12/31/2011 | 8029-49 | Accounts Payable | ReadyTalk;1003855-655;11/2011 Conference | $19.51 | | | 378 |
| 12/31/2011 | 8029-59 | Accounts Payable | ReadyTalk;1003855-655;11/2011 Conference | $20.13 | | | 378 |
| 2/29/2012 | 8221-37 | Accounts Payable | ReadyTalk;1003855-671;1/2012 Teleconfere | $18.68 | | | 378 |
| 2/29/2012 | 8221-53 | Accounts Payable | ReadyTalk;1003855-671;1/2012 Teleconfere | $19.52 | | | 378 |
| 4/27/2012 | 8451-309 | Accounts Payable | ReadyTalk;1003855-683;3/2012 Teleconfere | $25.89 | | | 378 |
| 6/30/2012 | 8799-55 | Accounts Payable | ReadyTalk;1003855-706;6/2012 Teleconfere | $15.22 | | | 378 |
| 10/18/2012 | 9046-131 | Accounts Payable | ReadyTalk;1003855-718;8/2012 Teleconfere | $30.96 | | | 378 |
| 10/18/2012 | 9046-137 | Accounts Payable | ReadyTalk;1003855-718;8/2012 Teleconfere | $27.91 | | | 378 |
| 10/31/2012 | 9046-650 | Accounts Payable | ReadyTalk;1003855-734;9/2012 Teleconfere | $21.52 | | | 378 |
| 10/31/2012 | 9073-229 | Accounts Payable | ReadyTalk;1003855-741;10/2012 Teleconfer | $36.77 | | | 378 |
| 1/31/2013 | 9235-547 | Accounts Payable | ReadyTalk;1003855-755;12/2012 Teleconfer | $16.91 | | | 378 |
| 4/30/2013 | 9458-118 | Accounts Payable | ReadyTalk;1003855-77;Call - NC Ultrasound P | $22.08 | | | 378 |
| 4/30/2013 | 9458-129 | Accounts Payable | ReadyTalk;1003855-77;Call - NC Ultrasound P | $15.05 | | | 378 |
| 6/30/2013 | 9668-96 | Accounts Payable | ReadyTalk;1003855-79;NC Ultrasound call r | $29.45 | | | 378 |
| 10/31/2013 | 9920-163 | Accounts Payable | ReadyTalk;1003855-80;Call with NC co-cou | $16.64 | | | 378 |
| 3/19/2014 | 10108-140 | Accounts Payable | ReadyTalk;1003855-85;Next steps on appeal c | $24.02 | | | 378 |
| 4/30/2014 | 10221-574 | Accounts Payable | ReadyTalk;1003855-86;NC US appeals rese | $16.93 | | | 378 |
| 6/25/2014 | 10314-249 | Accounts Payable | ReadyTalk;1003855-87;Call re: appeal brief | $16.23 | | | 378 |
| 6/29/2014 | 10323-306 | Accounts Payable | ReadyTalk;1003855-88;Appeal brief call;6/ | $23.37 | | | 378 |
| 12/3/2014 | 10653-71 | Accounts Payable | ReadyTalk;1003855-41;NC ultrasound moot; | $1.39 | | | 378 |
| 12/3/2014 | 10653-72 | Accounts Payable | ReadyTalk;1003855-41;NC ultrasound moot; | $28.77 | | | 378 |
| 5/19/2015 | 11078-54 | Accounts Payable | ReadyTalk;1003855-74;3/2015 Teleconferen | $19.34 | | | 378 |

# The Center for Reproductive Rights, Inc.
## General Ledger Report

| Date | Trans. | Journal | Reference | Debit Amount | Credit Amount | Balance | Project ID |
|---|---|---|---|---|---|---|---|
| **Account:** | **1;3;7140 (Teleconference calls;Domestic)** | | | | | | |
| | | | *Account Subtotals* | $539.90 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $539.90 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $539.90 | |
| **1;3;7510** | | | | | | | |
| **Account:** | **1;3;7510 (Airfare / Trains;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 10/17/2011 | 7703-201 | Accounts Payable | Anderson, Bebe;11-1-11;10/16-10/17/11 NC T | $259.40 | | | 378 |
| 10/20/2011 | 7649-281 | Accounts Payable | Anderson, Bebe;10-19-11a;9/22-9/23/11 Rei | $361.40 | | | 378 |
| 10/20/2011 | 7649-291 | Accounts Payable | Anderson, Bebe;10-19-11a;9/22-9/23/11 Rei | $2.50 | | | 378 |
| 11/30/2011 | 7880-313 | Accounts Payable | American Express- Be;12-6-11;11/5-12/4/11 A | $258.40 | | | 378 |
| 8/31/2013 | 9808-52 | Accounts Payable | American Express - Julie ;8-25-13;Flight/NC H | $674.80 | | | 378 |
| 8/31/2013 | 9808-53 | Accounts Payable | American Express - Julie ;8-25-13;Flight/J.S | $633.80 | | | 378 |
| 10/31/2014 | 10616-57 | Journal Entry | J.Rikelman AMEX - Flight to VA/oral argumen | $402.20 | | | 378 |
| | | | *Account Subtotals* | $2,592.50 | $0.00 | | |
| 6/29/2016 | | | *Account Net Change* | | | $2,592.50 | |
| 6/29/2016 | | | *Account Ending Balance* | | | $2,592.50 | |
| **1;3;7520** | | | | | | | |
| **Account:** | **1;3;7520 (Ground Transportation;Domestic)** | | | | | | |
| 1/1/2011 | | | *Account Beginning Balance* | | | $0.00 | |
| 10/17/2011 | 7703-203 | Accounts Payable | Anderson, Bebe;11-1-11;10/16-10/17/11 NC T | $50.00 | | | 378 |
| 10/17/2011 | 7703-213 | Accounts Payable | Anderson, Bebe;11-1-11;10/16-10/17/11 NC T | $47.00 | | | 378 |
| 10/20/2011 | 7649-283 | Accounts Payable | Anderson, Bebe;10-19-11a;9/22-9/23/11 Rei | $50.00 | | | 378 |
| 10/20/2011 | 7649-290 | Accounts Payable | Anderson, Bebe;10-19-11a;9/22-9/23/11 Rei | $12.50 | | | 378 |
| 12/31/2011 | 7994-504 | Accounts Payable | Anderson, Bebe;1-10-12;10/27-12/5/11 Expen | $44.00 | | | 378 |
| 12/31/2011 | 7994-510 | Accounts Payable | Anderson, Bebe;1-10-12;10/27-12/5/11 Expen | $52.00 | | | 378 |
| 8/31/2013 | 9808-60 | Accounts Payable | American Express - Julie ;8-25-13;Taxi from a | $84.60 | | | 378 |
| 8/31/2013 | 9808-149 | Accounts Payable | Julie Rikelman;9-5-13;Taxi home>airport/NC h | $45.00 | | | 378 |
| 8/31/2013 | 9808-151 | Accounts Payable | Julie Rikelman;9-5-13;Taxi airport>home/NC h | $40.00 | | | 378 |
| 8/31/2013 | 9808-152 | Accounts Payable | Julie Rikelman;9-5-13;Taxi hotel>courthouse/ | $6.00 | | | 378 |
| 10/31/2013 | 9920-193 | Accounts Payable | Jennifer Sokoler;10-29-13;Taxi airport>home/N | $46.20 | | | 378 |
| 6/29/2014 | 10326-401 | Journal Entry | J.Rikelman AMEX - Taxi home after working l | $15.00 | | | 378 |
| 11/30/2014 | 10707-26 | Journal Entry | AXRIKE112514 - Taxi to airport/oral argum | $40.20 | | | 378 |
| 11/30/2014 | 10707-28 | Journal Entry | AXRIKE112514 - Taxi to hotel/oral argument | $39.00 | | | 378 |
| 11/30/2014 | 10707-30 | Journal Entry | AXRIKE112514 - Taxi/oral argument | $50.33 | | | 378 |
| 1/29/2015 | 10808-27 | Accounts Payable | Petty Cash;1-15-15;J.Rikelman - Snack/4th ci | $4.00 | | | 378 |
| | | | *Account Subtotals* | $625.83 | $0.00 | | |

| CENTER FOR REPRODUCTIVE RIGHTS, INC. | | To: | American Express- Bebe J. Anders | | 10/14/2011<br>27413 |
|---|---|---|---|---|---|
| INVOICE NUMBER | DATE | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
| 10-12-11 | 10/12/2011 | 9/5-10/4/11 AMEX Charges | $111.35 | $0.00 | $111.35 |
| | | Totals: | $111.35 | $0.00 | $111.35 |

TO REORDER, CALL DYNAMIC SYSTEMS @ (800) 782-2946

| Baggage Fees (per passenger each way) | | Economy Class | First / Business Elite[1] |
|---|---|---|---|
| Carry-on Baggage (one bag plus one personal item) | Carry-on Baggage | Complimentary | Complimentary |
| First Checked Bag Want first bag free? | Checked Baggage | Within U.S. and Canada: $25 International: Complimentary | Complimentary |
| Second Checked Bag | | Within U.S. and Canada: $35 Transatlantic: $75 Latin America: $30 | Complimentary |

*S$ Multiple seats
AR Arrives
B Breakfast
C Bagels/Beverages
D - Dinner
F - Food available for purchase
L Lunch
LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

1SkyMiles Medallion Members are eligible for fee waivers and other benefits.
Lower fees may be available when you check-in online. Fees are charged in CAD or EUR for flights exiting Canada or Europe respectively.Additional fees apply for oversize, overweight, or additional pieces of checked baggage. Please review Delta's baggage guidelines for details.

*Travelers to/from Key West Florida are limited to one checked bag.

You must be checked in and at the gate by the applicable check-in deadlines or your reservation may be cancelled.
Please review Delta's check-in Requirements guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them with us.

## Passenger Information

BEBE J ANDERSON
SkyMiles Number: *******125

## Billing Details

## Receipt Information

Fare Details: NYC DL RDU158.14KAC3A0NP DL NYC158.14KA03ACNP USD316.28END ZP J FKRDU XF JFK4.5RDU4.5

| | | |
|---|---|---|
| Fare: | 316.28 | USD |
| Tax: | 45.12 | TX |
| Total: | 361.40 | USD |

Form of Payment CA************5615

(1)

NON-REF/$CHANGE FEE
NON-REF/$CHANGE FEE
Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation. **Detailed Tax Information**

**Total Tax: 45.12 USD**

XF 9.00 ZP 7.40 AY 5.00 US 23.72

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



TICKET #: 0062354553141
Issue Date: 09/19/11 Expiration: 09/19/12
Place of Ticket issue: LAXWEB
Issuing Agent Id: DL/WW
Ticket Issue date: 19SEP
Not Transferable

Legend Car Service
Radio Dispatched 24 Hours
(718) 788-1234
www.legendslimousine.com

(2)

Date 9 / 22 / 11

Received From Bobe Anderson

Address [redacted], Brooklyn $ $42+8 = $50

To/For JFK

Licensed by the NYC Taxi & Limousine Commission - B7 801406

By

(3)

HMSHOST
STARBUCKS COFFEE
JFK INTERNATIONAL AIRPORT

176166 Michele

CHK 4881 GST 1
SEP22'11 7:23AM

TO GO

| | |
|---|---|
| 1 COD G | 2.20 |
| 1 YOGURT PARFAIT | 4.50 |
| SUBTOTAL | 6.70 |
| TAX | 0.59 |
| AMOUNT PAID | 7.29 |
| CASH | 20.00 |
| CHANGE | 12.71 |

THANK YOU FOR YOUR BUSINESS!




Thank you for renting from Budget

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 259630431 | 52583901 | F |

(4)

ANDERSON, BEBE
BCD = U110600
CV - CXXXXXXXXXXXXX4374
OUT RDU 22SEP11/1118 MI = 11556
IN RDU 23SEP11/1224 MI = 11720
164 MI@ .00 =
1 HR@ 10.30 =
1 DY@ 14.39 =

| | | |
|---|---|---|
| MINIMUM CHARGE | = | 28.78 |
| **10.00% FEE | = | 3.03 |
| FUEL SERVICE | = | |
| $ 0.78 /DAY VLF | = | 1.56 |
| TAXABLE SUBTOT | = | 33.37 |
| TAX 8 000% | = | 2.67 |
| *6.5% SURCHARGE | = | 2.17 |
| PREPAYMENTS | = | - 38.21 |
| TOTAL CHARGES | = | .00 |

**CONCESSION RECOVERY FEE
*1.5% CNTY & 5% TRIANGLE TRAN
VEH LICENSE RECOUP FEE

* Please check your car for personal effects. *

* Please check your car for personal effects. *




Date: 9/22/2011 Time: 8:28:23 PM

Card Type: Master Card
Card Number: XXXXXXXXXXXX5615
Server ID: 144
Check Number: 714696
Table Number: 21
Persons: 1
Card Owner: ANDERSON/BEBE

AMOUNT: 20.51

GRATUITY: 4.00
TIP:

TOTAL: 24.51

(5)




09-23-11

| | | | |
|---|---|---|---|
| Bebe Anderson<br>120 Wall Street<br>New York Ny<br>New York NY 10005<br>US | Folio No. :<br>A/R Number :<br>Group Code :<br>Company :<br>Membership No. :<br>Invoice No. : | Cashier No. : 7 | Room No. : 204<br>Arrival : 09-22-11<br>Departure : 09-23-11<br>Conf. No. : 61885179<br>Rate Code : IGCOR<br>Page No. : 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-22-11 | *Room Charge | 104.99 | |
| 09-22-11 | State Tax - Room | 7.09 | |
| 09-22-11 | Occupancy Room Tax | 6.30 | |
| 09-23-11 | MasterCard | | 118.38 |
| | Total | 118.38 | 118.38 |
| | Balance | 0.00 | |

6

**Guest Signature:** ______________________________

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Owned by Carolina Hotel LLC & Operated by Atma Hotel Group LLC

Holiday Inn Express Chapel Hill/Durham
6119 Farrington Road
Chapel Hill, NC 27517
Telephone: (919) 489-7555 Fax: (919) 403-7223
Follow us @ Facebook.com/HIExpressCH and Twitter.com/HIExpressCH

SSP America
Camden Foods
Raleigh-Durham Airport Term 2
Raleigh, NC 27623
919-840-4210

105 EYERUSAL

Chk 3029 Sep23'11 01:02PM Gst 0

**TO GO**

| | |
|---|---|
| 1 Wrap Chk Caesar | 8.59 |
| 1 Fuze | 3.69 |
| 1 Dirty Chips | 2.19 |
| Cash | 20.00 |
| Food | 10.78 |
| NA Bev | 3.69 |
| Tax | 1.16 |
| Payment | 15.63 |
| Change Due | 4.37 |

7

8

WELCOME TO
FALCONBRIDGE
FAMILY FARE
6007 FARRINGTON ROAD
CHAPEL HILL,NC 27514
SALES RECEIPT
57 544 553100
SHELL
6007 FARRINGTON RD
CHAPEL HILL
NC 27514

DATE09/23/11 12:02PM
INVOICE# 016857
AUTH# 630822
MASTERCARD
ACCOUNT NUMBER
XXXX XXXX XXXX 5615
ANDERSON/BEBE

| PUMP | PRODUCT | $/G |
|---|---|---|
| 01 | UNLD | $3.559 |

| GALLONS | FUEL TOTAL |
|---|---|
| 5.385 | $ 19.17 |

TOTAL SALE $ 19.17

9




NYC AIRPORTER
45-02 Ditmars Blvd
Astoria, NY 11105

5:15 PM - SEP 23, 2011

| | |
|---|---|
| REC #: | 2239 |
| TERM.#: | 15213381828 |
| LOCAT : | LGA TERM 3 |
| AGENT : | (6695) Franklu |

*********************
PURCHASE
APPROVED

Customer Copy
*********************

| QTY ITEM | AMOUNT |
|---|---|
| One Way LGA > GCS | |
| 1 STANDARD | $12.50 |
| TOTAL | $12.50 |
| CASH | $12.50 |

*********************
All sales final, tickets

MEM RECEIPT

10

MTA NYC TRANSIT
42ND ST-GRAND CENTRAL
NEW YORK CITY NY

MEM #: 5630(R238 0403)

Fri 23 Sept 11 18:18

Trans: Sale OK
Amount: $ 5.00
Card Value: $ 5.00

Credit Card #: XX5615
Auth#: 853952
Ref #: 030335664325

Serial #:2236441568
Type: 000
FULL FARE



Record Locator: FOGBKB

**Itinerary**

| Carrier | Flight Number | Departing City | Departing Date & Time | Arriving City | Arriving Time | Booking Code |
|---|---|---|---|---|---|---|
| American Airlines | 4404 | NEW YORK JFK | SUN 16OCT 12:25 PM | RALEIGH DURHAM | 2:00 PM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Bebe Anderson | FF#: E831714 | Economy | Seat 13C | Food For Purchase |
| American Airlines | 4605 | RALEIGH DURHAM | MON 17OCT 3:45 PM | NEW YORK LGA | 5:25 PM | S |
| | OPERATED BY AMERICAN EAGLE | | | | | |
| | | Bebe Anderson | FF#: E831714 | Economy | Seat 11A | Food For Purchase |

**Receipt**

| PASSENGER | TICKET NUMBER | FARE-USD | TAX/FEE/ CHARGE | TICKET TOTAL |
|---|---|---|---|---|
| BEBE ANDERSON | 0012347339031 | 221.40 | 38.00 | 259.40 |

Payment Type: Master Card XXXXXXXXXXXX5615 — Total: $259.40



You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

(AA CHECKED BAGGAGE CHARGES)

For travel from US/PR/USVI within and between US/PR/USVI, the charges will be 25.00USD for the first bag. For a second checked bag, the charge will be 35.00USD (or local currency equivalent).

For travel from CANADA To/From the US/PR/USVI, the charges will be 25.00USD/25.00CAD for the first bag. For a second bag, the charge will be 35.00USD/35.00CAD (or local currency equivalent).

For travel from Canada To/From Via India /Europe, no charge for the first bag. For a second bag, the charge will be 60.00USD/60.00CAD (or local currency equivalent).

For travel from Europe and India To/From US/PR/USVI and To/From via Europe and India, the first bag will be free. For a second bag, the charge will be 60.00USD or (local currency equivalent).

For travel from Mexico To/From US/PR/USVI/Canada and To/From/Via Europe and India, the first bag is free. For a second bag, the charge is

**Legend Car Service**

Radio Dispatched 24 Hours

(718) 788-1234

884 4th Ave. • Brooklyn, NY 11217

(2)

Date 10 / 16 / 11

Received From Bebe Anderson

Address [redacted] , Brooklyn

$ 42 + $8 = $50

For JFK

By

SSP America

Au Bon Pain T8

JFK Int'l. Airport

Terminal 8

718-751-4800

(3)

143 Chomatie

Chk 6589 Oct16'11 11:39AM Gst 0

**TO GO**

| | |
|---|---|
| 1 Whole Fruit | 1.49 |
| 1 Baked BBQ Chix | 7.69 |
| 1 Coffee SM | 1.89 |
| Cash | 20.00 |
| Food | 7.69 |
| NA Bev | 3.38 |
| Tax | 0.98 |
| Payment | 12.05 |
| Change Due | 7.95 |



GREENSBORO DOWNTOWN

GUEST FOLIO

304 N. Greene Street, Greensboro, North Carolina 27401 • 336.379.8000 • Marriott.com/GSODT

919 ANDERSON/BEBE/MS 179.95 10/17/11 13:00 9355
ACCT#

NODC CENTER FOR REPRODUCT 10/16/11 15:27

52

Room Clerk Address Payment MRW#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 10/16 | PARKING | NF | 11.00 | | |
| 10/16 | BSN CNTR | BC LOGOU | 5.95 | | |
| 10/16 | HSINTERN | INTERNET | 9.95 | | |
| 10/16 | BSN CNTR | BC LOGOU | 5.95 | | |
| 10/16 | LOUNGE | 7277 919 | 26.95 | | |
| 10/16 | ROOM | 919, 1 | 179.95 | | |
| 10/16 | ROOM TAX | 919, 1 | 12.15 | | |
| 10/16 | OCC TAX | 919, 1 | 10.80 | | |
| 10/17 | MC CARD | | | $262.70 | |

#4-8

TO BE SETTLED TO: MASTERCARD CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK, OR PRESS "MENU" ON YOUR TV REMOTE CONTROL TO ACCESS VIDEO CHECK-OUT.

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO: JDAKIN@REPRORIGHTS.ORG
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

(4) Hotel Room + tax = $202.90
(5) Dinner for BA = $26.95
(6) Business Center = $11.90
(7) Parking = $11.00
(8) Internet = $9.95

$262.70

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X________________

7-2955 Rev. 09/07

To secure your next stay, go to Marriott.com

MARRIOTT
Greensboro Marriott Downtown
304 North Greene Street
Greensboro, NC 27401
(336)379-8000
= LOUNGE =



9 Lynn M

| Chk 7277 | R919 | Gst 1 |
| --- | --- | --- |
| | Oct18'11 07:31PM | |

**** Seat 1 ****

| | |
| --- | --- |
| 1 WATER | 0.00 |
| 1 SPRING ROLLS | 10.00 |
| 1 Cobb Salad | 11.50 |
| Tax 1.45 Total | 22.95 |

***** All *****

| | |
| --- | --- |
| Subtotal | 21.50 |
| Tax | 1.45 |
| 08:15PM Total | 22.95 |

Tip: 4

Total: 26.95

Room #

Please Print Name

Signature
Thank You.

(10)

FOOD MART #15
4319 HWY 55 WEST
DURHAM, NC 27713

00000130013-01
FOOD MART 15
4319 APEX HIGHWAY
DURHAM NC

MASTERCARD
ANDERSON/BEBE
AUTH# 00 DOC# 41012
DATE 10/17/11 14:23
PUMP # 11
PRODUCT: UNLD
APPROVAL # 274152
GALLONS: 3.455
PRICE/G: $ 3.459
FUEL SALE $ 12.02

(11)

SSP America
Camden Foods
Raleigh-Durham Airport Term 2
Raleigh, NC 27623
919-840-4210

195 TABITHA

Chk 7612 Oct17'11 03:04PM Gst 0

**TO GO**

| | |
|---|---|
| 1 CHEF SALAD | 8.59 |
| 1 Pop Original | 2.29 |
| Cash | 20.00 |
| Food | 10.88 |
| Tax | 0.87 |
| Payment | 11.75 |
| Change Due | 8.25 |


(12)

MED# 1C33
DRIVER: 0403502
10/17/11 TR 4873
START END MILES
17:27 18:32 13.9
Regular Fare
RATE 1:$ 37.30
SURCH: $ 1.00
StSrch:$ 0.50
TOTAL: $ 38.80
THANKS
TO CONTACT TLC
DIAL 3-1-1

$38.80
+ Tip 8.20
$47.00



# Corporate Card Statement of Account

Sign-up For Online Statements

www.americanexpress.com/checkyourbill

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| BEBE J. ANDERSON<br>CTR FOR REPRORIGHTS | XXXX-XXXXX1-81005 | 11/04/11 | Page 1 of 2 |



| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 111.35 | 84.41 | 0.00 | 222.70 | 0.00 | 26.94 CR |

Do Not Pay

For important information regarding your account refer to page 2.

Credit Balance - Can be applied against future charges or you may request a refund.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

**Card Number XXXX-XXXXX1-81005**

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 10/16/11 | ONLINE PAYMENT - THANK YOU 10/16 | 05409000000 | -111.35 |
| 10/19/11 | PAYMENT RECEIVED - THANK YOU 10/19 | 00516000000 | -111.35 |
| 10/13/11 | BUDGET.COM PREPAY RE TULSA OK<br>R/A# 31121128 AUTOMOBILE RE 10/12/11<br>BUDGET.COM PREPAY RESERV 0000<br>LOCATION DATE/TIME<br>RENTAL AGREEMENT<br>TULSA OK 10/12/11 31121128<br>000000<br>RETURN TR#<br>TULSA OK 10/12/11<br>Not Provided | 31121128000 | 35.41 |
| 10/18/11 | BUDGET RENT A CAR RALEIGH NC<br>R/A# 269687024 AUTOMOBILE RE 10/17/11<br>BUDGET RENT A CAR<br>LOCATION DATE/TIME<br>RENTAL AGREEMENT<br>RALEIGH NC 10/16/11 269687024<br>000000<br>RETURN TR#<br>RALEIGH NC 10/17/11<br>ANDERSON,BEBE | 26968702400 | 49.00 |

(1) (2)

**Total for BEBE J. ANDERSON**

| | |
|---|---|
| New Charges/Other Debits | 84.41 |
| Payments/Other Credits | -222.70 |

**From:** Budget Confirmations <budgetconfirmations@budgetgroup.com>
**Sent:** Wednesday, October 12, 2011 11:39 AM
**To:** Jamie Dakin
**Subject:** Budget Rental Confirmations - Sun, Oct 16, 2011 02:30 PM




 make another reservation
 change reservation
 cancel reservation
 add to outlook
 driving directions
rental terms & conditions

YOUR RENTAL IS RESERVED.

Confirmation number 42148404US4

 Rental terms & conditions apply

Your credit card has been charged $35.41 USD

Thanks for renting at budget.com. Have a pleasant trip!




RENT MORE SAVE MORE

RapidRez Number
***34Q

*Use this ID on budget.com for a future rental.*

***You'll get* Rent More, Save More Rates which include a 10-20% discount!***

**after completing your first eligible rental.*

*Rent More, Save More* terms and conditions

pick-up
**Sun, Oct 16, 2011 02:30 PM**
**RALEIGH/DURHAM AIRPORT**
**1000 RENTAL CAR DRIVE**
**RALEIGH, NC 27623 US**
**RDU**
**hours Sun - Sat 4:00 AM - 1:00 AM**
**phone 919-840-4781**
Shuttle to rental counter and cars.

**return**
**Mon, Oct 17, 2011 02:30 PM**
**RALEIGH/DURHAM AIRPORT**
**1000 RENTAL CAR DRIVE**
**RALEIGH, NC 27623 US**
**RDU**

**car**
compact 2- or 4-door
automatic
air conditioned
car class B

FOCUS 4DR/5PSGR
*or similar*



**options**

**equipment & services**
none

**protections**
none

**driver preferences**
smoke-free vehicle

**offer code/number**
RapidRez BCD U024100

**coupon** none

**personal information**

Bebe A*

**my prepaid rate**

| | |
|---|---|
| **car** | 27.29 |
| **taxes and fees** | |
| concession recovery | 2.81 |
| fees | 2.06 |
| VEHICLE LICENSEE FEE .78/day | .78 |
| taxes | 2.47 |

jdakin@reprorights.org
RapidRez Number ***34Q

Residency US [?]

*Fastbreak* Fastbreak service available at this location
120 Wall Street , 14th Floor
New York NY 10005
US

**American Express - ************1005**
**amount charged 35.41**

*Your full name was saved on the confirmed reservation. For your security, only the first initial of your last name appears here.

options

| | |
|---|---|
| **rental total USD** | **35.41** |
| **PREPAYMENT** | **-35.41** |
| **balance USD** | **$0.00** |



**E7 rate terms** • unlimited free miles • 1 day 0 hour rental • Friday night stay required • return rental by Monday • checkout before Sunday

These rate terms apply to this specific rental. If your rental parameters change (pick up dates, times, etc.), those changes must follow these terms or the rate will also change. Location changes also affect rate.

**terms and conditions**

The following terms and conditions apply for your rental:

**prepaid rental terms:**

• Unlike some other car rental company Web sites or third-party sites, you can change many things on your Budget prepay reservation prior to your scheduled pick-up time with no fee. Permissible changes include car type, options (GPS, protections, etc.), adding other drivers, rental period date ... changes to your rental location (you may change your rental location to any other Budget corporate-oper... to a licensee-owned location or one outside of the origina... pplicable cancellation fee and re-book at then-current
• Prior to scheduled pick-up time, reservatio... unter.
• Once your scheduled pick-up time passes,
• Once you have picked up the car, any cha... 800-824-6287. See full rental terms for additional information on
• At time of change prior to scheduled pick-...
• Your credit or debit card will be charged u... ethod of payment cannot be changed nor may a voucher or B...
• Retain your reservation confirmation numt... und requests.
• If you need to cancel prior to scheduled pi... sing fee.
• If you don't show up for your rental, we'll r...
• Cancellation and no-show refund requests... nd process accessible after you enter your reservation... ack to your card within 7 business days.
•Once you purchase a *Pay Now Rate*, no f...

**additional fees & credit holds:**

• IMPORTANT: The card you use for your ... up your car. A debit or prepaid charge card is an acceptable for... ne locations for the credit hold required when you arrive to pick... stimated Charge Hold Rules within the rental terms and con... all rental terms and conditions must be met, regardless of your
• The card presented at rental pick up is th...
• Prepayments towards options, like GPS r... xes. Applicable surcharges and taxes will be collected at th...
**Total Estimated Hold Rules:**
To release your rental car at pick up, we'll... some locations) the total estimated rental charges. A prepaid c... d. While this hold is in place, the funds will not be available for yo... e unused portion of the hold subject to your bank's procedures
• **If you intend to use a credit card for th**... , whichever is greater.
• **If you intend to use a debit card for the**... ns to the following debit card rules — including not accepting... above.
- Only renters at least 25 years of age n...
- Bank debit cards with a MasterCard o...
- You may not use a debit card if you a...
- Positive identification in addition to yo...
- You will be subject to a credit check to...
- Generally, we require a debit card aut... ou already paid toward your rental on budget.com, in which case... tion, to request a debit card authorization hold in excess of the e...
- If you fail to return the vehicle as agre... ccount to cover the rental charges.
- We are not responsible for any return...
• A debit, cash, check card or prepaid ca...
• Your total rental rate is calculated base... ased on the exact



**Thank you for renting from Budget**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 259687024 | 55848612 | H |

ANDERSON, BEBE
BCN = KX434G BCD = U024100
CV - CAXXXXXXXXXXXX1005
OUT RDU 16OCT11/1412 MI - 12102
IN RDU 17OCT11/1444 MI = 12234

| | | | |
|---|---|---|---|
| 132 MI@ | .00 | = | |
| 1 HR@ | 20.48 | = | 20.48 |
| 1 DY@ | 27.29 | = | 27.29 |
| **10.00% FEE | | = | 6.70 |
| FUEL SERVICE | | = | 17.69 |
| $ 0.78 /DAY VLF | | = | 1.56 |
| TAXABLE SUBTOT | | = | 73.72 |
| TAX 8.000% | | = | 5.90 |
| *6.5% SURCHARGE | | = | 4.79 |
| PREPAYMENTS | | = | - 35.41 |
| TOTAL CHARGES | | = | 49.00 |

**CONCESSION RECOVERY FEE
*1.5% CNTY & 5% TRIANGLE TRAN
VEH LICENSE RECOUP FEE

* Please check your car for personal effects. *



Receive rental receipts by email every time you rent. And get access to special offers & more. See reverse



AMERICAN EXPRESS

# Corporate Card Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
BEBE J. ANDERSON
CTR FOR REPRORIGHTS

Account Number
XXXX-XXXXX1-81005

Closing Date
12/04/11

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 12/19/11 |
|---|---|---|---|---|---|---|
| 26.94 CR | 319.38 | 1*1.35 | 84.41 | 0.00 | 319.38 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 12/19/11 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

**Card Number XXXX-XXXXX1-81005**

| | | Reference Code | Amount $ |
|---|---|---|---|
| 11/25/11 | PAYMENT RECEIVED - THANK YOU 11/25 | 00045C00030 | -84.41 |
| 11/21/11 | DELTA AIR LINES ATLANTA US<br>TKT# 00623633777340 AIRLINE/AIR C 11/21/11<br>PASSENGER TICKET<br>ANDERSON/BEBE J DELTA AIR LINES<br>DELTA AIR LINES ATLANTA US<br>FROM<br>LAGUARDIA INTL A/P<br>TO CARRIER CLASS<br>RALEIGH NC DL K<br>TO<br>LAGUARDIA INTL A/P DL U<br>TO<br>UNAVAILABLE YY 00<br>TO<br>UNAVAILABLE YY 00 | | 253.40 |

PAID

(1)



AMERICAN EXPRESS

Prepared For
BEBE J. ANDERSON
CTR FOR REPRORIGHTS

Account Number
XXXX-XXXXX1-81005

Closing Date
12/04/11

Page 3 of 3

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 11/22/11 | BUDGET.COM PREPAY RE TULSA OK<br>R/A# 41081712 AUTOMOBILE RE 11/21/11<br>BUDGET.COM PREPAY RESERV 0000<br>LOCATION DATE/TIME<br>RENTAL AGREEMENT<br>TULSA OK 11/21/11 41081712<br>000000<br>RETURN TR#<br>TULSA OK 11/21/11<br>Not Provided | 41081712000 | 60.98 |
| 11/23/11 | CREDIT BALANCE REFUND-CHECK ISSUED<br>DATE OF ABOVE 11/23 | | 111.35 |

**Total for BEBE J. ANDERSON**

| | |
|---|---|
| New Charges/Other Debits | 430.73 |
| Payments/Other Credits | -84.41 |

(2)

## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)



Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight. → Check-in

### Flight Information

DELTA CONFIRMATION #: GABU5A
TICKET #: 00623633777340

| Day | Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|---|
| Sun | 04DEC | DELTA 3048* | OK | K | LV NYC-LAGUARDIA | 1205P | | ** |
| | | | | | AR RALEIGH-DURHAM | 156P | | COACH |
| | | *Operated by COMAIR | | | | | | |
| Mon | 05DEC | DELTA 3057* | OK | U | LV RALEIGH-DURHAM | 712P | | 10B COACH |
| | | | | | AR NYC-LAGUARDIA | 900P | | |
| | | *Operated by COMAIR | | | | | | |

1

### Passenger Information

BEBE J ANDERSON
SkyMiles Number: *******125

### Billing Details

### Receipt Information

Fare Details: NYC DL RDU135.81KA07A0UP DL NYC84.65UA14A0NP USD220.46END ZP LG ARDU XF LGA4.5RDU4.5

Fare: 220.46 USD
Tax: 37.94 TX
Total: 258.40 USD

Form of Payment AX***********1005

NON-REF/$CHANGE FEE
NON-REF/$CHANGE FEE

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Jamie Dakin

**From:** Budget Confirmations <budgetconfirmations@budgetgroup.com>
**Sent:** Monday, November 21, 2011 10:32 AM
**To:** Jamie Dakin
**Subject:** Budget Rental Confirmations - Sun, Dec 4, 2011 02:00 PM




 make another reservation
 change reservation
cancel reservation

add to outlook
 driving directions

 rental terms & conditions

YOUR RENTAL IS RESERVED.

Confirmation number 44443255US3

 Rental terms & conditions apply

Your credit card has been charged $60.98 USD

Thanks for renting at budget.com. Have a pleasant trip!




RapidRez Number
***34Q

*Use this ID on budget.com for a future rental.*

***You'll get* Rent More, Save More Rates which include a 10-20% discount!***

***after completing your first eligible rental.**

Rent More, Save More terms and conditions

**pick-up**
Sun, Dec 4, 2011 02:00 PM
RALEIGH/DURHAM AIRPORT
1000 RENTAL CAR DRIVE
RALEIGH, NC 27623 US
RDU
hours Sun - Sat 4:00 AM - 1:00 AM
phone 919-840-4781
Shuttle to rental counter and cars.

**return**
Mon, Dec 5, 2011 06:30 PM
RALEIGH/DURHAM AIRPORT
1000 RENTAL CAR DRIVE
RALEIGH, NC 27623 US
RDU




**car**
economy 2- or 4-door
automatic
air conditioned
car class A

HYUNDAI ACCENT 4DR/5PSGR
*or similar*



**options**

equipment & services
none

protections
none

driver preferences
smoke-free vehicle

offer code/number
RapidRez BCD U024100

coupon none

personal information

Bebe A*

**my prepaid rate**

| | |
|---|---|
| car | 46.78 |
| taxes and fees | |
| concession recovery | 4.83 |
| fees | 3.56 |
| VEHICLE LICENSEE FEE .78/day | 1.56 |
| taxes | 4.25 |

JDAKIN@REPRORIGHTS.ORG
RapidRez Number ***34Q

Residency US [?]

Fastbreak Fastbreak service available at this location
120 WALL STREET , 14TH FLOOR
NEW YORK NY 10005
US

**American Express - ***********1005**
**amount charged 60.98**

*Your full name was saved on the confirmed reservation. For your security, only the first initial of your last name appears here.

options

| | |
|---|---|
| rental total USD | 60.98 |
| PREPAYMENT | -60.98 |
| balance USD | $0.00 |




**M6 rate terms** • unlimited free miles • 1 day 5 hours rental • Friday night stay required • return rental by Monday • checkout before Sunday

These rate terms apply to this specific rental. If your rental parameters change (pick up dates, times, etc.), those changes must follow these terms or the rate will also change. Location changes also affect rate.

terms and conditions

**IMPORTANT: This isn't simply "fine print" our lawyers ask us to include.** This information will also prepare you to bring *everything* you'll need to pick up your rental. (We know it seems like a lot to read, but reviewing it now can save you a lot of time later!) Please review before pick up ... because we *really* want you to be happy with your Budget experience. See you soon!

**Prepaid Rules:**

- There is no fee to change many things on your Budget prepay reservation prior to your scheduled pick-up time. Permissible changes include car type, options (GPS, protections, etc.), rental period dates/times and adding other drivers. You may also change your rental pick-up location to any other Budget corporate-operated location location in your original pick-up country. If you wish to change your pick-up location to a licensee-owned location or one outside of the original pick-up country, you must cancel your original reservation with applicable cancellation fee and re-book. Also, once you purchase a *Pay Now Rate*, no further discounts may be applied to that rate.
- *Prior to scheduled pick-up time*, reservation changes must be made either on budget.com or at the rental counter.
- *Once your scheduled pick-up time passes*, any changes must be made at the rental counter.
- *Once you have picked up the car*, any changes (such as extending the rental return date), must be made by calling 800-824-6287.
- At time of change prior to scheduled pick-up time, current rates, taxes and fees will apply.
- Your credit or debit card will be charged upon reservation confirmation. After reservation confirmation, the method of payment cannot be changed nor may a voucher or Budget rental certificate be used for charges.
- Retain your reservation confirmation number as it is necessary for modification, cancellation or no show refund requests.
- If you need to cancel prior to scheduled pick up time. we'll refund the full prepaid amount less a $10 processing fee.
- If you don't show up for your rental, we'll refund the full prepaid amount less a $50 no-show processing fee.
- Cancellation and no-show refund requests must be made on budget.com using the Cancel/Request a Refund process accessible after you enter your reservation number and view your reservation details. Refunds are credited back to your card within 7 business days.

**Required Credentials:**

- At time of rental pick-up, location rental qualification rules apply. The name on all rental credentials (e.g. license and credit card) must match the name on the reservation. If the names do not match, for security purposes the prepaid reservation must be cancelled and a new reservation made at prevailing rates. A refund request for the cancelled reservation must be made on budget.com and a $50 processing fee will apply. Name may not be changed after reservation confirmation.
- At time of pick up, all drivers must present a valid driver's license in their name. For rentals in the U.S., if the driver's license is not U.S.-issued then the renter must present their passport or Canadian enhanced license *and* a travel itinerary showing proof of return to the resident country. If the country of residence on the renter's credentials do not match the country indicated on the reservation, the rental rate will change.
- In the U.S., you may be asked to sign a driving record addendum or be subject to a computerized Department of Motor Vehicles check. All drivers must have a safe driving record or Budget reserves the right to deny the rental.
- At time of pick up, renter must present a valid credit card (or debit card at participating locations) in the renter's name. A prepaid charge card is not an acceptable credential.
- If you intend to use a debit card at a location that accepts them.
  - You must be at least 25 years of age;
  - Bank debit cards with a MasterCard or Visa logo only are accepted;
  - You may not rent a Street Fleet car (all class X vehicles);
  - You will be subject to a credit check to determine creditworthiness;
  - Positive identification (I.D.) in addition to your driver's license is required. At an airport location, your second form of I.D. must be your round-trip ticket, flight itinerary that includes the return date, or e-ticket for the airport where you are renting. If you are not flying in or are renting at an off-airport location, your second form of identification must be either a valid U.S. passport or military I.D.; recent pay stub or bank statement, valid car insurance card or a copy of a phone, electric or cable bill that's less than 60 days old and includes the address on your driver's license.
- When using some offer codes, you must provide association, corporate, or government credentials to prove eligibility for the special rate/benefit.

**Additional Fees & Credit Holds:**

- **IMPORTANT: The card you use for your online prepayment will not necessarily be accepted for the credit hold when you pick up your car.** A debit or prepaid charge card is an acceptable form of rental prepayment online, but it might not be accepted at some locations for the credit hold required when you arrive to pick up your car. Before you prepay online, please

**Legend Car Service**
Radio Dispatched 24 Hours
(718) 788-1234
www.legendslimousine.com

Date 12 / 4 / 11

(2)

Received From Bebe Anderson

Address [redacted], Brooklyn

$ 37.00 + 7.00 tip = $44 —

To/For LGA

Licensed by the NYC Taxi & Limousine Commission BA BC1406

By

(3)

Bisoux Market
LaGuardia Airport Terminal D
OTG Management

61 Marlene

CHK 3322 DEC04'11 10:41AM

| | |
|---|---|
| 1 Latte Med | 4.00 |
| 1 Banana | 0.99 |
| Food | 4.99 |
| TAX | 0.36 |
| AMOUNT PAID | 5.35 |
| Cash | 20.00 |
| CHANGE DUE | 14.65 |

Thank You.......
We want your feedback
Please Call (866) 508 3558
or visit www.OTGManagement.com

(4)

Cibo Express Gourmet Market
LaGuardia Airport Terminal D
OTG Management

101 Adela

493 DEC04'11 11:22AM

| | |
|---|---|
| 1 K Wall Salad | 9.75 |
| Food | 9.75 |
| TAX | 0.87 |
| AMOUNT PAID | 10.62 |
| Cash | 20.00 |
| CHANGE DUE | 9.38 |

Thank You.......
We want your feedback
Please Call (866) 508 3558
or visit www.OTGManagement.com




DEALER# 9727991-LML
AIRPORT BLVD N

MORRISVI NC

#AMEX XXXXXX1009
CARD # 100
AMEX
INV # LN14598
AUTH # 526429
APPROVAL # LN1459
DATE 12/05/11 12:49

PUMP # 10 UNLD
GALLONS 6.036
PRICE/GAL $ 3.359

TOTAL (C) $20.27

HMSHOST (6)
GORDON BIERSCH
RALEIGH DURHAM INT'L AIRPORT

00003238 Elizabet

137/1 GST 2
2071
DEC05'11 2:04PM

DINE IN #11.63 + #2 Tip =#13.63

**** SEAT 1 ****
1 SAND 1/2 TURK 9.89
1 WTR BACK 0.00
TAX 0.77 AMOUNT D 10.66
**** SEAT 2 ****
1 SLD CASHEW CHIX 10.79
1 WTR BACK 0.00
TAX 0.84 AMOUNT D 11.63
******* *******

SUBTOTAL 20.68
TAX 1.60
AMOUNT DUE $22.28

No receipt for #7

MED# (8) 8T49
DRIVER: 5043233
12/05/11 TR 1134
START END MILES
05:06 05:51 15.6
Regular Fare
RATE 1:$ 37.70
SURCH: $ 1.00
TriBB :$ 4.00
STSRCH:$ 0.50
TOTAL: $ 44.00
+#8 Tip

AMERICAN EXPRESS

# Corporate Card Statement of Account

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

Prepared For
BEBE J. ANDERSON
CTR FOR REPRORIGHTS

Account Number
XXXX-XXXXX1-81005

Closing Date
01/04/12



| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 01/19/12 |
|---|---|---|---|---|---|---|
| 319.38 | 252.24 | 35.00 | 319.38 | 30.53 | 256.71 | For important information regarding your account refer to page 2. |

**Payment is due in full.** Please pay by 01/19/12 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

**Card Number XXXX-XXXXX1-81005**

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 12/24/11 | PAYMENT RECEIVED - THANK YOU 12/24 | | -319.38 |
| 12/04/11 | ANNUAL MEMBERSHIP RENEWAL FEE PERIOD 02/12 THRU 01/13 | 0310000052:2 | 35.00 |
| 12/06/11 | MARRIOTT MARRIOTT MA GREENSBORO NC<br>FOL# 6537 LODGING 12/06/11<br>ARRIVAL DATE DEPARTURE DATE<br>12/04/11 12/06/11 00<br>ROC NUMBER 6537 | 653/0000000 | 252.24 |
| 12/10/11 | BUDGET.COM PREPAY RE TULSA OK<br>R/A# 46598830 AUTOMOBILE RE 12/09/11<br>BUDGET.COM PREPAY RESERV 0000<br>LOCATION DATE/TIME<br>RENTAL AGREEMENT<br>TULSA OK 46598830<br>000000<br>RETURN TR#<br>TULSA OK 12/09/11<br>Not Provided | 40098850000 | -30.53 Credit |

(1) (2) (3)

**Total for BEBE J. ANDERSON**

| | |
|---|---|
| New Charges/Other Debits | 287.24 |
| Payments/Other Credits | -349.9? |

**Marriott**
GREENSBORO DOWNTOWN

GUEST FOLIO

304 N. Greene Street, Greensboro, North Carolina 27401 • 336.379.8000 • Marriott.com/GSODT

Room 401 Name ANDERSON/BEBE/MS Rate 179.95 Depart 12/05/11 Time 12:06 6537 ACCT#

Type NKNG CRR Arrive 12/04/11 Time 15:20

40 120 WALL STREET
14TH FLOOR
Room Clerk Address NEW YORK NY 10005 Payment AXXXXXXXXXXXXX1005 MRW#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 12/04 | HSINTERN | INTERNET | 9.95 | | |
| 12/04 | BSN CNTR | BC LOGOU | 5.95 | | |
| 12/04 | ROOM | 401, 1 | 179.95 | | |
| 12/04 | ROOM TAX | 401, 1 | 12.15 | | |
| 12/04 | OCC TAX | 401, 1 | 10.80 | | |
| 12/05 | BSN CNTR | BC LOGOU | 5.95 | | |
| 12/05 | BISTRO | 2796 401 | 27.49 | | |
| 12/05 | CCARD-AX | | | 252.24 | |
| | RECEIVED BY: | AMERICAN EXPRESS XXXXXXXXXXXX1005 | | | |
| | | | | | .00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
JDAKIN@REPRORIGHTS.ORG
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM



MARRIOTT
Greensboro Marriott Downtown
304 North Greene Street
Greensboro, NC 27401
(336)379-8000
= BISTRO 40=

(2)

18 Priscill



Tbl 21/1 Chk 2796 Gst 2
Dec05'11 08:06AM

**** Seat 1 ****

| | |
|---|---|
| 1 OMELET | 11.00 |
| 1 EGGS UP | 11.00 |
| Tax 1.49 Total | 23.49 |

***** All *****

| | |
|---|---|
| Subtotal | 22.00 |
| Tax | 1.49 |
| 08:25AM Total | 23.49 |



Tip: 4.00

Total: 27.49

③ Prepaid $60.98 on last AmEx; returned car early

**Budget**

Thank you for renting from Budget

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 259779822 | 57126740 | C |

ANDERSON, BEBE
BCN = KX4340 BCD = U024100
CV - CAXXXXXXXXXXX1005
OUT RDU 04DEC11/1445 MI - 3330
IN RDU 05DEC11/1336 MI = 3469
139 MI@ .00 =
23 HR@ 19.50 =
DY@ 25.99 =

| | | |
|---|---|---|
| MINIMUM CHARGE | = | 25.99 |
| DISCOUNT 10.0 | = | 2.60 |
| **10.00% FFE | = | 2.42 |
| FUEL SERVICE | = | |
| $ 0.78 /DAY VLF | = | 78 |
| TAXABLE SUBTOT | = | 26.59 |
| TAX 8.000% | = | 2.13 |
| *6.5% SURCHARGE | = | 1.73 |
| PREPAYMENTS | = - | 30.45 |
| TOTAL CHARGES | = | .00 |

**CONCESSION RECOVERY FEE
*1.5% CNTY & 5% TRIANGLE TRAN
VEH LICENSE RECOUP FEE

Please check your car for personal effects.

Please check your car for personal effects.

$60.98
– $30.45

$30.53
CREDIT

Receive rental receipts by email every time you rent. And get access to special offers & more. See reverse



# Corporate Card Statement of Account

Sign-up For Online Statements
www.americanexpress.com/checkyourbill

Prepared For
JULIE RIKELMAN
CTR FOR REPRORIGHTS

Account Number
XXXX-XXXXX3-01005

Closing Date
08/25/13



| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ |
|---|---|---|---|---|---|
| 375.00 | 1,823.48 | 0.00 | 375.00 | 0.00 | 1,823.48 |

Please Pay By 09/09/13

For important information regarding your account refer to page 2.

**Payment is due in full.** Please pay by 09/09/13 to allow time for your payment to be received by us and credited to your account.

To manage your Account online or to pay your bill, please visit us at corp.americanexpress.com. For additional contact information, please see the reverse side of this page.

## Activity

Date reflects either transaction or posting date

**Card Number XXXX-XXXXX3-01005**

| Date | Description | | Reference Code | Amount $ |
|---|---|---|---|---|
| 08/02/13 | CORPORATE REMITTANCE RECEIVED | 08/02 | | -375.00 |
| 08/16/13 | CT NYC AIR CT NYC AI NEW YORK<br>REF# CRR-RIKELMA | NY<br>08/15/13 | | 30.00 |
| 08/16/13 | CT NYC AIR CT NYC AI NEW YORK<br>REF# CRR-RIKELMA | NY<br>08/15/13 | | 674.80 |
| 08/16/13 | CT NYC AIR CT NYC AI NEW YORK<br>REF# CRR-SOKOLER | NY<br>08/15/13 | | 633.80 |
| 08/16/13 | CT NYC AIR CT NYC AI NEW YORK<br>REF# CRR-SOKOLER | NY<br>08/15/13 | | 30.00 |
| 08/23/13 | LIBERTY OAK RESTAURA GREENSBORO<br>REF# 56587 RESTAURANT | NC<br>08/22/13 | 56587000000 | 65.60 |
| 08/24/13 | GREENSBORO MARRIOTT GREENSBORO<br>FOL# 6148 LODGING<br>ARRIVAL DATE DEPARTURE DATE<br>08/22/13 08/23/13 00<br>ROOM RATE $236.86<br>ROC NUMBER 6148 | NC<br>08/24/13 | 8' 480000000 | 236.86 |
| 08/24/13 | LAGUARDIA USA, LLC JAMAICA<br>REF# 0228701 718-656-6210<br>FAST FOOD RESTAURAN<br>ROC NUMBER 0228701 | NY<br>08/23/13 | 0228701000 | 9.79 |

Continued on Page 3

Please fold on the perforation below, detach and return with your payment

Do not staple or use paper clips

**Payment Coupon**

Account Number XXXX-XXXXX3-01005

Please Pay By 09/09/13

Payable upon receipt in U.S. Dollars.

Please enter account number on all checks and correspondence.

JULIE RIKELMAN
CTR FOR REPRORIGHTS
120 WALL ST 14 FL
NEW YORK NY 10005-3904

Amount Due $1,823.48

Checks or drafts must be drawn against banks located in the U.S.

Check here if address, telephone number, or e-mail address has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349992015876525 000182348000182348 25dd





| Activity Continued | | Reference Code | Amount $ |
|---|---|---|---|
| 08/24/13 | CAFE EUROPA 00430018.....GREENSBORO NC<br>REF# 11 RESTAURANT 08/23/13 | 11000000000 | 58.03 |
| 08/24/13 | BOSTON TAXI VTS BOST LONG ISLAND CITY NY<br>REF# 0 718-752-1656 08/23/13<br>TAXI: 1180 FARE: $62.60 OTHER: $22.00 D<br>TAXI: 1180<br>18:36 Boston Massa<br>19:11 137 Blake St | | 84.60 |

| Total for JULIE RIKELMAN | |
|---|---|
| New Charges/Other Debits | 1,823.48 |
| Payments/Other Credits | -375.00 |




CORPORATE TRAVELER

Bring an expert on board

CORPORATE TRAVELER NEW YORK
269 Madison Avenue, New York, NY 10016 Ph: 212-673-6490 Fax: 212-673-6561

## INVOICE

CENTER FOR REPRODUCTIVE RIGHTS - GENERAL
120 WALL ST.
NEW YORK NY 10005 USA

Invoice Number: 2S8Q2014AINVC0662
Date: 15th August 2013
Consultant: JAKE PEPE

Traveller Name: RIKELMAN/JULIE
PNR: K2SV4O
Destination: GSO
Date of Travel: 22nd August, 2013

Order Number:
Customer Reference:

| Description | Supplier | Amount |
|---|---|---|
| LA GUARDIA/GREENSBORO/PHILADELPHIA/ BOSTON<br>RIKELMAN/JULIE<br>DELTA/US AIRWAYS<br>22AUG/23AUG/23AUG | US | 674.80 |
| SERVICE FEE<br>PAID IN FULL<br>AMEX *****1005 | CT<br>MIC | 30.00 |
| | Invoice Total: | $704.80 |



**Marriott.** GREENSBORO DOWNTOWN

## GUEST FOLIO

304 N. Greene Street, Greensboro, NC 27401 • 336.379.8000 • Marriott.com/GSODT

728 RIKELMAN/JULIE 199.95 DUPLICATE 12:32 ACCT# 6148

Room Name Rate Depart Time

NKNG 08/22/13

Type Arrive Time

AXXXXXXXXXXXX1005 MR#:

Room Clerk Address Payment

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 08/22 | ROOM | 728, 1 | 199.95 | | |
| 08/22 | ROOM TAX | 728, 1 | 13.60 | | |
| 08/22 | OCC TAX | 728, 1 | 12.00 | | |
| 08/23 | RM SERV | 4722 728 | 11.41 | | |
| 08/23 | CCARD-AX AXXXXXXXXXXXX1005 | | | 236.86 | |
| | | | | | .00 |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

To secure your next stay, go to Marriott.com

Contains 30% post consumer fibers



DATE 08/23/15
RATE USED: 1
PASSENGERS: 1
START END MILES
18:36 19:10 21.0
FARE: $ 62.60
EXTRA: $ 0.00
TOLLS: $ 10.00
TIP: $ 12.00
TOTAL: $ 84.60

CARD #: 1005
AP #: 528815
CC CARD RECEIPT

---------------
SIGNATURE

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

(1)

* driver turned off meter while driving to different terminal

MED# 3026
STAND, CITY RATE
RATE USED: 1
08/22/13 TR 7103
START END MILES
12:38 13:19 11.2
FARE : $ 36.00
EXTRA: $ 0.00
STSRCH: $ 0.50
TOTAL : $ 36.50
TO CONTACT TLC
DIAL 3-1-1

$ 45.00

(2)

**Land Flight Express LLC.** Receipt

Pick Up Location: Marriott → airport in N.C.

Drop Off Location: PTI

Fare: 36.00 + 4 Date: 8/23/13

Drivers Signature: Richmond

Inquiries And Reservations welcome 24/7
Tel: 336-370-1741 Fax: 336-370-1744
www.landflightexpress.com

$40 total

(3)

**Land Flight Express LLC.** Receipt

Pick Up Location: Marriott → courthouse

Drop Off Location:

Fare: $ 6.00 Date: 8/23/13

Drivers Signature:

Inquiries And Reservations welcome 24/7
Tel: 336-370-1741 Fax: 336-370-1744
www.landflightexpress.com




Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT 2 2014 | DELTA AIR LINES INC. LOS ANGELES CA | $402.20 |

Doing business as:

**DELTA AIR LINES**

ATLANTA AIRPORT

ATLANTA

GA

30320

UNITED STATES

Category: Travel - Airline

**Flight Details**

LAGUARDIA INTL A/P → RICHMOND VA

RICHMOND VA → LAGUARDIA INTL A/P

Ticket Number: 00674976959985

Document Type: PASSENGER TICKET

Passenger Name & Airline:
RIKELMAN/JULIE DELTA AIR LINES INC.



Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT3 2014 | FCM 0067497695998 FC NEW YORK NY | $30.00 |

Doing business as:

**CORPORATE TRAVELER NYC**

205 3RD AVE

FRNT 1

NEW YORK

NY

10003-2506

UNITED STATES

Additional Information: REF# CRR/RIKELMA 10/02/14

Category: Travel - Travel Agencies




Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT28 2014 | NYC TAXI 4M82 090015 NEW YORK NY | $40.20 |

Doing business as:

**DOWNTOWN TAXI MGMT LLC**

330 BUTLER ST

BROOKLYN

NY

11217-2702

UNITED STATES

Additional Information: REF# 022724751 000-0000000 10/28/14

Category: Transportation - Taxis & Coach



Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT29 2014 | PASTURE 882100076770 RICHMOND VA | $36.22 |

Doing business as:

**PASTURE**

416 E GRACE ST

RICHMOND

VA

23219-0006

UNITED STATES

Additional Information: REF# 15 RESTAURANT 10/28/14

Category: Restaurant - Restaurant



Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT 30 2014 | GALAXY CAB COMPANY I N.CHESTERFIEL VA | $39.00 |

Doing business as:

**OTH/MISC**

1307 WALT WHITMAN RD

MELVILLE

NY

11747-4819

UNITED STATES

Additional Information: REF# 0003630002 804-560-4408 10/28/14

CHARTER SERVICE

ROC NUMBER 0003630002

Category: Other - Miscellaneous



Case 1:11-cv-00804-CCE-LPA Document 178-25 Filed 09/14/15 Page 42 of 46




Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT30 2014 | OMNI RICHMOND RICHMOND VA | $14.44 |

Doing business as:

**OMNI RICHMOND HOTEL**

100 S 12TH ST

RICHMOND

VA

23219-4012

UNITED STATES

Category: Travel - Lodging

**Itinerary Details**

Arrival

10/28/14

Departure

10/29/14

FOL# 125009



Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| OCT30 2014 | QUEENS MEDALLION LEA LONG ISLAND CITY NY | $50.33 |

Doing business as:

**QUEENS MEDALLION**

2103 44TH AVE

LONG ISLAND CITY

NY

11101-5007

UNITED STATES

Additional Information: REF# 00258350695 718-784-9292 10/29/14

TAXI: 1V97 FARE: $38.50 OTHER: $11.83 D

TAXI: 1V97

14:18 Flushing New

14:57 17 W 60th St

ROC NUMBER 002583506952376

Category: Transportation - Taxis & Coach



Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| OCT 30 2014 | OMNI RICHMOND RICHMOND VA | $304.78 |

Doing business as:

**OMNI RICHMOND HOTEL**

100 S 12TH ST

RICHMOND

VA

23219-4012

UNITED STATES

Category: Travel - Lodging

**Itinerary Details**

Arrival

10/28/14

Departure

10/29/14

FOL# 125009



Case 1:11-cv-00804-CCE-LPA Document 178-25 Filed 09/14/15 Page 45 of 46




Transaction Details Prepared for
**Julie Rikelman**
Account Number
**XXXX-XXXXXX-01005**

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| OCT 30 2014 | **DNC TRAVEL - RICHM 5 RICHMOND VA** | $13.79 |

Doing business as:

**RICHMOND AIRPORT**

1 RICHARD E. BYRD TERM

RICHMOND INTL. AIRPORT

RICHMOND

VA

23250

UNITED STATES

Additional Information: REF# 000153014 8042221227 10/29/14

Category: Business Services - Other Services