# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Gretchen S. Stuart, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-00804 |
| Michaux R. Kilpatrick, M.D., PhD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Planned Parenthood South Atlantic (successor to Plaintiffs Planned Parenthood of Central NC and Planned Parenthood Health Systems, Inc.)

Date: 06/13/2023

/s/ Kristi L. Graunke
*Attorney's signature*

Kristi L. Graunke, NC # 51216
*Printed name and bar number*

ACLU of North Carolina Legal Foundation
P.O. Box. 28004
Raleigh NC 27611
*Address*

kgraunke@acluofnc.org
*E-mail address*

(919) 354-5066
*Telephone number*

n/a
*FAX number*