IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | Case No. 1:11-cv-00804 |
| ) | |
| MICHAUX R. KILPATRICK, M.D., PhD,[1] et al., ) | |
| ) | |
| Defendants. | |

**NOTICE OF SPECIAL APPEARANCE OF CAROLINE M. SACERDOTE**

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Caroline M. Sacerdote, and in support thereof, the undersigned counsel states as follows:

1. Caroline Sacerdote is a licensed attorney in good standing of the bar of New York State (Bar # 5417415). She has also been admitted to the bars of the U.S. Supreme Court and the U.S. Courts of Appeal for the Fourth and Fifth Circuits. She is a Staff Attorney at the Center for Reproductive Rights, 199 Water Street, 22nd Floor, New York, NY 10038, and may be reached at (917) 637-3646 and csacerdote@reprorights.org.

2. Ms. Sacerdote agrees that she will be responsible for ensuring the presence of

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), "when a public officer who is a party in an official capacity . . . ceases to hold office," the "officer's successor is automatically substituted as a party." Here, the office of President of the North Carolina Medical Board is, as of the date of this filing, now held by Michaux R. Kilpatrick, M.D., PhD, who is therefore automatically substituted for Cheryl Walker-McGill, M.D.

an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Caroline M. Sacerdote is hereby provided to this Court. The undersigned counsel asks that she be noted as counsel of record for Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; A Woman's Choice of Greensboro, Inc.; [2] and A Woman's Choice of Raleigh, Inc. in this proceeding.

Dated: June 16, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Kristi Graunke* | */s/ Caroline M. Sacerdote* |
| Kristi Graunke | Caroline M. Sacerdote* |
| NC Bar # 51216 | Center for Reproductive Rights |
| American Civil Liberties Union | 199 Water Street, 22nd Floor |
| of North Carolina Legal Foundation | New York, NY 10038 |
| P.O. Box 28004 | Tel.: (917) 637-3646 |
| Raleigh, NC 27611 | csacerdote@reprorights.org |
| Tel.: (919) 834-3466 | |
| kgraunke@ acluofnc.org | COUNSEL FOR GRETCHEN S. STUART, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; A WOMAN'S CHOICE OF GREENSBORO, INC.; & A WOMAN'S CHOICE OF RALEIGH, INC. |
| COUNSEL FOR ALL PLAINTIFFS | |
| | *By special appearance |

---

[2] Decker & Watson, Inc., doing business as Piedmont Carolina Medical Clinic, a plaintiff in this case, is now A Woman's Choice of Greensboro, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2023, I electronically filed the foregoing Notice of Special Appearance with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties.

*/s/ Caroline M. Sacerdote*
Caroline M. Sacerdote*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel.: (917) 637-3646
csacerdote@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; A WOMAN'S CHOICE OF GREENSBORO, INC.; & A WOMAN'S CHOICE OF RALEIGH, INC.

*By special appearance