IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN S. STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | Case No. 1:11-cv-00804 |
| ) | |
| MICHAUX R. KILPATRICK, M.D., PhD,[1] et al., ) | |
| ) | |
| ) | |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR JULIE RIKELMAN

In accordance with Local Civil Rule 83.1(e), Attorney Julie Rikelman respectfully requests the clerk of the Court to withdraw her appearance as counsel for Plaintiffs Gretchen S. Stuart, M.D.; David A. Grimes, M.D.; Amy Bryant, M.D.; A Woman's Choice of Greensboro, Inc.;[2] and A Woman's Choice of Raleigh, Inc. Ms. Rikelman has been nominated to the U.S. Court of Appeals for the First Circuit. Attorney Caroline Sacerdote from the Center for Reproductive Rights has filed a notice of appearance in this case and will substitute as counsel for the aforementioned Plaintiffs.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), "when a public officer who is a party in an official capacity . . . ceases to hold office," the "officer's successor is automatically substituted as a party." Here, the office of President of the North Carolina Medical Board is, as of the date of this filing, now held by Michaux R. Kilpatrick, M.D., PhD, who is therefore automatically substituted for Cheryl Walker-McGill, M.D.

[2] Decker & Watson, Inc., doing business as Piedmont Carolina Medical Clinic, a plaintiff in this case, is now A Woman's Choice of Greensboro, Inc.

Dated: June 16, 2023

                                    Respectfully submitted,

*/s/ Julie Rikelman*
Julie Rikelman*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3670
(917) 637-3666 Fax
jrikelman@reprorights.org

*/s/ Caroline Sacerdote*
Caroline Sacerdote*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3646
(917) 637-3666 Fax
csacerdote@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D., DAVID A. GRIMES, M.D., AMY BRYANT, M.D., DECKER & WATSON d/b/a PIEDMONT CAROLINA MEDICAL CLINIC, & A WOMAN'S CHOICE OF RALEIGH, INC.

*By special appearance

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2023, I electronically filed the foregoing Notice of Substitution of Counsel with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for all parties.

*/s/ Caroline M. Sacerdote*
Caroline M. Sacerdote*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel.: (917) 637-3646
csacerdote@reprorights.org

COUNSEL FOR GRETCHEN S. STUART, M.D.; DAVID A. GRIMES, M.D.; AMY BRYANT, M.D.; A WOMAN'S CHOICE OF GREENSBORO, INC.; & A WOMAN'S CHOICE OF RALEIGH, INC.

*By special appearance