IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETCHEN STUART, M.D., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | Case No. 1:11-cv-804 |
| JANICE E. HUFF, M.D., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SPECIAL APPEARANCE OF PETER IM

Pursuant to Local Rule 83.1(d), the undersigned counsel hereby provides this Court with notice of the special appearance in the above-captioned civil action of Peter Im, and in support thereof, the undersigned counsel states as follows:

1. Peter Im is a licensed attorney in good standing of the bar of the state of Maryland (Bar # 2105130005) and the District of Columbia (Bar # 1617474). He has also been admitted to the bar of the U.S. Court of Appeals for the Tenth Circuit. He is a Staff Attorney at Planned Parenthood Federation of America, 1110 Vermont Ave., Washington, DC 20005, and may be reached at 202-973-4800 and peter.im@ppfa.org.

2. Mr. Im agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials, and other proceedings, and that he submits

to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, notice of the special appearance of Peter Im is hereby provided to this Court. The undersigned counsel asks that he be noted as counsel of record for Plaintiff Planned Parenthood South Atlantic, which is a successor-in-interest to Plaintiffs Planned Parenthood of Central North Carolina and Planned Parenthood Health Systems, Inc., in this proceeding.

RESPECTFULLY SUBMITTED this 27th day of June, 2023.

| */s/ Kristi Graunke* | */s/ Peter Im* |
|---|---|
| Kristi Graunke<br>ACLU of North Carolina<br>P. O. Box 28004<br>Raleigh, NC  27611-8004<br>(919) 354-5066<br>kgraunke@acluofnc.org | Peter Im<br>Planned Parenthood Federation of America<br>1110 Vermont Ave.<br>Washington, DC 20005<br>202-973-4800<br>peter.im@ppfa.org |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR PLANNED PARENTHOOD SOUTH ATLANTIC |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2023, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing.

/s/ Peter Im

Peter Im
Planned Parenthood Federation of America
1110 Vermont Ave.
Washington, DC 20005
202-973-4800
peter.im@ppfa.org

COUNSEL FOR PLANNED PARENTHOOD SOUTH ATLANTIC