## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GRETCHEN S. STUART, M.D., et al.,            )
                                             )
                    Plaintiffs,              )
                                             )
    v.                                       )        CIVIL ACTION
                                             )        Case No. 1:11-cv-00804
MICHAUX R. KILPATRICK, M.D., PhD., et al.,   )
                                             )
                    Defendants.              )


## NOTICE OF MOOTNESS OF PLAINTIFF'S RULE 60(b) MOTION

Plaintiff Planned Parenthood South Atlantic hereby notifies the Court that, in light of Governor Roy Cooper's signing into law House Bill 190 on June 29, 2023, Plaintiff's Motion to Modify the Permanent Injunction Pursuant to Rule 60(b), ECF No. 183, is now moot. With the passage of House Bill 190, the North Carolina General Assembly has incorporated the construction contained in this Court's Permanent Injunction and Order, ECF No. 164, which still governs N.C. Gen. Stat. § 90-21.82, into the new N.C. Gen. Stat. § 90-21.83A. Thus, it is now clear that either a physician or a qualified professional can provide the requisite informed consent information for patients obtaining both surgical and medication abortions. House Bill 190 also repeals the provision that was to be codified at N.C. Gen. Stat. § 90-21.83C, which seemed to contain a physician-only requirement for the provision of the same statutorily required informed consent information. Modification under Rule 60(b) is therefore no longer necessary, as the newly created statutory section now explicitly conforms to this Court's construction.

Dated: June 30, 2023

Respectfully submitted,

*s/ Peter Im*

Peter Im*
Helene T. Krasnoff*
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 973-4800
peter.im@ppfa.org
helene.krasnoff@ppfa.org

Kristi Graunke
NC Bar # 51216
American Civil Liberties Union
of North Carolina Legal Foundation
P.O. Box 28004
Raleigh, NC 27611
Tel.: (919) 834-3466
kgraunke@acluofnc.org

COUNSEL FOR PLANNED
PARENTHOOD SOUTH ATLANTIC

*\* Special appearance filed*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2023, I electronically filed the foregoing with the

clerk of the court by using the CM/ECF system, which will send a notice of electronic

filing to counsel for all Defendants:


**Thomas J. Ziko**
tziko@ncdoj.gov
Senior Deputy Attorney General
**I. Faison Hicks**
fhicks@ncdoj.gov
Special Deputy Attorney General
**Stephanie A. Brennan**
sbrennan@ncdoj.gov
Assistant Attorney General

North Carolina Department of Justice
114 Edenton Street
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6400

*s/ Peter Im*

Peter Im
Planned Parenthood Fed. of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
Tel.: (202) 973-4800
peter.im@ppfa.org

3